# EXHIBIT 13

# Application of U.S. Patent No. 9,042,811 to the Accused TVs*†

* The term "Accused TVs" refers to Vizio's smart televisions, including but not limited to, OLED, P-Series, M-Series, V-Series, D-Series, and Quantum televisions, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| **Application of U.S. Patent No. 9,042,811 to the Accused TVs** | |
|---|---|
| 9. A wireless output device that is at least a wireless television for rendering on a display screen or a projection medium digital content received from one or more wireless information apparatus over wireless communication, the one or more wireless information apparatus being distinct devices from the wireless output device with access to the digital content, | *A wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1) that is at least a wireless television for rendering on a display screen or a projection medium digital content (e.g., video/image content) received from one or more wireless information apparatus (e.g., Android/iOS devices, etc.) over wireless communication (e.g., Wi-Fi communication).*<br>*The one or more wireless information apparatus (e.g., Android/iOS devices) being distinct devices from the wireless output device with access to the digital content.*<br><br>**<u>Wireless Output Device - Vizio D-Series TV</u>**<br><br>VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV \| D24f-G1<br><br>Stream Everything You Love<br>Access your favorite apps, cast from your phone, or watch hundreds of free channels.<br>Built in:<br>SmartCast™ OS |

## Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

## Key Specs

| | |
|---|---|
| Class Size | 24" |
| Viewable Display Size | 23.50" (596.9mm) |
| Resolution | 1920 x 1080 |
| Aspect Ratio | 16:9 |
| Backlight Type | Full Array LED |
| Dynamic Contrast Ratio | 5000:1 |
| Active Pixel Tuning | No |
| Refresh Rate | 60Hz |
| Display Processor | Six-Core Processor |

## More Detail with High Definition

With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution

# Share

Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Wireless Information Apparatus**
**Android device**

## Google Pixel 5



| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source: https://www.gsmarena.com/google_pixel_5-10386.php

## Pixel 5 phone (2020)

Pixel 5

| | |
|---|---|
| **Operating system** | Android 11 |

| | |
|---|---|
| **Wireless and Location** | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®[11] 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>**[US]**<br>• GPS, GLONASS, Galileo, QZSS<br>**[ROW]**<br>• GPS. GLONASS. Galileo. QZSS. BeiDou. Navic |

Source: https://web.archive.org/web/20211109065732/https://support.google.com/pixelphone/answer/7158570?hl=en#zippy=%2Cpixel

**iOS device**

## iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source: https://support.apple.com/kb/SP830?locale=en_US

**Wireless output device rendering digital content received from wireless information apparatus:**

**1. <u>Via Vizio Mobile app/SmartCast app*</u>**

**The Vizio SmartCast app was renamed as the Vizio Mobile app.*

**Control your TV with the SmartCast Mobile™ App**

Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.

**Get it here, or visit www.vizio.com/smartcastapp on your device to download:**

Download on the App Store GET IT ON Google Play

**With SmartCast Mobile, you can:**

- Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.
- Easily enter text onto your TV/display from your mobile device using a full keyboard.
- Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.
- Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.

**How do I download the VIZIO SmartCast Mobile™ App?**

- Make sure your phone or tablet is connected to a Wi-Fi network. Open a browser on your phone or tablet.
- Navigate to **vizio.com/smartcastapp** and follow the on-screen instructions to download the VIZIO SmartCast Mobile™ App.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf




Source: https://apps.apple.com/us/app/vizio-mobile/id1054033219

# VIZIO Mobile

VIZIO

Contains ads




About this app →

We've updated our app name to VIZIO Mobile, you may have downloaded the app when it was called "VIZIO SmartCast Mobile."

With VIZIO Mobile, you can control your entire entertainment experience with your Mobile Device. Browse & discover movies, TV shows, music, live streams and more across multiple apps at once. Power on/off devices, play/pause content, modify advanced settings and more.

...

Source: https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl

Download the VIZIO mobile app.

Download on the App Store | GET IT ON Google Play




Source: https://www.vizio.com/en/mobile

## Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

| | |
|---|---|
| | Source:https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>To connect your Android phone to a VIZIO SmartCast TV, follow these steps:<br><br>1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.<br>2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.<br><br>**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.<br><br>1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.<br>2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.<br>3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.<br>4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.<br><br>Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/<br><br>Launched earlier this year, Vizio's SmartCast app is quite handy, tying together a number of apps like Hulu, Vudu, FandangoNow, Crackle, and Google Play Movies & TV with the ability to easily "cast" content to your TV. Today, it's getting even better as it has been updated with a simpler user interface, new tutorials, and content catalog updates.<br><br>"One of the key Vizio SmartCast differentiators when compared to traditional smart TV platforms is our ability to continuously enhance the experience with quick improvements which any user can enjoy right from their own mobile device," Vizio chief technology officer Matt McRae said in a statement. "The latest round of enhancements were designed to further simplify consumer interaction with the SmartCast app, giving users quicker access to controls, content and more."<br><br>Source: https://www.vizio.com/en/news/2017/jan/vizios-updated-smartcast-app-is-simpler-to-use-with-better-recommedations |

The newly enhanced VIZIO SmartCast app provides users with a faster all-around content aggregation experience. Rather than jumping between apps, the VIZIO SmartCast app allows users to search and browse content by scouring genres across multiple apps at once and then select the app or source of their choice to play the content on the at-home big screen. The user experience is further enhanced with accessibility to new release movies and next-day TV shows to rent or buy from FandangoNOW with no required subscription. Consumers can easily browse content options from FandangoNOW alongside content catalogs from other popular apps, making for a quicker, more seamless search and discovery experience[1].

Source: https://www.vizio.com/en/press/2016/nov/vizio-smartcast-app-expands-to-include-fandangonowxdrdr

TIDAL | VIZIO

**Play TIDAL on VIZIO.**

Enjoy your favorite music, videos, interviews, and livestreams from anywhere in the home on your VIZIO SmartCast™ TV.

Source: https://web.archive.org/web/20210316091935/https://tidal.com/partners/vizio

To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.

Source: https://web.archive.org/web/20210420063113/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio

2. **Via Chromecast Built-in**

**How do I stream apps like Netflix to my VIZIO SmartCast™ TV?**

- Download and open a Chromecast-enabled apps on your mobile device. Then tap the Cast button.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

**How to Cast your VIZIO SmartCast Devices**

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
HBO NOW
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| the wireless output device including: an output controller for processing at least part of the digital content, | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1, etc.) includes an output controller (e.g., processor, etc.) for processing (e.g., decoding, image processing, color operation, resolution operation, etc.) at least part of the digital content (e.g., video, photos, etc.).*<br><br>**Wireless Output Device - Vizio D-Series TV**<br><br>VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1 |

| | |
|---|---|
| | ## Key Specs<br><br>Class Size — 24"<br>Viewable Display Size — 23.50" (596.9mm)<br>Resolution — 1920 x 1080<br>Aspect Ratio — 16:9<br>Backlight Type — Full Array LED<br>Dynamic Contrast Ratio — 5000:1<br>Active Pixel Tuning — No<br>Refresh Rate — 60Hz<br>Display Processor — Six-Core Processor<br><br>**More Detail with High Definition**<br><br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>VIZIO<br><br>**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**<br><br>• **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.<br>• **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.<br>• **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.<br><br>Source:<br>https://web.archive.org/web/20210729182450/https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122 |

To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.

"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."

Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html

The updated **D-Series** comes in a versatile range of high-definition screen sizes, down to a fits-anywhere 24". They're now powered by the IQ processor for outstanding FHD and HD picture quality and a more responsive smart TV experience. A Full Array LED backlight affords contrast for all content, while the V-Gaming Engine with VRR on most models, and AMD FreeSync on D4 models, helps deliver fluid gameplay. Two HDMI 1.4 ports with Audio Return Channel provide robust home theater connectivity, and D4 models arrive with that stylish three-side bezel-less form factor. All D-Series TVs are also VIZIO Voice-enabled via the **SmartCast Mobile™** app (available free on iOS and Android separately).

Source: https://www.businesswire.com/news/home/20210602005372/en/VIZIO%E2%80%99s-New-TV-Lineup-Unleashes-Enhanced-Picture-Quality-Improved-Gaming-Features-and-New-Voice-Remote

**That Works With Everything**

Your VIZIO should work with you and your home. That's why VIZI supports all popular video and audio formats, as well as Alexa, Google Assistant, and Siri.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

<table>
<tr>
<td></td>
<td>

**To adjust the picture settings:**

**Menu > Picture > Picture Mode**

1. Use the **Arrow** buttons on the remote to highlight **Picture Mode,** then use the **Left/Right Arrow** buttons to change the picture mode:

- **Standard —** Sets the picture settings to the default settings.
- **Calibrated —** Sets the picture settings to values ideal for watching TV in a brightly-lit room.
- **Calibrated Dark —** Sets the picture settings to values ideal for watching TV in a dark room.
- **Vivid —** Sets the picture settings to values that produce a brighter, more vivid picture.
- **Game —** Reduces throughput delays and optimizes the picture settings for displaying game console output.
- **Computer —** Optimizes the picture settings for displaying computer output.

2. To manually change each of the picture settings, use the **Up/Down Arrow** buttons on the remote to highlight that picture setting, then use the **Left/Right Arrow** buttons to adjust the setting:

- **Backlight —** Adjusts the LED brightness to affect the overall brilliance of the picture. Backlight cannot be adjusted when starting from some picture modes.
- **Brightness —** Adjusts the black level of the picture. When this setting is too low, the picture may be too dark to distinguish details. When this setting is too high, the picture may appear faded or washed out.
- **Contrast —** Adjusts the white level of the picture. When this setting is too low, the picture may appear dark. When this setting is too high, the picture may appear faded or washed out. If the setting is too high or too low, detail may be difficult to distinguish in dark or bright areas of the picture.
- **Color —** Adjusts the intensity of the picture colors.
- **Tint —** Adjusts the hue of the picture. This setting is useful in adjusting the flesh tones in the picture. If flesh appears too orange, reduce the level of color before adjusting tint.
- **Sharpness —** Adjusts the edge sharpness of picture elements. It can be used to sharpen non-HD (high definition) content; however, it will not produce detail that does not otherwise exist.




**Adjusting More Picture Settings**

**To adjust more picture settings:**

**Menu > Picture > More Picture**

Use the **Arrow** buttons to highlight the setting you wish to adjust, then press the **Left/Right Arrow** buttons to change the setting:

- **Color Temperature —** Change the white balance of the picture. Refer to the section on ***Adjusting the Color Temperature on page 17.***
- **Black Detail —** Adjusts the average brightness of the picture to compensate for large areas of brightness.
- **Backlight Control —** When **ON**, it will improve the contrast ratio of the picture by adjusting backlight zones. Specific adjustments are based on content.
- **Reduce Noise:**
  - **Reduce Signal Noise:** Lessens artifacts in the image caused by the digitizing of image motion content.
  - **Reduce Block Noise:** Reduces pixelation and distortion for mpeg files.
- **Game Low Latency —** Reduces video delay (lag) when gaming.
- **Film Mode —** Optimizes the picture for watching films. Select **On** or **Off.***
- **Gamma —** Set the shape of the Gamma curve. Use lower Gamma values for bright room conditions, and higher values when it's dark.




**How do I know I am getting <u>4K resolution or HDR content such as Dolby Vision?</u>**

- As you are watching content on the television, press the INFO button on the remote or VIZIO SmartCast Mobile app. You will see the current resolution being displayed along with the version of video.
- HDR will show as a Dolby Vision icon, HDR10 or HLG.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

</td>
</tr>
<tr>
<td>an output engine for rendering at least part of the digital content,</td>
<td>

*The wireless output device (e.g., Vizio D-Series Smart TV | D24f-G1, etc.) includes an output engine (e.g., GPU, etc.) for rendering at least part of the digital content (e.g., photos, videos, etc.).*

<u>**Wireless Output Device - Vizio D-Series TV**</u>

**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV | <u>D24f-G1</u>**

</td>
</tr>
</table>

| | |
|---|---|
| | **Key Specs**<br><br>Class Size — 24"<br>Viewable Display Size — 23.50" (596.9mm)<br>Resolution — 1920 x 1080<br>Aspect Ratio — 16:9<br>Backlight Type — Full Array LED<br>Dynamic Contrast Ratio — 5000:1<br>Active Pixel Tuning — No<br>Refresh Rate — 60Hz<br>Display Processor — Six-Core Processor<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>VIZIO<br>**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**<br>• **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.<br>• **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.<br>• **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.<br><br>Source:<br>https://web.archive.org/web/20210729182450/https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122 |

| | |
|---|---|
| | To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.<br><br>"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."<br><br>Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html |
| a wireless communication unit for establishing wireless communication and for receiving at least part of the digital content from the one or more wireless information apparatus over the established wireless communication, the wireless communication unit being compatible, at least partly, with at least part of a protocol within IEEE 802.11, | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1, etc.) includes a wireless communication unit (e.g., Wi-Fi module, etc.) for establishing wireless communication (e.g. Wi-Fi communication, etc.) and for receiving at least part of the digital content (e.g., images, videos, etc.) from the one or more wireless information apparatus (e.g. iOS/Android devices) over the established wireless communication (e.g., Wi-Fi communication, etc.). The wireless communication unit being compatible, at least partly, with at least part of a protocol within IEEE 802.11 standards.*<br><br>**<u>Wireless Output Device - Vizio D-Series TV</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>**Stream Everything You Love**<br><br>Access your favorite apps, cast from your phone, or watch hundreds of free channels.<br><br>Built in:<br><br>**SmartCast™ OS** |

## Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Wireless output device receiving digital content from the wireless information apparatus over Wi-Fi communication:**

1. **Via Vizio Mobile app/SmartCast app**

## Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source:https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

2. **Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https:// support. vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**















Source: https://www.youtube.com/watch?v=WGwtY5XmNSw

| | |
|---|---|
| a memory component for storing at least part of the digital content, | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1, etc.) includes a memory component for storing at least part of the digital content (e.g., photos, videos, etc.).*<br><br>*Vizio Smart TV stores some of the data related to digital content as a reference to user's viewing history, selection and pattern in the form of 'cache.' This cache data is used to fetch relevant content associated with a user account for viewing.*<br><br>**<u>Wireless output device includes memory component for storing digital content:</u>**<br><br>**Skipping Channels**<br>After a channel scan is completed, you may find that some channels are too weak to watch comfortably. There may also be some channels you do not want to view. You can remove these channels from the TV's memory with the Skip Channel feature.<br><br>**WARNING:** Channels that have been removed with the Skip Channel feature can still be viewed if the channel is entered using the Number Pad. If you wish to completely block a channel from being viewed, use the parental controls.<br>See ***Locking and Unlocking Channels on page 26.***<br><br>**To remove a channel:**<br>1. From the CHANNELS menu, highlight **Skip Channel**, and press **OK**. The SKIP CHANNEL menu is displayed.<br>2. For each channel you wish to remove, use the **Up/Down Arrow** buttons on the remote to highlight the channel and press **OK**. A ✓ appears to the right of each channel you select.<br><br>**Skip Channels**<br>0 Test 0<br>1 Test 1<br>2 Test 2<br>3 Test 3<br>4 Test 4<br><br>**Checking for System Updates**<br>**To check for a system update:**<br>**Menu** > **System** > **Check for Updates**<br><br>If an update is found, the TV will ask to confirm the update. If no update is found, the screen will note ***The TV is up-to-date.***<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |

| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=HSPI5LoVLhw&t=48s |
| and operating system software for managing application software and for enabling installation of additional application software at the wireless output device for providing additional functionalities to the wireless output device; and | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1, etc.) includes operating system software (e.g., SmartCast OS) for managing application software (e.g., apps, etc.) and for enabling installation of additional application software (e.g. software updates, etc.) at the wireless output device for providing additional functionalities to the wireless output device.*<br><br>**Wireless output device includes operating system software for managing and installing application software:**<br><br> |




## Always Updated, Absolutely Free.

With automatic updates, there's no hassle and no charge for the latest apps and features.




Source: https://www.vizio.com/en/tv/d-series/D24f-G1

## SmartCast Home℠

**What is SmartCast Home?**

SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Hulu, and Amazon Prime Video, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

| | |
|---|---|
| | **Checking for System Updates**<br>**To check for a system update:**<br>**Menu > Admin & Privacy > Check for Updates**<br>If an update is found, the TV will ask to confirm the update. If no update is found, the screen will note "The TV is up-to-date."<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf<br>**How to add an App to your VIZIO Smart TV**<br>To access applications on your SmartCast TV, press the input button and choose the 'SmartCast' input. Or press the V key or Home key near the center of your remote. Currently ***all available applications*** are displayed in the app row of SmartCast Home.<br>If the application you're looking for doesn't appear on the TV's app list, you can use the Televisions built-in Google ChromeCast feature. Chromecast gives you the ability to cast thousands of your favorite applications to your TV from your computer, smartphone, or tablet. For information on how to cast Click Here.<br>SmartCast Televisions also have AirPlay 2 capabilities and many applications allow you to AirPlay content from your iOS device to your VIZIO SmartCast TV. For information on how to use the AirPlay 2 feature, **Click Here**.<br>Source: https://web.archive.org/web/20200614171609/https://support.vizio.com/s/article/How-to-add-an-App-to-your-VIZIO-Smart-TV?language=en_US |
| wherein: the output controller processes at least part of the digital content received from the one or more wireless information apparatus into output data that is more acceptable as input to the output engine, | *The output controller (e.g., processor, etc.) processes (e.g., decoding, image processing, color operation, resolution operation, etc.) at least part of the digital content (e.g., photos, videos, etc.) received from the one or more wireless information apparatus (e.g., iOS/Android device) into output data that is acceptable as input to the output engine (e.g., GPU included in the Six-Core Processor).*<br>*In order to cast/AirPlay digital content to the selected wireless output device (i.e. VIZIO D-Series \| D24f-G1), the wireless information apparatus converts or encodes the digital content in accordance with the supported formats of the wireless output device. Therefore, the wireless output device processes, e.g., decodes, the received digital content before sending it to output engine for rendering.*<br>**Wireless Output Device - Vizio D-Series TV** |

| | |
|---|---|
| | VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1<br><br>Key Specs<br><br>Class Size: 24"<br>Viewable Display Size: 23.50" (596.9mm)<br>Resolution: 1920 x 1080<br>Aspect Ratio: 16:9<br>Backlight Type: Full Array LED<br>Dynamic Contrast Ratio: 5000:1<br>Active Pixel Tuning: No<br>Refresh Rate: 60Hz<br>Display Processor: Six-Core Processor<br><br>**Share**<br><br>Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.<br><br>**More Detail with High Definition**<br><br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution |

| | |
|---|---|
| | **That Works With Everything**<br><br>Your VIZIO should work with you and your home. That's why VIZIO supports all popular video and audio formats, as well as Alexa, Google Assistant, and Siri.<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>VIZIO<br><br>**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**<br><br>• **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.<br>• **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.<br>• **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.<br><br>Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122<br><br>To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.<br><br>"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."<br><br>Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html<br><br>The updated **D-Series** comes in a versatile range of high-definition screen sizes, down to a fits-anywhere 24". They're now powered by the IQ processor for outstanding FHD and HD picture quality and a more responsive smart TV experience. A Full Array LED backlight affords contrast for all content, while the V-Gaming Engine with VRR on most models, and AMD FreeSync on D4 models, helps deliver fluid gameplay. Two HDMI 1.4 ports with Audio Return Channel provide robust home theater connectivity, and D4 models arrive with that stylish three-side bezel-less form factor. All D-Series TVs are also VIZIO Voice-enabled via the **SmartCast Mobile™** app (available free on iOS and Android separately). |

Source:
https://www.businesswire.com/news/home/20210602005372/en/VIZIO%E2%80%99s-New-TV-Lineup-Unleashes-Enhanced-Picture-Quality-Improved-Gaming-Features-and-New-Voice-Remote

## ADJUSTING THE PICTURE SETTINGS

Your TV can be adjusted to suit your preferences and viewing conditions.

**To adjust the picture settings:**

**Menu** > **Picture** > **Picture Mode**

1. Use the **Arrow** buttons on the remote to highlight **Picture Mode,** then use the **Left/Right Arrow** buttons to change the picture mode:

- **Standard** — Sets the picture settings to the default settings.
- **Calibrated** — Sets the picture settings to values ideal for watching TV in a brightly-lit room.
- **Calibrated Dark** — Sets the picture settings to values ideal for watching TV in a dark room.
- **Vivid** — Sets the picture settings to values that produce a brighter, more vivid picture.
- **Game** — Reduces throughput delays and optimizes the picture settings for displaying game console output.
- **Computer** — Optimizes the picture settings for displaying computer output.

2. To manually change each of the picture settings, use the **Up/Down Arrow** buttons on the remote to highlight that picture setting, then use the **Left/Right Arrow** buttons to adjust the setting:

- **Backlight** — Adjusts the LED brightness to affect the overall brilliance of the picture. Backlight cannot be adjusted when starting from some picture modes.
- **Brightness** — Adjusts the black level of the picture. When this setting is too low, the picture may be too dark to distinguish details. When this setting is too high, the picture may appear faded or washed out.
- **Contrast** — Adjusts the white level of the picture. When this setting is too low, the picture may appear dark. When this setting is too high, the picture may appear faded or washed out. If the setting is too high or too low, detail may be difficult to distinguish in dark or bright areas of the picture.
- **Color** — Adjusts the intensity of the picture colors.
- **Tint** — Adjusts the hue of the picture. This setting is useful in adjusting the flesh tones in the picture. If flesh appears too orange, reduce the level of color before adjusting tint.
- **Sharpness** — Adjusts the edge sharpness of picture elements. It can be used to sharpen non-HD (high definition) content; however, it will not produce detail that does not otherwise exist.



**Adjusting More Picture Settings**

**To adjust more picture settings:**

**Menu** > **Picture** > **More Picture**

Use the **Arrow** buttons to highlight the setting you wish to adjust, then press the **Left/Right Arrow** buttons to change the setting:




- **Color Temperature** — Change the white balance of the picture. Refer to the section on *Adjusting the Color Temperature on page 17.*
- **Black Detail** — Adjusts the average brightness of the picture to compensate for large areas of brightness.
- **Backlight Control** — When **ON**, it will improve the contrast ratio of the picture by adjusting backlight zones. Specific adjustments are based on content.
- **Reduce Noise:**
  - **Reduce Signal Noise:** Lessens artifacts in the image caused by the digitizing of image motion content.
  - **Reduce Block Noise:** Reduces pixelation and distortion for mpeg files.
- **Game Low Latency** — Reduces video delay (lag) when gaming.
- **Film Mode** — Optimizes the picture for watching films. Select **On** or **Off**.*
- **Gamma** — Set the shape of the Gamma curve. Use lower Gamma values for bright room conditions, and higher values when it's dark.

## Adjusting the Color Tuner Settings

The Color Tuner settings allow you to adjust the color management system, 2 point white balance, 11 point white balance, turn color channels off for testing, and display SMPTE, flat, ramp, and uniformity analyzer test patterns.

**WARNING:** The Color Tuner, 11 Point White Balance, and test patterns allow technicians to manually calibrate the TV. Calibration requires specialized training, an input with precisely set colors, and a specialized light meter.

**To access the color tuner table:**

**Menu** > **Picture** > **Color Calibration** > **Color Tuner**

**To turn color channels off and on:**

1. Use the **Arrow** buttons on the remote to highlight **Red**, **Green**, or **Blue**.
2. Press the **OK** button to turn the color channel off or on. An **X** appears over a color channel that has been turned off.
3. Only two color channels can be turned off at the same time.

**TIP:** Any changes made affect the color temperature setting. Select the preferred color temperature setting first. See *Adjusting the Color Temperature on page 17.*

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

**Wireless output device processing received digital content from android/iOS device:**

1. **Via Chromecast**

| | |
|---|---|
| | getDeviceCapabilities<br>`getDeviceCapabilities() returns Object`<br>Provides device capabilities information once the system is ready, otherwise it will be null. If an empty object is returned, the device does not expose any capabilities information.<br>**Returns**<br>`nullable Object` The device capabilities information (key/value pairs). It will be null if the system is not ready yet. It may be an empty object if the platform does not expose any device capabilities information.<br><br>canDisplayType<br>`canDisplayType(mimeType, codecs, width, height, framerate) returns boolean`<br>Checks if the given media params of video or audio streams are supported by the platform.<br><table><tr><th colspan="2">Parameter</th></tr><tr><td>mimeType</td><td>string<br>Media MIME type. It consists of a type and subtype separated by a '/'. It can be either video or audio mime types.</td></tr><tr><td>codecs</td><td>Optional<br>string<br>Quoted-string contains a comma-separated list of formats, where each format specifies a media sample type that is present in the stream.</td></tr><tr><td>width</td><td>Optional<br>number<br>Describes the stream horizontal resolution in pixels.</td></tr><tr><td>height</td><td>Optional<br>number<br>Describes the stream vertical resolution in pixels.</td></tr><tr><td>framerate</td><td>Optional<br>number<br>Describes the frame rate of the stream.</td></tr></table><br>Source: https://developers.google.com/cast/docs/reference/web_receiver/cast.framework.CastReceiverContext#canDisplayType<br><br>Supported Media for Google Cast<br>Google Cast and all Cast Web Receiver applications support the media facilities and types listed on this page.<br>Some of these require additional coding or the Web Receiver SDK. See Create a Basic Web Receiver App for more information about developing your Web Receiver application to support these media types. |

## Image formats

- APNG
- BMP
- GIF
- JPEG
- PNG
- WEBP

**Note:** Images have a display size limitation of 720p (1280x720). Images should be optimized to 1280x720 or less to avoid scaling down on the receiver device.

## Media container formats

- MP2T
- MP3
- MP4
- OGG
- WAV
- WebM

**Note:** You can determine if a particular codec is supported with a call to `CastReceiverContext.canDisplayType()`. For example:

```
const context = cast.framework.CastI
context.canDisplayType('audio/mp4',
```

Source: https://developers.google.com/cast/docs/media

2. **Via Airplay**

Now, some of you might be curating your playlist to focus on those type of devices. So, an iPhone screen or an iPad screen.

But remember at any time, a user could take that video and want to send it and AirPlay it to a TV. So it's important that you have a full range of variants in your playlist that are appropriate for a TV, including variants that support 4K, HDR and surround sound.

Now, if in your playlist you have multiple video codecs that you use to encode your content, be sure to also provide a full range of variants for each video codec. This makes sure that your video is fully supported on any device it plays back on and it also makes sure that the player can transition smoothly between variants using the same video codec.

Source: https://developer.apple.com/videos/play/wwdc2019/501/

| | |
|---|---|
| | ## Preparing Your Media<br><br>When preparing your media for AirPlay, you should do the following:<br><br>• Encode your audio using mono or stereo AAC or MP3 compression.<br>• Encode your video using H.264 compression.<br>Use Baseline Profile 3.0 if your video is intended for playback on iPhone 3G or earlier.<br>For playback on iPhone 4 and later, iPod touch, iPad, and Apple TV, use Baseline Profile 3.1.<br>Use Main Profile 3.1 if your video is intended for playback exclusively on iPad, OS X, and Apple TV.<br><br>### Providing AC3 Audio and High-Definition Video<br><br>The AirPlay-enabled sound system that is playing your audio media might be able to play AC3 surround-sound audio. You can provide an alternate stream playlist that has an AC3 selection to give your app richer sound when the output device supports it. Similarly, the AirPlay output device might be able to display high-definition video; provide a 1280 x 720 video stream alternate to give the user the richest display possible.<br><br>Alternate stream playlists are a feature of HTTP Live Streaming. Alternate streams are normally specified by bit rate, but you can also specify streams by screen resolution and required codecs, so that the AC3 audio and high-definition video streams are chosen only when the output device supports them.<br><br>You can specify the ability to play AC3 audio as a requirement for a stream alternate by setting the `CODECS` parameter in your master playlist. The string for the AC3 audio codec is `"ac-3"`. Similarly, you can use the `RESOLUTION` parameter to set the minimum video resolution required for a video stream.<br><br>As an example, the following variant playlist specifies a low bandwidth stream, a high bandwidth stream, and an AirPlay stream that requires a 1280 x 720 display, AC3 audio capability, and a 1.5 Mbit/s Internet connection.<br><br>Source:<br>https://developer.apple.com/library/archive/documentation/AudioVideo/Conceptual/AirPlayGuide/PreparingYourMediaforAirPlay/PreparingYourMediaforAirPlay.html#//apple_ref/doc/uid/TP40011045-CH4-SW4 |
| the output engine renders at least part of the digital content onto a medium in accordance with at least part of the output data, | *The output engine (e.g., GPU included in the six-core processor, etc.) renders/plays at least part of the digital content (e.g., videos, photos, etc.) onto a medium (e.g., display screen, etc.) in accordance with at least part of the output data in an acceptable format.*<br><br>**Wireless Output Device includes output engine for rendering digital content according to received output data:**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br><br> |

| | |
|---|---|
| | **Key Specs**<br><br>Class Size: 24"<br>Viewable Display Size: 23.50" (596.9mm)<br>Resolution: 1920 x 1080<br>Aspect Ratio: 16:9<br>Backlight Type: Full Array LED<br>Dynamic Contrast Ratio: 5000:1<br>Active Pixel Tuning: No<br>Refresh Rate: 60Hz<br>Display Processor: Six-Core Processor<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>VIZIO<br>**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**<br>• **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.<br>• **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.<br>• **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.<br><br>Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122 |

| | |
|---|---|
| | To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.<br><br>"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."<br><br>Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html<br><br>**How CPU and GPU Work Together**<br><br>A CPU (central processing unit) works together with a GPU (graphics processing unit) to increase the throughput of data and the number of concurrent calculations within an application. GPUs were originally designed to create images for computer graphics and video game consoles, but since the early 2010's, GPUs can also be used to accelerate calculations involving massive amounts of data. A CPU can never be fully replaced by a GPU: a GPU complements CPU architecture by allowing repetitive calculations within an application to be run in parallel while the main program continues to run on the CPU. The CPU can be thought of as the taskmaster of the entire system, coordinating a wide range of general-purpose computing tasks, with the GPU performing a narrower range of more specialized tasks (usually mathematical). Using the power of parallelism, a GPU can complete more work in the same amount of time as compared to a CPU.<br><br> |

| | |
|---|---|
| | ## Difference Between CPU and GPU<br><br>The main difference between CPU and GPU architecture is that a CPU is designed to handle a wide-range of tasks quickly (as measured by CPU clock speed), but are limited in the concurrency of tasks that can be running. A GPU is designed to quickly render high-resolution images and video concurrently.<br>Because GPUs can perform parallel operations on multiple sets of data, they are also commonly used for non-graphical tasks such as machine learning and scientific computation. Designed with thousands of processor cores running simultaneously, GPUs enable massive parallelism where each core is focused on making efficient calculations.<br><br>Source: https://web.archive.org/web/20220513195938/https://www.heavy.ai/technical-glossary/cpu-vs-gpu |
| the wireless communication unit communicates with the one or more wireless information apparatus via wireless communication, and | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1) includes the wireless communication unit (e.g., Wi-Fi module), which communicates with the one or more wireless information apparatus (e.g., Android/iOS devices) via wireless communication (e.g., Wi-Fi communication).*<br><br>**<u>Wireless output device includes wireless communication unit:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>**Stream Everything You Love**<br><br>Access your favorite apps, cast from your phone, or watch hundreds of free channels.<br><br>Built in:<br><br>**SmartCast™ OS**<br><br>**Connectivity**<br><br>Protocol Wi-Fi 802.11bgn<br>Ethernet 1 (rear)<br>USB Ports 1 (rear)<br>TV Tuner Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Wireless output device communicates with the wireless information apparatus:**

1. **Via Vizio Mobile app/SmartCast app**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.






4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source:https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

2. **Via Chromecast Built-in**

## How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

| | |
|---|---|
| | <br><br><br>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| the memory component stores at least part of digital content for rendering; | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1 etc.) includes the memory component for storing part of the digital content (e.g., photos, videos, etc.) for rendering.*<br>*Vizio Smart TV stores some of the data related to digital content as a reference to user's viewing history, selection and pattern in the form of 'cache.' This cache data is used to fetch relevant content associated with a user account for viewing.*<br><br>**Wireless output device includes memory component for storing digital content:**<br><br>**Skipping Channels**<br>After a channel scan is completed, you may find that some channels are too weak to watch comfortably. There may also be some channels you do not want to view. You can remove these channels from the TV's memory with the Skip Channel feature.<br><br>**WARNING:** Channels that have been removed with the Skip Channel feature can still be viewed if the channel is entered using the Number Pad. If you wish to completely block a channel from being viewed, use the parental controls.<br>See *Locking and Unlocking Channels on page 26.*<br><br>**To remove a channel:**<br>1. From the CHANNELS menu, highlight **Skip Channel**, and press **OK**. The SKIP CHANNEL menu is displayed.<br>2. For each channel you wish to remove, use the **Up/Down Arrow** buttons on the remote to highlight the channel and press **OK**. A ✓ appears to the right of each channel you select.<br><br> |

| | |
|---|---|
| | **Checking for System Updates**<br>**To check for a system update:**<br>**Menu > System > Check for Updates**<br>If an update is found, the TV will ask to confirm the update. If no update is found, the screen will note ***The TV is up-to-date.***<br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf<br><br>Source: https://www.youtube.com/watch?v=HSPI5LoVLhw&t=48s |
| the wireless output device being operable for: the wireless communication unit to establish a wireless communication link between the wireless output device and the one or more wireless information apparatus, the wireless communication link being compatible, at least partly, with at least part of a protocol within IEEE 802.11; | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1, etc.) includes a wireless communication unit (e.g., Wi-Fi module, etc.) to establish a wireless communication link (e.g., Wi-Fi communication link) between the wireless output device and the one or more wireless information apparatus (e.g., Android/iOS devices), where the wireless communication link being compatible, at least partly, with at least part of a protocol within IEEE 802.11.*<br>**Wireless Output Device - Vizio D-Series TV**<br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

## Stream Everything You Love

Access your favorite apps, cast from your phone, or watch hundreds of free channels.

Built in:

**SmartCast™ OS**

## Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Wireless output device establishes wireless communication link with the wireless information apparatus:**

1. **Via Vizio Mobile app/SmartCast app**

## Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

2. **Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
HBO NOW
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

| | |
|---|---|
| |   Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| the wireless output device to provide at least an indication of an identity, or an identifier, or a name associated with the wireless output device over the wireless communication link to the one or more wireless information apparatus while waiting for the one or more wireless information apparatus to identify the wireless output device for service; | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1, etc.) to provide at least an indication of an identity, or an identifier, or a name (e.g. device name, model number) associated with the wireless output device over the wireless communication link (e.g., Wi-Fi communication link) to the one or more wireless information apparatus (e.g., Android/iOS devices) while waiting for the one or more wireless information apparatus to identify the wireless output device for service.*<br><br>**Wireless output device provides an indication to the wireless information apparatus over Wi-Fi communication:**<br><br>**1. Via Vizio Mobile app/SmartCast app**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.

3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

## 2. Via Chromecast Built-in

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US<br><br>**3. <u>Via Airplay</u>**<br><br><br><br><br><br> |

<table>
<tr>
<td></td>
<td>






Source: https://www.youtube.com/watch?v=WGwtY5XmNSw
</td>
</tr>
<tr>
<td>the wireless output device to implement a security key procedure for enabling a restricted wireless communication with one or more authorized wireless information apparatus;</td>
<td>
The wireless output device (e.g., Vizio D-Series Smart TV | D24f-G1, etc.) implements a security key procedure (e.g., receiving PIN/passcode, device ID, etc.) for enabling restricted wireless communication with the one or more wireless information apparatus (e.g., Android/iOS devices).<br>When a user clicks on the wireless output device name on the smartphone, one of the two security procedures can happen: wireless output device, e.g., Vizio TV, screen displays a PIN/passcode that needs to be entered at the smartphone; or a device ID related to smartphone is transferred to the wireless output device, for secure pairing.
<br><br>
<u>Wireless output device implements security key procedure for establishing restricted Wi-Fi communication with the wireless information apparatus:</u>
<br><br>
1. <u>Via Vizio Mobile app/SmartCast app</u>
</td>
</tr>
</table>

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

**2. Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

| | |
|---|---|
| | Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US<br><br>**Communication**<br><br>A CastMessage has the following simple structure:<br><br>• protocol_version<br>• source_id<br>• destination_id<br>• namespace<br>• payload_type<br>• an union of utf8 or binary payload |

All fields are quite self-explanatory, and the *.proto* file contains many comments. The protocol version is always 1. The source and destination fields allows to identify sources and destinations. These fields are part of the multiplexing of the SSL connection. These identifiers can identify the device or an application. So several ids can be used in the same connection so that different applications or system features can communicate at the same time between a sender and a receiver device.

Source: https://blog.oakbits.com/google-cast-protocol-discovery-and-connection.html

3. **Via Airplay**

## Mirror your iPhone or iPad to a TV or Mac

1. Connect your iPhone or iPad to the same Wi-Fi network as your Apple TV, AirPlay-compatible smart TV, or Mac.[2]
2. Open Control Center:
   - On iPhone X or later or iPad with iPadOS 13 or later: Swipe down from the upper-right corner of the screen.
   - On iPhone 8 or earlier or iOS 11 or earlier: Swipe up from the bottom edge of the screen.
3. Tap the Screen Mirroring button .



| | |
|---|---|
| | 4. Select your TV or Mac from the list.<br><br><br>5. If an AirPlay passcode appears on your TV screen or Mac, enter the passcode on your iPhone or iPad.<br>To stop mirroring your iPhone or iPad, open Control Center, tap Screen Mirroring, then tap Stop Mirroring. Or press the Menu button on your Apple TV Remote.<br>1. Some video apps might not support AirPlay. If you can't use AirPlay with a video app, check the App Store on your Apple TV to see if that app is available.<br>2. Find out which macOS versions and Mac models are compatible with AirPlay to Mac and learn how to set up your Mac to be an AirPlay receiver.<br>Published Date: April 02, 2024<br><br>Source: https://support.apple.com/en-us/102661 |
| the wireless output device to receive at least part of the digital content at the wireless output device from the one or more authorized wireless information apparatus over the wireless communication link; | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1, etc.) to receive at least part of the digital content (e.g., video, photos, etc.) from the one or more authorized wireless information apparatus (e.g., Android/iOS devices) over the wireless communication link (e.g., Wi-Fi communication link, etc.).*<br><br>**Wireless output device receives digital content from the authorized wireless information apparatus:**<br><br>**1. Via Vizio Mobile app/SmartCast app** |

| | |
|---|---|
| | Launched earlier this year, Vizio's SmartCast app is quite handy, tying together a number of apps like Hulu, Vudu, FandangoNow, Crackle, and Google Play Movies & TV with the ability to easily "cast" content to your TV. Today, it's getting even better as it has been updated with a simpler user interface, new tutorials, and content catalog updates.<br><br>"One of the key Vizio SmartCast differentiators when compared to traditional smart TV platforms is our ability to continuously enhance the experience with quick improvements which any user can enjoy right from their own mobile device," Vizio chief technology officer Matt McRae said in a statement. "The latest round of enhancements were designed to further simplify consumer interaction with the SmartCast app, giving users quicker access to controls, content and more."<br><br>Source: https://www.vizio.com/en/news/2017/jan/vizios-updated-smartcast-app-is-simpler-to-use-with-better-recommedations<br><br>APRIL 01, 2019<br>**VIZIO Updates SmartCast App for iOS in Preparation for Upcoming AirPlay 2 and HomeKit Support**<br><br>9to5Mac<br>By Chance Miller<br>April 1, 2019<br><br>Vizio was among a handful of TV manufacturers that announced AirPlay 2 and Home app support earlier this year. Now, the company is preparing its **SmartCast Mobile app** for AirPlay support.<br><br>**The latest update to the Vizio SmartCast Mobile app for iOS includes the groundwork necessary for the app to allow set up of AirPlay features. The set up is not yet available, but Vizio says it will be accessible via the side menu at a later date.**<br>To read this entire article, please click **here**<br><br>Source: https://www.vizio.com/en/news/2019/apr/vizio-updates-smartcast-app-for-ios-in-preparation-for-upcoming-airplay-2-and-homekit-support<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

TIDAL | VIZIO

**Play TIDAL on VIZIO.**

Enjoy your favorite music, videos, interviews, and livestreams from anywhere in the home on your VIZIO SmartCast™ TV.

Source: https://web.archive.org/web/20210316091935/https://tidal.com/partners/vizio

To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.

Source: https://web.archive.org/web/20210420063113/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio

2. **Via Chromecast Built-in**

**How do I stream apps like Netflix to my VIZIO SmartCast™ TV?**

- Download and open a Chromecast-enabled apps on your mobile device. Then tap the Cast button.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
HBO NOW
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| the wireless output device to decode at least part of the digital content received over the wireless communication link from the one or more authorized wireless information apparatus; | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1, etc.) decodes at least part of the digital content received over the wireless communication link (e.g., Wi-Fi communication link, etc.) from the one or more authorized wireless information apparatus (e.g., Android/iOS devices).*<br>*The wireless output device receives encoded digital content. The processor of the wireless output device decodes the received digital content as per the formats supported by the Vizio Smart TV for rendering the content suitably.*<br><br>**<u>Wireless Output Device - Vizio D-Series TV</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

## Key Specs

| | |
|---|---|
| Class Size | 24" |
| Viewable Display Size | 23.50" (596.9mm) |
| Resolution | 1920 x 1080 |
| Aspect Ratio | 16:9 |
| Backlight Type | Full Array LED |
| Dynamic Contrast Ratio | 5000:1 |
| Active Pixel Tuning | No |
| Refresh Rate | 60Hz |
| Display Processor | Six-Core Processor |

## That Works With Everything

Your VIZIO should work with you and your home. That's why VIZIO supports all popular video and audio formats, as well as Alexa, Google Assistant, and Siri.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.

"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."

| | |
|---|---|
| | Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html |

**Wireless output device decodes the received digital content from the wireless information apparatus:**

1. **Via Chromecast**

getDeviceCapabilities

`getDeviceCapabilities() returns Object`

Provides device capabilities information once the system is ready, otherwise it will be null. If an empty object is returned, the device does not expose any capabilities information.

**Returns**

`nullable Object` The device capabilities information (key/value pairs). It will be null if the system is not ready yet. It may be an empty object if the platform does not expose any device capabilities information.

canDisplayType

`canDisplayType(mimeType, codecs, width, height, framerate) returns boolean`

Checks if the given media params of video or audio streams are supported by the platform.

| Parameter | |
|---|---|
| mimeType | string<br>Media MIME type. It consists of a type and subtype separated by a '/'. It can be either video or audio mime types. |
| codecs | Optional<br>string<br>Quoted-string contains a comma-separated list of formats, where each format specifies a media sample type that is present in the stream. |
| width | Optional<br>number<br>Describes the stream horizontal resolution in pixels. |
| height | Optional<br>number<br>Describes the stream vertical resolution in pixels. |
| framerate | Optional<br>number<br>Describes the frame rate of the stream. |

Source: https://developers.google.com/cast/docs/reference/web_receiver/cast.framework.CastReceiverContext#canDisplayType

Supported Media for Google Cast

Google Cast and all Cast Web Receiver applications support the media facilities and types listed on this page.

Some of these require additional coding or the Web Receiver SDK. See Create a Basic Web Receiver App for more information about developing your Web Receiver application to support these media types.

## Image formats

- APNG
- BMP
- GIF
- JPEG
- PNG
- WEBP

★ **Note:** Images have a display size limitation of 720p (1280x720). Images should be optimized to 1280x720 or less to avoid scaling down on the receiver device.

## Media container formats

- MP2T
- MP3
- MP4
- OGG
- WAV
- WebM

★ **Note:** You can determine if a particular codec is supported with a call to `CastReceiverContext.canDisplayType()`. For example:

```
const context = cast.framework.CastI
context.canDisplayType('audio/mp4',
```

Source: https://developers.google.com/cast/docs/media

**2. Via Airplay**

Now, some of you might be curating your playlist to focus on those type of devices. So, an iPhone screen or an iPad screen.

But remember at any time, a user could take that video and want to send it and AirPlay it to a TV. So it's important that you have a full range of variants in your playlist that are appropriate for a TV, including variants that support 4K, HDR and surround sound.

Now, if in your playlist you have multiple video codecs that you use to encode your content, be sure to also provide a full range of variants for each video codec. This makes sure that your video is fully supported on any device it plays back on and it also makes sure that the player can transition smoothly between variants using the same video codec.

<table>
<tr>
<td></td>
<td>Source: https://developer.apple.com/videos/play/wwdc2019/501/<br><br>
Preparing Your Media<br><br>
When preparing your media for AirPlay, you should do the following:<br>
• Encode your audio using mono or stereo AAC or MP3 compression.<br>
• Encode your video using H.264 compression.<br>
Use Baseline Profile 3.0 if your video is intended for playback on iPhone 3G or earlier.<br>
For playback on iPhone 4 and later, iPod touch, iPad, and Apple TV, use Baseline Profile 3.1.<br>
Use Main Profile 3.1 if your video is intended for playback exclusively on iPad, OS X, and Apple TV.<br><br>
Providing AC3 Audio and High-Definition Video<br><br>
The AirPlay-enabled sound system that is playing your audio media might be able to play AC3 surround-sound audio. You can provide an alternate stream playlist that has an AC3 selection to give your app richer sound when the output device supports it. Similarly, the AirPlay output device might be able to display high-definition video; provide a 1280 x 720 video stream alternate to give the user the richest display possible.<br><br>
Alternate stream playlists are a feature of HTTP Live Streaming. Alternate streams are normally specified by bit rate, but you can also specify streams by screen resolution and required codecs, so that the AC3 audio and high-definition video streams are chosen only when the output device supports them.<br><br>
You can specify the ability to play AC3 audio as a requirement for a stream alternate by setting the CODECS parameter in your master playlist. The string for the AC3 audio codec is "ac-3". Similarly, you can use the RESOLUTION parameter to set the minimum video resolution required for a video stream.<br><br>
As an example, the following variant playlist specifies a low bandwidth stream, a high bandwidth stream, and an AirPlay stream that requires a 1280 x 720 display, AC3 audio capability, and a 1.5 Mbit/s Internet connection.<br><br>
Source:<br>
https://developer.apple.com/library/archive/documentation/AudioVideo/Conceptual/AirPlayGuide/PreparingYourMediaforAirPlay/PreparingYourMediaforAirPlay.html#//apple_ref/doc/uid/TP40011045-CH4-SW4</td>
</tr>
<tr>
<td>the wireless output device to process at least a color correction or a color management operation on at least part of the digital content received from the one or more authorized wireless information apparatus;</td>
<td>The wireless output device (e.g., Vizio D-Series Smart TV | D24f-G1, etc.) processes at least a color correction or a color management operation (e.g., adjusts or boosts color, contrast, brightness, color temperature, resolution, etc.) on at least part of the digital content received from the one or more authorized wireless information apparatus (e.g., Android/iOS devices, etc.).<br>
Further, the digital content is processed by the Vizio smart TV's display processor in accordance with the color, contrast, brightness, resolution and other configurations as per the display settings selected by the user.<br><br>
<u>Wireless output device processes color correction or color management operation on received digital content:</u><br><br>
VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV | D24f-G1</td>
</tr>
</table>

| | |
|---|---|
| | **Key Specs**<br><br>Class Size: 24"<br>Viewable Display Size: 23.50" (596.9mm)<br>Resolution: 1920 x 1080<br>Aspect Ratio: 16:9<br>Backlight Type: Full Array LED<br>Dynamic Contrast Ratio: 5000:1<br>Active Pixel Tuning: No<br>Refresh Rate: 60Hz<br>Display Processor: Six-Core Processor<br><br>**More Detail with High Definition**<br><br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.<br><br>"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers." |

Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html

## ADJUSTING THE PICTURE SETTINGS

Your TV can be adjusted to suit your preferences and viewing conditions.

**To adjust the picture settings:**

**Menu > Picture > Picture Mode**

1. Use the **Arrow** buttons on the remote to highlight **Picture Mode,** then use the **Left/Right Arrow** buttons to change the picture mode:

- **Standard** — Sets the picture settings to the default settings.
- **Calibrated** — Sets the picture settings to values ideal for watching TV in a brightly-lit room.
- **Calibrated Dark** — Sets the picture settings to values ideal for watching TV in a dark room.
- **Vivid** — Sets the picture settings to values that produce a brighter, more vivid picture.
- **Game** — Reduces throughput delays and optimizes the picture settings for displaying game console output.
- **Computer** — Optimizes the picture settings for displaying computer output.

2. To manually change each of the picture settings, use the **Up/Down Arrow** buttons on the remote to highlight that picture setting, then use the **Left/Right Arrow** buttons to adjust the setting:

- **Backlight** — Adjusts the LED brightness to affect the overall brilliance of the picture. Backlight cannot be adjusted when starting from some picture modes.
- **Brightness** — Adjusts the black level of the picture. When this setting is too low, the picture may be too dark to distinguish details. When this setting is too high, the picture may appear faded or washed out.
- **Contrast** — Adjusts the white level of the picture. When this setting is too low, the picture may appear dark. When this setting is too high, the picture may appear faded or washed out. If the setting is too high or too low, detail may be difficult to distinguish in dark or bright areas of the picture.
- **Color** — Adjusts the intensity of the picture colors.
- **Tint** — Adjusts the hue of the picture. This setting is useful in adjusting the flesh tones in the picture. If flesh appears too orange, reduce the level of color before adjusting tint.
- **Sharpness** — Adjusts the edge sharpness of picture elements. It can be used to sharpen non-HD (high definition) content; however, it will not produce detail that does not otherwise exist.



**Adjusting More Picture Settings**

**To adjust more picture settings:**

**Menu** > **Picture** > **More Picture**

Use the **Arrow** buttons to highlight the setting you wish to adjust, then press the **Left/ Right Arrow** buttons to change the setting:




- **Color Temperature —** Change the white balance of the picture. Refer to the section on *Adjusting the Color Temperature on page 17.*
- **Black Detail —** Adjusts the average brightness of the picture to compensate for large areas of brightness.
- **Backlight Control —** When **ON**, it will improve the contrast ratio of the picture by adjusting backlight zones. Specific adjustments are based on content.
- **Reduce Noise:**
  - **Reduce Signal Noise:** Lessens artifacts in the image caused by the digitizing of image motion content.
  - **Reduce Block Noise:** Reduces pixelation and distortion for mpeg files.
- **Game Low Latency —** Reduces video delay (lag) when gaming.
- **Film Mode —** Optimizes the picture for watching films. Select **On** or **Off**.*
- **Gamma —** Set the shape of the Gamma curve. Use lower Gamma values for bright room conditions, and higher values when it's dark.

## Adjusting the Color Tuner Settings

The Color Tuner settings allow you to adjust the color management system, 2 point white balance, 11 point white balance, turn color channels off for testing, and display SMPTE, flat, ramp, and uniformity analyzer test patterns.

**WARNING:** The Color Tuner, 11 Point White Balance, and test patterns allow technicians to manually calibrate the TV. Calibration requires specialized training, an input with precisely set colors, and a specialized light meter.

**To access the color tuner table:**

**Menu** > **Picture** > **Color Calibration** > **Color Tuner**

**To turn color channels off and on:**

1. Use the **Arrow** buttons on the remote to highlight **Red**, **Green**, or **Blue**.
2. Press the **OK** button to turn the color channel off or on. An **X** appears over a color channel that has been turned off.
3. Only two color channels can be turned off at the same time.

**TIP:** Any changes made affect the color temperature setting. Select the preferred color temperature setting first. See *Adjusting the Color Temperature on page 17.*

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

<table>
<tr>
<td>the output controller included in the wireless output device to process at least part of the digital content into output data that is more acceptable for rendering at the output engine;</td>
<td>
The wireless output device (e.g., Vizio D-Series Smart TV | D24f-G1 etc.) includes the output controller (e.g., processor etc.) to process (e.g., decoding, image processing, color operations, resolution operation etc.) at least part of the digital content (e.g., photos, videos etc.) into output data acceptable for rendering at the output engine (e.g., GPU).
In order to cast/AirPlay digital content to the selected wireless output device (i.e. VIZIO D-Series | D24f-G1), the smartphone converts or encodes the digital content in accordance with the supported formats of the wireless output device. Therefore, the wireless output device must decode the received digital content before sending it to output engine for rendering.
Further, the processor of the Vizio Smart TV performs color operation such as adjusting the color settings etc. as well as resolution operation on digital content.
<u>Wireless Output Device - Vizio D-Series TV</u>
VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV | D24f-G1
Key Specs
<table>
<tr><td>Class Size</td><td>24"</td></tr>
<tr><td>Viewable Display Size</td><td>23.50" (596.9mm)</td></tr>
<tr><td>Resolution</td><td>1920 x 1080</td></tr>
<tr><td>Aspect Ratio</td><td>16:9</td></tr>
<tr><td>Backlight Type</td><td>Full Array LED</td></tr>
<tr><td>Dynamic Contrast Ratio</td><td>5000:1</td></tr>
<tr><td>Active Pixel Tuning</td><td>No</td></tr>
<tr><td>Refresh Rate</td><td>60Hz</td></tr>
<tr><td>Display Processor</td><td>Six-Core Processor</td></tr>
</table>
</td>
</tr>
</table>

| | |
|---|---|
| | **Share**<br><br>Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.<br><br>**More Detail with High Definition**<br><br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution<br><br>**That Works With Everything**<br><br>Your VIZIO should work with you and your home. That's why VIZIO supports all popular video and audio formats, as well as Alexa, Google Assistant, and Siri.<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.<br><br>"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."<br><br>Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html |

## ADJUSTING THE PICTURE SETTINGS

Your TV can be adjusted to suit your preferences and viewing conditions.

**To adjust the picture settings:**

**Menu > Picture > Picture Mode**

1. Use the **Arrow** buttons on the remote to highlight **Picture Mode,** then use the **Left/Right Arrow** buttons to change the picture mode:

- **Standard —** Sets the picture settings to the default settings.
- **Calibrated —** Sets the picture settings to values ideal for watching TV in a brightly-lit room.
- **Calibrated Dark —** Sets the picture settings to values ideal for watching TV in a dark room.
- **Vivid —** Sets the picture settings to values that produce a brighter, more vivid picture.
- **Game —** Reduces throughput delays and optimizes the picture settings for displaying game console output.
- **Computer —** Optimizes the picture settings for displaying computer output.

2. To manually change each of the picture settings, use the **Up/Down Arrow** buttons on the remote to highlight that picture setting, then use the **Left/Right Arrow** buttons to adjust the setting:

- **Backlight —** Adjusts the LED brightness to affect the overall brilliance of the picture. Backlight cannot be adjusted when starting from some picture modes.
- **Brightness —** Adjusts the black level of the picture. When this setting is too low, the picture may be too dark to distinguish details. When this setting is too high, the picture may appear faded or washed out.
- **Contrast —** Adjusts the white level of the picture. When this setting is too low, the picture may appear dark. When this setting is too high, the picture may appear faded or washed out. If the setting is too high or too low, detail may be difficult to distinguish in dark or bright areas of the picture.
- **Color —** Adjusts the intensity of the picture colors.




- **Tint —** Adjusts the hue of the picture. This setting is useful in adjusting the flesh tones in the picture. If flesh appears too orange, reduce the level of color before adjusting tint.
- **Sharpness —** Adjusts the edge sharpness of picture elements. It can be used to sharpen non-HD (high definition) content; however, it will not produce detail that does not otherwise exist.

**Adjusting More Picture Settings**

**To adjust more picture settings:**

**Menu** > **Picture** > **More Picture**

Use the **Arrow** buttons to highlight the setting you wish to adjust, then press the **Left/ Right Arrow** buttons to change the setting:




- **Color Temperature** — Change the white balance of the picture. Refer to the section on *Adjusting the Color Temperature on page 17.*
- **Black Detail** — Adjusts the average brightness of the picture to compensate for large areas of brightness.
- **Backlight Control** — When **ON**, it will improve the contrast ratio of the picture by adjusting backlight zones. Specific adjustments are based on content.
- **Reduce Noise:**
  - **Reduce Signal Noise:** Lessens artifacts in the image caused by the digitizing of image motion content.
  - **Reduce Block Noise:** Reduces pixelation and distortion for mpeg files.
- **Game Low Latency** — Reduces video delay (lag) when gaming.
- **Film Mode** — Optimizes the picture for watching films. Select **On** or **Off**.*
- **Gamma** — Set the shape of the Gamma curve. Use lower Gamma values for bright room conditions, and higher values when it's dark.

**Adjusting the Color Tuner Settings**

The Color Tuner settings allow you to adjust the color management system, 2 point white balance, 11 point white balance, turn color channels off for testing, and display SMPTE, flat, ramp, and uniformity analyzer test patterns.

**WARNING:** The Color Tuner, 11 Point White Balance, and test patterns allow technicians to manually calibrate the TV. Calibration requires specialized training, an input with precisely set colors, and a specialized light meter.

**To access the color tuner table:**

**Menu** > **Picture** > **Color Calibration** > **Color Tuner**

**To turn color channels off and on:**

1. Use the **Arrow** buttons on the remote to highlight **Red**, **Green**, or **Blue**.
2. Press the **OK** button to turn the color channel off or on. An **X** appears over a color channel that has been turned off.
3. Only two color channels can be turned off at the same time.

**TIP:** Any changes made affect the color temperature setting. Select the preferred color temperature setting first. See *Adjusting the Color Temperature on page 17.*

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

**Wireless output device processing the received digital content into output data:**

| | |
|---|---|
| | **1. Via Chromecast** |

## getDeviceCapabilities

`getDeviceCapabilities() returns Object`

Provides device capabilities information once the system is ready, otherwise it will be null. If an empty object is returned, the device does not expose any capabilities information.

**Returns**

`nullable Object` The device capabilities information (key/value pairs). It will be null if the system is not ready yet. It may be an empty object if the platform does not expose any device capabilities information.

## canDisplayType

`canDisplayType(mimeType, codecs, width, height, framerate) returns boolean`

Checks if the given media params of video or audio streams are supported by the platform.

| Parameter | |
|---|---|
| mimeType | string<br>Media MIME type. It consists of a type and subtype separated by a '/'. It can be either video or audio mime types. |
| codecs | Optional<br>string<br>Quoted-string contains a comma-separated list of formats, where each format specifies a media sample type that is present in the stream. |
| width | Optional<br>number<br>Describes the stream horizontal resolution in pixels. |
| height | Optional<br>number<br>Describes the stream vertical resolution in pixels. |
| framerate | Optional<br>number<br>Describes the frame rate of the stream. |

Source:
https://developers.google.com/cast/docs/reference/web_receiver/cast.framework.CastReceiverContext#canDisplayType

## Supported Media for Google Cast

Google Cast and all Cast Web Receiver applications support the media facilities and types listed on this page.

Some of these require additional coding or the Web Receiver SDK. See Create a Basic Web Receiver App for more information about developing your Web Receiver application to support these media types.

| | |
|---|---|
| | **Image formats**<br><br>• APNG<br>• BMP<br>• GIF<br>• JPEG<br>• PNG<br>• WEBP<br><br>★ **Note:** Images have a display size limitation of 720p (1280x720). Images should be optimized to 1280x720 or less to avoid scaling down on the receiver device.<br><br>**Media container formats**<br><br>• MP2T<br>• MP3<br>• MP4<br>• OGG<br>• WAV<br>• WebM<br><br>★ **Note:** You can determine if a particular codec is supported with a call to `CastReceiverContext.canDisplayType()`. For example:<br><br>`const context = cast.framework.CastI`<br>`context.canDisplayType('audio/mp4',`<br><br>Source: https://developers.google.com/cast/docs/media<br><br>**2. Via Airplay**<br><br>Now, some of you might be curating your playlist to focus on those type of devices. So, an iPhone screen or an iPad screen.<br><br>But remember at any time, a user could take that video and want to send it and AirPlay it to a TV. So it's important that you have a full range of variants in your playlist that are appropriate for a TV, including variants that support 4K, HDR and surround sound.<br><br>Now, if in your playlist you have multiple video codecs that you use to encode your content, be sure to also provide a full range of variants for each video codec. This makes sure that your video is fully supported on any device it plays back on and it also makes sure that the player can transition smoothly between variants using the same video codec. |

<table>
<tr>
<td></td>
<td>
Source: https://developer.apple.com/videos/play/wwdc2019/501/

## Preparing Your Media

When preparing your media for AirPlay, you should do the following:

- Encode your audio using mono or stereo AAC or MP3 compression.
- Encode your video using H.264 compression.

  Use Baseline Profile 3.0 if your video is intended for playback on iPhone 3G or earlier.

  For playback on iPhone 4 and later, iPod touch, iPad, and Apple TV, use Baseline Profile 3.1.

  Use Main Profile 3.1 if your video is intended for playback exclusively on iPad, OS X, and Apple TV.

### Providing AC3 Audio and High-Definition Video

The AirPlay-enabled sound system that is playing your audio media might be able to play AC3 surround-sound audio. You can provide an alternate stream playlist that has an AC3 selection to give your app richer sound when the output device supports it. Similarly, the AirPlay output device might be able to display high-definition video; provide a 1280 x 720 video stream alternate to give the user the richest display possible.

Alternate stream playlists are a feature of HTTP Live Streaming. Alternate streams are normally specified by bit rate, but you can also specify streams by screen resolution and required codecs, so that the AC3 audio and high-definition video streams are chosen only when the output device supports them.

You can specify the ability to play AC3 audio as a requirement for a stream alternate by setting the CODECS parameter in your master playlist. The string for the AC3 audio codec is "ac-3". Similarly, you can use the RESOLUTION parameter to set the minimum video resolution required for a video stream.

As an example, the following variant playlist specifies a low bandwidth stream, a high bandwidth stream, and an AirPlay stream that requires a 1280 x 720 display, AC3 audio capability, and a 1.5 Mbit/s Internet connection.

Source:
https://developer.apple.com/library/archive/documentation/AudioVideo/Conceptual/AirPlayGuide/PreparingYourMediaforAirPlay/PreparingYourMediaforAirPlay.html#//apple_ref/doc/uid/TP40011045-CH4-SW4
</td>
</tr>
<tr>
<td>the output controller included in the wireless output device to deliver at least part of the processed output data to the output engine for rendering; and the rendering engine to render at least part of the digital content onto the display screen or the projection medium; and</td>
<td>
*The wireless output device (e.g., Vizio D-Series Smart TV | D24f-G1, etc.) includes an output controller (e.g., processor, etc.) to deliver at least part of the processed output data to the output engine (e.g., e.g., GPU, etc.) for rendering.*
*Further, the rendering engine renders/plays the digital content onto the display screen or the projection medium.*

**Wireless Output Device - Vizio D-Series TV**

## VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV | D24f-G1



</td>
</tr>
</table>

| | |
|---|---|
| | **Key Specs**<br><br>Class Size: 24"<br>Viewable Display Size: 23.50" (596.9mm)<br>Resolution: 1920 x 1080<br>Aspect Ratio: 16:9<br>Backlight Type: Full Array LED<br>Dynamic Contrast Ratio: 5000:1<br>Active Pixel Tuning: No<br>Refresh Rate: 60Hz<br>Display Processor: Six-Core Processor<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.<br><br>"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."<br><br>Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html |

<table>
<tr>
<td></td>
<td>

# How CPU and GPU Work Together

A CPU (central processing unit) works together with a GPU (graphics processing unit) to increase the throughput of data and the number of concurrent calculations within an application. GPUs were originally designed to create images for computer graphics and video game consoles, but since the early 2010's, GPUs can also be used to accelerate calculations involving massive amounts of data.
A CPU can never be fully replaced by a GPU: a GPU complements CPU architecture by allowing repetitive calculations within an application to be run in parallel while the main program continues to run on the CPU. The CPU can be thought of as the taskmaster of the entire system, coordinating a wide range of general-purpose computing tasks, with the GPU performing a narrower range of more specialized tasks (usually mathematical). Using the power of parallelism, a GPU can complete more work in the same amount of time as compared to a CPU.




# Difference Between CPU and GPU

The main difference between CPU and GPU architecture is that a CPU is designed to handle a wide-range of tasks quickly (as measured by CPU clock speed), but are limited in the concurrency of tasks that can be running. A GPU is designed to quickly render high-resolution images and video concurrently.
Because GPUs can perform parallel operations on multiple sets of data, they are also commonly used for non-graphical tasks such as machine learning and scientific computation. Designed with thousands of processor cores running simultaneously, GPUs enable massive parallelism where each core is focused on making efficient calculations.

Source: https://web.archive.org/web/20220513195938/https://www.heavy.ai/technical-glossary/cpu-vs-gpu

</td>
</tr>
<tr>
<td>wherein the wireless output device is at least a wireless television, and the one or more wireless information apparatus being at least one of a laptop computer, a smart phone, a digital camera, or an information pad, individually or in any combination.</td>
<td>

*The wireless output device (e.g., Vizio D-Series Smart TV | D24f-G1, etc.) is a wireless television and the wireless information apparatus (e.g., Android/iOS devices) is a smart phone.*

**<u>Wireless Output Device - Vizio D-Series TV</u>**

## VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV | D24f-G1

</td>
</tr>
</table>




## Stream Everything You Love

Access your favorite apps, cast from your phone, or watch hundreds of free channels.

Built in:

**SmartCast™ OS**

## Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

## More Detail with High Definition

With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Wireless Information Apparatus: Smartphone Android device**




| COMMS | | |
|---|---|---|
| | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source: https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| Operating system | Android 11 |
|---|---|

| Wireless and Location | |
|---|---|
| | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth[*11] 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source:
https://web.archive.org/web/20211109065732/https://support.google.com/pixelphone/answer/7158570?hl=en#zippy=%2Cpixel

**iOS device**

| | |
|---|---|
| | iPhone 12 – Technical Specifications<br><br>**Cellular and Wireless**<br>▪ **Model A2172***<br>5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)<br>5G NR mmWave (Bands n260, n261)<br>FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)<br>TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>CDMA EV-DO Rev. A (800, 1900 MHz)<br>UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>GSM/EDGE (850, 900, 1800, 1900 MHz)<br>▪ **All models**<br>5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]<br>Gigabit LTE with 4x4 MIMO and LAA[6]<br>Wi-Fi 6 (802.11ax) with 2x2 MIMO<br>Bluetooth 5.0<br>Ultra Wideband chip for spatial awareness[7]<br>NFC with reader mode<br>Express Cards with power reserve<br>For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.<br><br>Source: https://support.apple.com/kb/SP830?locale=en_US<br><br>PLATFORM<br>OS: iOS 14.1, upgradable to iOS 18.1<br>Chipset: Apple A14 Bionic (5 nm)<br>CPU: Hexa-core (2x3.1 GHz Firestorm + 4x1.8 GHz Icestorm)<br>GPU: Apple GPU (4-core graphics)<br><br>Source: https://www.gsmarena.com/apple_iphone_12-10509.php |
| 10. The wireless output device of claim 9 in which the security key is an authentication procedure that includes at least one of a name, an identification number, a password, or biometric information of a user. | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1, etc.) of claim 9, in which the security key is an authentication procedure includes an identification number or a password (e.g., PIN/passcode, device ID, etc.).*<br>*When a user clicks on the wireless output device name on the smartphone, one of the two security procedures can happen: wireless output device, e.g., Vizio TV, screen displays a PIN/passcode that needs to be entered at the smartphone; or a device ID related to smartphone is transferred to the wireless output device, for secure pairing.*<br><br>**Wireless output device implements authentication procedure for establishing Wi-Fi communication with the authorized wireless information apparatus:** |

1. **Via Vizio Mobile app/SmartCast app**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

**2. Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

| | |
|---|---|
| | Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US<br><br>**Communication**<br><br>A CastMessage has the following simple structure:<br><br>• protocol_version<br>• source_id<br>• destination_id<br>• namespace<br>• payload_type<br>• an union of utf8 or binary payload |

| | |
|---|---|
| | All fields are quite self-explanatory, and the *.proto* file contains many comments. The protocol version is always 1. The source and destination fields allows to identify sources and destinations. These fields are part of the multiplexing of the SSL connection. These identifiers can identify the device or an application. So several ids can be used in the same connection so that different applications or system features can communicate at the same time between a sender and a receiver device.<br><br>Source: https://blog.oakbits.com/google-cast-protocol-discovery-and-connection.html<br><br>**3. Via Airplay**<br><br>**Mirror your iPhone or iPad to a TV or Mac**<br><br>1. Connect your iPhone or iPad to the same Wi-Fi network as your Apple TV, AirPlay-compatible smart TV, or Mac.[2]<br>2. Open Control Center:<br>◦ On iPhone X or later or iPad with iPadOS 13 or later: Swipe down from the upper-right corner of the screen.<br>◦ On iPhone 8 or earlier or iOS 11 or earlier: Swipe up from the bottom edge of the screen.<br>3. Tap the Screen Mirroring button .<br><br><br> |

<table>
<tr>
<td></td>
<td>
4. Select your TV or Mac from the list.<br>

<br>
5. If an AirPlay passcode appears on your TV screen or Mac, enter the passcode on your iPhone or iPad.<br>
To stop mirroring your iPhone or iPad, open Control Center, tap Screen Mirroring, then tap Stop Mirroring. Or press the Menu button on your Apple TV Remote.<br>
1. Some video apps might not support AirPlay. If you can't use AirPlay with a video app, check the App Store on your Apple TV to see if that app is available.<br>
2. Find out which macOS versions and Mac models are compatible with AirPlay to Mac and learn how to set up your Mac to be an AirPlay receiver.<br>
Published Date: April 02, 2024<br><br>
Source: https://support.apple.com/en-us/102661
</td>
</tr>
<tr>
<td>11. The wireless output device of claim 9 wherein establishing the wireless communication link includes accessing a wireless local area network compatible, at least partly, with at least part of a protocol within IEEE 802.11.</td>
<td>
The wireless output device (e.g., Vizio D-Series Smart TV | D24f-G1, etc.) establishing the wireless communication link (e.g., Wi-Fi communication link, etc.) with the wireless information apparatus (e.g., Android/iOS devices) includes accessing a wireless local area network (e.g., Wi-Fi network, etc.) compatible, at least partly, with at least part of a protocol within IEEE 802.11.<br><br>
<u>Wireless output device establishes Wi-Fi communication link with the wireless information apparatus:</u><br><br>
1. <u>Via Vizio Mobile app/SmartCast app</u><br><br>
Pairing your Phone to the VIZIO Mobile App
</td>
</tr>
</table>

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

2. **Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw<br><br>**IEEE 802.11 Standards**<br><br>All the Wi-Fi standards come under the IEEE 802 umbrella for local area and metropolitan area networking, LAN / MAN. The Wi-Fi standards come under the IEEE 802.11 series.<br><br>When the first Wi-Fi standard was released in 1997, no suffix letter was added. However as further variants were released, a suffix letter was added to denote the actual variation. This letter was lower case.<br><br>The various standards under the IEEE 802.11 umbrella cover everything from the bearers to elements of the system required for interworking, e.g. security, hotspots, quality of service, roaming and the like.<br><br>The main IEEE 802.11 standards are listed below:<br><br>• ***802.11a:*** This was the first Wi-FI standard in the 802.11 series. Released in 1999 it defined a wireless network bearer operating in the 5 GHz ISM band using orthogonal frequency division multiplexing with data rate up to 54 Mbps.<br><br>Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/standards.php |
| 14. The wireless output device of claim 9 being operable for the output controller to perform at least one image processing operation on the output data; the image processing operation including one or more of a color correction operation, a color matching operation, a color space conversion, a color management operation, | *The wireless output device (e.g., Vizio D-Series Smart TV \| D24f-G1, etc.) being operable for the output controller (e.g., processor, etc.) to perform at least one image processing operations on the output data including color correction operation, a color management operation etc.*<br>*The processor of the Vizio Smart TV performs color operations such as adjusting the color settings, etc., as well as resolution operations on digital content.*<br><br>**Wireless Output Device - Vizio D-Series TV** |

<table>
<tr>
<td>a scaling operation, an interpolation operation, or a decompression operation, individually or in any combination.</td>
<td>

VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV | D24f-G1

Key Specs

Class Size: 24"<br>
Viewable Display Size: 23.50" (596.9mm)<br>
Resolution: 1920 x 1080<br>
Aspect Ratio: 16:9<br>
Backlight Type: Full Array LED<br>
Dynamic Contrast Ratio: 5000:1<br>
Active Pixel Tuning: No<br>
Refresh Rate: 60Hz<br>
Display Processor: Six-Core Processor

More Detail with High Definition

With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution

Source: https://www.vizio.com/en/tv/d-series/D24f-G1
</td>
</tr>
</table>

| | |
|---|---|
| | To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.<br><br>"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."<br><br>Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html<br><br>**ADJUSTING THE PICTURE SETTINGS**<br>Your TV can be adjusted to suit your preferences and viewing conditions.<br><br>**To adjust the picture settings:**<br>**Menu** > **Picture** > **Picture Mode**<br><br>1. Use the **Arrow** buttons on the remote to highlight **Picture Mode,** then use the **Left/Right Arrow** buttons to change the picture mode:<br>• **Standard** — Sets the picture settings to the default settings.<br>• **Calibrated** — Sets the picture settings to values ideal for watching TV in a brightly-lit room.<br>• **Calibrated Dark** — Sets the picture settings to values ideal for watching TV in a dark room.<br>• **Vivid** — Sets the picture settings to values that produce a brighter, more vivid picture.<br>• **Game** — Reduces throughput delays and optimizes the picture settings for displaying game console output.<br>• **Computer** — Optimizes the picture settings for displaying computer output. |

2. To manually change each of the picture settings, use the **Up/Down Arrow** buttons on the remote to highlight that picture setting, then use the **Left/Right Arrow** buttons to adjust the setting:

- **Backlight —** Adjusts the LED brightness to affect the overall brilliance of the picture. Backlight cannot be adjusted when starting from some picture modes.
- **Brightness —** Adjusts the black level of the picture. When this setting is too low, the picture may be too dark to distinguish details. When this setting is too high, the picture may appear faded or washed out.
- **Contrast —** Adjusts the white level of the picture. When this setting is too low, the picture may appear dark. When this setting is too high, the picture may appear faded or washed out. If the setting is too high or too low, detail may be difficult to distinguish in dark or bright areas of the picture.
- **Color —** Adjusts the intensity of the picture colors.
- **Tint —** Adjusts the hue of the picture. This setting is useful in adjusting the flesh tones in the picture. If flesh appears too orange, reduce the level of color before adjusting tint.
- **Sharpness —** Adjusts the edge sharpness of picture elements. It can be used to sharpen non-HD (high definition) content; however, it will not produce detail that does not otherwise exist.




## Adjusting More Picture Settings

**To adjust more picture settings:**

**Menu > Picture > More Picture**

Use the **Arrow** buttons to highlight the setting you wish to adjust, then press the **Left/Right Arrow** buttons to change the setting:

- **Color Temperature —** Change the white balance of the picture. Refer to the section on ***Adjusting the Color Temperature on page 17.***
- **Black Detail —** Adjusts the average brightness of the picture to compensate for large areas of brightness.
- **Backlight Control —** When **ON**, it will improve the contrast ratio of the picture by adjusting backlight zones. Specific adjustments are based on content.
- **Reduce Noise:**
  - **Reduce Signal Noise:** Lessens artifacts in the image caused by the digitizing of image motion content.
  - **Reduce Block Noise:** Reduces pixelation and distortion for mpeg files.
- **Game Low Latency —** Reduces video delay (lag) when gaming.
- **Film Mode —** Optimizes the picture for watching films. Select **On** or **Off**.*
- **Gamma —** Set the shape of the Gamma curve. Use lower Gamma values for bright room conditions, and higher values when it's dark.



**Adjusting the Color Tuner Settings**

The Color Tuner settings allow you to adjust the color management system, 2 point white balance, 11 point white balance, turn color channels off for testing, and display SMPTE, flat, ramp, and uniformity analyzer test patterns.

**WARNING:** The Color Tuner, 11 Point White Balance, and test patterns allow technicians to manually calibrate the TV. Calibration requires specialized training, an input with precisely set colors, and a specialized light meter.

**To access the color tuner table:**

**Menu** > **Picture** > **Color Calibration** > **Color Tuner**

**To turn color channels off and on:**

1. Use the **Arrow** buttons on the remote to highlight **Red**, **Green**, or **Blue**.
2. Press the **OK** button to turn the color channel off or on. An **X** appears over a color channel that has been turned off.
3. Only two color channels can be turned off at the same time.

**TIP:** Any changes made affect the color temperature setting. Select the preferred color temperature setting first. See *Adjusting the Color Temperature on page 17.*

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf