# EXHIBIT 14

# Application of U.S. Patent No. 9,836,259 to the Accused TVs*†

* The term "Accused TVs" refers to Vizio's smart televisions, including but not limited to, OLED, P-Series, M-Series, V-Series, D-Series, and Quantum televisions, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| Application of U.S. Patent No. 9,836,259 to the Accused TVs | |
|---|---|
| 1. A wireless output device for connecting to a wireless local area network and for receiving digital content from a digital content service operated, at least partly, over the Internet, the wireless output device for outputting video digital content or audio digital content, and the wireless output device is at least one of a television, a wireless output controller wire connectable to a television, a projector, or a speaker, individually or in any combination, | *A wireless output device, i.e., television (e.g., Vizio D24f-G1 TV, etc.) for connecting to a wireless local area network (e.g., Wi-Fi, etc.) and for receiving digital content (e.g., audios, videos, etc.) from a digital content service (e.g., WatchFree+, YouTube, etc.) operated, at least partly, over the Internet, the wireless output device for outputting video digital content or audio digital content.*<br><br>**Wireless Output Device - Vizio D24f-G1 TV**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br><br><br><br>**More Detail with High Definition**<br><br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution<br><br>**That Works With Everything**<br><br>Your VIZIO should work with you and your home. That's why VIZIO supports all popular video and audio formats, as well as Alexa, Google Assistant, and Siri. |

# Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Connection to a wireless local area network**

## Completing The First-Time Setup

**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.




4. Choose your Wi-Fi network and enter the password

## ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

> **TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**

**Network**

Wired Connection — Disconnected

Wireless Access Points

Manual Setup

Hidden Networks

Test Connection

**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

# VIZIO Support | Connecting to the Internet




**Transcript**

Search in video

0:09 network

0:10 first press the menu button on your

0:12 vizio remote

0:14 next navigate to the network option and

0:16 click the ok button


Office TV
12:21 PM
Picture
Audio
Network
Timers
Channels
Closed Captions
Input Settings
System
User Manual
Connect to Wi-Fi, test network speed, and access advanced network settings.


Network
Back
Wired Connection
Disconnected
Wireless Access Points
PorqueFI-2G
507
ATTbYrQIpi
509 KROEGER
More Access Points
Manual Setup
Hidden Network
Test Connection
the tv will search for available
networks highlight the network


Connect to Access Point
Back
Connect
Transcript
Search in video
0:20 networks highlight the network you want
0:22 to connect to
0:22 and click the ok button use the
0:26 on-screen keyboard to enter the password
0:27 for your network


Connect to Access Point
Back
Connect
Transcript
Search in video
0:26 on-screen keyboard to enter the password
0:27 for your network
0:28 then press connect when you connect your
0:31 tv to wi-fi your vizio smart tv will
0:34 quickly and easily update all of your

Source: https://www.youtube.com/watch?v=6AuD6gcmMB8

**Wireless output device outputting digital content received form digital content service (e.g. WatchFree+, YouTube etc.):**

### What is SmartCast Home?

SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Hulu, and Amazon Prime Video, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.

### What you can do with SmartCast Home

- Stream high quality entertainment.
- Launch top tier apps directly from the home screen.
- Unlock your photos and videos by mirroring your laptop or mobile device onto your TV.
- Rearrange apps on your home screen just the way you like it.
- Works with Google Assistant and other popular voice assistants.




Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf



Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**WatchFree+:**

## Like Cable TV. But Streaming and Free.

Stream it all, including live tv with VIZIO WatchFree+. Expand your entertainment horizons as you seamlessly flip through 100s of free channels, curated to your taste. No additional device, no subscriptions, no logins, no fees. Just free entertainment, right out of the box.

| Free | Live TV | Streaming |
|---|---|---|
| No Logins | 100s of Channels | Instant Access |
| No Subscriptions | News, Sports, Movies | No Additional Devices |
| No Fees | TV Shows, Music and more | Unlimited Viewing |

Source:
https://web.archive.org/web/20210920192527/https://www.vizio.com/en/watchfreeplus

AUGUST 01, 2018

## VIZIO LAUNCHES ALL-NEW WATCHFREE™ SERVICE

We are excited toannounce today the rollout of WatchFree, an all-new streaming service designed with cord-cutters in mind. Now available on nearly all VIZIO SmartCast TVs, WatchFree takes the entertainment experience one step further by providing free, direct streaming access to more than 100 live and linear channels. WatchFree has all of the attributes associated with traditional cable TV minus boxes, antennas, cords, and most importantly, the cost.

Our all-new WatchFree service allows VIZIO SmartCast TV users to kick back and enjoy a wide selection of live channels. Powered by Pluto TV, a leading streaming television service, WatchFree offers access to news, sports, movies, TV shows, viral videos, concerts and more – all without the expense of a monthly subscription or transaction fees.

Some of the exciting Pluto TV channels that will be available through WatchFree include Pluto TV Movies, Action Movies, Black Cinema, News 24/7, NBC News/MSNBC, Fox Sports, Frontdoor, Cats 24/7, Crime Network, MST3K and The Surf Channel. In addition to the regular channel lineup, coming soon, Pluto TV will launch two new pop-up channels also available on WatchFree, featuring Gordon Ramsay's Kitchen Nightmares and Unsolved Mysteries.

Source: https://www.vizio.com/en/blogs/2018/aug/vizio-launches-all-new-watchfree-service-we-are

## WatchFree™

### What is WatchFree?

VIZIO WatchFree takes your cord-cutting entertainment experience one step further! With the simple press of a button, enjoy free streaming TV with over 100 live TV channels to choose from – news, movies, sports, comedy, music and more. A built-in on-screen guide makes finding something to watch easier than ever.

**And it's all FREE – no fees, no subscriptions, or logins.**

### What you can do with WatchFree

- Stream over 100 live TV channels absolutely free – news, movies, sports, comedy, music and more.
- Navigate through channels, organized by genre, with an intuitive on-screen guide.
- Watch 1000's of free movies from major studios.
- Watch the best of internet TV.
- No logins, subscriptions or transactions fees.

### How to Launch WatchFree

To launch and begin watching entertainment offered on WatchFree:

- Push the **WatchFree button** or the **INPUT** button on your remote.

-or-

- Simply select the **WatchFree app logo** from the SmartCast Home app row.

**Show Details**
Find out show information

**On-Screen Guide**
Over 100 live TV and audio channels organized by genre




Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

**YouTube:**

| | |
|---|---|
| | **System requirements & supported devices for YouTube**<br>To watch YouTube videos, make sure you have the most up-to-date browser, operating system, and a good internet connection:<br>• Newest version of Google Chrome, Firefox, or Safari<br>• Internet connection with 500+ Kbps<br>Source: https://support.google.com/youtube/answer/78358?hl=en<br><br>**YouTube has a global network.**<br>There are multiple copies of YouTube videos in our servers all around the world, so we can start the video stream from as close to you as possible.<br><br>**We pick the shortest, most direct route.**<br>When you click play, YouTube carries the video data through its system to your Internet Service Provider (ISP) via the most efficient path possible. Sometimes, exceptional circumstances mean we may need to use a less-direct path.<br><br>**We can't do it alone.**<br>When your ISP receives your video from YouTube, they begin the important job of carrying it across their network to your home. They must ensure there's enough capacity where they receive the data from YouTube. Otherwise, your video streaming quality will suffer.<br>Source:<br>https://web.archive.org/web/20210713004905/https://www.google.com/get/videoqualityreport/#how_video_gets_to_you#how_video_gets_to_you |
| the wireless output device includes: an interface for interacting with a user; | *The wireless output device (e.g., Vizio D24f-G1 TV, etc.) includes an interface (e.g., buttons on the TV, GUI, voice command interface, remote control, etc.) for interacting with a user.* |

**Wireless Output Device - Vizio D24f-G1 TV**

**Buttons on the TV**




Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

**Voice command interface**

# Control

Take control of your experience. Use Siri, Google Assistant, or Alexa enable devices for voice control.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Graphical User Interface (GUI)**

**To enter a custom name:**

- Highlight the **Name Input** row and press **OK**.
- Enter your custom label using the on-screen keyboard and press **OK**.




Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

| | |
|---|---|
| | <br><br>**Brilliant Picture Quality**<br><br>LED backlighting provides great better contrast and light uniformity in a slim industrial design.<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**Remote Control Interface**<br><br>**What's included in the Box**<br><br>• HDTV<br>• Power Cord<br>• Quick Start Guide<br>• XRT136 Remote<br><br>Source: https://support.vizio.com/s/article/D24f-G1-Model-Information-EXT?language=en_US |

| | |
|---|---|
| | **USING THE REMOTE**<br><br>Note that specific buttons may vary depending on your model. |
| | *(remote button table below)* |
| | Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |
| operating system software to facilitate download and installation of application software or software components at the wireless output device; | *The wireless output device (e.g., Vizio D24f-G1 TV, etc.) includes an operating system software (e.g., SmartCast OS, etc.) to facilitate download and installation of application software or software components (e.g., software updates, etc.) at the wireless output device.*<br><br>**Wireless Output Device - Vizio D24f-G1 TV**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

| | | | |
|---|---|---|---|
| | **Power**<br>Turn television on or off | or | **SmartCast Home℠ Button**<br>Launch SmartCast Home/Return to SmartCast Home Screen |
| INPUT | **Input**<br>Change the currently displayed input | | |
| | **App Launcher**<br>Quickly launch the pictured app | CC | **Closed Caption**<br>Open the closed caption menu<br>*Open Accessibility menu by holding down this button for 5 seconds.* |
| MENU | **Menu**<br>Display the settings menu | | **Mute**<br>Turn the audio on or off |
| EXIT | **Exit**<br>Close the on-screen menu | | **Last**<br>Return to the channel last viewed |
| | **Arrow Buttons**<br>Navigate the on-screen menus<br>**OK/Play/Pause**<br>Select the highlighted menu option and play or pause content | | **Number Pad**<br>Manually enter a channel |
| BACK | **Back**<br>Go to the previous on-screen menu | PIC | **Pic**<br>Cycle through the different picture setting modes<br>*Enabled/disable talk back feature** |
| INFO | **Info**<br>Display the info window | – | **Dash**<br>Use with number pad to manually enter a digital sub-channel (for example, 18-4 or 18-5) |
| WatchFree | **WatchFree™**<br>Access WatchFree channels<br>*(not available in Canada)* | | **Wide**<br>Change the picture display size/aspect ratio<br>*Enable/disable zoom mode** |
| + VOL – | **Volume Up/Down**<br>Increase or decrease the loudness of the audio | + CH – | **Channel Up/Down**<br>Change the channel |

| | |
|---|---|
| | **Stream Everything You Love**<br><br>Access your favorite apps, cast from your phone, or watch hundreds of free channels.<br><br>Built in:<br><br>→ **SmartCast™ OS**<br><br>**Always Updated, Absolutely Free.**<br><br>With automatic updates, there's no hassle and no charge for the latest apps and features.<br><br><br><br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**Checking for System Updates**<br>**To check for a system update:**<br>**Menu > System > Check for Updates**<br><br>If an update is found, the TV will ask to confirm the update. If no update is found, the screen will note *The TV is up-to-date.*<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |

<table>
<tr>
<td>one or more processors for executing software that includes at least part of the operating system software; and</td>
<td>The wireless output device (e.g., Vizio D24f-G1 TV, etc.) includes a processor (e.g., six-core processor, etc.) for executing software that includes at least part of the operating system software (e.g., SmartCast OS, etc.).<br><br><u>Wireless Output Device - Vizio D24f-G1 TV</u><br><br><br>VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV | D24f-G1<br>Tech Specs<br>Variable Refresh Rate Support<br>Display Processor Six-Core Processor<br>Gaming Engine<br>Input Lag<br>Stream Everything You Love<br>Access your favorite apps, cast from your phone, or watch hundreds of free channels.<br>Built in:<br>SmartCast™ OS<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1</td>
</tr>
<tr>
<td>one or more wireless communication units for wireless communication, at least one wireless communication</td>
<td>The wireless output device (e.g., Vizio D24f-G1 TV, etc.) includes one or more wireless communication units (e.g., Wi-Fi module, etc.) for wireless communication (e.g., Wi-Fi communication), at least one wireless communication unit of the one or more wireless</td>
</tr>
</table>

| | |
|---|---|
| unit of the one or more wireless communication units is for establishing a wireless local area network connection, and | *communication units is for establishing a wireless local area network connection (e.g., Wi-Fi network connection, etc.).*<br><br>**<u>Wireless Output Device - Vizio D24f-G1 TV</u>**<br><br>**VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>Connectivity<br><br>Protocol Wi-Fi 802.11bgn<br>Ethernet 1 (rear)<br>USB Ports 1 (rear)<br>TV Tuner Yes<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**<u>Wi-Fi communication:</u>**<br><br>**Completing The First-Time Setup**<br><br>**Before you begin the first-time setup:**<br>• Your TV should be installed and the power cord should be connected to an electrical outlet.<br>• If you have a wireless network, have the network password ready.<br>• If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV. |




4. Choose your Wi-Fi network and enter the password

**ADJUSTING THE NETWORK SETTINGS**

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**




**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

## VIZIO Support | Connecting to the Internet









<table>
<tr>
<td></td>
<td>




<br>
Source: https://www.youtube.com/watch?v=6AuD6gcmMB8
</td>
</tr>
<tr>
<td>the wireless output device is operable for: (i) receiving, using the interface of the wireless output device, security information for the wireless output device to establish a wireless local area network connection, and the security information includes one or more of a name, a password, an ID number, a PIN, an IP address, or a security key, individually or in any combination;<br><br>(ii) establishing, using the at least one wireless communication unit, the wireless local area network connection employing, at least in part, the security information received using the interface in (i);</td>
<td>The wireless output device (e.g., Vizio D24f-G1 TV, etc.) is operable for receiving, using the interface (e.g., GUI, remote control, etc.) of the wireless output device, security information (e.g., Wi-Fi ID and password, etc.) to establish a wireless local area network connection (e.g., Wi-Fi network connection, etc.).<br>The wireless output device (e.g., Vizio D24f-G1 TV, etc.) is further operable for establishing, using the at least one wireless communication unit (e.g., Wi-Fi module, etc.), the wireless local area network connection (e.g., Wi-Fi network connection) employing, at least in part, the security information (e.g., Wi-Fi ID and password, etc.) received using the interface in (i).<br><br><u>Wireless output device receives security information for establishing wireless local area network connection:</u><br><br>VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV | D24f-G1</td>
</tr>
</table>

# Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

## Completing The First-Time Setup

**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.




4. Choose your Wi-Fi network and enter the password

## ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**

**Network**

Wired Connection Disconnected
Wireless Access Points

Manual Setup
Hidden Networks
Test Connection

**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

# VIZIO Support | Connecting to the Internet




**Transcript**

Search in video

0:09 network

0:10 first press the menu button on your

0:12 vizio remote

0:14 next navigate to the network option and

0:16 click the ok button













Source: https://www.youtube.com/watch?v=6AuD6gcmMB8

| | |
|---|---|
| (iii) downloading, using the at least one wireless communication unit and subsequent to having established the wireless local area network connection in (ii), application software or software components from one or more servers or host computers over a network, the application software or software components for upgrading, updating, adding, or modifying features and capabilities of the wireless output device;<br><br>(iv) installing, at the wireless output device, the application software or software components downloaded in (iii), the installing of the application software or software components being facilitated, at least in part, by the operating system software included in the wireless output device; | *The wireless output device (e.g., Vizio D24f-G1 TV, etc.) is operable for downloading, using the at least one wireless communication unit (e.g., Wi-Fi module, etc.) and subsequent to having established the wireless local area network connection (e.g., Wi-Fi connection, etc.) in (ii), application software or software components (e.g., software updates, etc.) from one or more servers (e.g., Vizio servers, etc.) or host computers over a network, the application software or software components for upgrading, updating, adding, or modifying features and capabilities of the wireless output device.*<br>*The wireless output device (e.g., Vizio D24f-G1 TV, etc.) is further operable for installing, at the wireless output device, the application software or software components downloaded in (iii), the installing of the application software or software components being facilitated, at least in part, by the operating system software (e.g., SmartCast OS, etc.) included in the wireless output device.*<br><br>**<u>Wireless output device facilitates downloading and installation of application software or software components:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>Connectivity<br><br>Protocol Wi-Fi — 802.11bgn<br>Ethernet — 1 (rear)<br>USB Ports — 1 (rear)<br>TV Tuner — Yes |

## Stream Everything You Love

Access your favorite apps, cast from your phone, or watch hundreds of free channels.

Built in:

→ SmartCast™ OS

## Always Updated, Absolutely Free.

With automatic updates, there's no hassle and no charge for the latest apps and features.




Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Checking for System Updates**

**To check for a system update:**

**Menu > System > Check for Updates**

If an update is found, the TV will ask to confirm the update. If no update is found, the screen will note ***The TV is up-to-date.***

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf



| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=HplmE3eqlKk |
| (v) receiving, using the one or more wireless communication units and facilitated, at least in part, by the application software or software components installed in (iv), digital content from one or more application servers or content servers operated, at least partly, over the Internet by the digital content service, the received digital content includes audio digital content or video digital content, individually or in any combination; and | *The wireless output device (e.g., Vizio D24f-G1 TV, etc.) is operable for receiving, using the one or more wireless communication units (e.g., Wi-Fi module, etc.) and facilitated, at least in part, by the application software or software components (e.g. software updates, etc.) installed in (iv), audio/video digital content (e.g. songs, videos, etc.) from one or more application servers or content servers (e.g. Vizio server, Google server, etc.) operated, at least partly, over the Internet by the digital content service (e.g. WatchFree+, YouTube, etc.).*<br><br>**Wireless output device receives digital content from digital content service (e.g., WatchFree+, YouTube etc.)**<br><br>**What is SmartCast Home?**<br>SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Hulu, and Amazon Prime Video, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.<br><br>**What you can do with SmartCast Home**<br>• Stream high quality entertainment.<br>• Launch top tier apps directly from the home screen.<br>• Unlock your photos and videos by mirroring your laptop or mobile device onto your TV.<br>• Rearrange apps on your home screen just the way you like it.<br>• Works with Google Assistant and other popular voice assistants. |




Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

**WatchFree+:**







Source:
https://web.archive.org/web/20210920192527/https://www.vizio.com/en/watchfreeplus



| | |
|---|---|
| | We are excited toannounce today the rollout of WatchFree, an all-new streaming service designed with cord-cutters in mind. Now available on nearly all VIZIO SmartCast TVs, WatchFree takes the entertainment experience one step further by providing free, direct streaming access to more than 100 live and linear channels. WatchFree has all of the attributes associated with traditional cable TV minus boxes, antennas, cords, and most importantly, the cost.<br><br>Our all-new WatchFree service allows VIZIO SmartCast TV users to kick back and enjoy a wide selection of live channels. Powered by Pluto TV, a leading streaming television service, WatchFree offers access to news, sports, movies, TV shows, viral videos, concerts and more – all without the expense of a monthly subscription or transaction fees.<br><br>Some of the exciting Pluto TV channels that will be available through WatchFree include Pluto TV Movies, Action Movies, Black Cinema, News 24/7, NBC News/MSNBC, Fox Sports, Frontdoor, Cats 24/7, Crime Network, MST3K and The Surf Channel. In addition to the regular channel lineup, coming soon, Pluto TV will launch two new pop-up channels also available on WatchFree, featuring Gordon Ramsay's Kitchen Nightmares and Unsolved Mysteries.<br><br>Source: https://www.vizio.com/en/blogs/2018/aug/vizio-launches-all-new-watchfree-service-we-are<br><br>**WatchFree™**<br><br>**What is WatchFree?**<br>VIZIO WatchFree takes your cord-cutting entertainment experience one step further! With the simple press of a button, enjoy free streaming TV with over 100 live TV channels to choose from – news, movies, sports, comedy, music and more. A built-in on-screen guide makes finding something to watch easier than ever.<br><br>**And it's all FREE – no fees, no subscriptions, or logins.**<br><br>**What you can do with WatchFree**<br>• Stream over 100 live TV channels absolutely free – news, movies, sports, comedy, music and more.<br>• Navigate through channels, organized by genre, with an intuitive on-screen guide.<br>• Watch 1000's of free movies from major studios.<br>• Watch the best of internet TV.<br>• No logins, subscriptions or transactions fees.<br><br>**How to Launch WatchFree**<br>To launch and begin watching entertainment offered on WatchFree:<br>• Push the **WatchFree button** or the **INPUT** button on your remote.<br>-or-<br>• Simply select the **WatchFree app logo** from the SmartCast Home app row. |




Source: [https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf](https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf)

**YouTube:**




Source: [https://www.vizio.com/en/tv/d-series/D24f-G1](https://www.vizio.com/en/tv/d-series/D24f-G1)

## System requirements & supported devices for YouTube

To watch YouTube videos, make sure you have the most up-to-date browser, operating system, and a good internet connection:

- Newest version of Google Chrome, Firefox, or Safari
- Internet connection with 500+ Kbps

Source: [https://support.google.com/youtube/answer/78358?hl=en](https://support.google.com/youtube/answer/78358?hl=en)

| | |
|---|---|
| | YouTube has a global network.<br>There are multiple copies of YouTube videos in our servers all around the world, so we can start the video stream from as close to you as possible.<br><br>We pick the shortest, most direct route.<br>When you click play, YouTube carries the video data through its system to your Internet Service Provider (ISP) via the most efficient path possible. Sometimes, exceptional circumstances mean we may need to use a less-direct path.<br><br>We can't do it alone.<br>When your ISP receives your video from YouTube, they begin the important job of carrying it across their network to your home. They must ensure there's enough capacity where they receive the data from YouTube. Otherwise, your video streaming quality will suffer.<br>Source:<br>https://web.archive.org/web/20210713004905/https://www.google.com/get/videoqualityreport/#how_video_gets_to_you#how_video_gets_to_you |
| (vi) processing, at the wireless output device, at least part of the digital content received in (v) for outputting or playing at the wireless output device, the processing includes at least one of a color operation, an image processing operation, a scaling operation, a resolution operation, an interpolation operation, a decoding operation, or an encoding operation, individually or in any combination, on at least part of the digital content received in (v). | *The wireless output device (e.g., Vizio D24f-G1 TV, etc.) processes at least part of the digital content (e.g., videos, songs, etc.) received in (v) for outputting or playing at the wireless output device. The processing includes an image processing operation or a resolution operation or a color operation (e.g., adjust the color Tuner Settings) performed on the digital content.*<br>*Vizio TV includes six-core processor for performing processing on the received digital content.*<br><br>**<u>Wireless output device processes received digital content for outputting/playing:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

| | |
|---|---|
| | **Tech Specs**<br><br>Variable Refresh Rate Support<br><br>Display Processor Six-Core Processor<br><br>Gaming Engine<br><br>Input Lag<br><br>**More Detail with High Definition**<br><br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>VIZIO<br><br>**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**<br><br>• **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.<br>• **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.<br>• **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.<br><br>Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122 |

**Adjusting the Color Tuner Settings**

The Color Tuner settings allow you to adjust the color management system, 2 point white balance, 11 point white balance, turn color channels off for testing, and display SMPTE, flat, ramp, and uniformity analyzer test patterns.

**WARNING:** The Color Tuner, 11 Point White Balance, and test patterns allow technicians to manually calibrate the TV. Calibration requires specialized training, an input with precisely set colors, and a specialized light meter.

**To access the color tuner table:**

**Menu** > **Picture** > **Color Calibration** > **Color Tuner**

**To turn color channels off and on:**

1. Use the **Arrow** buttons on the remote to highlight **Red**, **Green**, or **Blue**.
2. Press the **OK** button to turn the color channel off or on. An **X** appears over a color channel that has been turned off.
3. Only two color channels can be turned off at the same time.

**TIP:** Any changes made affect the color temperature setting. Select the preferred color temperature setting first. See *Adjusting the Color Temperature on page 17.*

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.

"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."

Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html

**Processing digital content received from YouTube:**

## YouTube's Video Delivery Architecture

All the videos that are uploaded to YouTube are first transcoded into multiple different formats and resolutions set by the platform. The video during the transcoding process is broken down into segments and converted into multiple different resolutions. The processing of multiple segments is spread across multiple machines to *parallelize the process* thus increasing the *throughput*. If a video goes viral, it is subject to another round of video compression. This second round of compression ensures the same visual quality of the video at a much smaller size.

When encoding videos YouTube chooses a bitrate within the limits that the codec allows. A video with a high bitrate has better quality but there is a sweet spot beyond which even on increasing the bitrate there is not a significant visual improvement in the video quality though the video size increases in the process.

YouTube also takes into account the playback statistics of the video player on the client's device like how often the player switches to a lower resolution with respect to the steaming bandwidth available on the client & so on. It then predicts if a better resolution content can be pushed to the user, being aware of his streaming bandwidth limit. This performance estimation enabled YouTube to cut down on the bandwidth, increasing user engagement on the platform simultaneously. More on this here & here.

For encoding it's videos YouTube uses *VP9* – an open-source codec that compresses videos with *HD* & *4K* quality at half the bandwidth used by other codes.

Once the videos are transcoded and stored in the database, they are spread across the cache network of the platform. When the user requests a video, the platform checks the viewer's device type, screen size, processing capability, the network bandwidth and then delivers the fitting video version in real-time from the nearest Edge location.



YouTube's Video Delivery Architecture

Source: https://scaleyourapp.com/youtube-architecture-how-does-it-serve-high-quality-videos-with-low-latency/

<table>
<tr>
<td></td>
<td>

YouTube recommended upload encoding settings

⚠ These features are only available to partners who use YouTube Studio Content Manager.

Below are recommended upload encoding settings for your videos on YouTube.

Container: MP4

Audio codec: AAC-LC

- Channels: Stereo or Stereo + 5.1
- Sample rate 96khz or 48khz

Video codec: H.264

- Progressive scan (no interlacing)
- High Profile
- 2 consecutive B frames
- Closed GOP. GOP of half the frame rate.
- CABAC
- Variable bitrate. No bitrate limit is required, though we offer recommended bit rates below for reference
- Chroma subsampling: 4:2:0

Source:
https://web.archive.org/web/20211030005830/https://support.google.com/youtube/answer/1722171?hl=en#zippy=%2Caudio-codec-aac-lc%2Cvideo-codec-h

</td>
</tr>
<tr>
<td>2. The wireless output device according to claim 1, wherein the wireless output device is a television or an external output controller wire connectable to a television; and wherein the wireless output device further includes an Ethernet interface for the wireless output device to connect to a local area network, wherein the wireless output device is further operable for establishing, using the Ethernet interface, a wired connection to a local area network for accessing the network; thereby, the wireless output device further provides another connecting option by establishing a wired connection to the one or more servers or</td>
<td>

*The wireless output device is a television (e.g., Vizio D24f-G1 TV, etc.) includes an Ethernet interface to connect to a local area network (e.g., LAN), wherein the wireless output device is further operable for establishing, using the Ethernet interface, a wired connection to a local area network for accessing the network (e.g., Internet); thereby, the wireless output device further provides another connecting option by establishing a wired connection to the one or more servers or host computers in the network without the need for establishing the wireless local area network (e.g., Wi-Fi) employing, at least in part, the security information in step (i) and (ii).*

**<u>Wireless Output Device - Vizio D24f-G1 TV</u>**

</td>
</tr>
</table>

host computers in the network without the need for establishing the wireless local area network employing, at least in part, the security information in step (i) and (ii).

# Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Wireless Output Device establishing a wired connection to the wireless local area network:**




**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.

## ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**




| INPUTS / OUTPUTS | |
|---|---|
| HDMI Inputs | 2 |
| Composite Video Inputs | 1 |
| Ethernet Input | 1 |
| RF Antenna Input | 1 |
| USB | 1 |
| Audio Output | HDMI ARC, Analog Stereo Output (3.5 mm) |

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

4. The wireless output device according to claim 1, wherein the receiving of the digital content in (v), from the one or more application servers or content servers operated, at least partly, over the Internet by the digital content service, is dependent on the wireless output device having provided, to the one or more application servers or content servers, authentication information for accessing the digital content service, the authentication information includes one or more of a user name, a password, an ID number, an address, a security key, a biometric, a fingerprint, or a voice, individually or in any combination.

*The receiving of the digital content (e.g., songs, videos, etc.) from the one or more application servers or content servers (e.g., Vizio server, YouTube server, etc.) operated, at least partly, over the Internet by the digital content service (e.g., WatchFree+, YouTube, etc.), is dependent on the wireless output device (e.g., Vizio D24f-G1 TV, etc.) having provided, to the one or more application servers or content servers, authentication information (e.g., login credentials, etc.) for accessing the digital content service. The authentication information includes a user name and a password.*

**Authentication Information for accessing WatchFree+:**

# Endless access to your favorite content.

From instant access to the apps VIZIO offers, free TV with WatchFree+, and automatic updates for your (smarter) TV, this is entertainment made easy.

*VIZIO Account required for Smart TV functionality and product updates.*

CREATE ACCOUNT

Source: https://www.vizio.com/en/vizio-account

## Like Cable TV. But Streaming and Free.

Stream it all, including live tv with VIZIO WatchFree+. Expand your entertainment horizons as you seamlessly flip through 100s of free channels, curated to your taste. No additional device, no subscriptions, no logins, no fees. Just free entertainment, right out of the box.

| Free | Live TV | Streaming |
|---|---|---|
| No Logins | 100s of Channels | Instant Access |
| No Subscriptions | News, Sports, Movies | No Additional Devices |
| No Fees | TV Shows, Music and more | Unlimited Viewing |

Source:
https://web.archive.org/web/20210920192527/https://www.vizio.com/en/watchfreeplus

**Authentication Information for accessing YouTube+:**

## Sign in to the YouTube app on your smart TV or game console

Sign in to the YouTube app to use features like watch paid content, subscribe to channels, and view your Library.

### Start the sign in process on your smart TV or game console

1. To start, open the YouTube app on your TV or game console. If it isn't already installed, download the YouTube app from your TV or console's app store.
2. Go to the left-hand navigation.
3. Select **Sign in**.

You can sign in to YouTube using your phone, TV, or web browser.

Continue the sign in process on your TV

**Note:** If you can't sign in with your TV, try signing in with your phone or with a web browser.

1. Select **Sign in on your TV.**
2. Use the keyboard to enter your email or phone number for your Google Account.
3. Click **Next**.
4. Use the keyboard to enter the password for your Google Account.
5. Verify your account.

Source:
https://support.google.com/youtube/answer/3015415?hl=en#zippy=%2Ccontinue-the-sign-in-process-on-your-tv

| | |
|---|---|
| | We pick the shortest, most direct route.<br><br>When you click play, YouTube carries the video data through its system to your Internet Service Provider (ISP) via the most efficient path possible. Sometimes, exceptional circumstances mean we may need to use a less-direct path.<br><br>We can't do it alone.<br><br>When your ISP receives your video from YouTube, they begin the important job of carrying it across their network to your home. They must ensure there's enough capacity where they receive the data from YouTube. Otherwise, your video streaming quality will suffer.<br><br>Source:<br>https://web.archive.org/web/20210713004905/https://www.google.com/get/videoqualityreport/#how_video_gets_to_you#how_video_gets_to_you |
| 5. The wireless output device according to claim 1, wherein the wireless output device is at least a television, and the television includes a display screen or projection medium, and wherein the interface for interacting with the user includes an user interface for interacting with the user over the display screen or projection medium of the television. | *The wireless output device is at least a television (e.g., Vizio D24f-G1 TV, etc.), and the television includes a display screen, and wherein the interface for interacting with the user includes a user interface (e.g., graphical user interface, etc.) for interacting with the user over the display screen of the television.*<br><br>**Wireless Output Device - Vizio D24f-G1 TV**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

| | |
|---|---|
| | <br>**Brilliant Picture Quality**<br>LED backlighting provides great better contrast and light uniformity in a slim industrial design.<br>**More Detail with High Definition**<br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution<br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |
| 7. The wireless device according to claim 1, wherein the wireless local area network connection established in (ii) includes using the at least one wireless communication unit that is compatible, at least partly, with at least part of a protocol within IEEE 802.11 standards for wireless local area network communication. | *The wireless local area network connection (e.g., Wi-Fi network connection) established in (ii) includes using the at least one wireless communication unit (e.g., Wi-Fi module) that is compatible, at least partly, with at least part of a protocol within IEEE 802.11 standards for wireless local area network communication.*<br><br>**Wireless Output Device - Vizio D24f-G1 TV**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

## Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

"***The technical name for WiFi is IEEE 802.11*** & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.

To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. ***The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.*** By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php

**Connecting to a wireless local area network**

## Completing The First-Time Setup

**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.




4. Choose your Wi-Fi network and enter the password

## ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**




**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

# VIZIO Support | Connecting to the Internet


Office TV
12:21 PM
Picture
Audio
Network
Timers
Channels
Closed Captions
Input Settings
System
User Manual
Transcript
Search in video
0:09 network
0:10 first press the menu button on your
0:12 vizio remote
0:14 next navigate to the network option and
0:16 click the ok button


Office TV
12:21 PM
Picture
Audio
Network
Timers
Channels
Closed Captions
Input Settings
System
User Manual
Connect to Wi-Fi, test network speed, and access advanced network settings.


Network
Back
Wired Connection
Disconnected
Wireless Access Points
PorqueFI-2G
507
ATTbYrQIpi
509 KROEGER
More Access Points
Manual Setup
Hidden Network
Test Connection
Press OK to select your WiFi network
the tv will search for available
networks highlight the network


Connect to Access Point
Back
Connect
Transcript
Search in video
0:20 networks highlight the network you want
0:22 to connect to
0:22 and click the ok button use the
0:26 on-screen keyboard to enter the password
0:27 for your network

<table>
<tr>
<td></td>
<td>


<br>
Source: https://www.youtube.com/watch?v=6AuD6gcmMB8
</td>
</tr>
</table>