# EXHIBIT 15

# Application of U.S. Patent No. 9,965,233 to the Accused TVs*†

* The term "Accused TVs" refers to Vizio's smart televisions, including but not limited to, OLED, P-Series, M-Series, V-Series, D-Series, and Quantum televisions, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| **Application of U.S. Patent No. 9,965,233 to the Accused TVs** | |
|---|---|
| 37. A system for accessing a digital content service over a network and for receiving output data from one or more servers over the network for rendering, | *A system (e.g., VIZIO Smart TV - D24f-G1, etc.) accesses a digital content service (e.g., Netflix, etc.) over a network (e.g. Wi-Fi network, etc.) and for receiving output data (e.g. movies, TV shows, music, videos, etc.) from one or more servers (e.g. Amazon Web Services (AWS), etc.) for rendering or playing.*<br><br>**<u>Vizio D-Series TV:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br><br>**Connectivity**<br>Protocol Wi-Fi 802.11bgn<br>Ethernet 1 (rear)<br>USB Ports 1 (rear)<br>TV Tuner Yes<br><br>**More Detail with High Definition**<br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |

**<u>Connection to a wireless local area network</u>**

# Completing The First-Time Setup

**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.




4. Choose your Wi-Fi network and enter the password

## ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**




**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

## SmartCast Home℠

**What is SmartCast Home?**

SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Hulu, and Amazon Prime Video, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.

**How to Launch SmartCast Home**

Begin streaming with SmartCast Home by:

- Press the **SmartCast Home** ⌂ **or** ⌄ **button** on your remote.

—or—

- Select **SmartCast** from the list of inputs.

**What you can do with SmartCast Home**

- Stream high quality entertainment.
- Launch top tier apps directly from the home screen.
- Unlock your photos and videos by mirroring your laptop or mobile device onto your TV.
- Rearrange apps on your home screen just the way you like it.
- Works with Google Assistant and other popular voice assistants.




Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf




Source: https://www.vizio.com/en/tv/d-series/D24f-G1




The (incredibly) smart platform that powers every VIZIO TV.

From free TV to your favorite premium channels, instantly access endless entertainment straight out of the box.

Source: https://www.vizio.com/en/smartcast






Source: [https://www.vizio.com/en/smart-tv-apps](https://www.vizio.com/en/smart-tv-apps)

**<u>Vizio TV outputting output data received form digital content service (e.g. Netflix etc.)</u>**







Source: [https://www.youtube.com/watch?v=ey6iidrDpWI](https://www.youtube.com/watch?v=ey6iidrDpWI)

# How to use Netflix on your Vizio TV or Blu-ray player

**If you see the Netflix icon on-screen**

1. Select the **Netflix** icon.
2. Select **Sign In**.
   - If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.
   - If you are not yet a member, set up your membership.
3. Enter your Netflix email address and password.
4. Select **Sign In**.

Your device is now connected to your Netflix account.

To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:

- **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**
- Select **Sign Out**, **Start Over**, or **Deactivate**.

Source: https://help.netflix.com/en/node/23881

Netflix is a subscription-based streaming service that allows our members to watch TV shows and movies on an internet-connected device.

Depending on your plan, you can also download TV shows and movies to your iOS, Android, or Windows 10 device and watch without an internet connection.

If you're already a member and would like to learn more about using Netflix, visit Getting started with Netflix.

Source: https://help.netflix.com/en/node/412

# How Netflix streams videos



Netflix sends movies and TV shows to your screen using the internet, but we need help. Our content goes through many points before it reaches you, like servers, the internet, and your internet provider's network.

Source: https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85

*Note: As shown in the evidence below, various streaming apps such as Netflix etc. are built upon the cloud service provided by Amazon Web Services (AWS).*

## AWS offers the most purpose-built services for direct-to-consumer (D2C) & streaming

AWS helps industry leaders like Netflix, Disney+, HBO Max, Peacock, Discovery+, HULU, and Prime Video reliably deliver, monetize, and support live and on-demand media over the internet, and bring unparalleled experiences to screens everywhere. AWS has more than 15 years of media and entertainment experience, with AWS Elemental continuing to lead the industry with services such as AWS Elemental MediaLive, a broadcast-grade live video processing service, and AWS Elemental MediaConvert, a file-based video transcoding service with broadcast-grade features. More than 60 AWS Partners offer tools to support D2C and streaming workloads.




Source:
https://web.archive.org/web/20240524020527/https://aws.amazon.com/media/direct-to-consumer-d2c-streaming/

**Streaming data from Netflix Server:**

"*Netflix on AWS*
Netflix is the world's leading internet television network, with more than 100 million members in more than 190 countries enjoying 125 million hours of TV shows and movies each day. ***Netflix uses AWS for nearly all its computing and storage needs, including databases, analytics, recommendation engines, video transcoding, and more—hundreds of functions that in total use more than 100,000 server instances on AWS.***"

| | |
|---|---|
| | Source: https://web.archive.org/web/20240524021315/https://aws.amazon.com/solutions/case-studies/innovators/netflix/ |
| the one or more servers being distinct and separate devices from the system, and the one or more servers operated, at least partly, by the digital content service, the received output data corresponding to at least part of digital content that is acceptable for rendering at the system, | *The one or more servers (e.g., Amazon Web Services (AWS), etc.) are distinct and separate devices from the system (e.g., VIZIO Smart TV- D24f-G1, etc.).*<br>*The server (e.g., Amazon Web Services (AWS), etc.) are operated by the digital content service (e.g., Netflix, etc.). The received output data corresponds to the digital content (e.g., movies, TV shows, music, etc.) that is acceptable for rendering (e.g., playing) at the system.*<br><br>**Vizio TV accessing the servers to access the digital content:**<br><br>**How to use Netflix on your Vizio TV or Blu-ray player**<br><br>**If you see the Netflix icon on-screen**<br>1. Select the **Netflix** icon.<br>2. Select **Sign In**.<br>◦ If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.<br>◦ If you are not yet a member, set up your membership.<br>3. Enter your Netflix email address and password.<br>4. Select **Sign In**.<br><br>Your device is now connected to your Netflix account.<br><br>To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:<br>• **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**<br>• Select **Sign Out**, **Start Over**, or **Deactivate**.<br>Source: https://help.netflix.com/en/node/23881<br><br>Netflix is a subscription-based streaming service that allows our members to watch TV shows and movies on an internet-connected device.<br><br>Depending on your plan, you can also download TV shows and movies to your iOS, Android, or Windows 10 device and watch without an internet connection.<br><br>If you're already a member and would like to learn more about using Netflix, visit Getting started with Netflix.<br>Source: https://help.netflix.com/en/node/412<br><br>*Note: As shown in the evidence below, various streaming apps such as Netflix, etc. are built upon the cloud service provided by Amazon Web Services (AWS).* |

## AWS offers the most purpose-built services for direct-to-consumer (D2C) & streaming

AWS helps industry leaders like Netflix, Disney+, HBO Max, Peacock, Discovery+, HULU, and Prime Video reliably deliver, monetize, and support live and on-demand media over the internet, and bring unparalleled experiences to screens everywhere. AWS has more than 15 years of media and entertainment experience, with AWS Elemental continuing to lead the industry with services such as AWS Elemental MediaLive, a broadcast-grade live video processing service, and AWS Elemental MediaConvert, a file-based video transcoding service with broadcast-grade features. More than 60 AWS Partners offer tools to support D2C and streaming workloads.

**Video on Demand on AWS**

Two media solutions to cost-effectively ingest, transcode, and deliver video-on-demand (VOD) content using AWS.

Learn more »

Source:
https://web.archive.org/web/20240524020527/https://aws.amazon.com/media/direct-to-consumer-d2c-streaming/

**Streaming digital content from Netflix:**

"***Netflix on AWS***
Netflix is the world's leading internet television network, with more than 100 million members in more than 190 countries enjoying 125 million hours of TV shows and movies each day. ***Netflix uses AWS for nearly all its computing and storage needs, including databases, analytics, recommendation engines, video transcoding, and more—hundreds of functions that in total use more than 100,000 server instances on AWS.***"

<table>
<tr>
<td></td>
<td>
Source:<br>
https://web.archive.org/web/20240524021315/https://aws.amazon.com/solutions/case-studies/innovators/netflix/

## How Netflix streams videos

Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.

**It starts when you hit 'Play.'**

First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.

When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.



Source:<br>
https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85

Figure: Netflix content distribution flow




Source: https://www.information-age.com/how-netflix-work-streaming-4k-123484779/
</td>
</tr>
<tr>
<td>the system comprising: a processor;</td>
<td>The system (e.g., Vizio Smart TV - D24f-G1, etc.) comprises a processor (e.g., six-core processor, etc.).</td>
</tr>
</table>

| | |
|---|---|
| | **<u>Vizio D-Series TV:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>**Tech Specs**<br><br>Display Processor Six-Core Processor<br><br>Gaming Engine<br><br>Input Lag<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>VIZIO<br><br>**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**<br><br>• **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.<br>• **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.<br>• **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.<br><br>Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122 |
| a device that is at least one of a display device, or a projection device, or an audio output device, for rendering or outputting at least part of the output data; | *The system (e.g., VIZIO Smart TV – D24f-G1, etc.) includes a display device or an audio output device (e.g., display screen and speakers, etc.) outputting/playing the output data (e.g., video, songs, music, etc.).*<br><br>**<u>Vizio D-Series TV:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br><br> |

| | |
|---|---|
| | **Key Specs**<br>Class Size: 24"<br>Viewable Display Size: 23.50" (596.90mm)<br>Resolution: 1920 x 1080<br>Aspect Ratio: 16:9<br>Backlight Type: Full Array LED<br>Dynamic Contrast Ratio: 5000:1<br>Active Pixel Tuning: No<br><br>**Audio**<br>Speakers: 2 watts x 2<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |
| an operating system; | *The system (e.g., VIZIO Smart TV – D24f-G1, etc.) includes an operating system (e.g., SmartCast OS, etc.).*<br><br>**Vizio D-Series TV:**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>**Stream Everything You Love**<br>Access your favorite apps, cast from your phone, or watch hundreds of free channels.<br>Built in:<br>→ **SmartCast™ OS**<br><br>**Source:** https://www.vizio.com/en/tv/d-series/D24f-G1 |

| | |
|---|---|
| a client application having an interface for interacting with a user of the system, the client application executable by the processor and facilitated, at least partly, by the operating system included in the system, | *The system (e.g., VIZIO Smart TV – D24f-G1, etc.) includes a client application (e.g., Netflix, etc.), executable by the processor, and having an interface (e.g., Graphical User Interface) to interact with the user.*<br><br>**<u>System includes a client application for user interaction:</u>**<br><br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br><br>Source: https://www.youtube.com/watch?v=ey6iidrDpWI<br><br>**How to use Netflix on your Vizio TV or Blu-ray player** |

| | |
|---|---|
| | ▾ **If you see the Netflix icon on-screen**<br><br>1. Select the **Netflix** icon.<br>2. Select **Sign In**.<br>◦ If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.<br>◦ If you are not yet a member, set up your membership.<br>3. Enter your Netflix email address and password.<br>4. Select **Sign In**.<br><br>Your device is now connected to your Netflix account.<br><br>To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:<br><br>• **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**<br>• Select **Sign Out**, **Start Over**, or **Deactivate**.<br><br>Source: https://help.netflix.com/en/node/23881 |
| wherein the system is configured for: establishing a communication channel between the system and the one or more servers over the network for accessing the digital content service; | *The system (e.g., Vizio Smart TV – D24f-G1, etc.) establishes a communication channel (e.g., Wi-Fi channel after signing in to Netflix, etc.) with one or more servers (e.g., Amazon Web Services (AWS), etc.) for accessing the digital content service (e.g., Netflix, etc.).*<br><br>**<u>Vizio TV establishes a communication channel with the server:</u>**<br><br>**ADJUSTING THE NETWORK SETTINGS**<br>Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.<br><br>**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.<br><br>**Connecting to a Wireless Network**<br>To connect to a wireless network whose network name (SSID) is being broadcast:<br><br>**Menu** > **Network** > *Choose your network* > *Enter in the password* > **Connect**<br><br><br><br><br>**If you do not see your wireless network displayed, click on:**<br>**More Access Points** > *Highlight your wireless network* > *Enter in the password* > **Connect** |

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

## SmartCast Home℠

**What is SmartCast Home?**

SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Hulu, and Amazon Prime Video, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.

**How to Launch SmartCast Home**

Begin streaming with SmartCast Home by:

- Press the **SmartCast Home** or **button** on your remote.

—or—

- Select **SmartCast** from the list of inputs.

**What you can do with SmartCast Home**

- Stream high quality entertainment.
- Launch top tier apps directly from the home screen.
- Unlock your photos and videos by mirroring your laptop or mobile device onto your TV.
- Rearrange apps on your home screen just the way you like it.
- Works with Google Assistant and other popular voice assistants.




Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

## How Netflix streams videos

Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.

Source:
https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85

# How to use Netflix on your Vizio TV or Blu-ray player

| | |
|---|---|
| | ▾ **If you see the Netflix icon on-screen**<br>1. Select the **Netflix** icon.<br>2. Select **Sign In**.<br>∘ If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.<br>∘ If you are not yet a member, set up your membership.<br>3. Enter your Netflix email address and password.<br>4. Select **Sign In**.<br>Your device is now connected to your Netflix account.<br>To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:<br>• **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**<br>• Select **Sign Out**, **Start Over**, or **Deactivate**.<br>Source: https://help.netflix.com/en/node/23881 |
| receiving, by the client application and from the one or more servers over the network, one or more pointers or references to one or more digital content that are stored in a content server, the content server operated, at least partly, by the digital content service;<br>providing, by the client application and via the interface, the one or more pointers or references to the one or more digital content for selection by the user; | *The client application (e.g., Netflix, etc.) receives from the one or more servers, one or more pointers or references (e.g., VideoInfo, ActorInfo, GenreInfo, etc.) to one or more digital content (e.g., List/logo/details of channel/ movies/albums/TV shows, etc.) stored in a content server (e.g., Amazon Web Services (AWS), etc.) operated by the digital content service.*<br>*The client application (e.g., Netflix, etc.) via the interface, provides the one or more pointers or references (e.g., VideoInfo, ActorInfo, GenreInfo, etc.) to the one or more digital content (e.g., List/logo/details of channel/movies/albums/TV shows, etc.) for selection by the user.*<br>*As the user opens or hovers the pointer over an app such as Netflix, etc., the corresponding movies, TV shows, music, etc., are displayed on the interface of Vizio TV in the list form for user selection.*<br><br>**Client application receives and provides pointers or references to digital content for user selection:** |

# How to search and browse Netflix

To search TV shows and movies, look for the Search icon in the Netflix app and then enter your search term.

> **NOTE:** To search TV shows and movies by specific subtitle and audio languages, visit Browse by Languages on the web.

| Search | Example search terms |
|---|---|
| Audio or Video Quality | Atmos, UHD |
| Genres | Comedy, Drama |
| Language | Spanish movies, French TV shows |
| Names | Jennifer Aniston, Álvaro Morte |
| TV show or movie title | *The Queen's Gambit, La Casa de Papel* |

**Browsing**

Your homepage shows rows of TV shows and movies we think you'll like. You can narrow these suggestions by selecting **TV Shows** or **Movies** from the menu. You can further narrow by **Genres** or **Categories**. The name of this selection, and its values, may vary between devices.

To find recently released TV shows and movies, visit **New & Popular**, **Latest,** or **New & Hot** from the menu (section name varies based on your device).

> **NOTE:** If you don't see a TV show or movie you expect, check the maturity rating and language preferences set on a profile, as these can affect what you see. If you still don't find what you're looking for, you can suggest TV shows or movies.

Source:
https://web.archive.org/web/20210615060732/https://help.netflix.com/en/node/47765

"Browse Titles

If you don't have a specific movie in mind, ***start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category.*** In the app, tap a movie poster to see more info, and tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching."




Source; [https://itstillworks.com/movies-netflix-8767565.html](https://itstillworks.com/movies-netflix-8767565.html)






<table>
<tr><td></td><td>Source: https://www.youtube.com/watch?v=ey6iidrDpWI</td></tr>
<tr><td>receiving, at the system via the interface, selected digital content from among the one or more pointers or references to the one or more digital content provided for selection, the selected digital content includes at least one of video digital content or audio digital content, individually or in any combination;</td><td>
The system (e.g., Vizio Smart TV – D24f-G1, etc.) receives via the interface, selected digital content (e.g., when the user taps on any title/thumbnail of any movie/program/TV show, etc.) from among the one or more pointers or references (e.g., VideoInfo, ActorInfo, GenreInfo, etc.) to the one or more digital content (e.g., List of movie names, List of TV show names, etc.) provided for selection.<br><br>
<u>System receives selected digital content in the Netflix app:</u><br><br>
How to search and browse Netflix<br><br>
To search TV shows and movies, look for the Search icon in the Netflix app and then enter your search term.<br><br>
NOTE: To search TV shows and movies by specific subtitle and audio languages, visit Browse by Languages on the web.<br><br>
<table>
<tr><th>Search</th><th>Example search terms</th></tr>
<tr><td>Audio or Video Quality</td><td>Atmos, UHD</td></tr>
<tr><td>Genres</td><td>Comedy, Drama</td></tr>
<tr><td>Language</td><td>Spanish movies, French TV shows</td></tr>
<tr><td>Names</td><td>Jennifer Aniston, Álvaro Morte</td></tr>
<tr><td>TV show or movie title</td><td>The Queen's Gambit, La Casa de Papel</td></tr>
</table><br>
Browsing<br><br>
Your homepage shows rows of TV shows and movies we think you'll like. You can narrow these suggestions by selecting TV Shows or Movies from the menu. You can further narrow by Genres or Categories. The name of this selection, and its values, may vary between devices.<br><br>
To find recently released TV shows and movies, visit New & Popular, Latest, or New & Hot from the menu (section name varies based on your device).<br><br>
NOTE: If you don't see a TV show or movie you expect, check the maturity rating and language preferences set on a profile, as these can affect what you see. If you still don't find what you're looking for, you can suggest TV shows or movies.<br><br>
Source:<br>
https://web.archive.org/web/20210615060732/https://help.netflix.com/en/node/47765<br><br>
'Browse Titles<br><br>
If you don't have a specific movie in mind, start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category. In the app, tap a movie poster to see more info, and <u>tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching.'</u>
</td></tr>
</table>




'Search for a Movie

Tap or click the Search button to find a specific movie. Netflix searches not only for movie titles, but for people — actors, directors and so on — as well as keywords. As you type, movies, people and topics pop up. ***Tap or click a movie to start it, or choose a person or topic to see related movies.'***




Source: https://itstillworks.com/movies-netflix-8767565.html

<table>
<tr>
<td></td>
<td>









Source: https://www.youtube.com/watch?v=ey6iidrDpWI
</td>
</tr>
<tr>
<td>delivering, from the system, at least part of a content object to the one or more servers over the network, the content object including at least a pointer or reference to the selected digital content;</td>
<td>The system (e.g., Vizio Smart TV – D24f-G1, etc.) delivers a content object (e.g., content ID/identifier, title, director, VideoInfo, ActorInfo, GenreInfo, etc.) related to the selected digital content (e.g., movie, song, TV show, album, etc.) to the servers (e.g., Amazon Web Services (AWS), etc.).<br>A content object such as content ID/identifier, title, VideoInfo, ActorInfo, GenreInfo, etc. is delivered to the AWS as the user selects the corresponding content.</td>
</tr>
</table>

| | |
|---|---|
| | **<u>System delivers content object including pointer or reference to selected digital content at the servers:</u>**<br><br>"Browse Titles<br><br>If you don't have a specific movie in mind, start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category. ***In the app, tap a movie poster to see more info, and <u>tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching.'</u>***<br><br><br><br><br>'Search for a Movie<br><br>Tap or click the Search button to find a specific movie. Netflix searches not only for movie titles, but for people — actors, directors and so on — as well as keywords. As you type, movies, people and topics pop up. ***<u>Tap or click a movie to start it, or choose a person or topic to see related movies.'</u>*** |

| | |
|---|---|
| | <br>Source: https://itstillworks.com/movies-netflix-8767565.html<br><br><br>Source: https://www.youtube.com/watch?v=ey6iidrDpWI |

"***When you select a show, your Netflix app cherry picks which of these servers will it load the video from***.

…

***when you do something that requires net access, a request is sent to your internet service provider (ISP). The ISP forwards it to the dedicated servers that handle the website, and the servers provide a response which is relayed back to your computer and forms the result. For Netflix and other top-tier sites***, where millions of hours of video content is relayed across the internet between their servers and all the users, a much larger network of servers is needed to maintain performance."

Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b

"***Netflix Movies and TV Shows***

About this Dataset: Netflix is one of the most popular media and video streaming platforms. They have over 8000 movies or tv shows available on their platform, as of mid-2021, they have over 200M Subscribers globally. ***This tabular dataset consists of listings of all the movies and tv shows available on Netflix, along with <u>details such as - cast, directors, ratings, release year, duration,</u> etc.***"



**netflix_titles.csv** (3.4 MB)

Detail Compact Column 10 of 12 columns

| show_id | type | title | director | cast |
|---|---|---|---|---|
| Unique ID for every Movie / Tv Show | Identifier - A Movie or TV Show | Title of the Movie / Tv Show | Director of the Movie | Actors involved in the movie / show |
| 8807 unique values | Movie 70%<br>TV Show 30% | 8807 unique values | [null] 30%<br>Rajiv Chilaka 0%<br>Other (6154) 70% | [null] 9%<br>David Attenborough 0%<br>Other (7963) 90% |
| s1 | Movie | Dick Johnson Is Dead | Kirsten Johnson | |
| s2 | TV Show | Blood & Water | | Ama Qamata, Khosi Ngema, Gail Mabalane, Thabang Molaba, Dillon Windvogel, Natasha Thahane, Arno Gree... |

Source: https://www.kaggle.com/datasets/shivamb/netflix-shows

| | |
|---|---|
| | **It starts when you hit 'Play.'**<br><br>First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.<br><br>When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.<br><br>Source: https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85<br><br>The following diagram illustrates how the playback process works:<br><br><br><br><br>1. OCA's periodically report health, routes they have learned, and content (file) availability to the cache control services in AWS.<br>2. A user on a client device requests playback of a title (TV show or movie) from the Netflix application in AWS.<br>3. The playback application services in AWS check user authorization and licensing, then determine which specific files are required to handle the playback request - taking individual client characteristics and current network conditions into account.<br>4. The steering service in AWS uses the information stored by the cache control service to pick OCAs that the requested files should be served from, generates URLs for these OCAs, and hands the URLs over to the playback application services.<br>5. The playback application services hand over URLs of the appropriate OCAs to the client device, and the OCA begins to serve the requested files.<br><br>Source: https://openconnect.netflix.com/Open-Connect-Overview.pdf |

| | |
|---|---|
| delivering, by the system, at least part of an object to the one or more servers over the network, the object including information related to at least part of the system; | *The system (e.g., Vizio Smart TV – D24f-G1, etc.) delivers, at least part of an object (e.g., device name, device type, device model, IP address, serial number, etc.) to the servers (e.g., Amazon Web Services (AWS), etc.) over the network.*<br><br>**<u>System delivers object including information at the servers:</u>**<br><br>• **Device and network information:** We collect information about your computer or other Netflix capable devices you might use to access our service (such as smart TVs, mobile devices, set top boxes, gaming systems, and other streaming media devices), your network, and network devices.<br>◦ device IDs or other unique identifiers, including for your network devices (such as your router), and devices that are Netflix capable on your network;<br>◦ resettable device identifiers (also known as advertising identifiers), such as those on mobile devices, tablets, and streaming media devices that include such identifiers (see the "Cookies and Internet Advertising" section below for more information);<br>◦ device and software characteristics (such as type and configuration), connection information including type (wifi, cellular), statistics on page views, referring source (for example, referral URLs), IP address (which can be used to tell us your general location, such as your city, state/province, and postal code), browser and standard web server log information;<br><br>Source: https://web.archive.org/web/20210322023504/https://help.netflix.com/legal/privacy<br><br>**Information Netflix collects automatically**: This includes what platforms you watch Netflix on (such as a smartphone, tablet, computer, Smart TV or streaming box), your IP address (so it knows where you're logging in from), watch history and search queries, how long you've watched a show, and interactions with customer service.<br><br>Source: https://www.usatoday.com/story/tech/columnist/saltzman/2018/04/17/you-can-see-what-netflix-knows-you-but-you-cant-download/510782002/<br><br>• The Netflix app or website determines what particular device you are using to watch, and fetches the exact file for that show meant to specially play on your particular device, with a particular video quality based on how fast your internet is at that moment.<br><br>Source:https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b |

| | |
|---|---|
| | • Account information - account owner information you have provided to Netflix, such as email and phone number (available under **Membership & Billing**), as well as as plan selection information (available under **Plan Details**).<br>• Communication settings - your indicated preferences with respect to Netflix communications you wish to receive (available by profile under **Profile & Parental Controls**).<br>• Marketing communications - your indicated preferences with respect to Netflix promotional communications on third party services (available by profile under **Profile & Parental Controls**).<br>• Payment and Billing Information - payment details you have provided to Netflix and information about the charges we have made or attempted to make to your payment method for your subscription (available under **Membership & Billing**).<br>• Profiles - details of any profiles that have been created within your Netflix member account, including playback preferences (available by profile under **Profile & Parental Controls**).<br>• Content Interaction History - a history of your **Viewing activity** and information regarding your interactions with content titles on Netflix, such as movies and TV shows you have rated (available by profile under **Profile & Parental Controls**).<br>• IP address information - information associated with the last time a particular device was used to stream from your Netflix member account from a particular IP address (available in **Manage Access and Devices** under **Security & Privacy**).<br><br>Source: https://web.archive.org/web/20210917013845/https://help.netflix.com/en/node/100624<br><br>"Information you provide to Netflix: Your name, email address, address, payment method and telephone number. It also stores data, such as when you give content a rating (like 4 stars) or reviews.<br><br>Information Netflix collects automatically: ***This includes what platforms you watch Netflix on (such as a smartphone, tablet, computer, Smart TV or streaming box), your IP address (so it knows where you're logging in from), watch history and search queries, how long you've watched a show,*** and interactions with customer service."<br><br>Source: https://www.usatoday.com/story/tech/columnist/saltzman/2018/04/17/you-can-see-what-netflix-knows-you-but-you-cant-download/510782002/ |
| sending, from the system to the one or more servers over the network, security or authentication information associated with the user of the system for authentication of the user for accessing the digital content service; | *The system (e.g., Vizio Smart TV – D24-G1, etc.) sends security or authentication information (e.g., Netflix ID and Password, etc.) associated with the user to the servers (e.g., Amazon Web Services (AWS), etc.) over the network for authentication of the user and to access the digital content services (e.g., Netflix, etc.).*<br><br>**System sends security or authentication information of the user at the servers:**<br><br>**How to use Netflix on your Vizio TV or Blu-ray player** |

| | |
|---|---|
| | ▾ **If you see the Netflix icon on-screen**<br>1. Select the **Netflix** icon.<br>2. Select **Sign In**.<br>◦ If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.<br>◦ If you are not yet a member, set up your membership.<br>3. Enter your Netflix email address and password.<br>4. Select **Sign In**.<br>Your device is now connected to your Netflix account.<br>To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:<br>• **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**<br>• Select **Sign Out**, **Start Over**, or **Deactivate**.<br>Source: https://help.netflix.com/en/node/23881 |
| sending, from the system to the one or more servers, payment or subscription information for accessing the digital content service; | *The system (e.g., Vizio Smart TV – D24F-G1, etc.) sends payment or subscription information (e.g., billing date, renewal information, billing details, subscription ID, etc.) to the servers (e.g., Amazon Web Services (AWS), etc.) over the network to access the digital content service (e.g., Netflix, etc.).*<br>*As the user subscribes and makes payment to any streaming service such as Netflix, etc., the corresponding subscription or payment information is sent to the server of the streaming service.*<br><br>**System sends payment or subscription information at the servers:**<br><br>To start watching Netflix:<br>1. Visit netflix.com/signup.<br>2. Choose a plan.<br>3. Create an account by entering your email address and creating a password.<br>4. Enter a payment method.<br>As a Netflix member, you are charged once a month on the date you signed up.<br><br>Source: https://help.netflix.com/en/node/412 |

## Plans and Pricing

Netflix offers a variety of plans to meet your needs. The plan you choose will determine the number of devices that you can watch Netflix on **at the same time**.

With all of our plans, you can download the Netflix app on all your favorite devices and watch unlimited movies and TV shows.

These prices apply for new members and will gradually take effect for all current members. Current members will be notified by email 30 days before their price change takes effect.

| | Basic | Standard | Premium |
|---|---|---|---|
| Monthly cost* (United States Dollar) | **$8.99** | **$13.99** | **$17.99** |
| Number of screens you can watch on at the same time | 1 | 2 | 4 |
| Number of phones or tablets you can have downloads on | 1 | 2 | 4 |
| Unlimited movies and TV shows | ✓ | ✓ | ✓ |
| Watch on your laptop, TV, phone and tablet | ✓ | ✓ | ✓ |
| HD available | | ✓ | ✓ |
| Ultra HD available | | | ✓ |

Sign up for Netflix today and choose from several payment options. As a Netflix member, you are charged once a month on the date you signed up. You have the freedom to change your plan or cancel online at any time.

**NOTE:** *Depending on where you live, you may be charged taxes in addition to your subscription price.

Netflix streaming plans do not include DVDs. Find out how you can sign up for a DVD plan.

Source: https://web.archive.org/web/20210615070928/https://help.netflix.com/en/node/24926/us

# Accessing and updating information associated with your account

This article tells you how you can access and update information associated with your account.

Much of the data that we store about our members is easily accessible by logging into your account in a browser and clicking on the Account option. In nearly all cases, the information our members are looking for can be found on this page. If you cannot find the data you're looking for in this manner, please contact privacy@netflix.com.

| | |
|---|---|
| | The Account page gives you access to information such as:<br><br>• Account Information - account owner information you have provided to Netflix, such as email and phone number (available under **Membership & Billing**), as well as plan selection information (available under **Plan Details**).<br>• Notification Settings - your indicated preferences with respect to Netflix communications you wish to receive (available by profile under **Profile & Parental Controls**).<br>• Payment and Billing Information - payment details you have provided to Netflix and information about the charges we have made or attempted to make to your payment method for your subscription (available under **Membership & Billing**).<br><br>Source: https://help.netflix.com/en/node/100627 |
| receiving, at the system, the output data from the one or more servers, the output data corresponding to at least part of the selected digital content, | *The system (e.g., Vizio Smart TV – D24-G1, etc.) receives the output data corresponding to the selected digital content (e.g., movies, TV show, song, or album, etc.) from the server (e.g., Amazon Web Services (AWS), etc.).*<br><br>**System receives output data corresponding to selected digital content from servers:**<br><br>**How Netflix streams videos**<br><br>Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.<br><br>**It starts when you hit 'Play.'**<br><br>First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.<br><br>When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.<br><br>Source:<br>https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85<br><br>"***When you select a show, your Netflix app cherry picks which of these servers will it load the video from***.<br>… |

***when you do something that requires net access, a request is sent to your internet service provider (ISP). The ISP forwards it to the dedicated servers that handle the website, and the servers provide a response which is relayed back to your computer and forms the result. For Netflix and other top-tier sites***, where millions of hours of video content is relayed across the internet between their servers and all the users, a much larger network of servers is needed to maintain performance.”




“***The last part about fetching is the one that is most crucial for Netflix here, because after all, that is where the Internet network delivers the video from Netflix’s AWS servers to the customer’s device***.”

Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b



| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=ey6iidrDpWI<br><br>The following diagram illustrates how the playback process works:<br><br><br>1. OCA's periodically report health, routes they have learned, and content (file) availability to the cache control services in AWS.<br>2. A user on a client device requests playback of a title (TV show or movie) from the Netflix application in AWS.<br>3. The playback application services in AWS check user authorization and licensing, then determine which specific files are required to handle the playback request - taking individual client characteristics and current network conditions into account.<br>4. The steering service in AWS uses the information stored by the cache control service to pick OCAs that the requested files should be served from, generates URLs for these OCAs, and hands the URLs over to the playback application services.<br>5. The playback application services hand over URLs of the appropriate OCAs to the client device, and the OCA begins to serve the requested files.<br><br>Source: https://openconnect.netflix.com/Open-Connect-Overview.pdf |
| and the output data corresponding, at least in part, to the content object delivered from the system to the one or more servers, and | *The output data corresponds to the content object (e.g., content ID/identifier, VideoInfo, ActorInfo, GenreInfo, etc.) delivered from the system (e.g., Vizio Smart TV – D24-G1, etc.) to the server (e.g., Amazon Web Services (AWS), etc.).*<br>*A content object such as content ID/identifier, title, VideoInfo, ActorInfo, GenreInfo, etc. is delivered to the AWS as the user selects the corresponding content.* |

| | |
|---|---|
| | **<u>System receives output data corresponding to the content object:</u>**<br><br>"Browse Titles<br><br>If you don't have a specific movie in mind, start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category. ***In the app, tap a movie poster to see more info, and <u>tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching.'</u>***<br><br><br><br><br>'Search for a Movie<br><br>Tap or click the Search button to find a specific movie. Netflix searches not only for movie titles, but for people — actors, directors and so on — as well as keywords. As you type, movies, people and topics pop up. ***<u>Tap or click a movie to start it, or choose a person or topic to see related movies.'</u>*** |




Source: [https://itstillworks.com/movies-netflix-8767565.html](https://itstillworks.com/movies-netflix-8767565.html)







Source: [https://www.youtube.com/watch?v=ey6iidrDpWI](https://www.youtube.com/watch?v=ey6iidrDpWI)

"***When you select a show, your Netflix app cherry picks which of these servers will it load the video from***.

…

***when you do something that requires net access, a request is sent to your internet service provider (ISP). The ISP forwards it to the dedicated servers that handle the website, and the servers provide a response which is relayed back to your computer and forms the result. For Netflix and other top-tier sites***, where millions of hours of video content is relayed across the internet between their servers and all the users, a much larger network of servers is needed to maintain performance."

Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b

"***Netflix Movies and TV Shows***

About this Dataset: Netflix is one of the most popular media and video streaming platforms. They have over 8000 movies or tv shows available on their platform, as of mid-2021, they have over 200M Subscribers globally. ***This tabular dataset consists of listings of all the movies and tv shows available on Netflix, along with details such as - cast, directors, ratings, release year, duration, etc.***"

**netflix_titles.csv** (3.4 MB)

Detail Compact Column 10 of 12 columns

| show_id | type | title | director | cast |
|---|---|---|---|---|
| Unique ID for every Movie / Tv Show | Identifier - A Movie or TV Show | Title of the Movie / Tv Show | Director of the Movie | Actors involved in the movie / show |
| 8807 unique values | Movie 70%<br>TV Show 30% | 8807 unique values | [null] 30%<br>Rajiv Chilaka 0%<br>Other (6154) 70% | [null] 9%<br>David Attenborough 0%<br>Other (7963) 90% |
| s1 | Movie | Dick Johnson Is Dead | Kirsten Johnson | |
| s2 | TV Show | Blood & Water | | Ama Qamata, Khosi Ngema, Gail Mabalane, Thabang Molaba, Dillon Windvogel, Natasha Thahane, Arno Gree... |

Source: https://www.kaggle.com/datasets/shivamb/netflix-shows

| | |
|---|---|
| | **It starts when you hit 'Play.'**<br><br>First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.<br><br>When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.<br><br>Source: https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85<br><br>The following diagram illustrates how the playback process works:<br><br><br><br><br>1. OCA's periodically report health, routes they have learned, and content (file) availability to the cache control services in AWS.<br>2. A user on a client device requests playback of a title (TV show or movie) from the Netflix application in AWS.<br>3. The playback application services in AWS check user authorization and licensing, then determine which specific files are required to handle the playback request - taking individual client characteristics and current network conditions into account.<br>4. The steering service in AWS uses the information stored by the cache control service to pick OCAs that the requested files should be served from, generates URLs for these OCAs, and hands the URLs over to the playback application services.<br>5. The playback application services hand over URLs of the appropriate OCAs to the client device, and the OCA begins to serve the requested files.<br><br>Source: https://openconnect.netflix.com/Open-Connect-Overview.pdf |

| | |
|---|---|
| the output data having a relationship, at least in part, to the information included in the object delivered from the system to the one or more servers over the network, | *The output data has a relationship to the information included in the object (e.g., device name, device type, device model, IP address, serial number, etc.) delivered from the system to the server (e.g., Amazon Web Services (AWS), etc.).*<br><br>**System receives output data related to the device information delivered at servers:**<br><br>• **Device and network information:** We collect information about your computer or other Netflix capable devices you might use to access our service (such as smart TVs, mobile devices, set top boxes, gaming systems, and other streaming media devices), your network, and network devices.<br><br>◦ device IDs or other unique identifiers, including for your network devices (such as your router), and devices that are Netflix capable on your network;<br><br>◦ resettable device identifiers (also known as advertising identifiers), such as those on mobile devices, tablets, and streaming media devices that include such identifiers (see the "Cookies and Internet Advertising" section below for more information);<br><br>◦ device and software characteristics (such as type and configuration), connection information including type (wifi, cellular), statistics on page views, referring source (for example, referral URLs), IP address (which can be used to tell us your general location, such as your city, state/province, and postal code), browser and standard web server log information;<br><br>Source: https://web.archive.org/web/20210322023504/https://help.netflix.com/legal/privacy<br><br>**Information Netflix collects automatically**: This includes what platforms you watch Netflix on (such as a smartphone, tablet, computer, Smart TV or streaming box), your IP address (so it knows where you're logging in from), watch history and search queries, how long you've watched a show, and interactions with customer service.<br><br>Source: https://www.usatoday.com/story/tech/columnist/saltzman/2018/04/17/you-can-see-what-netflix-knows-you-but-you-cant-download/510782002/<br><br>• The Netflix app or website determines what particular device you are using to watch, and fetches the exact file for that show meant to specially play on your particular device, with a particular video quality based on how fast your internet is at that moment.<br><br>Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b |

| | |
|---|---|
| | • Account information - account owner information you have provided to Netflix, such as email and phone number (available under **Membership & Billing**), as well as as plan selection information (available under **Plan Details**).<br>• Communication settings - your indicated preferences with respect to Netflix communications you wish to receive (available by profile under **Profile & Parental Controls**).<br>• Marketing communications - your indicated preferences with respect to Netflix promotional communications on third party services (available by profile under **Profile & Parental Controls**).<br>• Payment and Billing Information - payment details you have provided to Netflix and information about the charges we have made or attempted to make to your payment method for your subscription (available under **Membership & Billing**).<br>• Profiles - details of any profiles that have been created within your Netflix member account, including playback preferences (available by profile under **Profile & Parental Controls**).<br>• Content Interaction History - a history of your **Viewing activity** and information regarding your interactions with content titles on Netflix, such as movies and TV shows you have rated (available by profile under **Profile & Parental Controls**).<br>• IP address information - information associated with the last time a particular device was used to stream from your Netflix member account from a particular IP address (available in **Manage Access and Devices** under **Security & Privacy**).<br><br>Source:<br>https://web.archive.org/web/20210917013845/https://help.netflix.com/en/node/100624<br><br>"Information you provide to Netflix: Your name, email address, address, payment method and telephone number. It also stores data, such as when you give content a rating (like 4 stars) or reviews.<br><br>Information Netflix collects automatically: ***This includes what platforms you watch Netflix on (such as a smartphone, tablet, computer, Smart TV or streaming box), your IP address (so it knows where you're logging in from), watch history and search queries, how long you've watched a show,*** and interactions with customer service."<br><br>Source: https://www.usatoday.com/story/tech/columnist/saltzman/2018/04/17/you-can-see-what-netflix-knows-you-but-you-cant-download/510782002/ |
| and the output data further including an encryption scheme for ensuring security of the selected digital content that is at least in part device dependent to the system and is acceptable for rendering by the system, and at least part of the output data is device dependent for rendering by the system; | *The output data received from the server (e.g. Amazon Web Services (AWS), etc.) is encrypted (e.g. Digital Rights Management (DRM) encryption, etc.) for ensuring security of the selected digital content for rendering at the system.*<br>*The output data is device dependent (e.g., DRM protected and devices with active subscription only can access the digital content, etc.) to the system.*<br><br>**System receives encrypted and device dependent output data:**<br><br>***"Implementing Digital Rights Management (DRM)***<br>DRM is one of the three encryption options that you can use with AWS Elemental MediaConvert. You can use it in conjunction with the other two options. The following illustration shows the three options.<br><br><br> |

Protect your content from unauthorized use through encryption. ***Digital rights management (DRM) systems provide keys to AWS Elemental MediaConvert for content encryption, and licenses to supported players and other consumers for decryption.***"

Source:
https://web.archive.org/web/20221116193804/https://docs.aws.amazon.com/mediaconvert/latest/ug/implementing-digital-rights-management-drm.html

# Digital Rights Management

PDF | RSS

You can use Digital Rights Management (DRM) to restrict access to your playlist so that only authenticated users can view your content.

DRM works by restricting playback of a file to users who have authenticated with a third-party DRM license server. DRM accomplishes this by including, or packaging, a DRM header in the segments of the file. The DRM packaging includes the information required to contact the license server and any encryption information needed to play a file. Once the file has been packaged, it is sent to the content distribution network, which can be a service such as Amazon S3 and CloudFront, or a non-AWS service such as Akamai. After the file has been distributed, the license server needs to be contacted for a license before the file plays. DRM goes beyond standard encryption by specifying an entire set of protocols for content protection.The following figure shows the basic flow of how DRM works.




Elastic Transcoder handles the DRM packaging (the last three steps of this process) for you:

1. The content provider (you) calls the DRM license provider with a content key ID to generate a content key.
2. The license provider uses the key ID to generate a content key and returns it and a license acquisition URL to the content provider.
3. The content provider calls AWS KMS to encrypt the content key, and AWS KMS returns the encrypted content key.
4. The content provider calls the package server (Elastic Transcoder) with the encrypted content key, key ID, and license acquisition URL.
5. The package server fetches the file to be protected, and bundles it with the DRM information.
6. The package server sends the DRM-protected file to the distribution server, which distributes the file.

| | |
|---|---|
| | **Streaming DRM-Protected Content**<br><br>To deliver DRM content, you must have the following:<br><br>• A DRM license provider for generating and storing your DRM content keys.<br>• A location for storing your encrypted media files. We recommend that you store your files in Amazon S3.<br>• (Optional) A content distribution network (CDN) to stream your files. For more information about CDNs, see Getting Started with CloudFront in the *Amazon CloudFront Developer Guide*.<br>• An application capable of authenticating and authorizing your users. You can use Amazon EC2 to run this application. For more information, see Setting Up with Amazon EC2 in the *Amazon EC2 User Guide for Windows Instances* (for Windows users) or Setting Up with Amazon EC2 in the *Amazon EC2 User Guide for Linux Instances* (for Linux users).<br>• A player capable of playing DRM-protected and encrypted files.<br><br>Source: https://web.archive.org/web/20210305105650/https://docs.aws.amazon.com/elastictranscoder/latest/developerguide/drm.html<br><br>**Plans and Pricing**<br><br>Netflix offers a variety of plans to meet your needs. The plan you choose will determine the number of devices that you can watch Netflix on **at the same time**.<br><br>With all of our plans, you can download the Netflix app on all your favorite devices and watch unlimited movies and TV shows.<br><br>These prices apply for new members and will gradually take effect for all current members. Current members will be notified by email 30 days before their price change takes effect. |

| | Basic | Standard | Premium |
|---|---|---|---|
| Monthly cost* (United States Dollar) | **$8.99** | **$13.99** | **$17.99** |
| Number of screens you can watch on at the same time | 1 | 2 | 4 |
| Number of phones or tablets you can have downloads on | 1 | 2 | 4 |
| Unlimited movies and TV shows | ✓ | ✓ | ✓ |
| Watch on your laptop, TV, phone and tablet | ✓ | ✓ | ✓ |
| HD available | | ✓ | ✓ |
| Ultra HD available | | | ✓ |

Source: https://web.archive.org/web/20210615070928/https://help.netflix.com/en/node/24926/us

***"Netflix works on thousands of devices, and each of them play a different format of video and sound files. Another set of AWS servers take this original film file, and convert it into hundreds of files, each meant to play the entire show or film on a particular type of device and a particular screen size or video quality. One file will work exclusively on*** the iPad, ***one on a full HD Android phone,*** one on a Sony TV that can play 4K video and Dolby sound, one on a Windows computer, and so on. Even more of these files can be made with varying video qualities so that they are easier to load on a poor network

| | |
|---|---|
| | connection. This is a process known as transcoding. ***A special piece of code is also added to these files to lock them with what is called digital rights management or DRM — a technological measure which prevents piracy of films.***<br><br>***The Netflix app or website determines what particular device you are using to watch, and fetches the exact file for that show meant to specially play on your particular device, with a particular video quality based on how fast your internet is at that moment*.**”<br><br>Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b |
| decoding at least part of the received output data, at the system, for rendering at least part of the selected digital content by the system; | *The system (e.g., Vizio Smart TV – D24-G1, etc.) decodes the received output data (e.g., encoded audio/video data, etc.) for outputting/playing the selected digital content at the system.*<br><br>**<u>System decodes received output data for playing digital content:</u>**<br><br>**Encrypted Streaming + DRM License**<br><br>Video Encoding at multiple bitrates<br><br>As mentioned in the previous section, video streaming in urban networks requires adaptive bitrate streaming. The video encoding process optimizes the video size to deliver the highest quality at the lowest bitrate. The most popular video codecs in use today are H.264 and VP9. SD resolution streams are encoded using H.264 codec, which has the widest decoder support. On the other hand, HD resolution streams are encoded using VP9. This is done for the delivery of 1080p streams to devices such as Android TV. As of February 2018, hardware-level decryption for Widevine-encrypted streams are available for Smart TVs by the following device makers: LG (WebOS), Panasonic (FirefoxOS), Philips (AndroidTV), Samsung (Tizen), Sharp Aquos (AndroidTV), Sony Bravia (AndroidTV. Different files of different bitrate and resolutions are broken down into fragmented MP4 segments of equal length.<br><br>8. Video player receives the video chunks from OEMCrypto Module<br><br>After the video is decrypted and decoded, it is then sent to your video player in small chunks. The viewer is able to play the video and security is also ensured. And voila, you get video playback on your device.<br><br>Now that you are aware of how Widevine DRM works, let's have a look at its implementation. Having implemented Widevine DRM for more than 2000 customers, we can claim that<br><br>Source:<br>https://web.archive.org/web/20210801210307/https://www.vdocipher.com/blog/widevine-drm-hollywood-video/ |

| | |
|---|---|
| | **High Quality Video Encoding at Scale**<br><br>Netflix Technology Blog · Follow<br>Published in Netflix TechBlog · 7 min read · Dec 9, 2015<br><br>The figure below shows a high-level overview of our system. We ingest high quality video sources and generate video encodes of various codec profiles, at multiple quality representations per profile. The encodes are packaged and then deployed to a content delivery network for streaming. During a streaming session, the client requests the encodes it can play and adaptively switches among quality levels based on network conditions.<br><br><br><br><br>Source: https://netflixtechblog.com/high-quality-video-encoding-at-scale-d159db052746<br><br>**Tech Update: Netflix Updates Codecs Use for Efficient Encoding**<br><br>Netflix have switched streaming to encoding in H.264 High Profile and VP9 (profile 0), in response to increasing processor capabilities of decoding streams online. The fact that both these compression formats have found broad decoder support from Mobile Hardware and Android OS respectively has motivated this change.<br><br>Source: https://www.vdocipher.com/blog/tech-update-netflix-updates-codecs-use-efficient-encoding/ |

| | |
|---|---|
| | Vizio TV can allow its users to transfer video files from their computer, hard drive or other sources to Vizio TV for playback via the built-in HDMI cable and HDMI ports, but the transferred video files must be in the video formats supported by Vizio TV. The video formats supported by each model of Vizio TV differ from other models, but most of models of Vizio TV prefer H.264 video and AAC audio. Besides Vizio TV also prefer video resolution in 1920 x 1080 (1080p). The preferred video format and video resolution will fully help you to understand why sometimes your Vizio TV can not play your video file or you only get audio no video or you always encounter black screen even though the video file is in the supported list.<br><br>For your information, MP4 is a format container with different codecs. The video and audio files in different MP4 files can be encoded with different codecs. And MP4 file with DTS audio can't be rendered on Vizio Smart TV.<br><br>Source: https://www.easefab.com/mp4-tips/vizio-tv-wont-play-mp4-files-solve.html<br><br>**Smart TV with Ultra HD Streaming**<br><br>With support for HEVC decoding and the latest Wi-Fi standard 802.11ac (that's up to 3x faster than 802.11n), D-Series lets you stream Ultra HD from popular apps such as Netflix—available now.<br><br>Source: https://cdn.vizio.com/documents/d55ud1/qsg-d55ud1.pdf<br><br>Netflix works on thousands of devices, and each of them play a different format of video and sound files. Another set of AWS servers take this original film file, and convert it into hundreds of files, each meant to play the entire show or film on a particular type of device and a particular screen size or video quality. One file will work exclusively on the iPad, one on a full HD Android phone, one on a Sony TV that can play 4K video and Dolby sound, one on a Windows computer, and so on. Even more of these files can be made with varying video qualities so that they are easier to load on a poor network connection. This is a process known as *transcoding*. A special piece of code is also added to these files to lock them with what is called *digital rights management or DRM* — a technological measure which prevents piracy of films.<br><br>• The Netflix app or website determines what particular device you are using to watch, and fetches the exact file for that show meant to specially play on your particular device, with a particular video quality based on how fast your internet is at that moment. |

| | |
|---|---|
| | Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b<br><br>"Digital Rights Management (DRM) is software for authorizing the playback of copyrighted material. It is intended to protect copyrighted material from piracy, and is used in both physical DVDs and TV shows and movies that are available to watch instantly. Most of the time, you won't even notice DRM. ***When DRM works right, the player decodes the protection and begins playback***."<br><br>Source:<br>https://web.archive.org/web/20201112013428/https://help.netflix.com/en/node/395 |
| subsequent to having decoded at least part of the output data, the system is further configured for: rendering or outputting, using the device that includes at least one of a display device, or a projection device, or an audio output device, at least part of the decoded output data corresponding to at least part of the selected digital content. | *The system (e.g., Vizio Smart TV – D24-G1, etc.) renders or outputs the decoded output data corresponding to the digital content (e.g., movies, TV shows, songs, etc.) using the device that includes a display device or an audio output device (e.g., screen and speakers of Vizio TV, etc.).*<br><br>**<u>Vizio D-Series TV:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br><br><br>**Key Specs**<br>Class Size: 24"<br>Viewable Display Size: 23.50" (596.90mm)<br>Resolution: 1920 x 1080<br>Aspect Ratio: 16:9<br>Backlight Type: Full Array LED<br>Dynamic Contrast Ratio: 5000:1<br>Active Pixel Tuning: No |

## Audio

| Speakers | 2 watts x 2 |
|---|---|

Source: https://www.vizio.com/en/tv/d-series/D24f-G1







Source: https://www.youtube.com/watch?v=ey6iidrDpWI

<table>
<tr>
<td></td>
<td>

Figure: Netflix content distribution flow




Source: https://www.information-age.com/how-netflix-work-streaming-4k-123484779/

</td>
</tr>
<tr>
<td>38. The system of claim 37 in which the object includes at least one of a device identification information, or a registration information, or an address information, individually or in any combination, related to the system, and the system is further configured for obtaining the object for delivering to the one or more servers, the obtaining of the object includes obtaining information from at least one of the following: (1) user input, (2) processing a device identification information at the system, (3) obtaining information from one or more devices that are distinct and separate devices from the system, (4) retrieving a parameter stored in the system, or (5) a default parameter or preference associated with the system, individually or in any combination.</td>
<td>

*The object includes a device identification information, or an address information (e.g., device name, device type, device model, IP address, serial number, etc.) related to the system (e.g., Vizio Smart TV D24F-G1, etc.).*
*The object is obtained from processing the device identification and retrieving a parameter stored in the system.*

**System sends device objects at the servers:**

- **Device and network information:** We collect information about your computer or other Netflix capable devices you might use to access our service (such as smart TVs, mobile devices, set top boxes, gaming systems, and other streaming media devices), your network, and network devices.

</td>
</tr>
</table>

| | |
|---|---|
| | ◦ device IDs or other unique identifiers, including for your network devices (such as your router), and devices that are Netflix capable on your network;<br><br>◦ resettable device identifiers (also known as advertising identifiers), such as those on mobile devices, tablets, and streaming media devices that include such identifiers (see the "Cookies and Internet Advertising" section below for more information);<br><br>◦ device and software characteristics (such as type and configuration), connection information including type (wifi, cellular), statistics on page views, referring source (for example, referral URLs), IP address (which can be used to tell us your general location, such as your city, state/province, and postal code), browser and standard web server log information;<br><br>Source: https://web.archive.org/web/20210322023504/https://help.netflix.com/legal/privacy<br><br>**Information Netflix collects automatically**: This includes what platforms you watch Netflix on (such as a smartphone, tablet, computer, Smart TV or streaming box), your IP address (so it knows where you're logging in from), watch history and search queries, how long you've watched a show, and interactions with customer service.<br><br>Source: https://www.usatoday.com/story/tech/columnist/saltzman/2018/04/17/you-can-see-what-netflix-knows-you-but-you-cant-download/510782002/<br><br>• The Netflix app or website determines what particular device you are using to watch, and fetches the exact file for that show meant to specially play on your particular device, with a particular video quality based on how fast your internet is at that moment.<br><br>Source:https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b |

| | |
|---|---|
| | • Account information - account owner information you have provided to Netflix, such as email and phone number (available under **Membership & Billing**), as well as as plan selection information (available under **Plan Details**).<br>• Communication settings - your indicated preferences with respect to Netflix communications you wish to receive (available by profile under **Profile & Parental Controls**).<br>• Marketing communications - your indicated preferences with respect to Netflix promotional communications on third party services (available by profile under **Profile & Parental Controls**).<br>• Payment and Billing Information - payment details you have provided to Netflix and information about the charges we have made or attempted to make to your payment method for your subscription (available under **Membership & Billing**).<br>• Profiles - details of any profiles that have been created within your Netflix member account, including playback preferences (available by profile under **Profile & Parental Controls**).<br>• Content Interaction History - a history of your **Viewing activity** and information regarding your interactions with content titles on Netflix, such as movies and TV shows you have rated (available by profile under **Profile & Parental Controls**).<br>• IP address information - information associated with the last time a particular device was used to stream from your Netflix member account from a particular IP address (available in **Manage Access and Devices** under **Security & Privacy**).<br><br>Source:<br>https://web.archive.org/web/20210917013845/https://help.netflix.com/en/node/100624<br><br>"Information you provide to Netflix: Your name, email address, address, payment method and telephone number. It also stores data, such as when you give content a rating (like 4 stars) or reviews.<br><br>Information Netflix collects automatically: ***This includes what platforms you watch Netflix on (such as a smartphone, tablet, computer, Smart TV or streaming box), your IP address (so it knows where you're logging in from), watch history and search queries, how long you've watched a show,*** and interactions with customer service."<br><br>Source: https://www.usatoday.com/story/tech/columnist/saltzman/2018/04/17/you-can-see-what-netflix-knows-you-but-you-cant-download/510782002/ |
| 39. The system of claim 37 wherein the system is embodied to be at least one of a television system, a laptop computer, a wireless output controller box wire connected to a television, a smart phone, an Internet pad, an Internet appliance, a speaker, an audio output device, a display device, or a digital camera, individually or in any combination. | *The system is embodied as a television system (e.g., Vizio Smart TV D24F-G1, etc.), an audio output device, or a display device.*<br><br>**Vizio D-Series TV:**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br> |

| | |
|---|---|
| | **Key Specs**<br><br>Class Size 24"<br>Viewable Display Size 23.50" (596.90mm)<br>Resolution 1920 x 1080<br>Aspect Ratio 16:9<br>Backlight Type Full Array LED<br>Dynamic Contrast Ratio 5000:1<br>Active Pixel Tuning No<br><br>**Audio**<br><br>Speakers 2 watts x 2<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |