# EXHIBIT 16

# Application of U.S. Patent No. 10,768,871 to the Accused Sound Bars*†

* The term "Accused Sound Bars" refers to Vizio's sound bars, including but not limited to, Elevate, M-Series, and V-Series Sound Bars, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| Application of U.S. Patent No. 10,768,871 to the Accused Sound Bars | |
|---|---|
| 15. A wireless output device for receiving and playing digital content, comprising: | *A wireless output device (e.g., Vizio P514a-H6 Sound Bar, etc.) for receiving and playing digital content (e.g., audio, songs, etc.).*<br>*The wireless output device can receive digital content via Bluetooth and/or built-in Chromecast from connected devices.*<br><br>**<u>Wireless Output Device - Vizio P514a-H6 Sound Bar</u>**<br><br>**Easy streaming.**<br>With built-in Bluetooth and Chromecast, it's easy to stream music, podcasts, and more from popular Chromecast-enabled apps like Spotify, Pandora, and iHeartRadio.<br><br>Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6 |

<table>
<tr>
<td>an output device; and</td>
<td>
The wireless output device (e.g., Vizio Sound Bar P514a-H6, etc.) includes an output device (e.g., speaker, etc.).
<u>Wireless Output Device - Vizio P514a-H6 Sound Bar</u>

Key Specs
<table>
<tr><td>Dolby Atmos</td><td>Yes</td></tr>
<tr><td>DTS:X</td><td>Yes</td></tr>
<tr><td>Total Number of Speakers</td><td>18</td></tr>
<tr><td>DTS Virtual:X</td><td>Yes</td></tr>
<tr><td>Sound Enhancement Technology</td><td>DTS TruVolume, DTS Virtual:X, Dolby Volume, Dolby Atmos</td></tr>
<tr><td>Speaker Channels</td><td>5.1.4</td></tr>
<tr><td>System Frequency Response</td><td>30Hz - 20kHz</td></tr>
<tr><td>Remote</td><td>Yes</td></tr>
<tr><td>Remote Control Type</td><td>With LCD Display</td></tr>
<tr><td>Listening Modes</td><td>Movie, Music, Game, Direct</td></tr>
</table>
</td>
</tr>
</table>

| | |
|---|---|
| |  5.1.4 System with 18 Speakers<br><br>Enjoy true 5.1.4 sound with 4 upfiring speakers built-in to the sound bar and rear surround speakers to deliver an immersive Dolby Atmos and DTS:X experience.<br><br>Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6 |
| wireless communication circuitry, having at least a wireless communication chip or chipset, which is compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards or within Bluetooth specifications; | *The wireless output device (e.g. Vizio Sound Bar P514a-H6) includes wireless communication circuitry that further includes a wireless communication chip or chipset (e.g., Bluetooth and/or Wi-Fi module, etc.) that is compatible, at least partly, with at least one protocol with Bluetooth and IEEE 802.11 wireless standards.*<br><br>**<u>Wireless Output Device - Vizio P514a-H6 Sound Bar</u>**<br><br> |

| | |
|---|---|
| | HDMI Inputs: 2<br>HDMI eARC: Yes<br>Optical: Yes<br>USB: Yes, for .WAV Audio Playback<br>Voice Assistant Input: Yes<br>Analog: Yes, 3.5mm stereo mini jack<br>Wi-Fi: 802.11n<br>Bluetooth: Yes<br>Bluetooth Version: 4.1<br><br>**Easy streaming.**<br>With built-in Bluetooth and Chromecast, it's easy to stream music, podcasts, and more from popular Chromecast-enabled apps like Spotify, Pandora, and iHeartRadio.<br><br>Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6<br><br>"***The technical name for WiFi is IEEE 802.11*** & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.<br><br>To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. ***The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.*** By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."<br><br>Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php |
| wherein the wireless output device is operable for: (1) facilitating, via the wireless communication circuitry within the wireless output device, a wireless device discovery operation, the wireless device discovery operation is for a client of the | *The wireless output device (e.g., Vizio Sound Bar P514a-H6) is operable for facilitating, via the wireless communication circuitry (e.g., Bluetooth and/or Wi-Fi module, etc.) within the wireless output device, a wireless device discovery operation, the wireless device discovery operation is for a client (e.g., smartphone, etc.) of the wireless output device to wirelessly discover the wireless output device.*<br><br>**Client (Smartphone)** |

<table>
<tr>
<td>wireless output device to wirelessly discover the wireless output device;</td>
<td>
Google Pixel 5<br>

<table>
<tr><td>COMMS</td><td>WLAN</td><td>Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct</td></tr>
<tr><td></td><td>Bluetooth</td><td>5.0, A2DP, LE, aptX HD</td></tr>
<tr><td></td><td>Positioning</td><td>GPS, GLONASS, GALILEO, QZSS, BDS</td></tr>
<tr><td></td><td>NFC</td><td>Yes</td></tr>
<tr><td></td><td>Radio</td><td>No</td></tr>
<tr><td></td><td>USB</td><td>USB Type-C 3.1</td></tr>
</table>
Source: https://www.gsmarena.com/google_pixel_5-10386.php<br>
Pixel 5 phone (2020)<br>
Pixel 5<br>
<table>
<tr><td>Wireless and Location</td><td>• Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®[11] 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic</td></tr>
</table>
Source: https://support.google.com/pixelphone/answer/7158570<br>
<u>Smartphone wirelessly discovering Vizio Sound Bar via Bluetooth connection:</u>
</td>
</tr>
</table>




## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.




The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

**Smartphone wirelessly discovering Vizio Sound Bar via W-Fi connection:**

*Note: The Vizio SmartCast App was renamed as the Vizio Mobile App. It includes multiple Chromecast built-in enabled apps to transfer content to the wireless output device.*




Source: https://www.manua.ls/vizio/p514a-h6/manual




Source: https://apps.apple.com/us/app/vizio-mobile/id1054033219

# VIZIO Mobile

VIZIO

Contains ads




About this app →

We've updated our app name to VIZIO Mobile, you may have downloaded the app when it was called "VIZIO SmartCast Mobile."

With VIZIO Mobile, you can control your entire entertainment experience with your Mobile Device. Browse & discover movies, TV shows, music, live streams and more across multiple apps at once. Power on/off devices, play/pause content, modify advanced settings and more.

...

Source: https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl



Source: https://www.vizio.com/en/mobile

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.






4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

# How to Cast your VIZIO SmartCast Devices

| | |
|---|---|
| | Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| (2) subsequent to the wireless output device being wirelessly discovered by the client in the wireless device discovery operation in (1), wirelessly transmitting, via the wireless communication circuitry within the wireless output device, at least an attribute or identification information related to the wireless output device from the wireless output device to the client; | *The wireless output device (e.g., Vizio Sound Bar P514a-H6) wirelessly transmits at least an attribute or identification information (e.g., class (indicating the device type of the Bluetooth device), or device name, model number, etc.) related to the wireless output device to the client after the wireless output device being wirelessly discovered by the client (e.g., smartphone, etc.) in (1).*<br><br>**Sound Bar transmits device attributes to smartphone over Bluetooth connection:** |

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.



**Bluetooth Device** **Button located on the side.**

The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

**4.2.1 Inquiry (Discovering) Procedure**

Bluetooth devices use the inquiry procedure to discover nearby devices, or to be discovered by devices in their locality.

The inquiry procedure is asymmetrical. A Bluetooth device that tries to find other nearby devices is known as an inquiring device and actively sends inquiry requests. Bluetooth devices that are available to be found are known as discoverable devices and listen for these inquiry requests and send responses. The inquiry procedure uses a special physical channel for the inquiry requests and responses.

## 6.1 GENERAL INQUIRY

### 6.1.1 Purpose

The purpose of the general inquiry procedure is to provide the initiator with the Bluetooth device address, clock, Class of Device and used page scan mode of general discoverable devices (i.e. devices that are in range with regard to the initiator and are set to scan for inquiry messages with the General Inquiry Access Code). Also devices in limited discoverable mode will be discovered using general inquiry.

The general inquiry should be used by devices that need to discover devices that are made discoverable continuously or for no specific condition.

| | |
|---|---|
| | **6.3 NAME DISCOVERY**<br><br>**6.3.1 Purpose**<br><br>The purpose of name discovery is to provide the initiator with the Bluetooth Device Name of connectable devices (i.e. devices in range that will respond to paging).<br><br>**6.4 DEVICE DISCOVERY**<br><br>**6.4.1 Purpose**<br><br>The purpose of device discovery is to provide the initiator with the Bluetooth Device Address, clock, Class of Device, used page scan mode and Bluetooth device name of discoverable devices.<br><br>**6.4.3 Description**<br><br>During the device discovery procedure, first an inquiry (either general or limited) is performed, and then name discovery is done towards some or all of the devices that responded to the inquiry. If the initiator of the device discovery receives a complete local name or a shortened local name that is considered long enough, via an extended inquiry response from a remote device, the initiator should not do a separate name discovery for that device.<br><br><br><br>*Figure 6.5: Device discovery procedure.* |

The establishment procedures defined here do not include any discovery part. Before establishment procedures are initiated, the information provided during device discovery (in the FHS packet or the extended inquiry response packet of the inquiry response or in the response to a name request) has to be available in the initiating device. This information is:

- The Bluetooth Device Address (BD_ADDR) from which the Device Access Code is generated;
- The system clock of the remote device;
- The page scan mode used by the remote device.

Additional information provided during device discovery that is useful for making the decision to initiate an establishment procedure is:

- The Class of device;
- The Device name;
- The supported Service Classes.

*3.3.3.4 Supported layers*

During the exchange of packets between an inquiring and discoverable device it may be considered that a temporary physical link exists between these devices. However, the concept is quite irrelevant as it has no physical representation but is only implied by the brief transaction between the devices. No further architectural layers are considered to be supported.

Source: https://www.bluetooth.com/specifications/specs/cs-core-specification-2-1edr/

# Find Bluetooth devices

Using the `BluetoothAdapter`, you can find remote Bluetooth devices either through device discovery or by querying the list of paired devices.

Make sure you have the appropriate Bluetooth permissions and set up your app for Bluetooth before attempting to find Bluetooth devices.

Device discovery is a scanning procedure that searches the local area for Bluetooth-enabled devices and requests some information about each one. This process is sometimes referred to as discovering, inquiring, or scanning. A nearby Bluetooth device responds to a discovery request only if it is currently accepting information requests by being discoverable. If a device is discoverable, it responds to the discovery request by sharing some information, such as the device's name, its class, and its unique MAC address. Using this information, the device that is performing the discovery process can then choose to initiate a connection to the discovered device.

Source:
https://web.archive.org/web/20210623064952/https://developer.android.com/guide/topics/connectivity/bluetooth/find-bluetooth-devices

**Sound Bar transmits device attributes to smartphone over Wi-Fi connection:**

# Pairing your Phone to the VIZIO Mobile App

| | |
|---|---|
| | Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br><br><br><br><br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content. |

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

## getDeviceCapabilities

`getDeviceCapabilities() returns Object`

Provides device capabilities information once the system is ready, otherwise it will be null. If an empty object is returned, the device does not expose any capabilities information.

**Returns**

`nullable Object` The device capabilities information (key/value pairs). It will be null if the system is not ready yet. It may be an empty object if the platform does not expose any device capabilities information.

## getApplicationData

`getApplicationData() returns cast.framework.system.ApplicationData`

Provides application information once the system is ready, otherwise it will be null.

**Returns**

`nullable cast.framework.system.ApplicationData` The application information or null if the system is not ready.

<table>
<tr><td></td><td>Source:<br>https://developers.google.com/cast/docs/reference/web_receiver/cast.framework.CastReceiverContext#canDisplayType</td></tr>
<tr><td>(3) subsequent to the wireless output device having wirelessly transmitted the attribute or the identification information related to the wireless output device in (2), wirelessly receiving, by the wireless output device and via the wireless communication circuitry, a query or a service request from the client;</td><td>

*The wireless output device (e.g., Vizio Sound Bar P514a-H6) receives a query or a service request (e.g., when the user taps/clicks on the name of the wireless output device for selecting it, etc.) from the client (e.g., smartphone, etc.) subsequent to the wireless output device having transmitted the attribute or the identification information to the client.*

**Sound Bar receiving service request from smartphone over Bluetooth connection:**

**Bluetooth® Pairing**

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.




The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

**Sound Bar receiving service request from smartphone over Wi-Fi connection:**

**Pairing your Phone to the VIZIO Mobile App**

</td></tr>
</table>

| | |
|---|---|
| | Pairing your Phone to the VIZIO Mobile App is fast and simple. |

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**How to Cast your VIZIO SmartCast Devices**<br>Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| (4) subsequent to the wireless output device having wirelessly received the query or the service request in (3), establishing a wireless communication link between the wireless output device and the client, using the wireless communication chip or chipset that is within the wireless output device and that is compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards | *The wireless output device (e.g., Vizio Sound Bar P514a-H6), establishes a communication link (e.g., Bluetooth and/or Wi-Fi link, etc.) with the client (e.g., smartphone, etc.) after receiving the query or service request from the client.*<br>*The wireless communication link is established via wireless communication chip or chipset (e.g., Bluetooth and/or Wi-Fi module, etc.) within the wireless output device that is compatible within Bluetooth and IEEE 802.11 wireless standards.*<br><br>**Sound Bar establishes Bluetooth connection with smartphone:** |

| | |
|---|---|
| or within Bluetooth specifications; | **Bluetooth® Pairing**<br>To pair the sound bar with a Bluetooth device:<br>1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.<br>2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.<br>3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.<br><br><br>The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.<br>ENG - 26<br><br>Source: https://www.manua.ls/vizio/p514a-h6/manual<br><br>**Sound Bar establishes Wi-Fi connection with smartphone:**<br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**How to Cast your VIZIO SmartCast Devices**<br><br>Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| (5) wirelessly receiving, by the wireless output device and over the wireless communication link established in (4), output data from the client; and (6) outputting or playing, using the output device within the wireless output device, at least part of the output data wirelessly received in (5); wherein the output data is related to at least part of the digital content for outputting | *The wireless output device (e.g., Vizio Sound Bar P514a-H6) receives output data related to at least part of the digital content (e.g., music, songs, etc.) from the client (e.g., smartphone, etc.) over the established wireless communication link (e.g., Bluetooth and/or Wi-Fi link, etc.).*<br><br>*The wireless output device using the output device (e.g., speaker, etc.) within the wireless output device, to outputs or plays, output data related to at least part of the digital content (e.g., music, songs, etc.) received in (5).*<br><br>**<u>Wireless Output Device - Vizio P514a-H6 Sound Bar</u>** |

| | |
|---|---|
| or playing at the wireless output device; and | ## Key Specs<br><br>Dolby Atmos — Yes<br>DTS:X — Yes<br>Total Number of Speakers — 18<br>DTS Virtual:X — Yes<br>Sound Enhancement Technology — DTS TruVolume, DTS Virtual:X, Dolby Volume, Dolby Atmos<br>Speaker Channels — 5.1.4<br>System Frequency Response — 30Hz - 20kHz<br>Remote — Yes<br>Remote Control Type — With LCD Display<br>Listening Modes — Movie, Music, Game, Direct<br><br><br><br>5.1.4 System with 18 Speakers<br><br>Enjoy true 5.1.4 sound with 4 upfiring speakers built-in to the sound bar and rear surround speakers to deliver an immersive Dolby Atmos and DTS:X experience.<br><br>Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6<br><br>**Sound Bar receiving output data from smartphone over Bluetooth connection:** |

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.

2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.

3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.



**Bluetooth Device** **Button located on the side.**

The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

1. Your sound bar supports music streaming from devices with Bluetooth capability.
(Device compatibility will vary, see your device's documentation for more information.)
2. Once you have paired your source device to the sound bar your device should remain paired (within range).
3. If the source is changed back to Bluetooth, any paired Bluetooth device will reconnect automatically.
4. If the input is changed or if Auto VA is set to off/AUX, the Bluetooth device will disconnect.

Source: https://www.manua.ls/vizio/p514a-h6/manual

**<u>Sound Bar receiving output data from smartphone over Wi-Fi connection via Casting:</u>**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.

3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**How to Cast your VIZIO SmartCast Devices**<br><br>Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| wherein at least part of the output data is device dependent for outputting or playing at the wireless output device in (6), and the output data wirelessly received in (5) is associated, at least in part, with the attribute or the identification information wirelessly transmitted in (2); and | *The wireless output device (e.g., Vizio Sound Bar P514a-H6) receives the output data related to at least part of the digital content (e.g., songs, music, etc.) that is device dependent (e.g., the output data depends on the received attribute of the wireless output device, etc.) for outputting or playing at the wireless output device in (6) and the output data wirelessly received in (5) is associated, at least in part, with the attribute or the identification information wirelessly transmitted in (2).*<br>*In order to transmit/cast digital content to the selected wireless output device (i.e., Vizio Sound Bar P514a-H6) for playing/rendering, the smartphone converts or encodes the digital content in accordance with the class, capabilities, and/or profile of the wireless output device.*<br><br>**Client (smartphone)** |

### Audio file formats/codecs

Mobile devices support various audio file formats and codecs, which respectively store and code/decode digital audio data.

| | |
|---|---|
| **Audio file formats/codecs**<br>List of some of the most common audio file formats and codecs supported standardly by the device. | ▸ AAC (Advanced Audio Coding)<br>▸ AAC+ / aacPlus / HE-AAC v1<br>▸ AMR / AMR-NB / GSM-AMR (Adaptive Multi-Rate, .amr, .3ga)<br>▸ AMR-WB (Adaptive Multi-Rate Wideband, .awb)<br>▸ aptX / apt-X<br>▸ aptX HD / apt-X HD / aptX Lossless<br>▸ eAAC+ / aacPlus v2 / HE-AAC v2<br>▸ FLAC (Free Lossless Audio Codec, .flac)<br>▸ M4A (MPEG-4 Audio, .m4a)<br>▸ MIDI<br>▸ MP3 (MPEG-2 Audio Layer II, .mp3)<br>▸ OGG (.ogg, .ogv, .oga, .ogx, .spx, .opus)<br>▸ WMA (Windows Media Audio, .wma)<br>▸ WAV (Waveform Audio File Format, .wav, .wave)<br>▸ LDAC |

Source: https://www.devicespecifications.com/en/model/f8175493

**Wireless Output Device (VIZIO Sound Bar | P514a-H6)**

**VIZIO Elevate™ 5.1.4 Home Theater Sound Bar with Dolby Atmos® and DTS:X® | P514a-H6**

4.4 (77)

Buy Now



## That Works With Everything

Your VIZIO should work with you and your home. That's why VIZIO supports all popular video and audio formats, as well as Alexa, Assistant and Siri.

Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6

| | |
|---|---|
| | **Bluetooth communication:**<br><br>**4.2.1 Inquiry (Discovering) Procedure**<br><br>Bluetooth devices use the inquiry procedure to discover nearby devices, or to be discovered by devices in their locality.<br><br>The inquiry procedure is asymmetrical. A Bluetooth device that tries to find other nearby devices is known as an inquiring device and actively sends inquiry requests. Bluetooth devices that are available to be found are known as discoverable devices and listen for these inquiry requests and send responses. The inquiry procedure uses a special physical channel for the inquiry requests and responses.<br><br>**6.1 GENERAL INQUIRY**<br><br>**6.1.1 Purpose**<br><br>The purpose of the general inquiry procedure is to provide the initiator with the Bluetooth device address, clock, Class of Device and used page scan mode of general discoverable devices (i.e. devices that are in range with regard to the initiator and are set to scan for inquiry messages with the General Inquiry Access Code). Also devices in limited discoverable mode will be discovered using general inquiry.<br><br>The general inquiry should be used by devices that need to discover devices that are made discoverable continuously or for no specific condition.<br><br>**6.3 NAME DISCOVERY**<br><br>**6.3.1 Purpose**<br><br>The purpose of name discovery is to provide the initiator with the Bluetooth Device Name of connectable devices (i.e. devices in range that will respond to paging).<br><br>**6.4 DEVICE DISCOVERY**<br><br>**6.4.1 Purpose**<br><br>The purpose of device discovery is to provide the initiator with the Bluetooth Device Address, clock, Class of Device, used page scan mode and Bluetooth device name of discoverable devices. |

| | |
|---|---|
| | **6.4.3 Description**<br><br>During the device discovery procedure, first an inquiry (either general or limited) is performed, and then name discovery is done towards some or all of the devices that responded to the inquiry. If the initiator of the device discovery receives a complete local name or a shortened local name that is considered long enough, via an extended inquiry response from a remote device, the initiator should not do a separate name discovery for that device.<br><br><br><br>*Figure 6.5: Device discovery procedure.*<br><br>The establishment procedures defined here do not include any discovery part. Before establishment procedures are initiated, the information provided during device discovery (in the FHS packet or the extended inquiry response packet of the inquiry response or in the response to a name request) has to be available in the initiating device. This information is:<br>• The Bluetooth Device Address (BD_ADDR) from which the Device Access Code is generated;<br>• The system clock of the remote device;<br>• The page scan mode used by the remote device.<br><br>Additional information provided during device discovery that is useful for making the decision to initiate an establishment procedure is:<br>• The Class of device;<br>• The Device name;<br>• The supported Service Classes.<br><br>*3.3.3.4 Supported layers*<br><br>During the exchange of packets between an inquiring and discoverable device it may be considered that a temporary physical link exists between these devices. However, the concept is quite irrelevant as it has no physical representation but is only implied by the brief transaction between the devices. No further architectural layers are considered to be supported.<br><br>Source: https://www.bluetooth.com/specifications/specs/cs-core-specification-2-1edr/ |

| | |
|---|---|
| | **Find Bluetooth devices**<br><br>Using the `BluetoothAdapter`, you can find remote Bluetooth devices either through device discovery or by querying the list of paired devices.<br><br>Make sure you have the appropriate Bluetooth permissions and set up your app for Bluetooth before attempting to find Bluetooth devices.<br><br>Device discovery is a scanning procedure that searches the local area for Bluetooth-enabled devices and requests some information about each one. This process is sometimes referred to as discovering, inquiring, or scanning. A nearby Bluetooth device responds to a discovery request only if it is currently accepting information requests by being discoverable. If a device is discoverable, it responds to the discovery request by sharing some information, such as the device's name, its class, and its unique MAC address. Using this information, the device that is performing the discovery process can then choose to initiate a connection to the discovered device.<br><br>Source: https://web.archive.org/web/20210623064952/https://developer.android.com/guide/topics/connectivity/bluetooth/find-bluetooth-devices<br><br>**Advanced Audio Distribution Profile (A2DP)**<br><br>The technical term "Advanced Audio Distribution Profile" – in short A2DP – refers to a transfer standard via a **Bluetooth** connection, for the wireless transfer of high quality audio signals. The transfer of audio signals between the devices of arbitrary manufacturers who support this standard is enabled by A2DP.<br><br>In general terms, the Low Complexity Subband Code – also referred to as the SBC Codec – is used in order to transfer stereo audio signals. It compresses the audio signals and always delivers these with a loss, although the high data transfer rate of up to 345 kilobits per second and the perfected algorithm ensure barely perceptible quality losses.<br><br>The Advanced Audio Distribution Profile is used between an A2DP source and a recipient. The audio signals, which are supplied by the source (e.g. a smartphone or MP3 player) via Bluetooth are decoded by the A2DP recipient (e.g. a Bluetooth-capable loudspeaker) and then reissued as an audio signal.<br><br>The Advanced Audio Distribution Profile Standard is supported by all the latest customary smartphone operating system versions (including amongst others iOS, Android and Windows Phone). This enables the playback of audio data on suitable devices. This technology is frequently found in the automotive sector in particular. Here, the smartphone is coupled with a hands-free kit or a car stereo via Bluetooth. If the connection is not being used for telephone calls then it is possible to play the music stored on the smartphone with a very high audio quality via the A2DP.<br><br>The Advanced Audio Distribution Profile is frequently also used in conjunction with the so-called AVRCP profile. This not only enables the transfer of pure audio data, but also of information for controlling devices. In this way it is also possible to remotely operate an audio player from a **Bluetooth headset**, for example.<br><br>Source: https://web.archive.org/web/20220516174125/https://www.nfon.com/en/get-started/cloud-telephony/lexicon/knowledge-base-detail/a2dp |

### 3.2.1 Send Audio Stream

In the Send Audio Stream procedure, the SRC shall, if needed, encode the data into a selected format in the signaling session. Then, the application layer of the SRC shall adapt the encoded data into the defined media payload format. The frame of encoded audio data is adapted to the defined payload format as defined in Chapter 4.

When content protection is in use, a content protection header may precede encrypted audio content. This is content protection method dependent.

Afterwards, the stream data shall be handed down to the AVDTP entity through the exposed interface (Interface 4) defined in Chapter 2 of AVDTP [4]. The stream data shall be sent out on the transport channel using the selected transport services defined in Section 5.4 of AVDTP [4].

### 3.2.2 Receive Audio Stream

The AVDTP entity of the SNK shall receive the stream data from the transport channel using the selected transport services and pass it to the application layer by exposed interface defined in Chapter 2 of AVDTP [4].

When a content protection method is active, the application layer of the SNK shall process the retrieved AVDTP payload as described by the content protection method. Typically, this processing entails content protection header analysis and decryption of associated encrypted content.

If applicable, the frame of audio data shall be decoded according to the selected coding format.

*Advanced Audio Distribution Profile (A2DP)*




*Figure 3.1: Block Diagram of Audio Streaming Procedures and the Packet Format*

Source: http://www.dslreports.com/r0/download/2285126~a70eb148e16b921dc323dbb977d4b4b1/A2DP_SPEC.pdf (Page 17, 18)

| | |
|---|---|
| | **Bluetooth profiles**<br><br>The Bluetooth API includes support for working with Bluetooth profiles. A Bluetooth profile is a wireless interface specification for Bluetooth-based communication between devices, such as the Hands-Free profile. For a mobile device to connect to a wireless headset, both devices must support the Hands-Free profile.<br><br>The Bluetooth API provides implementations for the following Bluetooth profiles:<br><br>• **Headset**. The Headset profile provides support for Bluetooth headsets to be used with mobile phones. Android provides the `BluetoothHeadset` class, which is a proxy for controlling the Bluetooth Headset Service. This includes both Bluetooth Headset and Hands-Free (v1.5) profiles. The `BluetoothHeadset` class includes support for AT commands. For more on this topic, see Vendor-specific AT commands.<br>• **A2DP**. The Advanced Audio Distribution Profile (A2DP) profile defines how high-quality audio can be streamed from one device to another over a Bluetooth connection. Android provides the `BluetoothA2dp` class, which is a proxy for controlling the Bluetooth A2DP Service.<br>• **Health Device**. Android provides support for the Bluetooth Health Device Profile (HDP). This lets you create apps that use Bluetooth to communicate with health devices that support Bluetooth, such as heart-rate monitors, blood meters, thermometers, scales, and so on. For a list of supported devices and their corresponding device data specialization codes, see Bluetooth's HDP Device Data Specializations. These values are also referenced in the ISO/IEEE 11073-20601 [7] specification as `MDC_DEV_SPEC_PROFILE_*` in the Nomenclature Codes Annex. For more information about HDP, see Health Device Profile.<br><br>Source: https://developer.android.com/guide/topics/connectivity/bluetooth/profiles<br><br>"***The A2DP standard operates in stereo and supports most of the standard audio compression codecs.*** ***The recommended sub-band coding (SBC) codec supports up to 345 kilobits per second at 48 kilohertz. That's approximately one third the quality of standard CD audio—roughly the equivalent of a high-quality MP3 recording.*** ***Due to high "lossy" compression in the SBC codec, the reality of the audio quality is considerably lower, somewhere in the range of 256kbit/s.***"<br><br>Source: https://www.howtogeek.com/338750/whats-the-difference-between-bluetooth-a2dp-and-aptx/<br><br>Codec stands for en**co**de/**dec**ode. Because raw audio data is too large to transmit and stream in real-time, audio must be compressed (encoded) using a codec before it's streamed over Bluetooth A2DP (Advanced Audio Distribution Profile). Once the encoded audio is recevied by the output device, it is decoded before it can be played. Each source and output device supports its own combination of codecs and generally the highest performing common codec between the source and output device will be used.<br><br>Source: https://bluetoothcheck.com/codecs<br><br>**Wi-Fi communication:** |

<table>
<tr>
<td></td>
<td>
getDeviceCapabilities<br>
<code>getDeviceCapabilities() returns Object</code><br>
Provides device capabilities information once the system is ready, otherwise it will be null. If an empty object is returned, the device does not expose any capabilities information.<br>
Returns<br>
<code>nullable Object</code> The device capabilities information (key/value pairs). It will be null if the system is not ready yet. It may be an empty object if the platform does not expose any device capabilities information.<br><br>
Source: https://developers.google.com/cast/docs/reference/web_receiver/cast.framework.CastReceiverContext#canDisplayType<br><br>
Audio codecs<br>
Chromecast Audio, Google Home, and Google Home Mini support the following list of codecs:<br>
• FLAC (up to 96kHz/24-bit)<br>
• HE-AAC<br>
• LC-AAC<br>
• MP3<br>
• Opus<br>
• Vorbis<br>
• WAV (LPCM)<br>
• WebM<br><br>
Source: https://developers.google.com/cast/docs/media
</td>
</tr>
<tr>
<td>wherein the client is either a mobile information apparatus or a client application executable at the mobile information apparatus, and the mobile information apparatus is a distinct device from the wireless output device.</td>
<td>
The client is a mobile information apparatus (e.g., smartphone, etc.) or a client application (e.g., SmartCast App/Vizio Mobile App) executable at the mobile information apparatus.<br>
The mobile information apparatus is a distinct device from the wireless output device (e.g., Vizio Sound Bar P514a-H6).<br><br>
<u>Client (Smartphone)</u>
</td>
</tr>
</table>

| | |
|---|---|
| |  |

| COMMS | | |
|---|---|---|
| | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source: https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| | |
|---|---|
| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®[1] 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source: https://support.google.com/pixelphone/answer/7158570

**Client application – Vizio SmartCast app**




Source: https://www.manua.ls/vizio/p514a-h6/manual

**Vizio Mobile app**




Source: https://www.vizio.com/en/mobile

**Wireless Output Device - Vizio Sound Bar P514a-H6**




| | |
|---|---|
| HDMI Inputs | 2 |
| HDMI eARC | Yes |
| Optical | Yes |
| USB | Yes, for .WAV Audio Playback |
| Voice Assistant Input | Yes |
| Analog | Yes, 3.5mm stereo mini jack |
| Wi-Fi | 802.11n |
| Bluetooth | Yes |
| Bluetooth Version | 4.1 |

Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6

16. The wireless output device according to claim 15, wherein the establishing of the wireless communication link in (4) is subsequent to the wireless output device having implemented, at the wireless output device, a security procedure or an authentication procedure, the security procedure or the authentication procedure includes the wireless output device wirelessly receiving,

*The wireless output device (e.g., Vizio Sound Bar P514a-H6) establishes the wireless communication link (e.g., Bluetooth and/or Wi-Fi link, etc.) in (4) is subsequent to the wireless output device having implemented, at the wireless output device, a security procedure or an authentication procedure (e.g., receiving security key, device ID from the client).*
*When a user clicks on the wireless output device name on the smartphone, a device ID related to client is transferred to the wireless output device for secure pairing.*

<u>**Sound Bar receiving security key, device ID from smartphone to establish Bluetooth link:**</u>

from the client and via the wireless communication circuitry of the wireless output device, one or more of a user name, a password, an ID number, a security key, device identification, a PIN, a biometric, a fingerprint, or voice, individually or in any combination.

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.



**Bluetooth Device** **Button located on the side.**

The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

Note that there is a difference between being paired and being connected:

- To be *paired* means that two devices are aware of each other's existence, have a shared link-key that can be used for authentication, and are capable of establishing an encrypted connection with each other.

Source: https://web.archive.org/web/20210623064952/https://developer.android.com/guide/topics/connectivity/bluetooth/find-bluetooth-devices

### The basics

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Source: https://developer.android.com/guide/topics/connectivity/bluetooth

**<u>Sound Bar receiving security key, device ID from smartphone to establish Wi-Fi link:</u>**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

## Communication

A CastMessage has the following simple structure:

- protocol_version
- source_id
- destination_id
- namespace
- payload_type
- an union of utf8 or binary payload

| | |
|---|---|
| | All fields are quite self-explanatory, and the *.proto* file contains many comments. The protocol version is always 1. The source and destination fields allows to identify sources and destinations. These fields are part of the multiplexing of the SSL connection. These identifiers can identify the device or an application. So several ids can be used in the same connection so that different applications or system features can communicate at the same time between a sender and a receiver device.<br><br>Source: https://blog.oakbits.com/google-cast-protocol-discovery-and-connection.html |
| 17. The wireless output device according to claim 15, wherein the wireless output device is further operable for wirelessly receiving, by the wireless output device using at least the wireless communication chip or chipset within the wireless output device and over the wireless communication link established in (4), audio data or voice data from the mobile information apparatus. | *The wireless output device (e.g., Vizio Sound Bar P514a-H6) receives the audio data (e.g., songs, music, etc.) from the mobile information apparatus (e.g., smartphone, etc.) and over the wireless communication link (e.g., Bluetooth and/or Wi-Fi link, etc.) established in (4).*<br><br>**<u>Sound Bar receiving audio data from smartphone over Bluetooth connection:</u>**<br><br>**Bluetooth® Pairing**<br><br>To pair the sound bar with a Bluetooth device:<br>1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.<br>2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.<br>3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.<br><br><br><br>The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.<br><br>ENG - 26<br><br>1. Your sound bar supports music streaming from devices with Bluetooth capability. (Device compatibility will vary, see your device's documentation for more information.)<br>2. Once you have paired your source device to the sound bar your device should remain paired (within range).<br>3. If the source is changed back to Bluetooth, any paired Bluetooth device will reconnect automatically.<br>4. If the input is changed or if Auto VA is set to off/AUX, the Bluetooth device will disconnect.<br><br>Source: https://www.manua.ls/vizio/p514a-h6/manual |

**Sound Bar receiving audio data from smartphone over Wi-Fi connection:**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.






4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| 18. The wireless output device according to claim 15, wherein the wireless output device further comprises an interface, the interface includes one or more of a display screen, a touch sensitive screen, a touch sensitive interface, a button, a push button, a soft key, a keypad, a status indicator, an on/off power control, or a switch, individually or in any combination. | *The wireless output device (e.g., Vizio Sound Bar P514a-H6, etc.) includes an interface (e.g., Indicator screen, buttons on the sound bar, remote control, etc.).*<br><br>**<u>Interface:</u>**<br><br><br><br><br><br> |

<table>
<tr>
<td></td>
<td>


<br>
Source: https://www.manua.ls/vizio/p514a-h6/manual
</td>
</tr>
<tr>
<td>19. The wireless output device according to claim 15, wherein the wireless output device is a Bluetooth enabled audio wireless output device, and the mobile information apparatus is a smart phone; and</td>
<td>
The wireless output device is a Bluetooth enabled audio wireless output device (e.g., Vizio Sound Bar P514a-H6, etc.), and the mobile information apparatus is a smartphone.
<br><br>
<u>Wireless Output Device - Vizio Sound Bar P514a-H6</u>
<br>


</td>
</tr>
</table>

| | |
|---|---|
| HDMI Inputs | 2 |
| HDMI eARC | Yes |
| Optical | Yes |
| USB | Yes, for .WAV Audio Playback |
| Voice Assistant Input | Yes |
| Analog | Yes, 3.5mm stereo mini jack |
| Wi-Fi | 802.11n |
| Bluetooth | Yes |
| Bluetooth Version | 4.1 |

Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6

**<u>Mobile Information Apparatus - Smartphone</u>**




| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source: https://www.gsmarena.com/google_pixel_5-10386.php

wherein the wireless communication link established between the Bluetooth enabled audio wireless output device and the smart phone is compliant, at

*The wireless output device (e.g., Vizio Sound Bar P514a-H6, etc.) establishes a wireless communication link (i.e., Bluetooth link compatible with at least a protocol within Bluetooth specifications) with the smartphone.*

**<u>Sound Bar establishes Bluetooth connection with smartphone:</u>**

| | |
|---|---|
| least in part, with at least a protocol within Bluetooth specifications; | **Bluetooth® Pairing**<br>To pair the sound bar with a Bluetooth device:<br>1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.<br>2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.<br>3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.<br><br>**Bluetooth Device** **Button located on the side.**<br>The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.<br>ENG - 26<br><br>Source: https://www.manua.ls/vizio/p514a-h6/manual |
| and wherein the output data includes audio digital content for playing at the Bluetooth enabled audio wireless output device; | *The output data includes audio digital content (e.g., songs, music, etc.) for playing at the Bluetooth enabled audio wireless output device (e.g., Vizio Sound Bar P514a-H6, etc.).*<br><br>**<u>Sound Bar receiving audio digital content from smartphone over Bluetooth connection:</u>**<br><br>**Bluetooth® Pairing**<br>To pair the sound bar with a Bluetooth device:<br>1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.<br>2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.<br>3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.<br><br>**Bluetooth Device** **Button located on the side.**<br>The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.<br>ENG - 26 |

| | |
|---|---|
| | 1. Your sound bar supports music streaming from devices with Bluetooth capability.<br>(Device compatibility will vary, see your device's documentation for more information.)<br>2. Once you have paired your source device to the sound bar your device should remain paired (within range).<br>3. If the source is changed back to Bluetooth, any paired Bluetooth device will reconnect automatically.<br>4. If the input is changed or if Auto VA is set to off/AUX, the Bluetooth device will disconnect.<br><br>Source: https://www.manua.ls/vizio/p514a-h6/manual |
| and wherein the Bluetooth enabled audio wireless output device further includes memory or a storage component for storing at least the attribute or the identification information related to the wireless output device, | *The Bluetooth enabled audio wireless output device (e.g., Vizio Sound Bar P514a-H6) further includes memory or a storage component for storing at least the attribute or the identification information (e.g., device name, model number, software updates) related to the wireless output device.*<br><br>**Wireless Output Device - Vizio Sound Bar P514a-H6**<br><br><br>Source: https://www.manua.ls/vizio/p514a-h6/manual<br><br>"Device discovery is a scanning procedure that searches the local area for Bluetooth-enabled devices and requests some information about each one. This process is sometimes referred to as discovering, inquiring, or scanning. A nearby Bluetooth device responds to a discovery request only if it is currently accepting information requests by being discoverable. ***If a device is discoverable, it responds to the discovery request by sharing some information, such as the device's name, its class, and its unique MAC address.*** Using this information, the device that is performing the discovery process can then choose to initiate a connection to the discovered device."<br><br>Source:<br>https://web.archive.org/web/20210623064952/https://developer.android.com/guide/topics/connectivity/bluetooth/find-bluetooth-devices |

| | |
|---|---|
| and wherein the wireless transmitting of the attribute or the identification information from the Bluetooth enabled audio wireless output device to the client in (2) includes wirelessly transmitting the attribute or the identification information that is stored in the memory or the storage component of the Bluetooth enabled audio wireless output device to the smart phone. | *The Bluetooth enabled audio wireless output device (e.g., Vizio Sound Bar P514a-H6, etc.) transmits the attribute or the identification information (e.g., device name, model, etc.) to the client in (2) includes wirelessly transmitting the attribute or the identification information that is stored in the memory or the storage component of the Bluetooth enabled audio wireless output device to the smartphone.*<br><br>**Sound Bar transmits device attributes to smartphone over Bluetooth connection:**<br><br><br>**Bluetooth® Pairing**<br>To pair the sound bar with a Bluetooth device:<br>1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.<br>2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.<br>3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.<br><br>The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.<br>ENG - 26<br><br>Source: https://www.manua.ls/vizio/p514a-h6/manual |
| 20. The wireless output device according to claim 15, wherein the wireless output device is at least one of an audio wireless output device, a sound wireless output device, a projection device, a display device, a television, or a controller box connected to a television, individually or in any combination; and wherein the mobile information apparatus is at least one of a smart phone, an Internet- | *The wireless output device (e.g., Vizio Sound Bar P514a-H6, etc.) is at least one of an audio/sound wireless output device.*<br>*The mobile information apparatus can be, for example, a smartphone.*<br>*The digital content can include audio digital content.*<br><br>**Wireless Output Device - Vizio Sound Bar P514a-H6** |

Phone, a touch sensitive screen phone, an Information-Pad, a digital camera, an Internet appliance, or an Internet-Pad, individually or in any combination; and wherein the digital content is at least one of audio digital content or video digital content, individually or in any combination.




| | |
|---|---|
| HDMI Inputs | 2 |
| HDMI eARC | Yes |
| Optical | Yes |
| USB | Yes, for .WAV Audio Playback |
| Voice Assistant Input | Yes |
| Analog | Yes, 3.5mm stereo mini jack |
| Wi-Fi | 802.11n |
| Bluetooth | Yes |
| Bluetooth Version | 4.1 |

Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6

**<u>Mobile Information Apparatus - Smartphone</u>**



| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source: https://www.gsmarena.com/google_pixel_5-10386.php

**Sound Bar plays audio digital content received from Smartphone via Bluetooth connection:**

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.



Bluetooth Device

Button located on the side.

The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

1. Your sound bar supports music streaming from devices with Bluetooth capability. (Device compatibility will vary, see your device's documentation for more information.)
2. Once you have paired your source device to the sound bar your device should remain paired (within range).
3. If the source is changed back to Bluetooth, any paired Bluetooth device will reconnect automatically.
4. If the input is changed or if Auto VA is set to off/AUX, the Bluetooth device will disconnect.

Source: https://www.manua.ls/vizio/p514a-h6/manual