# EXHIBIT 17

# Application of U.S. Patent No. 10,768,871 to the Accused TVs*†

* The term "Accused TVs" refers to Vizio's smart televisions, including but not limited to, OLED, P-Series, M-Series, V-Series, D-Series, and Quantum televisions, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| **Application of U.S. Patent No. 10,768,871 to the Accused TVs** | |
|---|---|
| 15. A wireless output device for receiving and playing digital content, comprising: | *A wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) for receiving and playing digital content (e.g., audio, songs, videos, etc.).*<br><br>*The wireless output device can receive digital content via Wi-Fi connection using SmartCast App, Chromecast, and AirPlay.*<br><br>**<u>Wireless Output Device – Vizio D-Series TV:</u>**<br><br>VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1<br><br><br><br>Connectivity<br><br>Protocol Wi-Fi 802.11bgn<br>Ethernet 1 (rear)<br>USB Ports 1 (rear)<br>TV Tuner Yes |

| | |
|---|---|
| | Stream Everything You Love<br><br>Access your favorite apps, cast from your phone, or watch hundreds of free channels.<br><br>Built in:<br><br>→ SmartCast™ OS<br><br>**Share**<br><br>Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more. |

| | |
|---|---|
| | <br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br>**Control your TV with the SmartCast Mobile™ App**<br>Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.<br>**Get it here, or visit www.vizio.com/smartcastapp on your device to download:**<br>Download on the App Store · GET IT ON Google Play<br>**With SmartCast Mobile, you can:**<br>• Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.<br>• Easily enter text onto your TV/display from your mobile device using a full keyboard.<br>• Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.<br>• Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.<br>**How do I stream apps like Netflix to my VIZIO SmartCast™ TV?**<br>• Download and open a Chromecast-enabled apps on your mobile device. Then tap the Cast button.<br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |
| an output device; and | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1 etc.) comprises an output device (e.g., display screen, speaker etc.).*<br>**Wireless Output Device - VIZIO D-Series TV** |

| | |
|---|---|
| | **VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**  Audio<br>Speakers 2 watts x 2<br>Class Size 24"<br>Viewable Display Size 23.50" (596.9mm)<br>Resolution 1920 x 1080<br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |

| | |
|---|---|
| | **ADJUSTING THE AUDIO SETTINGS**<br><br>**To adjust the audio settings:**<br>**Menu** > **Audio** > **OK**<br><br>Use the **Arrow** buttons to highlight the setting you wish to adjust, then press **Left/Right Arrow** buttons to change the setting:<br><br>• **Speakers —** Turn the built-in speakers On or Off.<br>• **Volume Control Display —** Turn the on-screen volume display slider On or Off.<br>• **Surround Sound —** Surround sound uses DTS TruSurround™ to deliver an immersive surround sound experience from the TV's internal speakers. TruSurround completes the entertainment experience by providing deep, rich bass, crisp details, and clear, intelligible dialog. Select On or Off.<br>• **Volume Leveling —** Volume leveling uses DTS TruVolume™ to maintain consistent volume levels during transitions between program content, AV formats, and input sources. Select On or Off. In a few cases, volume leveling may artificially suppress volume increases, making it difficult to hear dialog or flattening sudden noises. If this occurs, turn volume leveling off.<br>• **Balance —** Adjusts the loudness of the audio output from the left and right speakers.<br><br><br><br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |
| wireless communication circuitry, having at least a wireless communication chip or chipset, which is compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards or within Bluetooth specifications; | *The wireless output device (e.g. VIZIO D-Series \| D24f-G1) includes wireless communication circuitry that further includes a wireless communication chip or chipset (e.g., Wi-Fi module, etc.) that is compatible, at least partly, with at least one protocol with IEEE 802.11 wireless standards.*<br><br>**Wireless Output Device - VIZIO D-Series TV**<br><br>Connectivity<br><br>Protocol Wi-Fi 802.11bgn<br>Ethernet 1 (rear)<br>USB Ports 1 (rear)<br>TV Tuner Yes<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |

<table>
<tr>
<td></td>
<td>

**ADJUSTING THE NETWORK SETTINGS**

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > *Choose your network* > *Enter in the password* > **Connect**




**If you do not see your wireless network displayed, click on:**

**More Access Points** > *Highlight your wireless network* > *Enter in the password* > **Connect**

**TIP:** You can display your photos in Fullscreen. Select the photo, press **OK**, then highlight **Fullscreen** and press **OK.**

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

"***The technical name for WiFi is IEEE 802.11*** & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.

To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. ***The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.*** By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."

Source: https://web.archive.org/web/20200406024455/https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php

</td>
</tr>
<tr>
<td>wherein the wireless output device is operable for: (1) facilitating, via the wireless communication circuitry within the wireless output device, a wireless device</td>
<td>

*The wireless output device (e.g. VIZIO D-Series | D24f-G1) is operable for facilitating, via the wireless communication circuitry (e.g., Wi-Fi module, etc.) within the wireless output device, a wireless device discovery operation, the wireless device discovery operation is for a client (e.g., smartphone, etc.) of the wireless output device to wirelessly discover the wireless output device.*

**<u>Client (Android device)</u>**

</td>
</tr>
</table>

discovery operation, the wireless device discovery operation is for a client of the wireless output device to wirelessly discover the wireless output device;




| COMMS | | |
|---|---|---|
| | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source: https://web.archive.org/web/20210401141108/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| | |
|---|---|
| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®11 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source: https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**Client (iOS device)**

| | |
|---|---|
| | iPhone 12 – Technical Specifications<br><br>**Cellular and Wireless**<br>▪ **Model A2172***<br>5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)<br>5G NR mmWave (Bands n260, n261)<br>FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)<br>TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>CDMA EV-DO Rev. A (800, 1900 MHz)<br>UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>GSM/EDGE (850, 900, 1800, 1900 MHz)<br>▪ **All models**<br>5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]<br>Gigabit LTE with 4x4 MIMO and LAA[6]<br>Wi-Fi 6 (802.11ax) with 2x2 MIMO<br>Bluetooth 5.0<br>Ultra Wideband chip for spatial awareness[7]<br>NFC with reader mode<br>Express Cards with power reserve<br>For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.<br><br>Source:<br>https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US<br><br>**Smartphone wirelessly discovering Vizio TV via W-Fi connection:**<br><br>1. **Via Vizio Mobile App/SmartCast App***<br><br>**The Vizio SmartCast App was renamed as the Vizio Mobile App.* |

**Control your TV with the SmartCast Mobile™ App**

Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.

**Get it here, or visit www.vizio.com/smartcastapp on your device to download:**

Download on the App Store | GET IT ON Google Play

**With SmartCast Mobile, you can:**

- Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.
- Easily enter text onto your TV/display from your mobile device using a full keyboard.
- Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.
- Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.

**How do I download the VIZIO SmartCast Mobile™ App?**

- Make sure your phone or tablet is connected to a Wi-Fi network. Open a browser on your phone or tablet.
- Navigate to **vizio.com/smartcastapp** and follow the on-screen instructions to download the VIZIO SmartCast Mobile™ App.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf



Source: https://web.archive.org/web/20231209100013/https://apps.apple.com/us/app/vizio-mobile/id1054033219




Source: https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl




Source: https://web.archive.org/web/20241126180330/https://www.vizio.com/en/mobile

**Pairing your Phone to the VIZIO Mobile App**

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

| | |
|---|---|
| | **Q. I don't see my devices showing in the list of available devices?**<br>A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>To connect your Android phone to a VIZIO SmartCast TV, follow these steps:<br><br>1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.<br>2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.<br><br>**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.<br><br>1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.<br>2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.<br>3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.<br>4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.<br><br>Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/<br><br>**2. Via Chromecast Built-in**<br><br>**Share**<br><br>Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**How to Cast your VIZIO SmartCast Devices** |

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

**3. Via Airplay**

# Share

Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

| | |
|---|---|
| | How to use Apple AirPlay<br>Step 1<br>Connect your device to the same Wi-Fi network as your VIZIO TV.<br>9:41<br>Settings<br>Wi-Fi<br>Wi-Fi<br>Home Wi-Fi<br>CHOOSE A NETWORK...<br>Free Public Wifi<br>Other...<br>Ask to Join Networks<br>Known networks will be joined automatically. If no known networks are available, you will have to manually select a network.<br>0:25 / 1:27<br>How to use Apple AirPlay<br>Step 2<br>Choose the app you want to stream from.<br>HBO NOW<br>0:28 / 1:27 |







Source: [https://www.youtube.com/watch?v=WGwtY5XmNSw](https://www.youtube.com/watch?v=WGwtY5XmNSw)

| | |
|---|---|
| (2) subsequent to the wireless output device being wirelessly discovered by the client in the wireless device discovery operation in (1), wirelessly transmitting, via the wireless communication circuitry within the wireless output device, at least an attribute or identification information related to the wireless output | *The wireless output device (e.g. VIZIO D-Series \| D24f-G1) wirelessly transmits at least an attribute or identification information (e.g., device name, model number and capabilities for Chromecast communication, symbol beside the device name indicating a type of the device, i.e., a TV/display device, etc., related to the wireless output device to the client after the wireless output device being wirelessly discovered by the client (e.g., smartphone, etc.) in (1).*<br><br>**<u>Vizio TV transmits device attributes to smartphone over Wi-Fi connection:</u>**<br><br>1. **<u>Via Vizio Mobile App/SmartCast App</u>**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

<table>
<tr>
<td>device from the wireless output device to the client;</td>
<td>
Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>
1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br><br>
• Android 10.0 or higher<br>
• iOS 14.0 or higher<br><br>
Download on the App Store<br>
GET IT ON Google Play<br><br>
2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br><br>
• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br>

<br><br>

<br><br>
4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.
</td>
</tr>
</table>

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source:https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

2. **Via Chromecast Built-in**

**How to Cast your VIZIO SmartCast Devices**

| | |
|---|---|
| | Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US<br><br>getDeviceCapabilities<br>`getDeviceCapabilities() returns Object`<br>Provides device capabilities information once the system is ready, otherwise it will be null. If an empty object is returned, the device does not expose any capabilities information.<br>**Returns**<br>`nullable Object` The device capabilities information (key/value pairs). It will be null if the system is not ready yet. It may be an empty object if the platform does not expose any device capabilities information. |

canDisplayType

```
canDisplayType(mimeType, codecs, width, height, framerate) returns boolean
```

Checks if the given media params of video or audio streams are supported by the platform.

| Parameter | |
|---|---|
| mimeType | string<br>Media MIME type. It consists of a type and subtype separated by a '/'. It can be either video or audio mime types. |
| codecs | Optional<br>string<br>Quoted-string contains a comma-separated list of formats, where each format specifies a media sample type that is present in the stream. |
| width | Optional<br>number<br>Describes the stream horizontal resolution in pixels. |
| height | Optional<br>number<br>Describes the stream vertical resolution in pixels. |
| framerate | Optional<br>number<br>Describes the frame rate of the stream. |

Source:
https://developers.google.com/cast/docs/reference/web_receiver/cast.framework.CastReceiverContext#canDisplayType

3. **<u>Via Airplay</u>**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27
HD


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27
HD

<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=WGwtY5XmNSw
</td>
</tr>
<tr>
<td>(3) subsequent to the wireless output device having wirelessly transmitted the attribute or the identification information related to the wireless output device in (2), wirelessly receiving, by the wireless output device and via the wireless communication circuitry, a query or a service request from the client;</td>
<td>
The wireless output device (e.g. VIZIO D-Series | D24f-G1) receives a query or a service request (e.g. when the user taps/clicks on the name of the wireless output device for selecting it, etc.) from the client (e.g., smartphone, etc.) subsequent to the wireless output device having transmitted the attribute or the identification information to the client.
<br><br>
<u>Vizio TV receives service request from the smartphone over Wi-Fi connection:</u>
<br><br>
1. <u>Via Vizio Mobile App/SmartCast App</u>
<br><br>
Pairing your Phone to the VIZIO Mobile App
</td>
</tr>
</table>

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>To connect your Android phone to a VIZIO SmartCast TV, follow these steps:<br><br>1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.<br>2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.<br><br>**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.<br><br>1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.<br>2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.<br>3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.<br>4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.<br><br>Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/<br><br>**2. Via Chromecast Built-in**<br><br>**How to Cast your VIZIO SmartCast Devices** |

| | |
|---|---|
| | Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US<br><br>**3. Via Airplay**<br><br><br> |


How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27

| | |
|---|---|
| | <br>Source: [https://www.youtube.com/watch?v=WGwtY5XmNSw](https://www.youtube.com/watch?v=WGwtY5XmNSw) |
| (4) subsequent to the wireless output device having wirelessly received the query or the service request in (3), establishing a wireless communication link between the wireless output device and the client, using the wireless communication chip or chipset that is within the wireless output device and that is compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards or within Bluetooth specifications; | *The wireless output device (e.g. VIZIO D-Series \| D24f-G1), establishes a communication link (e.g., Wi-Fi link, etc.) with the client (e.g., smartphone, etc.) after receiving the query or service request from the client.*<br><br>*The wireless communication link is established via wireless communication chip or chipset (e.g., Wi-Fi module, etc.) within the wireless output device that is compatible within IEEE 802.11 wireless standards.*<br><br>**Vizio TV establishes Wi-Fi communication link with the smartphone:**<br><br>1. **Via Vizio Mobile App/SmartCast App**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

**2. Via Chromecast Built-in**

## How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

**3. Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27

<table>
<tr>
<td></td>
<td>




Source: https://www.youtube.com/watch?v=WGwtY5XmNSw
</td>
</tr>
<tr>
<td>(5) wirelessly receiving, by the wireless output device and over the wireless communication link established in (4), output data from the client; and<br><br>(6) outputting or playing, using the output device within the wireless output device, at</td>
<td>The wireless output device (e.g. VIZIO D-Series | D24f-G1) receives output data related to at least part of the digital content (e.g., music, songs, videos, etc.) from the client (e.g., smartphone, etc.) over the established wireless communication link (e.g., Wi-Fi link, etc.).<br><br>The wireless output device using the output device (e.g., display screen and/or speaker, etc.) within the wireless output device, outputs or plays, output data related to at least part of the digital content (e.g., music, songs, etc.) received in (5).<br><br><u>Wireless Output Device - VIZIO D-Series TV</u></td>
</tr>
</table>

| | |
|---|---|
| least part of the output data wirelessly received in (5);<br><br>wherein the output data is related to at least part of the digital content for outputting or playing at the wireless output device; and | **VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br><br><br>**Audio**<br><br>Speakers 2 watts x 2<br><br>Class Size 24"<br><br>Viewable Display Size 23.50" (596.9mm)<br><br>Resolution 1920 x 1080<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |

**ADJUSTING THE AUDIO SETTINGS**

**To adjust the audio settings:**
**Menu** > **Audio** > **OK**

Use the **Arrow** buttons to highlight the setting you wish to adjust, then press **Left/Right Arrow** buttons to change the setting:




- **Speakers —** Turn the built-in speakers On or Off.
- **Volume Control Display —** Turn the on-screen volume display slider On or Off.
- **Surround Sound —** Surround sound uses DTS TruSurround™ to deliver an immersive surround sound experience from the TV's internal speakers. TruSurround completes the entertainment experience by providing deep, rich bass, crisp details, and clear, intelligible dialog. Select On or Off.
- **Volume Leveling —** Volume leveling uses DTS TruVolume™ to maintain consistent volume levels during transitions between program content, AV formats, and input sources. Select On or Off. In a few cases, volume leveling may artificially suppress volume increases, making it difficult to hear dialog or flattening sudden noises. If this occurs, turn volume leveling off.
- **Balance —** Adjusts the loudness of the audio output from the left and right speakers.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

**Vizio TV receives output data from smartphone over Wi-Fi connection:**

1. **Via Vizio Mobile App/SmartCast App**

# Pairing your Phone to the VIZIO Mobile App

| | |
|---|---|
| | Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br><br><br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br><br><br><br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content. |

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

Launched earlier this year, VIZIO SmartCast is the brand's latest ecosystem of connected entertainment products, delivering a new way to discover and access content across the whole home. With Chromecast built-in, every VIZIO SmartCast display, sound bar and speaker makes it easy for consumers to easily stream from thousands of mobile apps they already know and love directly to their VIZIO SmartCast device. By simply tapping the Cast button from within their favorite apps like Netflix and YouTube, content is then streamed directly from the Internet to any VIZIO SmartCast device via the respective WiFi network. In addition to casting content from Chromecast-enabled apps, the VIZIO SmartCast app transforms iOS and Android mobile devices into powerful touchscreen remotes, allowing users to use text or voice search to simultaneously search and browse content across multiple apps by genre. Once users find a title, they simply tap their desired service to begin streaming content directly to their VIZIO SmartCast display. They can then continue using their mobile devices for other activities without interrupting the stream to the big screen.

Source: https://www.vizio.com/en/press/2017/jan/vizio-unveils-new-features-and-ui-for-smartcast-app

TIDAL | VIZIO

| | |
|---|---|
| | **Play TIDAL on VIZIO.**<br>Enjoy your favorite music, videos, interviews, and livestreams from anywhere in the home on your VIZIO SmartCast™ TV.<br><br>Source: https://web.archive.org/web/20210316091935/https://tidal.com/partners/vizio<br><br>To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.<br><br>Source: https://web.archive.org/web/20210420063113/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio<br><br>2. **Via Chromecast Built-in**<br><br>**Share**<br>Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**How do I stream apps like Netflix to my VIZIO SmartCast™ TV?**<br>• Download and open a Chromecast-enabled apps on your mobile device. Then tap the Cast button.<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf<br><br>**How to Cast your VIZIO SmartCast Devices** |

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**

# Share

Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

| | |
|---|---|
| |  How to use Apple AirPlay<br>Step 1<br>Connect your device to the same Wi-Fi network as your VIZIO TV.<br>Settings<br>Wi-Fi<br>Home Wi-Fi<br>CHOOSE A NETWORK...<br>Free Public Wifi<br>Other...<br>Ask to Join Networks<br>0:25 / 1:27  How to use Apple AirPlay<br>Step 2<br>Choose the app you want to stream from.<br>0:28 / 1:27 |


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
BEDROOM APPLE TV
Apple Special Event
0:37 / 1:27

<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=WGwtY5XmNSw</td>
</tr>
<tr>
<td>wherein at least part of the output data is device dependent for outputting or playing at the wireless output device in (6), and the output data wirelessly received in (5) is associated, at least in part, with the attribute or the identification information wirelessly transmitted in (2); and</td>
<td>The wireless output device (e.g., VIZIO D-Series | D24f-G1) receives the output data related to at least part of the digital content (e.g., songs, music, videos, etc.) that is device dependent (e.g., the output data depends on the received attribute of the wireless output device, etc.) for outputting or playing at the wireless output device in (6) and the output data wirelessly received in (5) is associated, at least in part, with the attribute or the identification information wirelessly transmitted in (2).<br><br>In order to cast/AirPlay digital content to the selected wireless output device (i.e., VIZIO D-Series | D24f-G1) for playing/rendering, the smartphone must convert or encode the digital content in accordance with the class, capabilities, profile of the wireless output device.<br><br><u>Wireless Output Device - VIZIO D-Series TV</u></td>
</tr>
</table>

| | |
|---|---|
| | **That Works With Everything**<br><br>Your VIZIO should work with you and your home. That's why VIZIO supports all popular video and audio formats, as well as Alexa, Google Assistant, and Siri.<br><br>**How do I know I am getting 4K resolution or HDR content such as Dolby Vision?**<br><br>• As you are watching content on the television, press the INFO button on the remote or VIZIO SmartCast Mobile app. You will see the current resolution being displayed along with the version of video.<br>• HDR will show as a Dolby Vision icon, HDR10 or HLG.<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**<u>SmartCast App/Vizio Mobile App and Chromecast app:</u>**<br><br>getDeviceCapabilities<br>`getDeviceCapabilities() returns Object`<br>Provides device capabilities information once the system is ready, otherwise it will be null. If an empty object is returned, the device does not expose any capabilities information.<br>**Returns**<br>`nullable Object` The device capabilities information (key/value pairs). It will be null if the system is not ready yet. It may be an empty object if the platform does not expose any device capabilities information. |

| | |
|---|---|
| | canDisplayType<br>`canDisplayType(mimeType, codecs, width, height, framerate) returns boolean`<br>Checks if the given media params of video or audio streams are supported by the platform.<br><br>**Parameter**<br>mimeType — string — Media MIME type. It consists of a type and subtype separated by a '/'. It can be either video or audio mime types.<br>codecs — Optional — string — Quoted-string contains a comma-separated list of formats, where each format specifies a media sample type that is present in the stream.<br>width — Optional — number — Describes the stream horizontal resolution in pixels.<br>height — Optional — number — Describes the stream vertical resolution in pixels.<br>framerate — Optional — number — Describes the frame rate of the stream.<br><br>Source: https://developers.google.com/cast/docs/reference/web_receiver/cast.framework.CastReceiverContext#canDisplayType<br><br>Supported Media for Google Cast<br><br>Google Cast and all Cast Web Receiver applications support the media facilities and types listed on this page.<br><br>Some of these require additional coding or the Web Receiver SDK. See Create a Basic Web Receiver App for more information about developing your Web Receiver application to support these media types.<br><br>Image formats<br>• APNG<br>• BMP<br>• GIF<br>• JPEG<br>• PNG<br>• WEBP<br><br>**Note:** Images have a display size limitation of 720p (1280x720). Images should be optimized to 1280x720 or less to avoid scaling down on the receiver device. |

| | |
|---|---|
| | Media container formats<br>• MP2T<br>• MP3<br>• MP4<br>• OGG<br>• WAV<br>• WebM<br><br>**Note:** You can determine if a particular codec is supported with a call to `CastReceiverContext.canDisplayType()`. For example:<br>`const context = cast.framework.CastI`<br>`context.canDisplayType('audio/mp4',`<br><br>Source: https://developers.google.com/cast/docs/media<br><br>**Airplay:**<br><br>Preparing Your Media<br><br>When preparing your media for AirPlay, you should do the following:<br>• Encode your audio using mono or stereo AAC or MP3 compression.<br>• Encode your video using H.264 compression.<br><br>Source: https://developer.apple.com/library/archive/documentation/AudioVideo/Conceptual/AirPlayGuide/PreparingYourMediaforAirPlay/PreparingYourMediaforAirPlay.html |


How to use Apple AirPlay
Step 1
Connect your device to the same Wi-Fi network as your VIZIO TV.
9:41
Settings
Wi-Fi
Wi-Fi
Home Wi-Fi
CHOOSE A NETWORK...
Free Public Wifi
Other...
Ask to Join Networks
Known networks will be joined automatically. If no known networks are available, you will have to manually select a network.
0:25 / 1:27


How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
HBO NOW
0:28 / 1:27

<table>
<tr>
<td></td>
<td>






Source: https://www.youtube.com/watch?v=WGwtY5XmNSw
</td>
</tr>
<tr>
<td>wherein the client is either a mobile information apparatus or a client application executable at the mobile information apparatus, and the mobile information apparatus is a distinct device from the wireless output device.</td>
<td>

*The client is a mobile information apparatus (e.g., smartphone, etc.) or a client application (e.g. SmartCast App/Vizio Mobile App, etc.) executable at the mobile information apparatus.*

*The mobile information apparatus is a distinct device from the wireless output device (e.g. VIZIO D-Series | D24f-G1).*

**<u>Client (Android device)</u>**
</td>
</tr>
</table>

Google Pixel 5



| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source:
https://web.archive.org/web/20210401141108/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| | |
|---|---|
| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®11 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>**[US]**<br>• GPS, GLONASS, Galileo, QZSS<br>**[ROW]**<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source:
https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**Client (iOS device)**

# iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source:
https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US

**SmartCast App/Vizio Mobile App**

**Control your TV with the SmartCast Mobile™ App**

Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.

**Get it here, or visit www.vizio.com/smartcastapp on your device to download:**

Download on the App Store GET IT ON Google Play

**With SmartCast Mobile, you can:**

- Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.
- Easily enter text onto your TV/display from your mobile device using a full keyboard.
- Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.
- Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

# VIZIO Mobile

VIZIO

Contains ads




About this app →

We've updated our app name to VIZIO Mobile, you may have downloaded the app when it was called "VIZIO SmartCast Mobile."

With VIZIO Mobile, you can control your entire entertainment experience with your Mobile Device. Browse & discover movies, TV shows, music, live streams and more across multiple apps at once. Power on/off devices, play/pause content, modify advanced settings and more.

...

Source: https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl

| | |
|---|---|
| | <br><br>Source: https://web.archive.org/web/20241126180330/https://www.vizio.com/en/mobile<br><br>**<u>Wireless Output Device - VIZIO D-Series TV</u>**<br><br><br>Connectivity<br>Protocol Wi-Fi 802.11bgn<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |
| 16. The wireless output device according to claim 15, wherein the establishing of the | *The wireless output device (e.g. VIZIO D-Series \| D24f-G1) establishes the wireless communication link (e.g. Wi-Fi link, etc.) in (4) is subsequent to the wireless output device having implemented, at* |

| | |
|---|---|
| wireless communication link in (4) is subsequent to the wireless output device having implemented, at the wireless output device, a security procedure or an authentication procedure, the security procedure or the authentication procedure includes the wireless output device wirelessly receiving, from the client and via the wireless communication circuitry of the wireless output device, one or more of a user name, a password, an ID number, a security key, device identification, a PIN, a biometric, a fingerprint, or voice, individually or in any combination. | *the wireless output device, a security procedure or an authentication procedure (e.g., receiving PIN/passcode, device identification information i.e. device ID from the client).*<br><br>*When a user clicks on the wireless output device name on the smartphone, a device ID related to client is transferred to the wireless output device for secure pairing.*<br><br>**<u>Vizio TV establishes Wi-Fi link with smartphone:</u>**<br><br>**1. <u>Via Vizio Mobile App/SmartCast App</u>**<br><br>**Pairing your Phone to the VIZIO Mobile App**<br><br>Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br><br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br> |




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

**2. Via Chromecast Built-in**

**How to Cast your VIZIO SmartCast Devices**

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

## Communication

A CastMessage has the following simple structure:

- protocol_version
- source_id
- destination_id
- namespace
- payload_type
- an union of utf8 or binary payload

All fields are quite self-explanatory, and the *.proto* file contains many comments. The protocol version is always 1. The source and destination fields allows to identify sources and destinations. These fields are part of the multiplexing of the SSL connection. These identifiers can identify the device or an application. So several ids can be used in the same connection so that different applications or system features can communicate at the same time between a sender and a receiver device.

Source: https://blog.oakbits.com/google-cast-protocol-discovery-and-connection.html

**3. Via Airplay**

## Mirror your iPhone or iPad to a TV or Mac

1. Connect your iPhone or iPad to the same Wi-Fi network as your Apple TV, AirPlay-compatible smart TV, or Mac.[2]
2. Open Control Center:
   - On iPhone X or later or iPad with iPadOS 13 or later: Swipe down from the upper-right corner of the screen.
   - On iPhone 8 or earlier or iOS 11 or earlier: Swipe up from the bottom edge of the screen.
3. Tap the Screen Mirroring button.



<table>
<tr><td></td><td>
4. Select your TV or Mac from the list.




5. If an AirPlay passcode appears on your TV screen or Mac, enter the passcode on your iPhone or iPad.

To stop mirroring your iPhone or iPad, open Control Center, tap Screen Mirroring, then tap Stop Mirroring. Or press the Menu button on your Apple TV Remote.

1. Some video apps might not support AirPlay. If you can't use AirPlay with a video app, check the App Store on your Apple TV to see if that app is available.
2. Find out which macOS versions and Mac models are compatible with AirPlay to Mac and learn how to set up your Mac to be an AirPlay receiver.

Published Date: April 02, 2024

Source: https://support.apple.com/en-us/102661
</td></tr>
<tr><td>17. The wireless output device according to claim 15, wherein the wireless output device is further operable for wirelessly receiving, by the wireless output device using at least the wireless communication chip or chipset within the wireless output device and over the wireless communication link established in (4), audio data or voice data from the mobile information apparatus.</td><td>
*The wireless output device (e.g., VIZIO D-Series | D24f-G1) receives the audio data (e.g., songs, music, etc.) from the mobile information apparatus (e.g., smartphone, etc.) and over the wireless communication link (e.g., Wi-Fi link, etc.) established in (4).*

**<u>Vizio TV receives audio output data from smartphone over Wi-Fi connection:</u>**

1. **<u>Via Vizio Mobile App/SmartCast App</u>**
</td></tr>
</table>

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

TIDAL | VIZIO

**Play TIDAL on VIZIO.**

Enjoy your favorite music, videos, interviews, and livestreams from anywhere in the home on your VIZIO SmartCast™ TV.

Source: https://web.archive.org/web/20210316091935/https://tidal.com/partners/vizio

To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.

2. Source: https://web.archive.org/web/20210420063113/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio**Via Chromecast Built-in**

**How to Cast your VIZIO SmartCast Devices**

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**



| | |
|---|---|
| | How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27<br>How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27 |

| | |
|---|---|
| | How to use Apple AirPlay<br>Step 4<br>Select your VIZIO TV.<br>iPhone → LIVING ROOM TV<br>The Spoils of War<br>Game of Thrones<br>iPhone<br>Living Room TV<br>Bedroom Apple TV<br>Kitchen<br>BEDROOM APPLE TV<br>Apple Special Event<br>0:37 / 1:27 WATCH GAME of THRONES ON HBO NOW<br>0:39 / 1:27 |

<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=WGwtY5XmNSw
</td>
</tr>
<tr>
<td>18. The wireless output device according to claim 15, wherein the wireless output device further comprises an interface, the interface includes one or more of a display screen, a touch sensitive screen, a touch sensitive interface, a button, a push button, a soft key, a keypad, a status indicator, an on/off power control, or a switch, individually or in any combination.</td>
<td>
The wireless output device (e.g. VIZIO D-Series | D24f-G1, etc.) includes an interface (e.g., TV remote, buttons on TV, GUI, etc.).

<u>Wireless Output Device – Vizio D-Series TV:</u>



</td>
</tr>
</table>

**USING THE REMOTE**

Note that specific buttons may vary depending on your model.

| | | | |
|---|---|---|---|
| ⏻ | **Power** Turn television on or off | or ⌂ | **SmartCast Home℠ Button** Launch SmartCast Home/Return to SmartCast Home Screen |
| INPUT | **Input** Change the currently displayed input | | |
| | **App Launcher** Quickly launch the pictured app | CC | **Closed Caption** Open the closed caption menu *Open Accessibility menu by holding down this button for 5 seconds.* |
| MENU | **Menu** Display the settings menu | | **Mute** Turn the audio on or off |
| EXIT | **Exit** Close the on-screen menu | | **Last** Return to the channel last viewed |
| | **Arrow Buttons** Navigate the on-screen menus | | **Number Pad** Manually enter a channel |
| | **OK/Play/Pause** Select the highlighted menu option and play or pause content | | |
| BACK | **Back** Go to the previous on-screen menu | PIC | **Pic** Cycle through the different picture setting modes *Enabled/disable talk back feature** |
| INFO | **Info** Display the info window | – | **Dash** Use with number pad to manually enter a digital sub-channel (for example, 18-4 or 18-5) |
| WatchFree | **WatchFree™** Access WatchFree channels *(not available in Canada)* | | **Wide** Change the picture display size/aspect ratio *Enable/disable zoom mode** |
| + VOL – | **Volume Up/Down** Increase or decrease the loudness of the audio | + CH – | **Channel Up/Down** Change the channel |

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf




# Brilliant Picture Quality

LED backlighting provides great better contrast and light uniformity in a slim industrial design.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

| | |
|---|---|
| 20. The wireless output device according to claim 15, wherein the wireless output device is at least one of an audio wireless output device, a sound wireless output device, a projection device, a display device, a television, or a controller box connected to a television, individually or in any combination; and wherein the mobile information apparatus is at least one of a smart phone, an Internet-Phone, a touch sensitive screen phone, an Information-Pad, a digital camera, an Internet appliance, or an Internet-Pad, individually or in any combination; and wherein the digital content is at least one of audio digital content or video digital content, individually or in any combination. | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) is at least one of an audio/sound wireless output device, a display device or a television.*<br><br>*The mobile information apparatus can be a smartphone.*<br><br>*The digital content includes audio/video digital content.*<br><br>**<u>Wireless Output Device - VIZIO D-Series TV</u>**<br><br>VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1<br><br><br><br>Audio<br><br>Speakers 2 watts x 2<br><br>Class Size 24"<br>Viewable Display Size 23.50" (596.9mm)<br>Resolution 1920 x 1080<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**<u>Mobile Information Apparatus - Smartphone</u>** |

Google Pixel 5



| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source:
https://web.archive.org/web/20210401141108/https://www.gsmarena.com/google_pixel_5-10386.php

iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source:
https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US

**Vizio TV receives output data from smartphone over Wi-Fi connection:**

1. **Via Vizio Mobile App/SmartCast App**

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

TIDAL | VIZIO

| | |
|---|---|
| | **Play TIDAL on VIZIO.**<br><br>Enjoy your favorite music, videos, interviews, and livestreams from anywhere in the home on your VIZIO SmartCast™ TV.<br><br>Source: https://web.archive.org/web/20210316091935/https://tidal.com/partners/vizio<br><br>To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.<br><br>Source: https://web.archive.org/web/20210420063113/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio<br><br>2. **Via Chromecast Built-in**<br><br>**How to Cast your VIZIO SmartCast Devices**<br><br>Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |

**3. <u>Via Airplay</u>**







How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27







Source: https://www.youtube.com/watch?v=WGwtY5XmNSw