# EXHIBIT 18

# Application of U.S. Patent No. 10,846,031 to the Accused Apps*†

* The term "Accused Apps" refers to Vizio's Mobile Applications, including but not limited to, the SmartCast App and the Vizio Mobile App, and those identified herein, as well as all other applications made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| Application of U.S. Patent No. 10,846,031 to the Accused Apps | |
|---|---|
| 8. A non-transitory computer readable storage medium having recorded therein software that is executable at a mobile device for wirelessly managing an output system, | *A non-transitory computer readable storage medium having recorded therein software (e.g., Vizio SmartCast App or Vizio Mobile App, etc.) that is executable at a mobile device (e.g., Android or iOS device) for wirelessly managing (e.g., remote control, play/pause content, turn TV on or off, etc.) an output system (e.g., VIZIO D-Series \| D24f-G1 TV).*<br><br>**Vizio SmartCast/Vizio Mobile App*:**<br><br>**The Vizio SmartCast App was renamed as the Vizio Mobile App.*<br><br>**Control your TV with the SmartCast Mobile™ App**<br>Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.<br>**Get it here, or visit www.vizio.com/smartcastapp on your device to download:**<br>Download on the App Store GET IT ON Google Play<br>**With SmartCast Mobile, you can:**<br>• Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.<br>• Easily enter text onto your TV/display from your mobile device using a full keyboard.<br>• Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.<br>• Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.<br>**How do I download the VIZIO SmartCast Mobile™ App?**<br>• Make sure your phone or tablet is connected to a Wi-Fi network. Open a browser on your phone or tablet.<br>• Navigate to **vizio.com/smartcastapp** and follow the on-screen instructions to download the VIZIO SmartCast Mobile™ App.<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf<br><br>VIZIO Mobile<br>VIZIO<br>Contains ads |




About this app →

We've updated our app name to VIZIO Mobile, you may have downloaded the app when it was called "VIZIO SmartCast Mobile."

With VIZIO Mobile, you can control your entire entertainment experience with your Mobile Device. Browse & discover movies, TV shows, music, live streams and more across multiple apps at once. Power on/off devices, play/pause content, modify advanced settings and more.

...

Source: https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl




Source: https://web.archive.org/web/20241126180330/https://www.vizio.com/en/mobile

**Mobile device - Android device**

Google Pixel 5




| COMMS | | |
|---|---|---|
| | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct, hotspot |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | GPS | Yes, with A-GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | Unspecified |
| | USB | USB Type-C 3.1 |

Source:
https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| Operating system | Android 11 |
|---|---|

| Wireless and Location | |
|---|---|
| | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®1 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source:
https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**Mobile device - iOS device**

## iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source:
https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US

**Output System - Vizio D-Series TV**

## VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV | D24f-G1




## More Detail with High Definition

With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution

### Key Specs

| | |
|---|---|
| Display Processor | IQ Ultra™ |
| Gaming Engine | ProGaming Engine™ |
| Variable Refresh Rate Type | HDMI VRR |
| Variable Refresh Rate Range | 40 - 120Hz |
| Wi-Fi Protocol | 802.11ac Dual Band |
| Dynamic Motion Rate | |

Source: https://web.archive.org/web/20210728113038/https://www.vizio.com/en/tv/d-series/D24f-G1

**<u>Vizio SmartCast/Vizio Mobile App wirelessly manages Vizio TV:</u>**

**Pairing your Phone to the VIZIO Mobile App**

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US |
| the output system includes wireless communication circuitry for wireless communication and at least a connection to an output device for outputting digital content, the mobile device is a separate device from the output system, | *The output system (e.g., VIZIO D-Series \| D24f-G1 TV) includes wireless communication circuitry (e.g., Wi-Fi module, etc.) for wireless communication (e.g., Wi-Fi communication, etc.) and is connected to an output device (e.g., display screen, speaker, etc.) for outputting digital content (e.g., videos, music, etc.).*<br>*The mobile device (e.g., Android or iOS device) is a separate device from the output system (e.g., VIZIO D-Series \| D24f-G1 TV).*<br><br>**<u>Output System - Vizio D-Series TV</u>**<br><br>VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1<br><br><br>More Detail with High Definition<br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution |

| | |
|---|---|
| | **Key Specs**<br><br>Display Processor — IQ Ultra™<br>Gaming Engine — ProGaming Engine™<br>Variable Refresh Rate Type — HDMI VRR<br>Variable Refresh Rate Range — 40 - 120Hz<br>Wi-Fi Protocol — 802.11ac Dual Band<br>Dynamic Motion Rate<br><br>**Key Specs**<br><br>Class Size — 24"<br>Viewable Display Size — 23.50" (596.9mm)<br>Resolution — 1920 x 1080<br>Aspect Ratio — 16:9<br>Backlight Type — Full Array LED<br>Dynamic Contrast Ratio — 5000:1<br>Active Pixel Tuning — No<br>Refresh Rate — 60Hz<br>Display Processor — Six-Core Processor<br><br>**Audio**<br><br>Speakers — 2 watts x 2<br><br>**Source:** https://web.archive.org/web/20210728113038/https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**Mobile device – Android (Google Pixel 5)** |

Pixel 5 phone (2020)

Pixel 5

| Operating system | Android 11 |
|---|---|
| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®[11] 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source:
https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**Mobile device - iOS device**

iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

<table>
<tr>
<td></td>
<td>Source:<br>https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US</td>
</tr>
<tr>
<td>the mobile device includes: a touch sensitive screen interface for interacting with a user,</td>
<td>

*The mobile device (e.g., Android or iOS device, etc.) includes a touch sensitive screen interface for interacting with a user.*

**<u>Mobile device - Android device</u>**




Source:<br>https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5

| Operating system | Android 11 |
|---|---|
| Display | • Full-screen 6.0-inch (151 mm) display with transmissive hole<br>• 19.5:9 aspect ratio<br>• FHD+ (1080 x 2340) Flexible OLED at 432 ppi<br>• Always-on display<br>• Now Playing<br>• Touchscreen<br>• Smooth Display (up to 90 Hz[1])<br>**Characteristics**<br>• 1,000,000:1 contrast ratio<br>• HDR support<br>• Full 24-bit depth for 16 million colors |

Source:<br>https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**<u>Mobile device - iOS device</u>**

</td>
</tr>
</table>

| | |
|---|---|
| | iPhone 12 – Technical Specifications<br><br>**Display**<br>• Super Retina XDR display<br>• 6.1-inch (diagonal) all-screen OLED display<br>• 2532-by-1170-pixel resolution at 460 ppi<br>• HDR display<br>• True Tone<br>• Wide color (P3)<br>• Haptic Touch<br>• 2,000,000:1 contrast ratio (typical)<br>• 625 nits max brightness (typical); 1200 nits peak brightness (HDR)<br>• Fingerprint-resistant oleophobic coating<br>• Support for display of multiple languages and characters simultaneously<br><br>Source:<br>https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US |
| memory for storing at least part of the software, | *The mobile device (e.g., Android or iOS device, etc.) includes memory for storing the software (e.g., Vizio SmartCast or Mobile App, etc.).*<br><br>**Mobile device - Android device** |




Source:
https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php

| Memory and Storage | **Memory**<br>• 8 GB LPDDR4x RAM<br>**Storage**<br>• 128 GB storage,[4] plus unlimited storage at high quality with Google Photos |
|---|---|

Source:
https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**Mobile device - iOS device**

iPhone 12 – Technical Specifications



Capacity[1]

- 64GB
- 128GB
- 256GB

| | |
|---|---|
| | Source: https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US<br><br>**Software (e.g., Vizio SmartCast App or Vizio Mobile App etc.)**<br><br>**Control your TV with the SmartCast Mobile™ App**<br>Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.<br>**Get it here, or visit www.vizio.com/smartcastapp on your device to download:**<br>Download on the App Store  GET IT ON Google Play<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |
| one or more processors, and | *The mobile device (e.g., Android or iOS device, etc.) includes one or more processors (e.g., Qualcomm® Snapdragon, A14 Bionic chip, etc.).*<br><br>**Mobile device - Android device**<br><br><br>Source: https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php<br><br>**Processors**<br>• Qualcomm®5 Snapdragon™ 765G<br>• 2.4 GHz + 2.2 GHz + 1.8 GHz, 64-bit Octa-Core<br>• Adreno 620<br>• Titan™ M Security Module<br><br>Source: https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570 |

| | |
|---|---|
| | **<u>Mobile device - iOS device</u>**<br><br>iPhone 12 – Technical Specifications<br>Chip<br>• A14 Bionic chip<br>• 6-core CPU with 2 performance and 4 efficiency cores<br>• 4-core GPU<br>• 16-core Neural Engine<br><br>Source:<br>https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US |
| one or more wireless communication units that include circuitry for wireless communication; and | *The mobile device (e.g., Android or iOS device, etc.) includes one or more wireless communication units (e.g., Wi-Fi module, etc.) that include circuitry for wireless communication (e.g., Wi-Fi communication, etc.).*<br><br>**<u>Mobile device - Android device</u>**<br><br> |

| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct, hotspot |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | GPS | Yes, with A-GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | Unspecified |
| | USB | USB Type-C 3.1 |

Source:
https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

| | |
|---|---|
| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®[11] 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source:
https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**Mobile device - iOS device**

iPhone 12 – Technical Specifications



| | |
|---|---|
| | **Cellular and Wireless**<br>▪ **Model A2172***<br>5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)<br>5G NR mmWave (Bands n260, n261)<br>FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)<br>TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>CDMA EV-DO Rev. A (800, 1900 MHz)<br>UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>GSM/EDGE (850, 900, 1800, 1900 MHz)<br>▪ **All models**<br>5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]<br>Gigabit LTE with 4x4 MIMO and LAA[6]<br>Wi-Fi 6 (802.11ax) with 2x2 MIMO<br>Bluetooth 5.0<br>Ultra Wideband chip for spatial awareness[7]<br>NFC with reader mode<br>Express Cards with power reserve<br>For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.<br><br>Source:<br>https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US |
| wherein, when the one or more processors, included in the mobile device, execute at least part of the software at the mobile device, the mobile device executes a method, comprising: (1) wirelessly discovering, by the mobile device and using the one or more wireless communication units of the mobile device, the output system, the wireless discovering of the output system is based, at least in part, on short range wireless communication or wireless local area network communication; | *The mobile device (e.g., Android or iOS device with Vizio SmartCast/Vizio Mobile App) executes a method, of wirelessly discovering (e.g., finding nearby devices), using the one or more wireless communication units (e.g., Wi-Fi module), the output system (e.g., VIZIO D-Series \| D24f-G1 TV).*<br>*The wireless discovering of the output system is based, at least in part, on wireless local area network communication (e.g., Wi-Fi communication).*<br><br>**Mobile device wirelessly discovering Vizio TV over Wi-Fi communication:**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

<table>
<tr>
<td></td>
<td>
Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>
How to Setup/Pair SmartCast Remote App to Vizio SmartCast TV<br>

<br>

<br>
Source: https://www.youtube.com/watch?v=93KrPBUrEl4
</td>
</tr>
<tr>
<td>(2) wirelessly receiving, by the mobile device and using the one or more wireless communication units of the mobile device, device information from the output system that has been wirelessly discovered by the mobile device in (1), the device information is related, at least in</td>
<td>
The mobile device (e.g., Android or iOS device with Vizio SmartCast App/Vizio Mobile App) wirelessly receives, using the one or more wireless communication units (e.g., Wi-Fi module), device information (e.g., device name, model number, etc.) from the output system (e.g., VIZIO D-Series | D24f-G1 TV) that has been wirelessly discovered by the mobile device in (1) and the device information is related to the output system (e.g., VIZIO D-Series | D24f-G1 TV).<br><br>
<u>Mobile device wirelessly receives device information from Vizio TV:</u><br><br>
Pairing your Phone to the VIZIO Mobile App
</td>
</tr>
</table>

<table>
<tr>
<td>part, to the output system wirelessly discovered in (1);</td>
<td>

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>
Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

**How to Setup/Pair SmartCast Remote App to Vizio SmartCast TV**







Source: https://www.youtube.com/watch?v=93KrPBUrEl4
</td>
</tr>
<tr>
<td>(3) displaying, on the touch sensitive screen interface of the mobile device, a user interface item for user selection, the user interface item is related, at least in part, to the device information wirelessly received from the output system in (2);</td>
<td>
*The mobile device (e.g., Android or iOS device with Vizio SmartCast App/Vizio Mobile App) displays, on the touch sensitive screen interface, a user interface item (e.g., selectable device name) for user selection.*<br>
*The user interface item is related to the device information (e.g., device name, model number, etc.) wirelessly received from the output system (e.g., VIZIO D-Series | D24f-G1 TV) in (2).*

**Mobile device displays device name for user selection:**

**Pairing your Phone to the VIZIO Mobile App**
</td>
</tr>
</table>

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**How to Setup/Pair SmartCast Remote App to Vizio SmartCast TV**<br><br><br>Source: https://www.youtube.com/watch?v=93KrPBUrEl4 |
| (4) receiving, by the mobile device and using the touch sensitive screen interface of the mobile device and from the user, at least an indication of a selection of the user interface item displayed on the touch sensitive screen interface in (3), the user interface item is related, at least in part, to the output system wirelessly discovered in (1); | *The mobile device (e.g., Android or iOS device with Vizio SmartCast App/Vizio Mobile App) using the touch sensitive screen interface, receives from the user, at least an indication of a selection (e.g., when the user taps on the selectable device name) of the user interface item displayed on the touch sensitive screen interface in (3), the user interface item is related, to the output system (e.g., VIZIO D-Series \| D24f-G1 TV) wirelessly discovered in (1).*<br><br>**Mobile device receives an indication of selection of the displayed user interface item:**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**How to Setup/Pair SmartCast Remote App to Vizio SmartCast TV**<br><br><br><br><br>Source: https://www.youtube.com/watch?v=93KrPBUrEl4 |
| (5) wirelessly providing, from the mobile device to the output system that is wirelessly discovered in (1) and selected in (4), using the one or more wireless communication units of the mobile device, security information or authentication information, the wireless providing of the security information or the authentication information facilitates, at least in part, the | *The mobile device (e.g., Android or iOS device with Vizio SmartCast App/Vizio Mobile App) wirelessly provides, using the wireless communication unit (e.g., Wi-Fi module), to the output system that is wirelessly discovered in (1) and selected in (4), security or authentication information (e.g., PIN, etc.).*<br>*The security or the authentication information facilitates, the mobile device to access output services (e.g., remote control & launch movies, TV shows, etc.) provided by the output system (e.g., VIZIO D-Series \| D24f-G1 TV).*<br><br>**<u>Mobile device provides security or authentication information (PIN) to Vizio TV:</u>**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

<table>
<tr>
<td>mobile device to access output services provided by the output system; and</td>
<td>
Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>
1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br><br>
• Android 10.0 or higher<br>
• iOS 14.0 or higher<br><br>
2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br><br>
• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br>


<br>


<br>
4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.<br><br>
Q. I don't see my devices showing in the list of available devices?<br>
A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.
</td>
</tr>
</table>

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

**How to Setup/Pair SmartCast Remote App to Vizio SmartCast TV**









| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=93KrPBUrEl4 |
| (6) wirelessly establishing, using the one or more wireless communication units of the mobile device, a wireless communication link between the mobile device and the output system that is wirelessly discovered in (1), the wireless communication link is a short range wireless communication link or a wireless local area network communication link, and the wireless establishing of the wireless communication link is subsequent to the mobile device having received the indication of the selection of the user interface item in (4). | *The mobile device (e.g., Android or iOS device with Vizio SmartCast App/Vizio Mobile App) wirelessly establishes, using the one or more wireless communication units (e.g., Wi-Fi module) a wireless communication link (e.g., Wi-Fi communication link) with the output system (e.g., VIZIO D-Series \| D24f-G1 TV) wirelessly discovered in (1).*<br>*The wireless communication link is a wireless local area network communication link, and is established subsequent to the mobile device having received the indication of the selection of the user interface item in (4).*<br><br>**Mobile device establishes wireless communication link with Vizio TV:**<br><br>**Pairing your Phone to the VIZIO Mobile App**<br><br>Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br> |




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

**How to Setup/Pair SmartCast Remote App to Vizio SmartCast TV**



| | |
|---|---|
| | Source: [https://www.youtube.com/watch?v=93KrPBUrEl4](https://www.youtube.com/watch?v=93KrPBUrEl4) |
| 9. The medium according to claim 8, wherein the wireless discovering of the output system in (1) is based, at least in part, on physical proximity | *The wireless discovery of the output system (e.g., VIZIO D-Series \| D24f-G1 TV) in (1) is based, at least in part, on physical proximity between the mobile device (e.g., Android or iOS device with Vizio SmartCast App/Vizio Mobile App) and the output system.*<br><br>**Mobile device wirelessly discovers Vizio TV over Wi-Fi connection:** |

<table>
<tr>
<td>between the mobile device and the output system, and</td>
<td>

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>
Q. I don't see my devices showing in the list of available devices?<br>
A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.<br><br>
Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US
</td>
</tr>
<tr>
<td>wherein, subsequent to the mobile device having wirelessly provided the security information or the authentication information to the output system in (5), the mobile device wirelessly accesses the output services provided by the output system over the wireless communication link wirelessly established in (6).</td>
<td>
The mobile device (e.g., Android or iOS device with Vizio SmartCast App/Vizio Mobile App) subsequent to having wirelessly provided the security or the authentication information (e.g., PIN) to the output system (e.g., VIZIO D-Series | D24f-G1 TV) in (5), wirelessly accesses the output services (e.g., remote control, launch movies and TV shows, etc.) provided by the output system over the wireless communication link (e.g., Wi-Fi communication link) established in (6).<br><br>
<u>Mobile device wirelessly accesses the output services provided by the Vizio TV:</u><br><br>
Pairing your Phone to the VIZIO Mobile App<br><br>
Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>
1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>
• Android 10.0 or higher<br>
• iOS 14.0 or higher<br>
Download on the App Store<br>
GET IT ON Google Play<br><br>
2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>
• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br>


</td>
</tr>
</table>




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

**How to Setup/Pair SmartCast Remote App to Vizio SmartCast TV**



| | |
|---|---|
| | <br><br><br><br><br><br>Source: https://www.youtube.com/watch?v=93KrPBUrEl4 |

<table>
<tr>
<td></td>
<td>
Control your TV with the SmartCast Mobile™ App<br>
Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.<br><br>
Get it here, or visit www.vizio.com/smartcastapp on your device to download:<br><br>
Download on the App Store    GET IT ON Google Play<br><br>
With SmartCast Mobile, you can:
<ul>
<li>Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.</li>
<li>Easily enter text onto your TV/display from your mobile device using a full keyboard.</li>
<li>Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.</li>
<li>Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.</li>
</ul>
Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf
</td>
</tr>
<tr>
<td>10. The medium according to claim 9, wherein the one or more wireless communication units of the mobile device support at least part of a protocol within IEEE 802.11 standards or within Bluetooth specifications, and the wireless communication link wirelessly established in (6) is compatible with at least part of the protocol within IEEE 802.11 standards or within Bluetooth specifications.</td>
<td>
The one or more wireless communication units (e.g., Wi-Fi module, etc.) of the mobile device (e.g., Android or iOS device) support a protocol within IEEE 802.11 standards, and the wireless communication link (e.g., Wi-Fi communication link, etc.) wirelessly established in (6) is compatible with at least part of the protocol within IEEE 802.11 standards.<br><br>
<u>Mobile device - Android device</u><br><br>
Google Pixel 5<br>

<table>
<tr><td>COMMS</td><td>WLAN</td><td>Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct, hotspot</td></tr>
<tr><td></td><td>Bluetooth</td><td>5.0, A2DP, LE, aptX HD</td></tr>
<tr><td></td><td>GPS</td><td>Yes, with A-GPS, GLONASS, GALILEO, QZSS, BDS</td></tr>
<tr><td></td><td>NFC</td><td>Yes</td></tr>
<tr><td></td><td>Radio</td><td>Unspecified</td></tr>
<tr><td></td><td>USB</td><td>USB Type-C 3.1</td></tr>
</table>
</td>
</tr>
</table>

Source:
https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

| | |
|---|---|
| **Wireless and Location** | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®[11] 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1l + B2a)<br>**[US]**<br>• GPS, GLONASS, Galileo, QZSS<br>**[ROW]**<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source:
https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**Mobile device - iOS device**

iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source:
https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.



| | |
|---|---|
| | <br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.<br><br>**Q. I don't see my devices showing in the list of available devices?**<br>A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>"***The technical name for WiFi is IEEE 802.11*** & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.<br><br>To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. ***The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.*** By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."<br><br>Source: https://web.archive.org/web/20190216115222/https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php |
| 11. The medium according to claim 10, wherein, subsequent to the mobile device having wirelessly provided the security information or the authentication information to the output system in (5), the method further comprises: (a) wirelessly establishing, using the one or more wireless communication units of the mobile device, a wireless local area network connection | *The mobile device (e.g., Android or iOS device with Vizio SmartCast App/Vizio Mobile App) subsequent to having wirelessly provided the security or authentication information (e.g., a PIN) to the output system in (5), further wirelessly establishes using the one or more wireless communication units (e.g., Wi-Fi module, etc.), a wireless local area network connection (e.g., Wi-Fi connection) between the mobile device and the output system (e.g., VIZIO D-Series \| D24f-G1 TV).*<br><br>**<u>Mobile device establishes wireless communication link with Vizio TV:</u>**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

| | |
|---|---|
| between the mobile device and the output system; and | Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br><br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.<br><br>**Q. I don't see my devices showing in the list of available devices?**<br>A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone. |

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**How to Setup/Pair SmartCast Remote App to Vizio SmartCast TV**<br><br><br> |

| | |
|---|---|
| |  Source: https://www.youtube.com/watch?v=93KrPBUrEl4 |
| (b) wirelessly transmitting, using the one or more wireless communication units of the mobile device and over the wireless local area network connection wirelessly established in (a), output data that is related to the digital content, from the mobile device to the output system for outputting at least part of the digital content at the output system. | *The mobile device (e.g., Android or iOS device with Vizio SmartCast App/Vizio Mobile App) wirelessly transmits, using the one or more wireless communication units (e.g., Wi-Fi module) and over the wireless local area network connection (e.g., Wi-Fi connection) established in (a), output data that is related to the digital content (e.g., movies, TV shows) to the output system (e.g., VIZIO D-Series \| D24f-G1 TV) for outputting or playing.*<br><br>**Mobile device transmits output data to the Vizio TV over Wi-Fi link:**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

Launched earlier this year, VIZIO SmartCast is the brand's latest ecosystem of connected entertainment products, delivering a new way to discover and access content across the whole home. With Chromecast built-in, every VIZIO SmartCast display, sound bar and speaker makes it easy for consumers to easily stream from thousands of mobile apps they already know and love directly to their VIZIO SmartCast device. By simply tapping the Cast button from within their favorite apps like Netflix and YouTube, content is then streamed directly from the Internet to any VIZIO SmartCast device via the respective WiFi network. In addition to casting content from Chromecast-enabled apps, the VIZIO SmartCast app transforms iOS and Android mobile devices into powerful touchscreen remotes, allowing users to use text or voice search to simultaneously search and browse content across multiple apps by genre. Once users find a title, they simply tap their desired service to begin streaming content directly to their VIZIO SmartCast display. They can then continue using their mobile devices for other activities without interrupting the stream to the big screen.

Source: https://www.vizio.com/en/press/2017/jan/vizio-unveils-new-features-and-ui-for-smartcast-app

TIDAL | VIZIO

**Play TIDAL on VIZIO.**

Enjoy your favorite music, videos, interviews, and livestreams from anywhere in the home on your VIZIO SmartCast™ TV.

<table>
<tr>
<td></td>
<td>
Source: https://web.archive.org/web/20211010122144/https://tidal.com/partners/vizio<br><br>
To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.<br><br>
Source: https://web.archive.org/web/20201201045752/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio
</td>
</tr>
<tr>
<td>12. The medium according to claim 11, wherein the mobile device is at least a smart phone, and</td>
<td>
The mobile device (e.g., Android or iOS device) is a smart phone.<br><br>
<u>Mobile device-Android device</u><br><br>
Google Pixel 5<br>

<table>
<tr><td>COMMS</td><td>WLAN</td><td>Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct, hotspot</td></tr>
<tr><td></td><td>Bluetooth</td><td>5.0, A2DP, LE, aptX HD</td></tr>
<tr><td></td><td>GPS</td><td>Yes, with A-GPS, GLONASS, GALILEO, QZSS, BDS</td></tr>
<tr><td></td><td>NFC</td><td>Yes</td></tr>
<tr><td></td><td>Radio</td><td>Unspecified</td></tr>
<tr><td></td><td>USB</td><td>USB Type-C 3.1</td></tr>
</table>
Source:<br>
https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php<br><br>
Pixel 5 phone (2020)<br><br>
Pixel 5<br>
<table>
<tr><td>Operating system</td><td>Android 11</td></tr>
</table>
</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>
<table>
<tr><td>Wireless and Location</td><td>• Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®11 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic</td></tr>
</table>
Source:<br>https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570<br><br>
<u>Mobile device-iOS device</u><br><br>
iPhone 12 – Technical Specifications<br><br>
<br><br>
Cellular and Wireless<br>
▪ Model A2172*<br>
5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)<br>
5G NR mmWave (Bands n260, n261)<br>
FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)<br>
TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>
CDMA EV-DO Rev. A (800, 1900 MHz)<br>
UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>
GSM/EDGE (850, 900, 1800, 1900 MHz)<br>
▪ All models<br>
5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]<br>
Gigabit LTE with 4x4 MIMO and LAA[6]<br>
Wi-Fi 6 (802.11ax) with 2x2 MIMO<br>
Bluetooth 5.0<br>
Ultra Wideband chip for spatial awareness[7]<br>
NFC with reader mode<br>
Express Cards with power reserve<br>
For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.<br><br>
Source:<br>https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US
</td>
</tr>
<tr>
<td>wherein the security information or the</td>
<td>The security or authentication information includes a PIN.</td>
</tr>
</table>

| | |
|---|---|
| authentication information includes one or more of a name, a password, identification information, an ID number, a PIN, an IP address, a security key, biometric information, fingerprint information, or voice, individually or in any combination. | **<u>Mobile device provides security or authentication information to the Vizio TV:</u>**<br>**Pairing your Phone to the VIZIO Mobile App**<br>Pairing your Phone to the VIZIO Mobile App is fast and simple.<br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br>Download on the App Store<br>GET IT ON Google Play<br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br><br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content. |

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

**How to Setup/Pair SmartCast Remote App to Vizio SmartCast TV**






| | |
|---|---|
| | <br><br>Source: [https://www.youtube.com/watch?v=93KrPBUrEl4](https://www.youtube.com/watch?v=93KrPBUrEl4) |
| 13. The medium according to claim 11, wherein the mobile device is at least a smart phone or an information pad, and wherein the output system is at least one of a sound output system, a television system, a controller system connectable to a television, or a projector system, individually or in any combination, for outputting the digital content that includes audio data or video data, individually or in combination. | *The mobile device (e.g., Android or iOS device) is at least a smart phone and wherein the output system (e.g., VIZIO D-Series \| D24f-G1 TV) is at least one of a television system, for outputting the digital content that includes audio or video data.*<br><br>**Mobile device-Android device**<br><br> |

| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct, hotspot |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | GPS | Yes, with A-GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | Unspecified |
| | USB | USB Type-C 3.1 |

Source:
https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| | |
|---|---|
| Operating system | Android 11 |

| | |
|---|---|
| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®11 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source:
https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**Mobile device-iOS device**

iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source:
https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US

**Output System-Vizio D-Series TV**

# VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV | D24f-G1




# More Detail with High Definition

With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution

## Key Specs

| | |
|---|---|
| Display Processor | IQ Ultra™ |
| Gaming Engine | ProGaming Engine™ |
| Variable Refresh Rate Type | HDMI VRR |
| Variable Refresh Rate Range | 40 - 120Hz |
| Wi-Fi Protocol | 802.11ac Dual Band |
| Dynamic Motion Rate | |

Source: https://web.archive.org/web/20210728113038/https://www.vizio.com/en/tv/d-series/D24f-G1