# EXHIBIT 19

# Application of U.S. Patent No. 11,029,903 to the Accused TVs*†

* The term "Accused TVs" refers to Vizio's smart televisions, including but not limited to, OLED, P-Series, M-Series, V-Series, D-Series, and Quantum televisions, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

<table>
<tr><th colspan="2">Application of U.S. Patent No. 11,029,903 to the Accused TVs</th></tr>
<tr>
<td>8. A wireless output device that receives digital data content from one or more servers that are operating, at least partly, over the Internet,</td>
<td>
A wireless output device (e.g., VIZIO Smart TV - D24f-G1, etc.) receives digital data content (e.g., movies, music, TV shows, etc.) from one or more servers (e.g., Amazon Web Services (AWS), etc.) that operate over the Internet.<br>
The wireless output device supports Wi-Fi communication. The digital data content can be received from AWS via, for example, Netflix.
<u>Wireless Output Device - Vizio D-Series TV</u>
VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV | D24f-G1


Connectivity
<table>
<tr><td>Protocol Wi-Fi</td><td>802.11bgn</td></tr>
<tr><td>Ethernet</td><td>1 (rear)</td></tr>
<tr><td>USB Ports</td><td>1 (rear)</td></tr>
<tr><td>TV Tuner</td><td>Yes</td></tr>
</table>
</td>
</tr>
</table>

# More Detail with High Definition

With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Connection to a wireless local area network**

## Completing The First-Time Setup

**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.




4. Choose your Wi-Fi network and enter the password

## ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**




**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

## SmartCast Home℠

**What is SmartCast Home?**

SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Hulu, and Amazon Prime Video, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.

**How to Launch SmartCast Home**

Begin streaming with SmartCast Home by:

- Press the **SmartCast Home** or **button** on your remote.

—or—

- Select **SmartCast** from the list of inputs.

**What you can do with SmartCast Home**

- Stream high quality entertainment.
- Launch top tier apps directly from the home screen.
- Unlock your photos and videos by mirroring your laptop or mobile device onto your TV.
- Rearrange apps on your home screen just the way you like it.
- Works with Google Assistant and other popular voice assistants.

**Marquee Content**
Launch content with one click

**Discover**
New or popular content across multiple apps

**Search**
Find TV shows, movies and more.




**Streaming Apps on your TV**

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf




Source: https://www.vizio.com/en/tv/d-series/D24f-G1

### Featured SmartCast™ apps.




Source: https://web.archive.org/web/20210301094552/https://www.vizio.com/en/smart-tv-apps

**<u>Vizio TV outputting digital data content received from server:</u>**







Source: https://www.youtube.com/watch?v=ey6iidrDpWI

## How to use Netflix on your Vizio TV or Blu-ray player

| | |
|---|---|
| | ▼ **If you see the Netflix icon on-screen**<br><br>1. Select the **Netflix** icon.<br>2. Select **Sign In**.<br>◦ If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.<br>◦ If you are not yet a member, set up your membership.<br>3. Enter your Netflix email address and password.<br>4. Select **Sign In**.<br><br>Your device is now connected to your Netflix account.<br><br>To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:<br><br>• **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**<br>• Select **Sign Out**, **Start Over**, or **Deactivate**.<br><br>Source:<br>https://web.archive.org/web/20210121144913/https://help.netflix.com/en/node/23881<br><br>Netflix is a subscription-based streaming service that allows our members to watch TV shows and movies on an internet-connected device.<br><br>Depending on your plan, you can also download TV shows and movies to your iOS, Android, or Windows 10 device and watch without an internet connection.<br><br>If you're already a member and would like to learn more about using Netflix, visit Getting started with Netflix.<br><br>Source:<br>https://web.archive.org/web/20210203111509/https://help.netflix.com/en/node/412 |

| | |
|---|---|
| | **How Netflix streams videos**<br><br>Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.<br><br>**It starts when you hit 'Play.'**<br><br>First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.<br><br>When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.<br><br><br><br>Source:<br>https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85<br><br>*Note: As shown in the evidence below, various streaming apps such as Netflix etc. are built upon the cloud service provided by Amazon Web Services (AWS).*<br><br>**AWS offers the most purpose-built services for direct-to-consumer (D2C) & streaming**<br><br>AWS helps industry leaders like Netflix, Disney+, HBO Max, Peacock, Discovery+, HULU, and Prime Video reliably deliver, monetize, and support live and on-demand media over the internet, and bring unparalleled experiences to screens everywhere. AWS has more than 15 years of media and entertainment experience, with AWS Elemental continuing to lead the industry with services such as AWS Elemental MediaLive, a broadcast-grade live video processing service, and AWS Elemental MediaConvert, a file-based video transcoding service with broadcast-grade features. More than 60 AWS Partners offer tools to support D2C and streaming workloads. |

| | |
|---|---|
| | <br><br><br>Source:<br>https://web.archive.org/web/20240524020527/https://aws.amazon.com/media/direct-to-consumer-d2c-streaming<br><br>**<u>Streaming content from Netflix Server:</u>**<br><br>"***Netflix on AWS***<br>Netflix is the world's leading internet television network, with more than 100 million members in more than 190 countries enjoying 125 million hours of TV shows and movies each day. ***<u>Netflix uses AWS for nearly all its computing and storage needs, including databases, analytics, recommendation engines, video transcoding, and more—hundreds of functions that in total use more than 100,000 server instances on AWS.</u>***"<br><br>Source:<br>https://web.archive.org/web/20240524021315/https://aws.amazon.com/solutions/case-studies/innovators/netflix/ |
| the wireless output device being at least a device or at least a computing device that communicates, at least in part, with the one or more servers, by transmitting one or more objects from the wireless output device to the one or more servers, the one or more objects being data or software entities that contain information, the one or more objects being further configured to be suitable for transmitting the | *The wireless output device (e.g., VIZIO Smart TV - D24f-G1, etc.) transmits one or more objects (e.g., job object, digital content object, etc.) that contain information (e.g., authentication information, payment information, or subscription information, pointer or reference to the digital content, etc.) to the servers (e.g., AWS, etc.) to communicate with the server.*<br><br>**<u>Transmitting job object (authentication and payment information) to the server:</u>**<br><br>**How to use Netflix on your Vizio TV or Blu-ray player** |

| | |
|---|---|
| information from the wireless output device to the one or more servers, | ▾ **If you see the Netflix icon on-screen**<br><br>1. Select the **Netflix** icon.<br>2. Select **Sign In**.<br>◦ If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.<br>◦ If you are not yet a member, set up your membership.<br>3. Enter your Netflix email address and password.<br>4. Select **Sign In**.<br><br>Your device is now connected to your Netflix account.<br><br>To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:<br><br>• **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**<br>• Select **Sign Out**, **Start Over**, or **Deactivate**.<br><br>Source: https://web.archive.org/web/20210121144913/https://help.netflix.com/en/node/23881<br><br>To start watching Netflix:<br><br>1. Visit netflix.com/signup.<br>2. Choose a plan.<br>3. Create an account by entering your email address and creating a password.<br>4. Enter a payment method.<br><br>As a Netflix member, you are charged once a month on the date you signed up.<br><br>Source: https://web.archive.org/web/20210203111509/https://help.netflix.com/en/node/412<br><br>**Accessing and updating information associated with your account**<br><br>This article tells you how you can access and update information associated with your account.<br><br>Much of the data that we store about our members is easily accessible by logging into your account in a browser and clicking on the Account option. In nearly all cases, the information our members are looking for can be found on this page. If you cannot find the data you're looking for in this manner, please contact privacy@netflix.com. |

| | |
|---|---|
| | The Account page gives you access to information such as:<br><br>• Account Information - account owner information you have provided to Netflix, such as email and phone number (available under **Membership & Billing**), as well as plan selection information (available under **Plan Details**).<br>• Notification Settings - your indicated preferences with respect to Netflix communications you wish to receive (available by profile under **Profile & Parental Controls**).<br>• Payment and Billing Information - payment details you have provided to Netflix and information about the charges we have made or attempted to make to your payment method for your subscription (available under **Membership & Billing**).<br><br>Source:<br>https://web.archive.org/web/20210615213720/https://help.netflix.com/en/node/100627<br><br>**Plans and Pricing**<br><br>Netflix offers a variety of plans to meet your needs. The plan you choose will determine the number of devices that you can watch Netflix on **at the same time**.<br><br>With all of our plans, you can download the Netflix app on all your favorite devices and watch unlimited movies and TV shows.<br><br>These prices apply for new members and will gradually take effect for all current members. Current members will be notified by email 30 days before their price change takes effect. |

| | Basic | Standard | Premium |
|---|---|---|---|
| Monthly cost* (United States Dollar) | **$8.99** | **$13.99** | **$17.99** |
| Number of screens you can watch on at the same time | 1 | 2 | 4 |
| Number of phones or tablets you can have downloads on | 1 | 2 | 4 |
| Unlimited movies and TV shows | ✓ | ✓ | ✓ |
| Watch on your laptop, TV, phone and tablet | ✓ | ✓ | ✓ |
| HD available | | ✓ | ✓ |
| Ultra HD available | | | ✓ |

Sign up for Netflix today and choose from several payment options. As a Netflix member, you are charged once a month on the date you signed up. You have the freedom to change your plan or cancel online at any time.

> **NOTE:** *Depending on where you live, you may be charged taxes in addition to your subscription price.

Netflix streaming plans do not include DVDs. Find out how you can sign up for a DVD plan.

Source:
https://web.archive.org/web/20210615070928/https://help.netflix.com/en/node/24926/us

**<u>Transmitting digital content object (pointer or reference to the digital data content) to the server:</u>**

*Upon selection of specific content, it is inferred that a digital content object, encompassing elements like content ID, title, VideoInfo, ActorInfo, and GenreInfo, is wirelessly transmitted to server.*

"Browse Titles

If you don't have a specific movie in mind, start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category. ***In the app, tap a movie poster to see more info, and <u>tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching."</u>***




"Search for a Movie

Tap or click the Search button to find a specific movie. Netflix searches not only for movie titles, but for people — actors, directors and so on — as well as keywords. As you type, movies, people and topics pop up. ***<u>Tap or click a movie to start it, or choose a person or topic to see related movies."</u>***




Source: [https://itstillworks.com/movies-netflix-8767565.html](https://itstillworks.com/movies-netflix-8767565.html)






Source: https://www.youtube.com/watch?v=ey6iidrDpWI

"***When you select a show, your Netflix app cherry picks which of these servers will it load the video from***.

…

***when you do something that requires net access, a request is sent to your internet service provider (ISP). The ISP forwards it to the dedicated servers that handle the website, and the servers provide a response which is relayed back to your computer and forms the result. For Netflix and other top-tier sites***, where millions of hours of video content is relayed across the internet between their servers and all the users, a much larger network of servers is needed to maintain performance."

Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b

"***Netflix Movies and TV Shows***

About this Dataset: Netflix is one of the most popular media and video streaming platforms. They have over 8000 movies or tv shows available on their platform, as of mid-2021, they have over 200M Subscribers globally. ***This tabular dataset consists of listings of all the movies and tv shows available on Netflix, along with <u>details such as - cast, directors, ratings, release year, duration, etc.</u>***"



netflix_titles.csv (3.4 MB)

Detail Compact Column 10 of 12 columns

| show_id | type | title | director | cast |
|---|---|---|---|---|
| Unique ID for every Movie / Tv Show | Identifier - A Movie or TV Show | Title of the Movie / Tv Show | Director of the Movie | Actors involved in the movie / show |
| 8807 unique values | Movie 70%<br>TV Show 30% | 8807 unique values | [null] 30%<br>Rajiv Chilaka 0%<br>Other (6154) 70% | [null] 9%<br>David Attenborough 0%<br>Other (7963) 90% |
| s1 | Movie | Dick Johnson Is Dead | Kirsten Johnson | |
| s2 | TV Show | Blood & Water | | Ama Qamata, Khosi Ngema, Gail Mabalane, Thabang Molaba, Dillon Windvogel, Natasha Thahane, Arno Gree... |

Source: https://www.kaggle.com/datasets/shivamb/netflix-shows

| | |
|---|---|
| | **How Netflix streams videos**<br><br>Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.<br><br>**It starts when you hit 'Play.'**<br><br>First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.<br><br>When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.<br><br><br><br>Source: https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85<br><br>**It starts when you press 'Play'**<br><br>When you press play, Netflix sends the video to your internet provider using the fastest way possible. Think of it like driving on a road. When Netflix sends a video, we try to avoid traffic, accidents, and construction along the way to get the video to you quickly. Shorter paths make your video quality better.<br><br>**We can't do it without help**<br><br>After Netflix sends the video to your internet provider, it goes through their network to get to your home. If their network is too slow or has issues, it can affect your video quality or cause issues with your Netflix experience.<br><br>If the road is clear, your internet provider will send the video directly to your screen. The video quality you get can be also affected by how strong your home internet connection is, and how many devices in your home are using the internet at the same time.<br><br>Source: https://help.netflix.com/en/node/85 |

| | |
|---|---|
| | The following diagram illustrates how the playback process works:<br><br><br>1. OCA's periodically report health, routes they have learned, and content (file) availability to the cache control services in AWS.<br>2. A user on a client device requests playback of a title (TV show or movie) from the Netflix application in AWS.<br>3. The playback application services in AWS check user authorization and licensing, then determine which specific files are required to handle the playback request - taking individual client characteristics and current network conditions into account.<br>4. The steering service in AWS uses the information stored by the cache control service to pick OCAs that the requested files should be served from, generates URLs for these OCAs, and hands the URLs over to the playback application services.<br>5. The playback application services hand over URLs of the appropriate OCAs to the client device, and the OCA begins to serve the requested files.<br><br>Source: https://openconnect.netflix.com/Open-Connect-Overview.pdf |
| the wireless output device including: operating system software to facilitate download and installation of application software or software components at the wireless output device; | *The wireless output device (e.g., VIZIO Smart TV - D24f-G1, etc.) includes operating system software (e.g., SmartCast OS) to facilitate download and installation of application software or software components (e.g., software updates, etc.) at the wireless output device.*<br><br>**Wireless Output Device - Vizio D-Series TV**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

## Stream Everything You Love

Access your favorite apps, cast from your phone, or watch hundreds of free channels.

Built in:

→ SmartCast™ OS

## Always Updated, Absolutely Free.

With automatic updates, there's no hassle and no charge for the latest apps and features.




Source: https://www.vizio.com/en/tv/d-series/D24f-G1

| | |
|---|---|
| | **Checking for System Updates**<br>**To check for a system update:**<br>**Menu** > **System** > **Check for Updates**<br>If an update is found, the TV will ask to confirm the update. If no update is found, the screen will note ***The TV is up-to-date.***<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |
| one or more processors for executing software that includes at least part of the operating system software; | *The wireless output device (e.g., Vizio D24f-G1 TV, etc.) includes a processor (e.g., six-core processor, etc.) for executing operating system software (e.g., SmartCast OS, etc.).*<br><br>**Wireless Output Device - Vizio D-Series TV**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>**Tech Specs**<br><br>Variable Refresh Rate Support<br>Display Processor Six-Core Processor<br>Gaming Engine<br>Input Lag |

| | |
|---|---|
| | **Stream Everything You Love**<br>Access your favorite apps, cast from your phone, or watch hundreds of free channels.<br>Built in:<br>→ SmartCast™ OS<br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br>VIZIO<br>**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**<br>• **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.<br>• **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.<br>• **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.<br>Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122 |
| an interface for interacting with a user of the wireless output device; and | *The wireless output device (e.g., Vizio D24f-G1 TV, etc.) includes an interface (e.g., buttons on the TV, GUI, voice command interface, remote control, etc.) for interacting with a user.*<br><br>**<u>Wireless Output Device - Vizio D-Series TV</u>** |

## Buttons on the TV




Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

## Voice command interface

# Control

Take control of your experience. Use Siri, Google Assistant, or Alexa enable devices for voice control.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

## Graphical User Interface (GUI)

**To enter a custom name:**

- Highlight the **Name Input** row and press **OK**.
- Enter your custom label using the on-screen keyboard and press **OK**.




Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

<table>
<tr>
<td></td>
<td>




## Brilliant Picture Quality

LED backlighting provides great better contrast and light uniformity in a slim industrial design.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Remote Control Interface**

**What's included in the Box**

- HDTV
- Power Cord
- Quick Start Guide
- XRT136 Remote

Source: https://support.vizio.com/s/article/D24f-G1-Model-Information-EXT?language=en_US

</td>
</tr>
</table>

| | |
|---|---|
| | <br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |
| one or more wireless communication units that include one or more radio frequency link controllers for establishing a wireless local area network connection, the one or more wireless communication units being compliant, at least in part, with at least part of a protocol within IEEE 802.11 wireless standards for establishing the wireless local area network connection, and | *The wireless output device (e.g., Vizio D24f-G1 TV, etc.) includes wireless communication unit (e.g., Wi-Fi module compatible with protocols under IEEE 802.11 standards, etc.) for establishing a wireless local area network connection (e.g., Wi-Fi connection, etc.).*<br><br>**<u>Wireless Output Device - Vizio D-Series TV</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>Connectivity<br><br>Protocol Wi-Fi 802.11bgn<br>Ethernet 1 (rear)<br>USB Ports 1 (rear)<br>TV Tuner Yes<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |

**<u>Connection to a wireless local area network</u>**

## Completing The First-Time Setup

**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.




4. Choose your Wi-Fi network and enter the password

| | |
|---|---|
| | **ADJUSTING THE NETWORK SETTINGS**<br>Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.<br><br>**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.<br><br>**Connecting to a Wireless Network**<br>To connect to a wireless network whose network name (SSID) is being broadcast:<br>**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**<br><br><br><br><br>**If you do not see your wireless network displayed, click on:**<br>**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**<br><br>**How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |
| wherein the wireless output device: (1) uses the one or more wireless communication units of the wireless output device, which are compliant, at least in part, with at least part of a protocol within IEEE 802.11 wireless standards, to wirelessly couple the wireless output device to a wireless local area network; | *The wireless output device (e.g., Vizio D24f-G1 TV, etc.) uses the one or more wireless communication units (e.g., Wi-Fi module, etc.) which are compliant with protocol within IEEE 802.11 wireless standards to wirelessly couple to a wireless local area network connection (e.g., Wi-Fi connection, etc.).*<br><br>**<u>Wireless Output Device - Vizio D-Series TV</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

## Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Connection to a wireless local area network**

## Completing The First-Time Setup

**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.




4. Choose your Wi-Fi network and enter the password

## ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > *Choose your network* > *Enter in the password* > **Connect**




**If you do not see your wireless network displayed, click on:**

**More Access Points** > *Highlight your wireless network* > *Enter in the password* > **Connect**

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

# VIZIO Support | Connecting to the Internet




**Transcript**

Search in video

0:09 network

0:10 first press the menu button on your

0:12 vizio remote

0:14 next navigate to the network option and

0:16 click the ok button


VIZIO
Office TV
12:21 PM
Picture
Audio
Network
Timers
Channels
Closed Captions
Input Settings
System
User Manual


VIZIO
Network
Back
Wired Connection
Disconnected
Wireless Access Points
PorqueFI-2G
507
ATTbYrQIpi
509 KROEGER
More Access Points
Manual Setup
Hidden Network
Test Connection
the tv will search for available
networks highlight the network


Connect to Access Point
Connect
Transcript
Search in video
0:20 networks highlight the network you want
0:22 to connect to
0:22 and click the ok button use the
0:26 on-screen keyboard to enter the password
0:27 for your network


VIZIO
Connect to Access Point
Connect
Transcript
Search in video
0:26 on-screen keyboard to enter the password
0:27 for your network
0:28 then press connect when you connect your
0:31 tv to wi-fi your vizio smart tv will
0:34 quickly and easily update all of your

| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=6AuD6gcmMB8 |
| (2) uses the one or more wireless communication units of the wireless output device and over the wireless local area network wirelessly coupled in (1) to wirelessly connect the wireless output device to the one or more servers over the Internet; | *The wireless output device (e.g., Vizio Smart TV – D24f-G1, etc.) using the one or more wireless communication units (e.g., Wi-Fi module, etc.), wirelessly connects to the server (e.g., Amazon Web Services (AWS), etc.) over the Internet.*<br>*As the user signs in to the Netflix account, the wireless output device connects to the one or more servers over the Internet.*<br><br>**<u>Vizio TV connection to the AWS when user logs in to their Netflix account:</u>**<br><br>**ADJUSTING THE NETWORK SETTINGS**<br>Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.<br><br>**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.<br><br>**Connecting to a Wireless Network**<br>To connect to a wireless network whose network name (SSID) is being broadcast:<br>**Menu** > **Network** > *Choose your network* > *Enter in the password* > **Connect**<br><br><br><br>**If you do not see your wireless network displayed, click on:**<br>**More Access Points** > *Highlight your wireless network* > *Enter in the password* > **Connect**<br><br>**How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect. |

## SmartCast Home℠

**What is SmartCast Home?**

SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Hulu, and Amazon Prime Video, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.

**How to Launch SmartCast Home**

Begin streaming with SmartCast Home by:

- Press the **SmartCast Home** ⌂ **or** ⩔ **button** on your remote.

—or—

- Select **SmartCast** from the list of inputs.

**What you can do with SmartCast Home**

- Stream high quality entertainment.
- Launch top tier apps directly from the home screen.
- Unlock your photos and videos by mirroring your laptop or mobile device onto your TV.
- Rearrange apps on your home screen just the way you like it.
- Works with Google Assistant and other popular voice assistants.




Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

# How to use Netflix on your Vizio TV or Blu-ray player

▾ **If you see the Netflix icon on-screen**

1. Select the **Netflix** icon.
2. Select **Sign In**.
   - If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.
   - If you are not yet a member, set up your membership.
3. Enter your Netflix email address and password.
4. Select **Sign In**.

Your device is now connected to your Netflix account.

To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:

- **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**
- Select **Sign Out**, **Start Over**, or **Deactivate**.

Source: https://web.archive.org/web/20210121144913/https://help.netflix.com/en/node/23881

| | |
|---|---|
| | **Signing in**<br><br>Once you've opened the Netflix app or Netflix website, select **Sign In** to access your account and begin watching TV shows and movies. You can sign in on any Netflix-compatible device, or on multiple compatible devices. If you experience any issues, review the troubleshooting steps at Can't sign in to Netflix. If you don't have the Netflix app, visit How to download the Netflix app.<br><br>Source: https://help.netflix.com/en/node/102377 |
| (3) uses the one or more wireless communication units of the wireless output device to wirelessly send, over the wireless local area network wirelessly coupled in (1), a job object from the wireless output device to at least one server of the one or more servers over the Internet, the one or more servers being the one or more servers wirelessly connected in (2), the wireless sending of the job object is for accessing, by the wireless output device, a service provided by the one or more servers over the Internet, and the job object includes at least one of authentication information, payment information, or subscription information, individually or in any combination, for enabling the wireless output device to access the service provided by the one or more servers over the Internet, the job object being an object from among the one or more objects, and the job object being related to an output job; | *The wireless output device (e.g., Vizio Smart TV – D24f-G1, etc.) using the one or more wireless communication units (e.g., Wi-Fi module, etc.), wirelessly sends a job object i.e., authentication information (e.g., Netflix ID and password, etc.), payment information, subscription information (e.g., billing date, renewal information, billing details, subscription ID, etc.) to the one or more servers (e.g., Amazon Web Services (AWS), etc.) for accessing a service provided by the one or more servers over the Internet.*<br><br>**Vizio TV sending authentication information to the server:**<br><br>**How to use Netflix on your Vizio TV or Blu-ray player**<br><br>▾ **If you see the Netflix icon on-screen**<br>1. Select the **Netflix** icon.<br>2. Select **Sign In**.<br>◦ If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.<br>◦ If you are not yet a member, set up your membership.<br>3. Enter your Netflix email address and password.<br>4. Select **Sign In**.<br><br>Your device is now connected to your Netflix account.<br><br>To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:<br>• **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**<br>• Select **Sign Out**, **Start Over**, or **Deactivate**.<br><br>Source: https://web.archive.org/web/20210121144913/https://help.netflix.com/en/node/23881 |

| | |
|---|---|
| | **Vizio TV sending subscription information to the server:**<br><br>To start watching Netflix:<br><br>1. Visit netflix.com/signup.<br>2. Choose a plan.<br>3. Create an account by entering your email address and creating a password.<br>4. Enter a payment method.<br><br>As a Netflix member, you are charged once a month on the date you signed up.<br><br>Source:<br>https://web.archive.org/web/20210203111509/https://help.netflix.com/en/node/412<br><br>**Accessing and updating information associated with your account**<br><br>This article tells you how you can access and update information associated with your account.<br><br>Much of the data that we store about our members is easily accessible by logging into your account in a browser and clicking on the Account option. In nearly all cases, the information our members are looking for can be found on this page. If you cannot find the data you're looking for in this manner, please contact privacy@netflix.com.<br><br>The Account page gives you access to information such as:<br><br>• Account Information - account owner information you have provided to Netflix, such as email and phone number (available under **Membership & Billing**), as well as plan selection information (available under **Plan Details**).<br>• Notification Settings - your indicated preferences with respect to Netflix communications you wish to receive (available by profile under **Profile & Parental Controls**).<br>• Payment and Billing Information - payment details you have provided to Netflix and information about the charges we have made or attempted to make to your payment method for your subscription (available under **Membership & Billing**).<br><br>Source:<br>https://web.archive.org/web/20210615213720/https://help.netflix.com/en/node/100627 |

As a Netflix member, you are charged monthly on the date you signed up. A Netflix account is for people who live together in a single household. Learn more about sharing Netflix.

| Netflix Plans | Features |
|---|---|
| **Standard with ads** | • Ad-supported, all but a few movies and TV shows available, unlimited mobile games<br>• Watch on 2 supported devices at a time<br>• Watch in Full HD<br>• Download on 2 supported devices at a time |
| **Standard** | • Unlimited ad-free movies, TV shows, and mobile games<br>• Watch on 2 supported devices at a time<br>• Watch in Full HD<br>• Download on 2 supported devices at a time<br>• Option to add 1 extra member who doesn't live with you |
| **Premium** | • Unlimited ad-free movies, TV shows, and mobile games<br>• Watch on 4 supported devices at a time<br>• Watch in Ultra HD<br>• Download on 6 supported devices at a time<br>• Option to add up to 2 extra members who don't live with you<br>• Netflix spatial audio |

### Pricing (US Dollar)

- **Standard with ads***: $6.99 / month
- **Standard**: $15.49 / month (extra member slots** can be added for $7.99 each / month)
- **Premium**: $22.99 / month (extra member slots** can be added for $7.99 each / month)

Source: https://help.netflix.com/en/node/24926/us

## Plans and Pricing

Netflix offers a variety of plans to meet your needs. The plan you choose will determine the number of devices that you can watch Netflix on **at the same time**.

With all of our plans, you can download the Netflix app on all your favorite devices and watch unlimited movies and TV shows.

These prices apply for new members and will gradually take effect for all current members. Current members will be notified by email 30 days before their price change takes effect.

<table>
<tr>
<td></td>
<td>

| | Basic | Standard | Premium |
|---|---|---|---|
| Monthly cost* (United States Dollar) | $8.99 | $13.99 | $17.99 |
| Number of screens you can watch on at the same time | 1 | 2 | 4 |
| Number of phones or tablets you can have downloads on | 1 | 2 | 4 |
| Unlimited movies and TV shows | ✓ | ✓ | ✓ |
| Watch on your laptop, TV, phone and tablet | ✓ | ✓ | ✓ |
| HD available | | ✓ | ✓ |
| Ultra HD available | | | ✓ |

Sign up for Netflix today and choose from several payment options. As a Netflix member, you are charged once a month on the date you signed up. You have the freedom to change your plan or cancel online at any time.

**NOTE:** *Depending on where you live, you may be charged taxes in addition to your subscription price.

Netflix streaming plans do not include DVDs. Find out how you can sign up for a DVD plan.

Source: https://web.archive.org/web/20210615070928/https://help.netflix.com/en/node/24926/us
</td>
</tr>
<tr>
<td>(4) uses the one or more wireless communication units of the wireless output device to wirelessly access, over the wireless local area network wirelessly coupled in (1), the service provided by the one or more servers, over the Internet, the wireless access of the service provided by the one or more servers is based, at least in part, on the wireless output device having wirelessly sent the job object in (3) to the at least one server of the one or more servers over the Internet;</td>
<td>

*The wireless output device (e.g., Vizio Smart TV – D24F-G1, etc.) wirelessly accesses the service (e.g., Netflix, etc.) provided by the servers (e.g., Amazon Web Services (AWS), etc.) over the Internet, once the job object (e.g., authentication information, payment information, subscription information, etc.) is sent to the servers.*

**<u>Vizio TV accessing Netflix from server:</u>**

To start watching Netflix:

1. Visit netflix.com/signup.
2. Choose a plan.
3. Create an account by entering your email address and creating a password.
4. Enter a payment method.

As a Netflix member, you are charged once a month on the date you signed up.

Source: https://web.archive.org/web/20210203111509/https://help.netflix.com/en/node/412
</td>
</tr>
</table>

## Signing in

Once you've opened the Netflix app or Netflix website, select **Sign In** to access your account and begin watching TV shows and movies. You can sign in on any Netflix-compatible device, or on multiple compatible devices. If you experience any issues, review the troubleshooting steps at Can't sign in to Netflix. If you don't have the Netflix app, visit How to download the Netflix app.

Source: https://help.netflix.com/en/node/102377

# How Netflix streams videos

Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.

**It starts when you hit 'Play.'**

First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.

When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.



Source:
https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85

# How Netflix streams videos



Netflix sends movies and TV shows to your screen using the internet, but we need help. Our content goes through many points before it reaches you, like servers, the internet, and your internet provider's network.

**It starts when you press 'Play'**

When you press play, Netflix sends the video to your internet provider using the fastest way possible. Think of it like driving on a road. When Netflix sends a video, we try to avoid traffic, accidents, and construction along the way to get the video to you quickly. Shorter paths make your video quality better.

**We can't do it without help**

After Netflix sends the video to your internet provider, it goes through their network to get to your home. If their network is too slow or has issues, it can affect your video quality or cause issues with your Netflix experience.

If the road is clear, your internet provider will send the video directly to your screen. The video quality you get can be also affected by how strong your home internet connection is, and how many devices in your home are using the internet at the same time.

Source: https://help.netflix.com/en/node/85



<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=ey6iidrDpWI
</td>
</tr>
<tr>
<td>(5) uses the application software or the software components installed at the wireless output device, to obtain a list of one or more digital content, which are available from the service that is wirelessly accessed in (4), for user selection;</td>
<td>
The wireless output device (e.g., Vizio Smart TV – D24-G1, etc.) obtains a list of digital content (e.g., list of songs, videos, TV shows, movies, music, etc.) available from the service for user selection and using the application software (e.g., Netflix app, etc.).

<u>Vizio TV obtaining list of digital content via Netflix:</u>

<h1>How to search and browse Netflix</h1>

To search TV shows and movies, look for the Search icon in the Netflix app and then enter your search term.

NOTE: To search TV shows and movies by specific subtitle and audio languages, visit Browse by Languages on the web.

<table>
<tr><th>Search</th><th>Example search terms</th></tr>
<tr><td>Audio or Video Quality</td><td>Atmos, UHD</td></tr>
<tr><td>Genres</td><td>Comedy, Drama</td></tr>
<tr><td>Language</td><td>Spanish movies, French TV shows</td></tr>
<tr><td>Names</td><td>Jennifer Aniston, Álvaro Morte</td></tr>
<tr><td>TV show or movie title</td><td>The Queen's Gambit, La Casa de Papel</td></tr>
</table>

Browsing

Your homepage shows rows of TV shows and movies we think you'll like. You can narrow these suggestions by selecting TV Shows or Movies from the menu. You can further narrow by Genres or Categories. The name of this selection, and its values, may vary between devices.

To find recently released TV shows and movies, visit New & Popular, Latest, or New & Hot from the menu (section name varies based on your device).

NOTE: If you don't see a TV show or movie you expect, check the maturity rating and language preferences set on a profile, as these can affect what you see. If you still don't find what you're looking for, you can suggest TV shows or movies.

Source: https://web.archive.org/web/20210615060732/https://help.netflix.com/en/node/47765
</td>
</tr>
</table>

"Browse Titles

If you don't have a specific movie in mind, ***start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category.*** In the app, tap a movie poster to see more info, and tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching."




Source; [https://itstillworks.com/movies-netflix-8767565.html](https://itstillworks.com/movies-netflix-8767565.html)



<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=ey6iidrDpWI
</td>
</tr>
<tr>
<td>(6) uses the interface of the wireless output device to receive, at the wireless output device and from the user, an indication of selected digital content from among the list of one or more digital content that is obtained in (5),the selected digital content being available at the one or more servers over the Internet;</td>
<td>
The wireless output device (e.g., Vizio Smart TV – D24f-G1, etc.) using the interface, receives an indication (e.g., when the user taps on any title/thumbnail of any movie/program/TV show, etc.) of the selected digital content (e.g., selected movie, song, TV show, etc.) from among the list of one or more digital content that is obtained in (5), and available at the server (e.g., AWS, etc.).

<u>Vizio TV receives an indication of the selected digital content:</u>

<h1>How to search and browse Netflix</h1>

To search TV shows and movies, look for the Search icon in the Netflix app and then enter your search term.

NOTE: To search TV shows and movies by specific subtitle and audio languages, visit Browse by Languages on the web.

<table>
<tr><th>Search</th><th>Example search terms</th></tr>
<tr><td>Audio or Video Quality</td><td>Atmos, UHD</td></tr>
<tr><td>Genres</td><td>Comedy, Drama</td></tr>
<tr><td>Language</td><td>Spanish movies, French TV shows</td></tr>
<tr><td>Names</td><td>Jennifer Aniston, Álvaro Morte</td></tr>
<tr><td>TV show or movie title</td><td>The Queen's Gambit, La Casa de Papel</td></tr>
</table>

Browsing

Your homepage shows rows of TV shows and movies we think you'll like. You can narrow these suggestions by selecting TV Shows or Movies from the menu. You can further narrow by Genres or Categories. The name of this selection, and its values, may vary between devices.

To find recently released TV shows and movies, visit New & Popular, Latest, or New & Hot from the menu (section name varies based on your device).

NOTE: If you don't see a TV show or movie you expect, check the maturity rating and language preferences set on a profile, as these can affect what you see. If you still don't find what you're looking for, you can suggest TV shows or movies.
</td>
</tr>
</table>

Source:
https://web.archive.org/web/20210615060732/https://help.netflix.com/en/node/47765

"Browse Titles

If you don't have a specific movie in mind, start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category. ***In the app, tap a movie poster to see more info, and <u>tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching."</u>***




"Search for a Movie

Tap or click the Search button to find a specific movie. Netflix searches not only for movie titles, but for people — actors, directors and so on — as well as keywords. As you type, movies, people and topics pop up. ***<u>Tap or click a movie to start it, or choose a person or topic to see related movies."</u>***




Source: https://itstillworks.com/movies-netflix-8767565.html



<table>
<tr>
<td></td>
<td>




<br>Source: https://www.youtube.com/watch?v=ey6iidrDpWI
</td>
</tr>
<tr>
<td>(7) uses the one or more wireless communication units of the wireless output device to wirelessly send, over the wireless local area network wirelessly coupled in (1), a digital content object from the wireless output device to at least one server of the one or more servers over the Internet, the digital content object includes at least a pointer or a reference to the digital content selected in (6), the digital content object being an object from among the one or more objects, and the digital content object being related to digital content;</td>
<td>The wireless output device (e.g., Vizio Smart TV – D24f-G1, etc.) wirelessly sends a digital content object which includes a pointer/reference (e.g., content ID/identifier, title, director, VideoInfo, ActorInfo, GenreInfo, etc.) related to the selected digital content (e.g., selected movie, selected TV show, etc.) to the server (e.g., Amazon Web Services (AWS), etc.).<br>Upon selection of specific content, it is inferred that a digital content object, encompassing elements like content ID, title, VideoInfo, ActorInfo, and GenreInfo, is wirelessly transmitted via the device's communication units to the server.<br><br><u>Vizio TV sending digital content object related to selected digital content to the server:</u><br><br>"Browse Titles<br><br>If you don't have a specific movie in mind, start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category. In the app, tap a movie poster to see more info, and <u>tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching.</u>"</td>
</tr>
</table>




"Search for a Movie

Tap or click the Search button to find a specific movie. Netflix searches not only for movie titles, but for people — actors, directors and so on — as well as keywords. As you type, movies, people and topics pop up. ***Tap or click a movie to start it, or choose a person or topic to see related movies."***




Source: https://itstillworks.com/movies-netflix-8767565.html







Source: https://www.youtube.com/watch?v=ey6iidrDpWI

"***When you select a show, your Netflix app cherry picks which of these servers will it load the video from***.

…

***when you do something that requires net access, a request is sent to your internet service provider (ISP). The ISP forwards it to the dedicated servers that handle the website, and the servers provide a response which is relayed back to your computer and forms the result. For Netflix and other top-tier sites***, where millions of hours of video content is relayed across the internet between their servers and all the users, a much larger network of servers is needed to maintain performance."

Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b

"***Netflix Movies and TV Shows***

About this Dataset: Netflix is one of the most popular media and video streaming platforms. They have over 8000 movies or tv shows available on their platform, as of mid-2021, they have over 200M Subscribers globally. ***This tabular dataset consists of listings of all the movies and tv shows available on Netflix, along with details such as - cast, directors, ratings, release year, duration, etc.***"

**netflix_titles.csv** (3.4 MB)

Detail Compact Column 10 of 12 columns

| show_id | type | title | director | cast |
|---|---|---|---|---|
| Unique ID for every Movie / Tv Show | Identifier - A Movie or TV Show | Title of the Movie / Tv Show | Director of the Movie | Actors involved in the movie / show |
| 8807 unique values | Movie 70%<br>TV Show 30% | 8807 unique values | [null] 30%<br>Rajiv Chilaka 0%<br>Other (6154) 70% | [null] 9%<br>David Attenborough 0%<br>Other (7963) 90% |
| s1 | Movie | Dick Johnson Is Dead | Kirsten Johnson | |
| s2 | TV Show | Blood & Water | | Ama Qamata, Khosi Ngema, Gail Mabalane, Thabang Molaba, Dillon Windvogel, Natasha Thahane, Arno Gree... |

Source: https://www.kaggle.com/datasets/shivamb/netflix-shows

# How Netflix streams videos

Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.

**It starts when you hit 'Play.'**

First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.

When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.



Source:
https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85

## It starts when you press 'Play'

When you press play, Netflix sends the video to your internet provider using the fastest way possible. Think of it like driving on a road. When Netflix sends a video, we try to avoid traffic, accidents, and construction along the way to get the video to you quickly. Shorter paths make your video quality better.

## We can't do it without help

After Netflix sends the video to your internet provider, it goes through their network to get to your home. If their network is too slow or has issues, it can affect your video quality or cause issues with your Netflix experience.

If the road is clear, your internet provider will send the video directly to your screen. The video quality you get can be also affected by how strong your home internet connection is, and how many devices in your home are using the internet at the same time.

Source: https://help.netflix.com/en/node/85

The following diagram illustrates how the playback process works:




1. OCA's periodically report health, routes they have learned, and content (file) availability to the cache control services in AWS.
2. A user on a client device requests playback of a title (TV show or movie) from the Netflix application in AWS.
3. The playback application services in AWS check user authorization and licensing, then determine which specific files are required to handle the playback request - taking individual client characteristics and current network conditions into account.

| | |
|---|---|
| | 4. The steering service in AWS uses the information stored by the cache control service to pick OCAs that the requested files should be served from, generates URLs for these OCAs, and hands the URLs over to the playback application services.<br>5. The playback application services hand over URLs of the appropriate OCAs to the client device, and the OCA begins to serve the requested files.<br><br>Source: https://openconnect.netflix.com/Open-Connect-Overview.pdf |
| (8) uses the one or more wireless communication units of the wireless output device to wirelessly receive, by the wireless output device and over the wireless local area network wirelessly coupled in (1), output data from at least one server of the one or more servers over the Internet, the wireless receiving of the output data being subsequent to the wireless output device having wirelessly sent the digital content object in (7) to the at least one server of the one or more servers, and at least part of the output data includes audio content or video content, individually or in any combination, and the output data is related, at least in part, to the digital content selected in (6), and the wireless receiving of the output data being subsequent to the wireless output device having wirelessly sent the job object in (3) to the at least one server of the one or more servers over the Internet; and | *The wireless output device (e.g., Vizio Smart TV – D24f-G1, etc.) wirelessly receives output data related to the selected digital content (e.g., audio or video content like movie, TV show, song, album, etc.) from the servers (e.g., Amazon Web Services (AWS), etc.) subsequent to sending the digital content object in (7) and job object in (3) to the server.*<br><br>**Vizio TV receives output data related to selected digital content:**<br><br><br><br><br><br> |




Source: https://www.youtube.com/watch?v=ey6iidrDpWI

## How Netflix streams videos

Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.

**It starts when you hit 'Play.'**

First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.

When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.



Source: https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85

| | |
|---|---|
| | **How Netflix streams videos**<br><br>Netflix sends movies and TV shows to your screen using the internet, but we need help. Our content goes through many points before it reaches you, like servers, the internet, and your internet provider's network.<br>**It starts when you press 'Play'**<br>When you press play, Netflix sends the video to your internet provider using the fastest way possible. Think of it like driving on a road. When Netflix sends a video, we try to avoid traffic, accidents, and construction along the way to get the video to you quickly. Shorter paths make your video quality better.<br>**We can't do it without help**<br>After Netflix sends the video to your internet provider, it goes through their network to get to your home. If their network is too slow or has issues, it can affect your video quality or cause issues with your Netflix experience.<br>If the road is clear, your internet provider will send the video directly to your screen. The video quality you get can be also affected by how strong your home internet connection is, and how many devices in your home are using the internet at the same time.<br>Source: https://help.netflix.com/en/node/85<br>"***When you select a show, your Netflix app cherry picks which of these servers will it load the video from***.<br>…<br>***when you do something that requires net access, a request is sent to your internet service provider (ISP). The ISP forwards it to the dedicated servers that handle the website, and the servers provide a response which is relayed back to your computer and forms the result. For Netflix and other top-tier sites***, where millions of hours of video content is relayed across the internet between their servers and all the users, a much larger network of servers is needed to maintain performance." |

<table>
<tr>
<td></td>
<td>



"The last part about fetching is the one that is most crucial for Netflix here, because after all, that is where the Internet network delivers the video from Netflix's AWS servers to the customer's device."

Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b
</td>
</tr>
<tr>
<td>(9) uses the one or more processors of the wireless output device, to store, to queue, or to spool, individually or in any combination, at least part of the output data wirelessly received by the wireless output device from the at least one server of the one or more servers in (8); and</td>
<td>
The wireless output device (e.g., Vizio Smart TV – D24-G1, etc.) includes a processor to enable storing, queuing, or spooling (e.g., playback, buffer, caching, etc.) the output data related to the digital content (e.g., audio or video content like movie, TV show, song, album, etc.) selected in (6), wirelessly received from the servers (e.g., Amazon Web Services (AWS), etc.).

<u>Wireless Output Device - Vizio D-Series TV</u>




Source: https://www.vizio.com/en/tv/d-series/D24f-G1
</td>
</tr>
</table>










Source: https://www.youtube.com/watch?v=ey6iidrDpWI

## How Netflix streams videos

Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.

**It starts when you hit 'Play.'**

First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.

When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.



Source:
https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85

## How Netflix streams videos



Netflix sends movies and TV shows to your screen using the internet, but we need help. Our content goes through many points before it reaches you, like servers, the internet, and your internet provider's network.

**It starts when you press 'Play'**

When you press play, Netflix sends the video to your internet provider using the fastest way possible. Think of it like driving on a road. When Netflix sends a video, we try to avoid traffic, accidents, and construction along the way to get the video to you quickly. Shorter paths make your video quality better.

| | |
|---|---|
| | **We can't do it without help**<br><br>After Netflix sends the video to your internet provider, it goes through their network to get to your home. If their network is too slow or has issues, it can affect your video quality or cause issues with your Netflix experience.<br><br>If the road is clear, your internet provider will send the video directly to your screen. The video quality you get can be also affected by how strong your home internet connection is, and how many devices in your home are using the internet at the same time.<br><br>Source: https://help.netflix.com/en/node/85<br><br>***"Freezing / Buffering Streaming Video***<br><br>***Have you ever wondered how you can watch your favorite flicks on platforms like Netflix, Amazon, or Hulu without having to wait ages for them to download?*** That's the magic of streaming! Unlike the old days when you had to download a whole movie before you could even press play, streaming lets you dive right in.<br><br>Here's how it works: ***when you hit play, the video starts after downloading just enough to get you going – usually a few minutes' worth. And while you're enjoying the show, the service is sneakily downloading the next part in the background. This clever trick is what we call 'buffering',*** and it's like having a little stash of the movie ready and waiting just for you.<br><br>***Normally, the buffer stays ahead of your watching, quietly making sure you have a smooth, uninterrupted viewing experience. But sometimes, if the video stops and you see that it's 'Buffering' or 'Rebuffering', it's just your movie taking a quick breath to catch up because you've watched everything in the buffer.***<br><br>If you're facing this little hiccup, it could be because your internet connection is playing hard to get. Streaming loves a zippy, stable internet connection, and if yours is more like a lazy river than a fast-flowing stream, the movie might pause now and then to refill its buffer."<br><br>Source: https://support.vizio.com/s/article/Freezing-Buffering-Streaming-Video?language=en_US |
| wherein the wireless output device further: uses the one or more wireless communication units of the wireless output device, which are compatible, at least in part, with at least part of a protocol within IEEE 802.11 wireless standards, to broadcast availability of the wireless output | *The wireless output device (e.g., Vizio Smart TV – D24-G1, etc.) uses the one or more wireless communication units (e.g., Wi-Fi module compatible with at least part of a protocol within IEEE 802.11 wireless standards, etc.), to broadcast its availability for a client device (e.g., smartphone, etc.) that is present in the same wireless local area network as the wireless output device to wirelessly discover the wireless output device, over the wireless local area network (e.g., Wi-Fi network, etc.) wirelessly coupled in (1). The wireless output device is a separate device from the client device.* |

device for a client device that is in the same wireless local area network as the wireless output device to wirelessly discover, over the wireless local area network wirelessly coupled in (1), the wireless output device, the client device being a separate device from the wireless output device and from the one or more servers; and

**Smartphone – Android device**




| COMMS | | |
|---|---|---|
| | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source: https://web.archive.org/web/20210401141108/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| | |
|---|---|
| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®11 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source: https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**Smartphone – iOS device**

| | |
|---|---|
| | iPhone 12 – Technical Specifications<br><br>**Cellular and Wireless**<br>▪ **Model A2172***<br>5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)<br>5G NR mmWave (Bands n260, n261)<br>FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)<br>TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>CDMA EV-DO Rev. A (800, 1900 MHz)<br>UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>GSM/EDGE (850, 900, 1800, 1900 MHz)<br>▪ **All models**<br>5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]<br>Gigabit LTE with 4x4 MIMO and LAA[6]<br>Wi-Fi 6 (802.11ax) with 2x2 MIMO<br>Bluetooth 5.0<br>Ultra Wideband chip for spatial awareness[7]<br>NFC with reader mode<br>Express Cards with power reserve<br>For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.<br><br>Source:<br>https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US<br><br>**Smartphone wirelessly discovering Vizio TV:**<br><br>**1. Via Vizio Mobile App/SmartCast Mobile App***<br><br>**The Vizio SmartCast App was renamed as the Vizio Mobile App. It includes multiple Chromecast built-in enabled apps to transfer content to the output device.* |

**Control your TV with the SmartCast Mobile™ App**

Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.

**Get it here, or visit www.vizio.com/smartcastapp on your device to download:**

Download on the App Store GET IT ON Google Play

**With SmartCast Mobile, you can:**

- Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.
- Easily enter text onto your TV/display from your mobile device using a full keyboard.
- Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.
- Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf




Source: https://apps.apple.com/us/app/vizio-mobile/id1054033219




Source: https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl




Source: https://www.vizio.com/en/mobile

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

| | |
|---|---|
| | **Q. I don't see my devices showing in the list of available devices?**<br>A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.<br><br>Source: https://web.archive.org/web/20210413020906/https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>To connect your Android phone to a VIZIO SmartCast TV, follow these steps:<br>1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.<br>2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.<br><br>**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.<br><br>1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.<br>2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.<br>3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.<br>4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.<br><br>Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/<br><br>2. **Via Chromecast Built-in:**<br><br>**How to Cast your VIZIO SmartCast Devices** |

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

<table>
<tr>
<td></td>
<td>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw</td>
</tr>
<tr>
<td>uses the one or more wireless communication units of the wireless output device to wirelessly receive, from the client device that has wirelessly discovered the wireless output device, data content that includes audio digital content or video digital content or one or more digital documents, the data content being for playing at the wireless output device, the wireless receiving of the data content being via the wireless local area network wirelessly coupled in (1).</td>
<td>
The wireless output device (e.g., Vizio Smart TV – D24-G1, etc.) uses the one or more wireless communication units (e.g., Wi-Fi module) to wirelessly receive the data content that includes audio digital content or video digital content from the client device (e.g., smartphone, etc.) for playing at the wireless output device. This reception occurs over the previously established wireless local area network (e.g., Wi-Fi network, etc.).
<br><br>
<u>Vizio TV receives data content from smartphone:</u>
<br><br>
1. <u>Via Vizio Mobile App/SmartCast Mobile App</u>
<br><br>
Pairing your Phone to the VIZIO Mobile App
<br><br>
Pairing your Phone to the VIZIO Mobile App is fast and simple.
<br><br>
1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:
<br>
• Android 10.0 or higher<br>
• iOS 14.0 or higher
<br><br>
Download on the App Store<br>
GET IT ON Google Play
<br><br>
2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.
<br>
• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.
<br>


</td>
</tr>
</table>




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source:
https://web.archive.org/web/20210413020906/https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

Launched earlier this year, VIZIO SmartCast is the brand's latest ecosystem of connected entertainment products, delivering a new way to discover and access content across the whole home. With Chromecast built-in, every VIZIO SmartCast display, sound bar and speaker makes it easy for consumers to easily stream from thousands of mobile apps they already know and love directly to their VIZIO SmartCast device. By simply tapping the Cast button from within their favorite apps like Netflix and YouTube, content is then streamed directly from the Internet to any VIZIO SmartCast device via the respective WiFi network. In addition to casting content from Chromecast-enabled apps, the VIZIO SmartCast app transforms iOS and Android mobile devices into powerful touchscreen remotes, allowing users to use text or voice search to simultaneously search and browse content across multiple apps by genre. Once users find a title, they simply tap their desired service to begin streaming content directly to their VIZIO SmartCast display. They can then continue using their mobile devices for other activities without interrupting the stream to the big screen.

Source: https://www.vizio.com/en/press/2017/jan/vizio-unveils-new-features-and-ui-for-smartcast-app

TIDAL | VIZIO

Play TIDAL on VIZIO.

Enjoy your favorite music, videos, interviews, and livestreams from anywhere in the home on your VIZIO SmartCast™ TV.

Source: https://web.archive.org/web/20210316091935/https://tidal.com/partners/vizio

To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.

Source: https://web.archive.org/web/20210420063113/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio

2. **Via Chromecast Built-in:**

**How to Cast your VIZIO SmartCast Devices**

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

<table>
<tr><td></td><td>


Source: https://www.youtube.com/watch?v=WGwtY5XmNSw</td></tr>
<tr><td>12. The wireless output device according to claim 8, wherein the wireless output device further: uses the one or more wireless communication units of the wireless output device to execute a security procedure that includes security key authentication for establishing a restricted wireless communication link between the wireless output device and the client device;</td><td>The wireless output device (e.g., Vizio Smart TV – D24-G1, etc.) uses the one or more wireless communication units (e.g., Wi-Fi module, etc.) to execute a security procedure that includes security key authentication (e.g., authenticating PIN, device ID received from smartphone, etc.) for establishing a restricted wireless communication link (e.g., secured Wi-Fi communication link, etc.) between the wireless output device and the client device (e.g., smartphone, etc.).<br>When a user clicks on the wireless output device name on a smartphone, a device ID related to the smartphone is transferred to the wireless output device for secure pairing.<br><br><u>Vizio TV authenticating PIN, device ID received from smartphone:</u><br><br>1. <u>Via Vizio Mobile App/SmartCast Mobile App</u><br><br>Pairing your Phone to the VIZIO Mobile App</td></tr>
</table>

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source:
https://web.archive.org/web/20210413020906/https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

2. **Via Chromecast Built-in:**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

| | |
|---|---|
| | **Communication**<br><br>A CastMessage has the following simple structure:<br><br>* protocol_version<br>* source_id<br>* destination_id<br>* namespace<br>* payload_type<br>* an union of utf8 or binary payload<br><br>All fields are quite self-explanatory, and the *.proto* file contains many comments. The protocol version is always 1. The source and destination fields allows to identify sources and destinations. These fields are part of the multiplexing of the SSL connection. These identifiers can identify the device or an application. So several ids can be used in the same connection so that different applications or system features can communicate at the same time between a sender and a receiver device.<br><br>Source: https://blog.oakbits.com/google-cast-protocol-discovery-and-connection.html<br><br>**3. Via Airplay**<br><br>**Mirror your iPhone or iPad to a TV or Mac**<br><br>1. Connect your iPhone or iPad to the same Wi-Fi network as your Apple TV, AirPlay-compatible smart TV, or Mac.[2]<br>2. Open Control Center:<br>  ◦ On iPhone X or later or iPad with iPadOS 13 or later: Swipe down from the upper-right corner of the screen.<br>  ◦ On iPhone 8 or earlier or iOS 11 or earlier: Swipe up from the bottom edge of the screen.<br>3. Tap the Screen Mirroring button . |

| | |
|---|---|
| | <br>4. Select your TV or Mac from the list.<br><br>5. If an AirPlay passcode appears on your TV screen or Mac, enter the passcode on your iPhone or iPad.<br>To stop mirroring your iPhone or iPad, open Control Center, tap Screen Mirroring, then tap Stop Mirroring. Or press the Menu button on your Apple TV Remote.<br>1. Some video apps might not support AirPlay. If you can't use AirPlay with a video app, check the App Store on your Apple TV to see if that app is available.<br>2. Find out which macOS versions and Mac models are compatible with AirPlay to Mac and learn how to set up your Mac to be an AirPlay receiver.<br>Published Date: April 02, 2024<br>Source: https://support.apple.com/en-us/102661 |
| uses the one or more wireless communication units of the wireless output device to receive at least part of the digital content from the client device over the | *The wireless output device (e.g., Vizio Smart TV – D24-G1, etc.) further uses the one or more wireless communication units (e.g., Wi-Fi module, etc.) of the wireless output device to receive at least part of the digital content (e.g., audio, video, etc.) from the client device (e.g., smartphone, etc.) over the restricted wireless communication link; and uses the one or more processors of the wireless output device to render on a display* |

restricted wireless communication link; and uses the one or more processors of the wireless output device to render on a display screen or a television or a projection medium, at least part of the digital content that is received over the restricted wireless communication link from the client device.

*screen or a television, at least part of the digital content that is received over the restricted wireless communication link from the client device.*

**Wireless Output Device – Vizio D-Series TV:**

Tech Specs

## Key Specs

| | |
|---|---|
| Class Size | 24" |
| Viewable Display Size | 23.50" (596.90mm) |
| Resolution | 1920 x 1080 |
| Aspect Ratio | 16:9 |
| Backlight Type | Full Array LED |
| Dynamic Contrast Ratio | 5000:1 |
| Active Pixel Tuning | No |
| Refresh Rate | 60Hz |
| Variable Refresh Rate Support | |
| Display Processor | Six-Core Processor |
| Gaming Engine | |
| Input Lag | |

## Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Vizio TV receives digital content from smartphone:**

1. **Via Vizio Mobile App/SmartCast Mobile App**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.



| | |
|---|---|
| | <br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.<br><br>Source:<br>https://web.archive.org/web/20210413020906/https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>To connect your Android phone to a VIZIO SmartCast TV, follow these steps:<br><br>1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.<br>2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.<br><br>**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.<br><br>1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.<br>2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.<br>3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.<br>4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.<br><br>Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/ |

Launched earlier this year, VIZIO SmartCast is the brand's latest ecosystem of connected entertainment products, delivering a new way to discover and access content across the whole home. With Chromecast built-in, every VIZIO SmartCast display, sound bar and speaker makes it easy for consumers to easily stream from thousands of mobile apps they already know and love directly to their VIZIO SmartCast device. By simply tapping the Cast button from within their favorite apps like Netflix and YouTube, content is then streamed directly from the Internet to any VIZIO SmartCast device via the respective WiFi network. In addition to casting content from Chromecast-enabled apps, the VIZIO SmartCast app transforms iOS and Android mobile devices into powerful touchscreen remotes, allowing users to use text or voice search to simultaneously search and browse content across multiple apps by genre. Once users find a title, they simply tap their desired service to begin streaming content directly to their VIZIO SmartCast display. They can then continue using their mobile devices for other activities without interrupting the stream to the big screen.

Source: https://www.vizio.com/en/press/2017/jan/vizio-unveils-new-features-and-ui-for-smartcast-app




Source: https://web.archive.org/web/20210316091935/https://tidal.com/partners/vizio

To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.

Source: https://web.archive.org/web/20210420063113/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio

2. **Via Chromecast Built-in:**

**How to Cast your VIZIO SmartCast Devices**

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**



| | |
|---|---|
| |    |

How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27

How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27

How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

| | |
|---|---|
| | <br><br>Source: [https://www.youtube.com/watch?v=WGwtY5XmNSw](https://www.youtube.com/watch?v=WGwtY5XmNSw) |
| 13. The wireless output device according to claim 8, wherein the wireless output device is embodied, at least in part, as one of an audio output device, a speaker, a projection device, a television, or a controller box connected to a television, individually or in any combination; and wherein the client device is at least a smart phone or an information pad with a touch sensitive screen; and wherein the wireless output device is a separate device from the smart phone or the information pad; and wherein at least part of the output data, which includes audio digital data or video digital data, is for processing at the wireless output device and for playing at the wireless output device. | *The wireless output device is a television (e.g., Vizio Smart TV – D24-G1, etc.). The client device is a smart phone with a touch sensitive screen. The wireless output device and the client device are separate devices.*<br><br>**<u>Wireless Output Device – Vizio D-Series TV:</u>**<br><br><br> |

## Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Smartphone – Android device**

Pixel 5 phone (2020)

Pixel 5

| Display | |
|---|---|
| | • Full-screen 6.0-inch (151 mm) display with transmissive hole<br>• 19.5:9 aspect ratio<br>• FHD+ (1080 x 2340) Flexible OLED at 432 ppi<br>• Always-on display<br>• Now Playing<br>• Touchscreen<br>• Smooth Display (up to 90 Hz[1]) |

Source: https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**Smartphone – iOS device**

iPhone 12 – Technical Specifications



| | |
|---|---|
| | **Display**<br>• Super Retina XDR display<br>• 6.1-inch (diagonal) all-screen OLED display<br>• 2532-by-1170-pixel resolution at 460 ppi<br>• HDR display<br>• True Tone<br>• Wide color (P3)<br>• Haptic Touch<br>• 2,000,000:1 contrast ratio (typical)<br>• 625 nits max brightness (typical); 1200 nits peak brightness (HDR)<br>• Fingerprint-resistant oleophobic coating<br>• Support for display of multiple languages and characters simultaneously<br>Source:<br>https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US |