# EXHIBIT 20

# Application of U.S. Patent No. 11,096,056 to the Accused TVs*†

* The term "Accused TVs" refers to Vizio's smart televisions, including but not limited to, OLED, P-Series, M-Series, V-Series, D-Series, and Quantum televisions, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| **Application of U.S. Patent No. 11,096,056 to the Accused TVs** | |
|---|---|
| 1. A wireless output device that is at least one of a television, an external output controller wire connectable to a television, a display device, a projector, an audio output device, a printing device, or a speaker, individually or in any combination, | *A wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) is a television.*<br><br>**<u>Wireless Output Device – Vizio D-Series TV:</u>**<br><br>**VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br><br><br><br>**Brilliant Picture Quality**<br><br>LED backlighting provides great better contrast and light uniformity in a slim industrial design.<br><br>**More Detail with High Definition**<br><br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution |

<table>
<tr>
<td></td>
<td>



Source: https://www.vizio.com/en/tv/d-series/D24f-G1
</td>
</tr>
<tr>
<td>the wireless output device including: an interface for interacting with a user;</td>
<td>
The wireless output device (e.g., VIZIO D-Series | D24f-G1, etc.) includes an interface (e.g., TV remote, buttons on TV, GUI, etc.) for interacting with a user.

<u>Wireless output device includes user interface:</u>



</td>
</tr>
</table>

USING THE REMOTE



Note that specific buttons may vary depending on your model.

| Button | Function | Button | Function |
|---|---|---|---|
| (power icon) | **Power** Turn television on or off | (SmartCast icons) or (home icon) | **SmartCast Home℠ Button** Launch SmartCast Home/Return to SmartCast Home Screen |
| INPUT | **Input** Change the currently displayed input | | |
| (app buttons) | **App Launcher** Quickly launch the pictured app | CC | **Closed Caption** Open the closed caption menu *Open Accessibility menu by holding down this button for 5 seconds.* |
| MENU | **Menu** Display the settings menu | (mute icon) | **Mute** Turn the audio on or off |
| EXIT | **Exit** Close the on-screen menu | (last icon) | **Last** Return to the channel last viewed |
| (arrow pad) | **Arrow Buttons** Navigate the on-screen menus | (number pad) | **Number Pad** Manually enter a channel |
| | **OK/Play/Pause** Select the highlighted menu option and play or pause content | | |
| BACK | **Back** Go to the previous on-screen menu | PIC | **Pic** Cycle through the different picture setting modes *Enabled/disable talk back feature** |
| INFO | **Info** Display the info window | – | **Dash** Use with number pad to manually enter a digital sub-channel (for example, 18-4 or 18-5) |
| WatchFree | **WatchFree™** Access WatchFree channels *(not available in Canada)* | (wide icon) | **Wide** Change the picture display size/aspect ratio *Enable/disable zoom mode** |
| + VOL – | **Volume Up/Down** Increase or decrease the loudness of the audio | + CH – | **Channel Up/Down** Change the channel |

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf




# Brilliant Picture Quality

LED backlighting provides great better contrast and light uniformity in a slim industrial design.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

| | |
|---|---|
| operating system software to facilitate download and installation of application software or software | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) includes an operating system software (e.g., SmartCast OS, etc.) to facilitate download and installation of application software or software components (e.g., software updates, etc.) at the wireless output device.* |

| | |
|---|---|
| components at the wireless output device; | **<u>Wireless output device includes an operating system allowing download and installation of applications and software/firmware:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>**Stream Everything You Love**<br><br>Access your favorite apps, cast from your phone, or watch hundreds of free channels.<br><br>Built in:<br><br>→ **SmartCast™ OS**<br><br>**Always Updated, Absolutely Free.**<br><br>With automatic updates, there's no hassle and no charge for the latest apps and features.<br><br><br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |




Source: https://www.youtube.com/watch?v=6AuD6gcmMB8

**Checking for System Updates**

**To check for a system update:**

**Menu** > **System** > **Check for Updates**

If an update is found, the TV will ask to confirm the update. If no update is found, the screen will note ***The TV is up-to-date.***

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf






| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=HplmE3eqlKk |
| one or more processors, for executing at least part of the operating system software; and | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) includes one or more processors (e.g., six-core processor, etc.) for executing at least part of the operating system software (e.g., SmartCast OS, etc.).*<br><br>**<u>Wireless Output Device includes processors:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>**Tech Specs** |

| Variable Refresh Rate Support | |
|---|---|
| Display Processor | Six-Core Processor |
| Gaming Engine | |
| Input Lag | |

## Stream Everything You Love

Access your favorite apps, cast from your phone, or watch hundreds of free channels.

Built in:

→ **SmartCast™ OS**

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

VIZIO

## VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1

- **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.
- **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.
- **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.

Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122

| | |
|---|---|
| wireless communication circuitry that includes one or more wireless communication units for wireless communication, and | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) includes a wireless communication circuitry that includes one or more wireless communication units (e.g., Wi-Fi module, etc.) for wireless communication (e.g., Wi-Fi communication, etc.).*<br><br>**<u>Wireless output device includes a wireless communication circuitry:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>Connectivity<br><br>Protocol Wi-Fi — 802.11bgn<br>Ethernet — 1 (rear)<br>USB Ports — 1 (rear)<br>TV Tuner — Yes<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**<u>Wi-Fi communication:</u>**<br><br>**Completing The First-Time Setup**<br><br>**Before you begin the first-time setup:**<br>• Your TV should be installed and the power cord should be connected to an electrical outlet.<br>• If you have a wireless network, have the network password ready.<br>• If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV. |




4. Choose your Wi-Fi network and enter the password

**ADJUSTING THE NETWORK SETTINGS**

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**




**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

| | |
|---|---|
| | Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |
| wherein the wireless output device is operable for: (i) connecting the wireless output device, by the wireless output device and using at least one wireless communication unit of the one or more wireless communication units of the wireless output device, to a wireless local area network; | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.), using its wireless communication unit (e.g., Wi-Fi module, etc.), connects to a wireless local area network (e.g., Wi-Fi network, etc.).*<br><br>**<u>Wireless output device connecting to a wireless local area network:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>Connectivity<br><br>Protocol Wi-Fi — 802.11bgn<br>Ethernet — 1 (rear)<br>USB Ports — 1 (rear)<br>TV Tuner — Yes<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**Completing The First-Time Setup**<br><br>**Before you begin the first-time setup:**<br>• Your TV should be installed and the power cord should be connected to an electrical outlet.<br>• If you have a wireless network, have the network password ready.<br>• If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV. |




4. Choose your Wi-Fi network and enter the password

## ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**




**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

## VIZIO Support | Connecting to the Internet


Office TV
12:21 PM
Picture
Audio
Network
Timers
Channels
Closed Captions
Input Settings
System
User Manual
Transcript
Search in video
0:09 network
0:10 first press the menu button on your
0:12 vizio remote
0:14 next navigate to the network option and
0:16 click the ok button


Office TV
12:21 PM
Picture
Audio
Network
Timers
Channels
Closed Captions
Input Settings
System
User Manual
Connect to Wi-Fi, test network speed, and access advanced network settings


Network
Back
Wired Connection
Disconnected
Wireless Access Points
PorqueFI-2G
507
ATTbYrQlpi
509 KROEGER
More Access Points
Manual Setup
Hidden Network
Test Connection
the tv will search for available
networks highlight the network


Connect to Access Point
Back
Connect
Transcript
Search in video
0:20 networks highlight the network you want
0:22 to connect to
0:22 and click the ok button use the
0:26 on-screen keyboard to enter the password
0:27 for your network

<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=6AuD6gcmMB8
</td>
</tr>
<tr>
<td>
(ii) downloading, by the wireless output device, using the at least one wireless communication unit of the one or more wireless communication units of the wireless output device, and over the wireless local area network connected in (i), the application software or the software components from one or more servers or host computers over a network to the wireless output device, the application software or the software components being downloaded for upgrading, updating, adding, or modifying features and capabilities of the wireless output device;<br><br>
(iii) installing, at the wireless output device and by the wireless output device, the application software or the software components downloaded in (ii), the installation of the application software or the software components being facilitated, at least in part, by the wireless output device and using the operating system software included in the wireless output device;
</td>
<td>
The wireless output device (e.g., VIZIO D-Series | D24f-G1, etc.) using the wireless communication unit (e.g., Wi-Fi module, etc.) and over the wireless local area network connected in (i), downloads and install the application software or the software components (e.g., software updates, etc.) from one or more servers (e.g., Vizio servers, etc.) or host computers over a network for upgrading, updating, adding, or modifying features and capabilities of the wireless output device.<br><br>
<u>Wireless output device downloading and installing application software or software components:</u><br><br>
VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV | D24f-G1<br><br>
Connectivity<br><br>
<table>
<tr><td>Protocol Wi-Fi</td><td>802.11bgn</td></tr>
<tr><td>Ethernet</td><td>1 (rear)</td></tr>
<tr><td>USB Ports</td><td>1 (rear)</td></tr>
<tr><td>TV Tuner</td><td>Yes</td></tr>
</table>
</td>
</tr>
</table>

## Stream Everything You Love

Access your favorite apps, cast from your phone, or watch hundreds of free channels.

Built in:

→ SmartCast™ OS

## Always Updated, Absolutely Free.

With automatic updates, there's no hassle and no charge for the latest apps and features.




Source: https://www.vizio.com/en/tv/d-series/D24f-G1

| | |
|---|---|
| | **Checking for System Updates**<br>**To check for a system update:**<br>**Menu** > **System** > **Check for Updates**<br><br>If an update is found, the TV will ask to confirm the update. If no update is found, the screen will note ***The TV is up-to-date.***<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf<br><br><br> |




Source: https://www.youtube.com/watch?v=HplmE3eqlKk

(iv) wirelessly broadcasting or wirelessly announcing, by the wireless output device and using the one or more wireless communication units of the wireless output device and over the wireless local area network connected in (i), availability of the wireless output device, the wireless broadcasting or the wireless announcing by the wireless output device is for a mobile information apparatus to wirelessly discover the wireless output device, the mobile information apparatus being from among one or more mobile information apparatus that are in the wireless local area network;

*The wireless output device (e.g., VIZIO D-Series | D24f-G1, etc.) using the one or more wireless communication units (e.g., Wi-Fi module, etc.) and over the wireless local area network connected in (i), wirelessly broadcasts or announces its availability for a mobile information apparatus (e.g., smartphone, etc.) present in the wireless local area network (e.g., Wi-Fi network, etc.) to discover the wireless output device.*

**Smartphone (Android device)**




| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source: https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| | |
|---|---|
| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®[11] 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source: https://support.google.com/pixelphone/answer/7158570

**Smartphone (iOS device)**

# iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source: https://support.apple.com/kb/SP830?locale=en_US

**Mobile information apparatus wirelessly discovering wireless output device:**

1. **Via Vizio Mobile App/SmartCast App***

**The Vizio SmartCast App was renamed as the Vizio Mobile App. It includes multiple Chromecast built-in enabled apps to transfer content to the wireless output device.*

**Control your TV with the SmartCast Mobile™ App**

Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.

**Get it here, or visit www.vizio.com/smartcastapp on your device to download:**

Download on the App Store    GET IT ON Google Play

**With SmartCast Mobile, you can:**

- Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.
- Easily enter text onto your TV/display from your mobile device using a full keyboard.
- Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.
- Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.

**How do I download the VIZIO SmartCast Mobile™ App?**

- Make sure your phone or tablet is connected to a Wi-Fi network. Open a browser on your phone or tablet.
- Navigate to **vizio.com/smartcastapp** and follow the on-screen instructions to download the VIZIO SmartCast Mobile™ App.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf




Source: https://apps.apple.com/us/app/vizio-mobile/id1054033219

| | |
|---|---|
| | # VIZIO Mobile<br>VIZIO<br>Contains ads<br><br><br>About this app →<br>We've updated our app name to VIZIO Mobile, you may have downloaded the app when it was called "VIZIO SmartCast Mobile."<br>With VIZIO Mobile, you can control your entire entertainment experience with your Mobile Device. Browse & discover movies, TV shows, music, live streams and more across multiple apps at once. Power on/off devices, play/pause content, modify advanced settings and more.<br>...<br>Source: https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl<br><br><br>Source: https://www.vizio.com/en/mobile<br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you' for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of ou Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

2. **Via Chromecast Built-in**

# Share

Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

## How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**

# Share

Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1


How to use Apple AirPlay
Step 1
Connect your device to the same Wi-Fi network as your VIZIO TV.
9:41
Settings
Wi-Fi
Wi-Fi
Home Wi-Fi
CHOOSE A NETWORK...
Free Public Wifi
Other...
Ask to Join Networks
0:25 / 1:27


How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
HBO NOW
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27

| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| (v) wirelessly transmitting, by the wireless output device and using the one or more wireless communication units of the wireless output device and over the wireless local area network connected in (i), one or more device dependent attributes to the mobile information apparatus that has wirelessly discovered the wireless output device in (iv), and wherein the one or more device dependent attributes include at least a device attribute associated with the wireless output device; | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) wirelessly transmits one or more device dependent attributes (e.g., device name, model number and capabilities for Chromecast communication, symbol beside the device name indicating a type of the device, i.e., a TV/display device, etc.) associated with the wireless output device to the mobile information apparatus (e.g., smartphone, etc.) that has wirelessly discovered the wireless output device in (iv) over the wireless local area network (e.g., Wi-Fi network, etc.) connected in (i).*<br><br>**<u>Wireless output device transmits device attributes to mobile information apparatus:</u>**<br><br>**1. <u>Via Vizio Mobile App/SmartCast App</u>**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you'r for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of ou Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

**2. Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

getDeviceCapabilities

`getDeviceCapabilities() returns Object`

Provides device capabilities information once the system is ready, otherwise it will be null. If an empty object is returned, the device does not expose any capabilities information.

**Returns**

`nullable Object` The device capabilities information (key/value pairs). It will be null if the system is not ready yet. It may be an empty object if the platform does not expose any device capabilities information.

canDisplayType

`canDisplayType(mimeType, codecs, width, height, framerate) returns boolean`

Checks if the given media params of video or audio streams are supported by the platform.

| Parameter | |
|---|---|
| mimeType | string<br>Media MIME type. It consists of a type and subtype separated by a '/'. It can be either video or audio mime types. |
| codecs | Optional<br>string<br>Quoted-string contains a comma-separated list of formats, where each format specifies a media sample type that is present in the stream. |
| width | Optional<br>number<br>Describes the stream horizontal resolution in pixels. |
| height | Optional<br>number<br>Describes the stream vertical resolution in pixels. |
| framerate | Optional<br>number<br>Describes the frame rate of the stream. |

Source: https://developers.google.com/cast/docs/reference/web_receiver/cast.framework.CastReceiverContext#canDisplayType

3. **Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

<table>
<tr><td></td><td>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw</td></tr>
<tr><td>(vi) wirelessly establishing, by the wireless output device, using the one or more wireless communication units of the wireless output device, and over the wireless local area network connected in (i), a wireless communication link between the wireless output device and the mobile information apparatus that has wirelessly discovered the wireless output device in (iv), the wireless communication link being compatible, at least partly, with at least a protocol within IEEE 802.11 wireless standards, and the mobile information apparatus being from among the one or more mobile information apparatus that are in the wireless local area network, and the mobile information apparatus being a separate device from the wireless output device;</td><td>

*The wireless output device (e.g., VIZIO D-Series | D24f-G1, etc.) wirelessly establishes a wireless communication link (e.g., Wi-Fi link, etc.) using the one or more wireless communication units (e.g., Wi-Fi module etc. compatible with at least a protocol within IEEE 802.11 wireless standards) with the mobile information apparatus (e.g., smartphone, etc.) that wirelessly discovered the wireless output device in (iv) and present in the wireless local area network (e.g., Wi-Fi network, etc.) connected in (i).*

**Wireless output device establishes Wi-Fi communication link with the mobile information apparatus:**

1. **Via Vizio Mobile App/SmartCast App**

**Pairing your Phone to the VIZIO Mobile App**

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher




2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.




</td></tr>
</table>




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: [https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US](https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US)

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: [https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/](https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/)

**2. Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

**3. Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| (vii) wirelessly receiving, by the wireless output device and using the one or more wireless communication units of the wireless output device and over the wireless communication link wirelessly established in (vi), intermediate output data from the mobile information apparatus that has wirelessly discovered the wireless output device in (iv), the wirelessly received intermediate output data is related to digital content that is for outputting or playing at the wireless output device, and the wirelessly received intermediate output data being associated, at least in part, with the one or more device dependent attributes wirelessly transmitted by the wireless output device to the mobile information apparatus in (v); and | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) wirelessly receives the intermediate output data that is related to the digital content (e.g., video, audio, photos, etc.) from the mobile information apparatus (e.g., smartphone, etc.) over the established wireless communication link (e.g., Wi-Fi link, etc.) for outputting or playing at the wireless output device.*<br><br>*The intermediate output data is associated with the one or more device dependent attributes wirelessly transmitted by the wireless output device to the mobile information apparatus in (v).*<br><br>*In order to cast/AirPlay digital content to the selected wireless output device (i.e., VIZIO D-Series \| D24f-G1) for playing/rendering, the smartphone converts or encodes the digital content in accordance with the class, capabilities, profile of the wireless output device.*<br><br>**<u>Wireless Output Device - VIZIO D-Series TV:</u>**<br><br><br>That Works With Everything<br>Your VIZIO should work with you and your home. That's why VIZIO supports all popular video and audio formats, as well as Alexa, Google Assistant, and Siri.<br>**How do I know I am getting 4K resolution or HDR content such as Dolby Vision?**<br>• As you are watching content on the television, press the INFO button on the remote or VIZIO SmartCast Mobile app. You will see the current resolution being displayed along with the version of video.<br>• HDR will show as a Dolby Vision icon, HDR10 or HLG.<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |

**Wireless output device receives output data from mobile information apparatus:**

1. **Via Vizio Mobile App/SmartCast App**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.



| | |
|---|---|
| | <br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>To connect your Android phone to a VIZIO SmartCast TV, follow these steps:<br>1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.<br>2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.<br><br>**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.<br><br>1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.<br>2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.<br>3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.<br>4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.<br><br>Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/ |

Launched earlier this year, VIZIO SmartCast is the brand's latest ecosystem of connected entertainment products, delivering a new way to discover and access content across the whole home. With Chromecast built-in, every VIZIO SmartCast display, sound bar and speaker makes it easy for consumers to easily stream from thousands of mobile apps they already know and love directly to their VIZIO SmartCast device. By simply tapping the Cast button from within their favorite apps like Netflix and YouTube, content is then streamed directly from the Internet to any VIZIO SmartCast device via the respective WiFi network. In addition to casting content from Chromecast-enabled apps, the VIZIO SmartCast app transforms iOS and Android mobile devices into powerful touchscreen remotes, allowing users to use text or voice search to simultaneously search and browse content across multiple apps by genre. Once users find a title, they simply tap their desired service to begin streaming content directly to their VIZIO SmartCast display. They can then continue using their mobile devices for other activities without interrupting the stream to the big screen.

Source: https://www.vizio.com/en/press/2017/jan/vizio-unveils-new-features-and-ui-for-smartcast-app

The VIZIO SmartCast app home screen also now includes a convenient Cast Apps section, featuring popular Chromecast-enabled apps like Netflix, XUMO and Pluto TV for quick accessibility. When a user selects a given app, it will launch on the user's mobile device, or if the app is not yet installed on their device, the user will be sent directly to the iTunes App Store or Google Play Store to download the desired Chromecast-enabled app. Also, popular Chromecast-enabled apps can be found using the search function within the VIZIO SmartCast app. For example, Netflix and other in-demand apps now also appear in search results, allowing users to quickly download the app before using it in its native form.

Source: https://www.vizio.com/en/press/2017/jan/vizio-unveils-new-features-and-ui-for-smartcast-app

TIDAL | VIZIO

**Play TIDAL on VIZIO.**

Enjoy your favorite music, videos, interviews, and livestreams from anywhere in the home on your VIZIO SmartCast™ TV.

Source: https://web.archive.org/web/20210316091935/https://tidal.com/partners/vizio

To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.

Source: https://web.archive.org/web/20210420063113/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio

| | |
|---|---|
| | **2. Via Chromecast Built-in**<br><br># Share<br><br>Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**How do I stream apps like Netflix to my VIZIO SmartCast™ TV?**<br><br>• Download and open a Chromecast-enabled apps on your mobile device. Then tap the Cast button.<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf<br><br>**How to Cast your VIZIO SmartCast Devices**<br><br>Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br><br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br><br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |

| | |
|---|---|
| | getDeviceCapabilities<br>`getDeviceCapabilities() returns Object`<br>Provides device capabilities information once the system is ready, otherwise it will be null. If an empty object is returned, the device does not expose any capabilities information.<br>**Returns**<br>`nullable Object` The device capabilities information (key/value pairs). It will be null if the system is not ready yet. It may be an empty object if the platform does not expose any device capabilities information.<br>canDisplayType<br>`canDisplayType(mimeType, codecs, width, height, framerate) returns boolean`<br>Checks if the given media params of video or audio streams are supported by the platform.<br>**Parameter**<br>mimeType: string. Media MIME type. It consists of a type and subtype separated by a '/'. It can be either video or audio mime types.<br>codecs: Optional. string. Quoted-string contains a comma-separated list of formats, where each format specifies a media sample type that is present in the stream.<br>width: Optional. number. Describes the stream horizontal resolution in pixels.<br>height: Optional. number. Describes the stream vertical resolution in pixels.<br>framerate: Optional. number. Describes the frame rate of the stream.<br>Source: https://developers.google.com/cast/docs/reference/web_receiver/cast.framework.CastReceiverContext#canDisplayType<br>Supported Media for Google Cast<br>Google Cast and all Cast Web Receiver applications support the media facilities and types listed on this page.<br>Some of these require additional coding or the Web Receiver SDK. See Create a Basic Web Receiver App for more information about developing your Web Receiver application to support these media types. |

## Image formats

- APNG
- BMP
- GIF
- JPEG
- PNG
- WEBP

★ **Note:** Images have a display size limitation of 720p (1280x720). Images should be optimized to 1280x720 or less to avoid scaling down on the receiver device.

## Media container formats

- MP2T
- MP3
- MP4
- OGG
- WAV
- WebM

★ **Note:** You can determine if a particular codec is supported with a call to CastReceiverContext.canDisplayType(). For example:

```
const context = cast.framework.CastI
context.canDisplayType('audio/mp4',
```

Source: https://developers.google.com/cast/docs/media

**3. Via Airplay**

# Share

Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1


How to use Apple AirPlay
Step 1
Connect your device to the same Wi-Fi network as your VIZIO TV.
9:41
Settings
Wi-Fi
Wi-Fi
Home Wi-Fi
CHOOSE A NETWORK...
Free Public Wifi
Other...
Ask to Join Networks
0:25 / 1:27


How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27










Source: https://www.youtube.com/watch?v=WGwtY5XmNSw

| | |
|---|---|
| | Preparing Your Media<br><br>When preparing your media for AirPlay, you should do the following:<br>• Encode your audio using mono or stereo AAC or MP3 compression.<br>• Encode your video using H.264 compression.<br><br>Source:<br>https://developer.apple.com/library/archive/documentation/AudioVideo/Conceptual/AirPlayGuide/PreparingYourMediaforAirPlay/PreparingYourMediaforAirPlay.html |
| (viii) processing, by the wireless output device and using the one or more processors at the wireless output device, at least part of the intermediate output data wirelessly received in (vii) into output data, the output data being related to the digital content and is for outputting or playing at the wireless output device, the processing, at the wireless output device, includes at least one of a color operation, an image processing operation, a scaling operation, a resolution operation, an interpolation operation, a decoding operation, or an encoding operation, individually or in any combination, on the at least part of the intermediate output data that is wirelessly received in (vii); and | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) includes a processor for processing (e.g., colour operation, image processing operation, scaling operation, resolution operation, decoding operation, etc.) at least part of the received intermediate output data in (vii) into output data for outputting or playing the digital content (e.g., audio, video, pictures, etc.) at the wireless output device.*<br><br>**<u>Wireless Output Device processes intermediate output data into output data for outputting/playing digital content:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>**Tech Specs**<br><br>Variable Refresh Rate Support<br>Display Processor Six-Core Processor<br>Gaming Engine<br>Input Lag<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>VIZIO<br>**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1** |

- **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.
- **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.
- **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.

Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122

## That Works With Everything

Your VIZIO should work with you and your home. That's why VIZI supports all popular video and audio formats, as well as Alexa, Google Assistant, and Siri.

**How do I know I am getting 4K resolution or HDR content such as Dolby Vision?**

- As you are watching content on the television, press the INFO button on the remote or VIZIO SmartCast Mobile app. You will see the current resolution being displayed along with the version of video.
- HDR will show as a Dolby Vision icon, HDR10 or HLG.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**To adjust the picture settings:**

Menu > Picture > Picture Mode

1. Use the **Arrow** buttons on the remote to highlight **Picture Mode,** then use the **Left/Right Arrow** buttons to change the picture mode:

- **Standard** — Sets the picture settings to the default settings.
- **Calibrated** — Sets the picture settings to values ideal for watching TV in a brightly-lit room.
- **Calibrated Dark** — Sets the picture settings to values ideal for watching TV in a dark room.
- **Vivid** — Sets the picture settings to values that produce a brighter, more vivid picture.
- **Game** — Reduces throughput delays and optimizes the picture settings for displaying game console output.
- **Computer** — Optimizes the picture settings for displaying computer output.

2. To manually change each of the picture settings, use the **Up/Down Arrow** buttons on the remote to highlight that picture setting, then use the **Left/Right Arrow** buttons to adjust the setting:

- **Backlight** — Adjusts the LED brightness to affect the overall brilliance of the picture. Backlight cannot be adjusted when starting from some picture modes.
- **Brightness** — Adjusts the black level of the picture. When this setting is too low, the picture may be too dark to distinguish details. When this setting is too high, the picture may appear faded or washed out.
- **Contrast** — Adjusts the white level of the picture. When this setting is too low, the picture may appear dark. When this setting is too high, the picture may appear faded or washed out. If the setting is too high or too low, detail may be difficult to distinguish in dark or bright areas of the picture.
- **Color** — Adjusts the intensity of the picture colors.
- **Tint** — Adjusts the hue of the picture. This setting is useful in adjusting the flesh tones in the picture. If flesh appears too orange, reduce the level of color before adjusting tint.
- **Sharpness** — Adjusts the edge sharpness of picture elements. It can be used to sharpen non-HD (high definition) content; however, it will not produce detail that does not otherwise exist.




**Adjusting More Picture Settings**

**To adjust more picture settings:**

**Menu** > **Picture** > **More Picture**

Use the **Arrow** buttons to highlight the setting you wish to adjust, then press the **Left/Right Arrow** buttons to change the setting:

- **Color Temperature** — Change the white balance of the picture. Refer to the section on ***Adjusting the Color Temperature on page 17.***
- **Black Detail** — Adjusts the average brightness of the picture to compensate for large areas of brightness.
- **Backlight Control** — When **ON**, it will improve the contrast ratio of the picture by adjusting backlight zones. Specific adjustments are based on content.
- **Reduce Noise:**
  - **Reduce Signal Noise:** Lessens artifacts in the image caused by the digitizing of image motion content.
  - **Reduce Block Noise:** Reduces pixelation and distortion for mpeg files.
- **Game Low Latency** — Reduces video delay (lag) when gaming.
- **Film Mode** — Optimizes the picture for watching films. Select **On** or **Off**.*
- **Gamma** — Set the shape of the Gamma curve. Use lower Gamma values for bright room conditions, and higher values when it's dark.




**How do I know I am getting 4K resolution or HDR content such as Dolby Vision?**

- As you are watching content on the television, press the INFO button on the remote or VIZIO SmartCast Mobile app. You will see the current resolution being displayed along with the version of video.
- HDR will show as a Dolby Vision icon, HDR10 or HLG.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

# More Detail with High Definition

With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

| | |
|---|---|
| wherein the at least one wireless communication unit of the one or more wireless communication units, which is included in the wireless output device, is compatible, at least partly, with at least a protocol within IEEE 802.11 wireless standards for connecting the wireless output device to the wireless local area network in (i). | *The wireless output device (e.g., Vizio D24f-G1 Smart TV, etc.) includes the wireless communication unit (e.g., Wi-Fi module, etc. compatible with at least a protocol within IEEE 802.11 wireless standards) for connecting the wireless output device to the wireless local area network (e.g., Wi-Fi network, etc.) in (i).*<br><br>**<u>Wireless Output Device – Vizio D-Series TV:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

<table>
<tr>
<td></td>
<td>

## Connectivity

<table>
<tr><td>Protocol Wi-Fi</td><td>802.11bgn</td></tr>
<tr><td>Ethernet</td><td>1 (rear)</td></tr>
<tr><td>USB Ports</td><td>1 (rear)</td></tr>
<tr><td>TV Tuner</td><td>Yes</td></tr>
</table>

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

"***The technical name for WiFi is IEEE 802.11*** & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.

To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. ***The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.*** By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."

Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php

</td>
</tr>
<tr>
<td>2. The wireless output device according to claim 1, wherein the mobile information apparatus is at least one of a smart phone, a digital camera, or an information pad, individually or in any combination; and</td>
<td>

*The mobile information apparatus can be a smartphone.*

**Smartphone (Android device)**

Google Pixel 5



<table>
<tr><td>COMMS</td><td>WLAN</td><td>Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct</td></tr>
<tr><td></td><td>Bluetooth</td><td>5.0, A2DP, LE, aptX HD</td></tr>
<tr><td></td><td>Positioning</td><td>GPS, GLONASS, GALILEO, QZSS, BDS</td></tr>
<tr><td></td><td>NFC</td><td>Yes</td></tr>
<tr><td></td><td>Radio</td><td>No</td></tr>
<tr><td></td><td>USB</td><td>USB Type-C 3.1</td></tr>
</table>

</td>
</tr>
</table>

Source: https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| | |
|---|---|
| **Wireless and Location** | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®11 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>**[US]**<br>• GPS, GLONASS, Galileo, QZSS<br>**[ROW]**<br>• GPS. GLONASS. Galileo. QZSS. BeiDou. Navic |

Source: https://support.google.com/pixelphone/answer/7158570

**Smartphone (iOS device)**

# iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source: https://support.apple.com/kb/SP830?locale=en_US

| | |
|---|---|
| wherein the wireless broadcasting or the wireless announcing of the availability of the wireless output device in (iv) is for the mobile information apparatus from among the one or more mobile information apparatus to wirelessly discover, by short range wireless communication, the wireless output device, and wherein the short range wireless communication between the wireless output device and the mobile information apparatus is compatible, at least partly, with at least a protocol within IEEE 802.11 wireless standards. | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1) wirelessly broadcasts or announces its availability for the mobile information apparatus (e.g., smartphone, etc.) to wirelessly discover the wireless output device by short range wireless communication (e.g., Wi-Fi communication, etc.) compatible with at least a protocol within IEEE 802.11 wireless standards.*<br><br>**Mobile information apparatus wirelessly discovering wireless output device:**<br><br>**1. Via Vizio Mobile App/SmartCast App**<br><br>**Pairing your Phone to the VIZIO Mobile App**<br><br>Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br><br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br><br> |




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you' for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of ou Soundbars, make sure that Bluetooth is enabled on your phone.

Source:https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

**2. Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

**3. Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| 3. The wireless output device according to claim 1, wherein the wireless output device is a television or an external output controller wire connectable to a television; | *The wireless output device is a television (e.g., VIZIO D-Series \| D24f-G1, etc.).*<br><br>**<u>Wireless Output Device – Vizio D-Series TV:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>Connectivity<br><br>Protocol Wi-Fi 802.11bgn<br>Ethernet 1 (rear)<br>USB Ports 1 (rear)<br>TV Tuner Yes<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |
| and wherein the wireless output device is further operable for establishing a wired connection to a local area network for accessing the network via Ethernet; and | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) is further operable for establishing a wired connection to a local area network for accessing the network via Ethernet.*<br><br>**<u>Wireless Output Device establishes wired connection to a local area network:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

# Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1




**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.

## ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

> **TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > *Choose your network* > *Enter in the password* > **Connect**




| INPUTS / OUTPUTS | |
|---|---|
| HDMI Inputs | 2 |
| Composite Video Inputs | 1 |
| Ethernet Input | 1 |
| RF Antenna Input | 1 |
| USB | 1 |
| Audio Output | HDMI ARC,<br>Analog Stereo Output (3.5 mm) |

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

wherein the digital content includes at least one of audio data, image data, or video data, individually or in any combination.

*The wireless output device (e.g., VIZIO D-Series | D24f-G1, etc.) outputs the digital content (e.g., audio, pictures, videos, etc.).*

**Wireless output device receives digital content from mobile information apparatus:**

1. **Via Vizio Mobile App/SmartCast App**

**Pairing your Phone to the VIZIO Mobile App**

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

Launched earlier this year, VIZIO SmartCast is the brand's latest ecosystem of connected entertainment products, delivering a new way to discover and access content across the whole home. With Chromecast built-in, every VIZIO SmartCast display, sound bar and speaker makes it easy for consumers to easily stream from thousands of mobile apps they already know and love directly to their VIZIO SmartCast device. By simply tapping the Cast button from within their favorite apps like Netflix and YouTube, content is then streamed directly from the Internet to any VIZIO SmartCast device via the respective WiFi network. In addition to casting content from Chromecast-enabled apps, the VIZIO SmartCast app transforms iOS and Android mobile devices into powerful touchscreen remotes, allowing users to use text or voice search to simultaneously search and browse content across multiple apps by genre. Once users find a title, they simply tap their desired service to begin streaming content directly to their VIZIO SmartCast display. They can then continue using their mobile devices for other activities without interrupting the stream to the big screen.

Source: https://www.vizio.com/en/press/2017/jan/vizio-unveils-new-features-and-ui-for-smartcast-app

TIDAL | VIZIO

Play TIDAL on VIZIO.

Enjoy your favorite music, videos, interviews, and livestreams from anywhere in the home on your VIZIO SmartCast™ TV.

Source: https://web.archive.org/web/20210316091935/https://tidal.com/partners/vizio

To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.

Source: https://web.archive.org/web/20210420063113/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio

2. **Via Chromecast Built-in**

# Share

Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**How do I stream apps like Netflix to my VIZIO SmartCast™ TV?**

- Download and open a Chromecast-enabled apps on your mobile device. Then tap the Cast button.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**

# Share

Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1







How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27


WATCH GAME OF THRONES ON HBO NOW
0:39 / 1:27

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| 5. The wireless output device according to claim 2 , wherein, subsequent to the wireless output device having been wirelessly discovered discovered by the mobile information apparatus in (iv), the wireless output device is further operable for: detecting or obtaining, by the wireless output device, identification information or authentication information related to the mobile information apparatus or to a user of the mobile information apparatus, individually or in any combination, the identification information or the authentication information includes one or more of a user name, a password, an ID number, signatures, signature keys, biometrics, fingerprints, or voice, individually or in any combination, the detecting or the obtaining of the identification information or the authentication information is to enable the mobile information apparatus to access services provided by the wireless output device; and | *Subsequent to the wireless output device (e.g., VIZIO D-Series \| D24f-G1) having been wirelessly discovered by the mobile information apparatus in (iv), the wireless output device is further operable for obtaining, by the wireless output device, identification/authentication information (e.g., PIN/passcode, device ID, etc.) related to the mobile information apparatus.*<br>*The obtaining of the identification/authentication information enables the mobile information apparatus to access services (e.g., transferring of digital content, etc.) provided by the wireless output device. The wireless discovery of the wireless output device by the mobile information apparatus in (iv) can be via the short range wireless communication (e.g., Wi-Fi communication).*<br>*When a user clicks on the wireless output device name on the smartphone, a device ID related to smartphone is transferred to the wireless output device for secure pairing.*<br><br>**Wireless output device obtains identification/authentication information from the mobile information apparatus:**<br><br>1. **Via Vizio Mobile App/SmartCast App**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

| | |
|---|---|
| wherein the wireless discovery of the wireless output device by the mobile information apparatus in (iv) is via the short range wireless communication. | Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br><br><br><br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US |

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

**2. Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

| | |
|---|---|
| | **Communication**<br><br>A CastMessage has the following simple structure:<br><br>• protocol_version<br>• source_id<br>• destination_id<br>• namespace<br>• payload_type<br>• an union of utf8 or binary payload<br><br>All fields are quite self-explanatory, and the *.proto* file contains many comments. The protocol version is always 1. The source and destination fields allows to identify sources and destinations. These fields are part of the multiplexing of the SSL connection. These identifiers can identify the device or an application. So several ids can be used in the same connection so that different applications or system features can communicate at the same time between a sender and a receiver device.<br><br>Source: https://blog.oakbits.com/google-cast-protocol-discovery-and-connection.html<br><br>**3. Via Airplay**<br><br>**Mirror your iPhone or iPad to a TV or Mac**<br><br>1. Connect your iPhone or iPad to the same Wi-Fi network as your Apple TV, AirPlay-compatible smart TV, or Mac.[2]<br>2. Open Control Center:<br>  ◦ On iPhone X or later or iPad with iPadOS 13 or later: Swipe down from the upper-right corner of the screen.<br>  ◦ On iPhone 8 or earlier or iOS 11 or earlier: Swipe up from the bottom edge of the screen.<br>3. Tap the Screen Mirroring button. |




4. Select your TV or Mac from the list.




5. If an AirPlay passcode appears on your TV screen or Mac, enter the passcode on your iPhone or iPad.

To stop mirroring your iPhone or iPad, open Control Center, tap Screen Mirroring, then tap Stop Mirroring. Or press the Menu button on your Apple TV Remote.

1. Some video apps might not support AirPlay. If you can't use AirPlay with a video app, check the App Store on your Apple TV to see if that app is available.
2. Find out which macOS versions and Mac models are compatible with AirPlay to Mac and learn how to set up your Mac to be an AirPlay receiver.

Published Date: April 02, 2024

Source: https://support.apple.com/en-us/102661

| | |
|---|---|
| 6. The wireless output device according to claim 1, wherein the wireless output device includes a wireless interface for communicating with a smart phone, and the wireless output device is further operable for wirelessly receiving authentication information or security information from the smart phone via the wireless interface; and wherein the authentication information or the security information wirelessly received from the smart phone includes one or more of a user name, a password, an ID number, signatures, signature keys, biometrics, fingerprints, or voice, individually or in any combination, the authentication information or the security information being related to the smart phone or to a user of the smart phone, individually or in any combination. | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1) is further operable for wirelessly receiving authentication information (e.g., PIN/passcode, device ID, etc.) from the smart phone via the wireless interface and wherein the authentication information wirelessly received from the smart phone includes one or more of a user name, a password, an ID number, signatures, signature keys, biometrics, fingerprints, or voice, individually or in any combination, the authentication information being related to the smart phone or to a user of the smart phone, individually or in any combination.*<br><br>*When a user clicks on the wireless output device name on the smartphone, a device ID related to smartphone is transferred to the wireless output device for secure pairing.*<br><br>**Wireless output device receiving authentication information from the mobile information apparatus:**<br><br>1. **Via Vizio Mobile App/SmartCast App**<br><br>**Pairing your Phone to the VIZIO Mobile App**<br><br>Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br><br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br><br> |




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

2. **Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

| | |
|---|---|
| | Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US<br><br>**Communication**<br><br>A CastMessage has the following simple structure:<br><br>• protocol_version<br>• source_id<br>• destination_id<br>• namespace<br>• payload_type<br>• an union of utf8 or binary payload<br><br>All fields are quite self-explanatory, and the *.proto* file contains many comments. The protocol version is always 1. The source and destination fields allows to identify sources and destinations. These fields are part of the multiplexing of the SSL connection. These identifiers can identify the device or an application. So several ids can be used in the same connection so that different applications or system features can communicate at the same time between a sender and a receiver device. |

| | |
|---|---|
| | Source: https://blog.oakbits.com/google-cast-protocol-discovery-and-connection.html<br><br>**3. Via Airplay**<br><br>**Mirror your iPhone or iPad to a TV or Mac**<br><br>1. Connect your iPhone or iPad to the same Wi-Fi network as your Apple TV, AirPlay-compatible smart TV, or Mac.[2]<br>2. Open Control Center:<br>◦ On iPhone X or later or iPad with iPadOS 13 or later: Swipe down from the upper-right corner of the screen.<br>◦ On iPhone 8 or earlier or iOS 11 or earlier: Swipe up from the bottom edge of the screen.<br>3. Tap the Screen Mirroring button .<br><br><br>4. Select your TV or Mac from the list.<br><br> |

| | |
|---|---|
| | 5. If an AirPlay passcode appears on your TV screen or Mac, enter the passcode on your iPhone or iPad.<br><br>To stop mirroring your iPhone or iPad, open Control Center, tap Screen Mirroring, then tap Stop Mirroring. Or press the Menu button on your Apple TV Remote.<br><br>1. Some video apps might not support AirPlay. If you can't use AirPlay with a video app, check the App Store on your Apple TV to see if that app is available.<br>2. Find out which macOS versions and Mac models are compatible with AirPlay to Mac and learn how to set up your Mac to be an AirPlay receiver.<br><br>Published Date: April 02, 2024<br><br>Source: https://support.apple.com/en-us/102661 |
| 7. The wireless output device according to claim 1, wherein the wireless output device is further operable for: wirelessly transmitting, by the wireless output device to the mobile information apparatus and over short range wireless communication or the wireless communication link wirelessly established in (vi), at least an attribute related to the wireless output device for the mobile information apparatus to select the wireless output device for service; and | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) wirelessly transmits at least an attribute (e.g., device name, model number and capabilities for Chromecast communication, symbol beside the device name indicating a type of the device, i.e., a TV/display device, etc.) related to the wireless output device to the mobile information apparatus (e.g., smartphone, etc.) to select the wireless output device for service (e.g., outputting digital content, etc.).*<br><br>**Wireless output device transmits device attributes to mobile information apparatus:**<br><br>**1. Via Vizio Mobile App/SmartCast App**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you' for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of ou Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

2. **Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

### getDeviceCapabilities

```
getDeviceCapabilities() returns Object
```

Provides device capabilities information once the system is ready, otherwise it will be null. If an empty object is returned, the device does not expose any capabilities information.

**Returns**

`nullable Object` The device capabilities information (key/value pairs). It will be null if the system is not ready yet. It may be an empty object if the platform does not expose any device capabilities information.

### canDisplayType

```
canDisplayType(mimeType, codecs, width, height, framerate) returns boolean
```

Checks if the given media params of video or audio streams are supported by the platform.

| Parameter | |
|---|---|
| mimeType | string<br>Media MIME type. It consists of a type and subtype separated by a '/'. It can be either video or audio mime types. |
| codecs | Optional<br>string<br>Quoted-string contains a comma-separated list of formats, where each format specifies a media sample type that is present in the stream. |
| width | Optional<br>number<br>Describes the stream horizontal resolution in pixels. |
| height | Optional<br>number<br>Describes the stream vertical resolution in pixels. |
| framerate | Optional<br>number<br>Describes the frame rate of the stream. |

Source: https://developers.google.com/cast/docs/reference/web_receiver/cast.framework.CastReceiverContext#canDisplayType

3. **Via Airplay**












Source: https://www.youtube.com/watch?v=WGwtY5XmNSw

| | |
|---|---|
| wirelessly receiving, by the wireless output device and over the short range wireless communication or the wireless communication link wirelessly established in (vi), the intermediate output data from the mobile information apparatus that has selected the wireless output device for the service, the intermediate output data being based, at least in part, on the attribute that is wirelessly transmitted by the wireless output device to the mobile information apparatus; and wherein the intermediate output data wirelessly received by the wireless output device in (vii) includes, at least in part, device dependent data that is associated with the wireless output device. | *The wireless output device (e.g., VIZIO D-Series \| D24f-G1, etc.) wirelessly receives over the short range wireless communication or the wireless communication link (e.g., Wi-Fi communication) wirelessly established in (vi), the intermediate output data (e.g., encoded audio/video data) from the mobile information apparatus (e.g., smartphone, etc.) that has selected the wireless output device for the service. The intermediate output data being based, at least in part, on the attribute that is wirelessly transmitted by the wireless output device to the mobile information apparatus. The intermediate output data wirelessly received by the wireless output device in (vii) includes, at least in part, device dependent data (e.g., data that is playable by the selected TV device) that is associated with the wireless output device.*<br><br>*In order to cast/AirPlay digital content to the selected wireless output device (i.e., VIZIO D-Series \| D24f-G1) for playing/rendering, the smartphone converts or encodes the digital content in accordance with the class, capabilities, and profile of the wireless output device.*<br><br>**Wireless Output Device - VIZIO D-Series TV**<br><br>**That Works With Everything**<br>Your VIZIO should work with you and your home. That's why VIZIO supports all popular video and audio formats, as well as Alexa, Google Assistant, and Siri.<br><br>**How do I know I am getting 4K resolution or HDR content such as Dolby Vision?**<br>• As you are watching content on the television, press the INFO button on the remote or VIZIO SmartCast Mobile app. You will see the current resolution being displayed along with the version of video.<br>• HDR will show as a Dolby Vision icon, HDR10 or HLG.<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**Wireless output device receives output data from smartphone over Wi-Fi connection:**<br><br>**1. Via Vizio Mobile app/SmartCast app**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.

3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

Launched earlier this year, VIZIO SmartCast is the brand's latest ecosystem of connected entertainment products, delivering a new way to discover and access content across the whole home. With Chromecast built-in, every VIZIO SmartCast display, sound bar and speaker makes it easy for consumers to easily stream from thousands of mobile apps they already know and love directly to their VIZIO SmartCast device. By simply tapping the Cast button from within their favorite apps like Netflix and YouTube, content is then streamed directly from the Internet to any VIZIO SmartCast device via the respective WiFi network. In addition to casting content from Chromecast-enabled apps, the VIZIO SmartCast app transforms iOS and Android mobile devices into powerful touchscreen remotes, allowing users to use text or voice search to simultaneously search and browse content across multiple apps by genre. Once users find a title, they simply tap their desired service to begin streaming content directly to their VIZIO SmartCast display. They can then continue using their mobile devices for other activities without interrupting the stream to the big screen.

Source: https://www.vizio.com/en/press/2017/jan/vizio-unveils-new-features-and-ui-for-smartcast-app




Source: https://web.archive.org/web/20210316091935/https://tidal.com/partners/vizio

To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.

Source: https://web.archive.org/web/20210420063113/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio

2. **Via Chromecast Built-in**

# Share

Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**How do I stream apps like Netflix to my VIZIO SmartCast™ TV?**

- Download and open a Chromecast-enabled apps on your mobile device. Then tap the Cast button.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

## How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |

getDeviceCapabilities

`getDeviceCapabilities() returns Object`

Provides device capabilities information once the system is ready, otherwise it will be null. If an empty object is returned, the device does not expose any capabilities information.

**Returns**

`nullable Object` The device capabilities information (key/value pairs). It will be null if the system is not ready yet. It may be an empty object if the platform does not expose any device capabilities information.

canDisplayType

`canDisplayType(mimeType, codecs, width, height, framerate) returns boolean`

Checks if the given media params of video or audio streams are supported by the platform.

| Parameter | |
|---|---|
| mimeType | string<br>Media MIME type. It consists of a type and subtype separated by a '/'. It can be either video or audio mime types. |
| codecs | Optional<br>string<br>Quoted-string contains a comma-separated list of formats, where each format specifies a media sample type that is present in the stream. |
| width | Optional<br>number<br>Describes the stream horizontal resolution in pixels. |
| height | Optional<br>number<br>Describes the stream vertical resolution in pixels. |
| framerate | Optional<br>number<br>Describes the frame rate of the stream. |

Source: https://developers.google.com/cast/docs/reference/web_receiver/cast.framework.CastReceiverContext#canDisplayType

## Supported Media for Google Cast

Google Cast and all Cast Web Receiver applications support the media facilities and types listed on this page.

Some of these require additional coding or the Web Receiver SDK. See Create a Basic Web Receiver App for more information about developing your Web Receiver application to support these media types.

| | |
|---|---|
| | Image formats<br>• APNG<br>• BMP<br>• GIF<br>• JPEG<br>• PNG<br>• WEBP<br>★ **Note:** Images have a display size limitation of 720p (1280x720). Images should be optimized to 1280x720 or less to avoid scaling down on the receiver device.<br>Media container formats<br>• MP2T<br>• MP3<br>• MP4<br>• OGG<br>• WAV<br>• WebM<br>★ **Note:** You can determine if a particular codec is supported with a call to `CastReceiverContext.canDisplayType()`. For example:<br>`const context = cast.framework.CastI`<br>`context.canDisplayType('audio/mp4',`<br>Source: https://developers.google.com/cast/docs/media<br>**3. Via Airplay**<br>**Share**<br>Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.<br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |


How to use Apple AirPlay
Step 1
Connect your device to the same Wi-Fi network as your VIZIO TV.
9:41
Settings
Wi-Fi
Wi-Fi
Home Wi-Fi
CHOOSE A NETWORK...
Free Public Wifi
Other...
Ask to Join Networks
0:25 / 1:27


How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
HBO NOW
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
09:41
0:32 / 1:27










Source: https://www.youtube.com/watch?v=WGwtY5XmNSw

| | |
|---|---|
| | **Preparing Your Media**<br><br>When preparing your media for AirPlay, you should do the following:<br><br>• Encode your audio using mono or stereo AAC or MP3 compression.<br>• Encode your video using H.264 compression.<br><br>Source:<br>https://developer.apple.com/library/archive/documentation/AudioVideo/Conceptual/AirPlayGuide/PreparingYourMediaforAirPlay/PreparingYourMediaforAirPlay.html |