# EXHIBIT 21

# Application of U.S. Patent No. 10,140,073 to the Accused TVs*†

* The term "Accused TVs" refers to Vizio's smart televisions, including but not limited to, OLED, P-Series, M-Series, V-Series, D-Series, and Quantum televisions, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

<table>
<tr><th colspan="2">Application of U.S. Patent No. 10,140,073 to the Accused TVs</th></tr>
<tr><td>8. A wireless device for establishing a wireless connection with a mobile information apparatus, the wireless device being a distinct device from the mobile information apparatus,</td><td>A wireless device (e.g., VIZIO D-Series | D24f-G1) for establishing a wireless connection (e.g., Wi-Fi connection via SmartCast App, Chromecast, AirPlay, etc.) with a mobile information apparatus (e.g., Android/iOS devices, etc.). The wireless device being a distinct device from the mobile information apparatus.<br><br><u>Wireless Device – Vizio D-Series TV:</u><br><br>VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV | D24f-G1<br><br><br><br>Stream Everything You Love<br><br>Access your favorite apps, cast from your phone, or watch hundreds of free channels.<br><br>Built in:<br><br>SmartCast™ OS<br><br>Connectivity<br><br>Protocol Wi-Fi 802.11bgn<br>Ethernet 1 (rear)<br>USB Ports 1 (rear)<br>TV Tuner Yes</td></tr>
</table>

# Share

Share your small screen on the big screen with Apple Airplay and Chromecast Built-in. Share your favorite pictures, slide shows, presentations, and more.

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Mobile information Apparatus**
**Android device**

Google Pixel 5



| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source: https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| | |
|---|---|
| Operating system | Android 11 |

| | |
|---|---|
| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth[*11] 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source: https://support.google.com/pixelphone/answer/7158570

**iOS device**

iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source: https://support.apple.com/kb/SP830?locale=en_US

**Wireless device establishing Wi-Fi connection with the mobile information apparatus:**

1. **Via Vizio Mobile App/SmartCast App*:**

*Note: The Vizio SmartCast App was renamed as the Vizio Mobile App. It includes multiple Chromecast built-in enabled apps to transfer content to the wireless device.*

**Control your TV with the SmartCast Mobile™ App**

Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.

**Get it here, or visit www.vizio.com/smartcastapp on your device to download:**

Download on the App Store GET IT ON Google Play

**With SmartCast Mobile, you can:**

- Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.
- Easily enter text onto your TV/display from your mobile device using a full keyboard.
- Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.
- Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.

**How do I download the VIZIO SmartCast Mobile™ App?**

- Make sure your phone or tablet is connected to a Wi-Fi network. Open a browser on your phone or tablet.
- Navigate to **vizio.com/smartcastapp** and follow the on-screen instructions to download the VIZIO SmartCast Mobile™ App.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf




Source: https://apps.apple.com/us/app/vizio-mobile/id1054033219

# VIZIO Mobile

VIZIO
Contains ads




About this app →

We've updated our app name to VIZIO Mobile, you may have downloaded the app when it was called "VIZIO SmartCast Mobile."

With VIZIO Mobile, you can control your entire entertainment experience with your Mobile Device. Browse & discover movies, TV shows, music, live streams and more across multiple apps at once. Power on/off devices, play/pause content, modify advanced settings and more.

...

Source: [https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl](https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl)




Source: [https://www.vizio.com/en/mobile](https://www.vizio.com/en/mobile)

**Pairing your Phone to the VIZIO Mobile App**

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>To connect your Android phone to a VIZIO SmartCast TV, follow these steps:<br><br>1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.<br>2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.<br><br>**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.<br><br>1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.<br>2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.<br>3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.<br>4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.<br><br>Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/<br><br>Launched earlier this year, Vizio's SmartCast app is quite handy, tying together a number of apps like Hulu, Vudu, FandangoNow, Crackle, and Google Play Movies & TV with the ability to easily "cast" content to your TV. Today, it's getting even better as it has been updated with a simpler user interface, new tutorials, and content catalog updates.<br><br>"One of the key Vizio SmartCast differentiators when compared to traditional smart TV platforms is our ability to continuously enhance the experience with quick improvements which any user can enjoy right from their own mobile device," Vizio chief technology officer Matt McRae said in a statement. "The latest round of enhancements were designed to further simplify consumer interaction with the SmartCast app, giving users quicker access to controls, content and more."<br><br>Source:https://www.vizio.com/en/news/2017/jan/vizios-updated-smartcast-app-is-simpler-to-use-with-better-recommedations |

| | |
|---|---|
| | The VIZIO SmartCast app home screen also now includes a convenient Cast Apps section, featuring popular Chromecast-enabled apps like Netflix, XUMO and Pluto TV for quick accessibility. When a user selects a given app, it will launch on the user's mobile device, or if the app is not yet installed on their device, the user will be sent directly to the iTunes App Store or Google Play Store to download the desired Chromecast-enabled app. Also, popular Chromecast-enabled apps can be found using the search function within the VIZIO SmartCast app. For example, Netflix and other in-demand apps now also appear in search results, allowing users to quickly download the app before using it in its native form.<br><br>Source: https://www.vizio.com/en/press/2017/jan/vizio-unveils-new-features-and-ui-for-smartcast-app<br><br>APRIL 01, 2019<br>**VIZIO Updates SmartCast App for iOS in Preparation for Upcoming AirPlay 2 and HomeKit Support**<br><br>9to5Mac<br>By Chance Miller<br>April 1, 2019<br><br>Vizio was among a handful of TV manufacturers that announced AirPlay 2 and Home app support earlier this year. Now, the company is preparing its **SmartCast Mobile app** for AirPlay support.<br><br>**The latest update to the Vizio SmartCast Mobile app for iOS includes the groundwork necessary for the app to allow set up of AirPlay features. The set up is not yet available, but Vizio says it will be accessible via the side menu at a later date.**<br>To read this entire article, please click **here**<br><br>Source: https://www.vizio.com/en/news/2019/apr/vizio-updates-smartcast-app-for-ios-in-preparation-for-upcoming-airplay-2-and-homekit-support<br><br>**2. Via Chromecast Built-in**<br><br>**How do I stream apps like Netflix to my VIZIO SmartCast™ TV?**<br>• Download and open a Chromecast-enabled apps on your mobile device. Then tap the Cast button.<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf<br><br>**How to Cast your VIZIO SmartCast Devices** |

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=WGwtY5XmNSw
</td>
</tr>
<tr>
<td>and the wireless device includes wireless communication circuitry</td>
<td>
*The wireless device (e.g., VIZIO D-Series | D24f-G1) includes wireless communication circuitry (e.g., Wi-Fi module).*

**Wireless Device includes wireless communication circuitry:**

VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV | D24f-G1

Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1
</td>
</tr>
<tr>
<td>and memory storing device information related to the wireless device,</td>
<td>
*The wireless device (e.g., VIZIO D-Series | D24f-G1) includes memory storing device information (e.g., device name, model number, firmware/software updates, etc.) related to the wireless device.*

**Wireless Device includes memory for storing device information:**
</td>
</tr>
</table>

**Checking for System Updates**

**To check for a system update:**

**Menu** > **System** > **Check for Updates**

If an update is found, the TV will ask to confirm the update. If no update is found the screen will note ***The TV is up-to-date.***

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf




Source: https://www.youtube.com/watch?v=HSPI5LoVLhw&t=48s

**Wireless device transmitting stored device information to mobile information apparatus:**

1. **Via Vizio Mobile App/SmartCast App**

**Pairing your Phone to the VIZIO Mobile App**

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US |
| wherein the wireless device: (1) uses the wireless communication circuitry of the wireless device to wirelessly detect the mobile information apparatus, the wireless detection is based, at least in part, on physical distance between the wireless device and the mobile information apparatus, and the wireless detection of the mobile information apparatus includes either one of (i) the wireless device wirelessly detecting the mobile information apparatus or (ii) the mobile information apparatus wirelessly detecting the wireless device, and the wireless detection is further based, at least in part, on short range direct wireless communication between the wireless device and the mobile information apparatus; | *The wireless device (e.g., VIZIO D-Series \| D24f-G1) uses the wireless communication circuitry (e.g., Wi-Fi module) to wirelessly detect the mobile information apparatus (e.g., iOS or Android devices, etc.), the wireless detection is based, at least in part, on physical distance between the wireless device and the mobile information apparatus and the wireless detection of the mobile information apparatus includes the mobile information apparatus (e.g., Android/iOS devices) wirelessly detecting the wireless device, and the wireless detection is further based on short range direct wireless communication (e.g., Wi-Fi communication, etc.) between the wireless device and the mobile information apparatus.*<br><br>**<u>Mobile information apparatus wirelessly detecting wireless device:</u>**<br><br>**1. <u>Via Vizio Mobile App/SmartCast App</u>**<br><br>**Pairing your Phone to the VIZIO Mobile App**<br><br>Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br> |




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

2. **Via Chromecast Built-in**

**How do I stream apps like Netflix to my VIZIO SmartCast™ TV?**

- Download and open a Chromecast-enabled apps on your mobile device. Then tap the Cast button.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

### 3. Via Airplay




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| (2) uses the wireless communication circuitry of the wireless device to wirelessly transmit at least part of the device information that is stored in the memory of the wireless device, from the wireless device to the mobile information apparatus, the wireless transmission of the device information is based on the wireless device having wirelessly detected the mobile information apparatus in (1), and the wireless transmission of the device information is based, at least in part, on short range direct wireless communication between the wireless device and the mobile information apparatus; | *The wireless device (e.g., VIZIO D-Series \| D24f-G1) uses the wireless communication circuitry (e.g., Wi-Fi module) to wirelessly transmit at least part of the device information (e.g., device name, model number, etc.) that is stored in the memory of the wireless device to the mobile information apparatus (e.g., Android/iOS devices), the wireless transmission of the device information is based on the wireless device having wirelessly detected the mobile information apparatus in (1), and the wireless transmission of the device information is based, at least in part, on short range direct wireless communication (e.g., Wi-Fi communication, etc.) between the wireless device and the mobile information apparatus.*<br><br>**Wireless device transmitting device information to mobile information apparatus:**<br><br>1. **Via Vizio Mobile App/SmartCast App**<br><br>**Pairing your Phone to the VIZIO Mobile App**<br><br>Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br> |




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source:https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

**2. Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

Source: https://www.youtube.com/watch?v=WGwtY5XmNSw

(3) uses the wireless communication circuitry of the wireless device to wirelessly receive a service request or a connection request from the mobile information apparatus;

*The wireless device (e.g., VIZIO D-Series | D24f-G1) uses the wireless communication circuitry (e.g., Wi-Fi module, etc.) to wirelessly receive a connection request (e.g., tapping on the name of the wireless device on smartphone screen for connection, etc.) from the mobile information apparatus (e.g., Android/iOS devices)*

**Wireless device receives connection request from the mobile information apparatus:**

1. **Via Vizio Mobile App/SmartCast App**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.






4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

2. **Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| (4) uses the wireless communication circuitry of the wireless device to wirelessly establish a wireless communication link between the wireless device and the mobile information apparatus in response to having wirelessly received the service request or the connection request from the mobile information apparatus in (3), and the establishing of the wireless communication link being subsequent to having wirelessly transmitted at least part of the device information from the wireless device to the mobile information apparatus in (2); and | *The wireless device (e.g., VIZIO D-Series \| D24f-G1, etc.) uses the wireless communication circuitry (e.g., Wi-Fi module) to establish a wireless communication link (e.g., Wi-Fi communication link, etc.) between the wireless device and the mobile information apparatus (e.g., Android/iOS device) in response to having wirelessly received the connection request from the mobile information apparatus in (3), and the establishing of the wireless communication link being subsequent to having wirelessly transmitted at least part of the device information (e.g., device name, model number) from the wireless device to the mobile information apparatus in (2).*<br><br>**Wireless device establishes a Wi-Fi communication link with the mobile information apparatus:**<br><br>**1. Via Vizio Mobile App/SmartCast App**<br><br>**Pairing your Phone to the VIZIO Mobile App**<br><br>Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br> |




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source:https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

2. **Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

**3. Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
iPhone → LIVING ROOM TV
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
Apple Special Event
0:37 / 1:27

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| (5) uses the wireless communication circuitry of the wireless device to wirelessly receive, via the established wireless communication link in (4), data or information from the mobile information apparatus; and | *The wireless device (e.g., VIZIO D-Series \| D24f-G1) uses the wireless communication circuitry (e.g., Wi-Fi module) to wirelessly receive, via the established wireless communication link (e.g., Wi-Fi communication link, etc.), data or information (e.g., audio, video, etc.) from the mobile information apparatus (e.g., iOS or Android devices, etc.).*<br><br>**Wireless device receiving data from the mobile information apparatus:**<br><br>**1. Via Vizio Mobile App/SmartCast App**<br><br>Launched earlier this year, Vizio's SmartCast app is quite handy, tying together a number of apps like Hulu, Vudu, FandangoNow, Crackle, and Google Play Movies & TV with the ability to easily "cast" content to your TV. Today, it's getting even better as it has been updated with a simpler user interface, new tutorials, and content catalog updates.<br><br>"One of the key Vizio SmartCast differentiators when compared to traditional smart TV platforms is our ability to continuously enhance the experience with quick improvements which any user can enjoy right from their own mobile device," Vizio chief technology officer Matt McRae said in a statement. "The latest round of enhancements were designed to further simplify consumer interaction with the SmartCast app, giving users quicker access to controls, content and more."<br><br>Source:https://www.vizio.com/en/news/2017/jan/vizios-updated-smartcast-app-is-simpler-to-use-with-better-recommedations |

The VIZIO SmartCast app home screen also now includes a convenient Cast Apps section, featuring popular Chromecast-enabled apps like Netflix, XUMO and Pluto TV for quick accessibility. When a user selects a given app, it will launch on the user's mobile device, or if the app is not yet installed on their device, the user will be sent directly to the iTunes App Store or Google Play Store to download the desired Chromecast-enabled app. Also, popular Chromecast-enabled apps can be found using the search function within the VIZIO SmartCast app. For example, Netflix and other in-demand apps now also appear in search results, allowing users to quickly download the app before using it in its native form.

Source: https://www.vizio.com/en/press/2017/jan/vizio-unveils-new-features-and-ui-for-smartcast-app

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

TIDAL | VIZIO

**Play TIDAL on VIZIO.**

Enjoy your favorite music, videos, interviews, and livestreams from anywhere in the home on your VIZIO SmartCast™ TV.

Source: https://web.archive.org/web/20210316091935/https://tidal.com/partners/vizio

| | |
|---|---|
| | To stream directly to your Vizio device, you can use the Vizio SmartCast App which will allow you to control and play content on your Vizio TV from your TIDAL app.<br><br>Source: https://web.archive.org/web/20210420063113/https://support.tidal.com/hc/en-us/articles/360004208178-Vizio<br><br>**2. Via Chromecast Built-in**<br><br>**How do I stream apps like Netflix to my VIZIO SmartCast™ TV?**<br><br>• Download and open a Chromecast-enabled apps on your mobile device. Then tap the Cast button.<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf<br><br>**How to Cast your VIZIO SmartCast Devices**<br><br>Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US<br><br>**3. Via Airplay** |


How to use Apple AirPlay
Step 1
Connect your device to the same Wi-Fi network as your VIZIO TV.
9:41
Settings
Wi-Fi
Wi-Fi
Home Wi-Fi
CHOOSE A NETWORK...
Free Public Wifi
Other...
Ask to Join Networks
0:25 / 1:27


How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27

<table>
<tr>
<td></td>
<td>




Source: https://www.youtube.com/watch?v=WGwtY5XmNSw
</td>
</tr>
<tr>
<td>wherein, subsequent to the wireless detection in step (1) or subsequent to having wirelessly transmitted the device information, related to the wireless device, from the wireless device to the mobile information apparatus in step (2), the wireless device is operable to repeat one or more other steps that include step (3), step (4), or step (5), without the need to repeat at least part of step (1) and step (2).</td>
<td>
The wireless device (e.g., VIZIO D-Series | D24f-G1) is operable to repeat the step of establishing wireless communication link (e.g., Wi-Fi communication link, etc.) and/or receiving the data (e.g., songs, music, videos, etc.) without repeating the steps of wireless detection and transmission of information (e.g., device name, model number, etc.). Vizio TVs store a list of devices (e.g., Android/iOS devices) connected to the TV to allow future connections to the Android/iOS devices without having to repeat the wireless detection step or the transmission of device information step.

<u>Wireless device repeats step (3), (4) or (5):</u>

1. <u>Via Vizio Mobile App/SmartCast App</u>

Pairing your Phone to the VIZIO Mobile App
</td>
</tr>
</table>

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

**I'm having an issue with the VIZIO App.**

- Close the application and open it again.
- Reboot the tablet or smart device by holding the power button, select the power off option, and then power it on again. While doing this also power off the VIZIO device.
- If using an Android Device, go into the device settings, select Apps, then select the VIZIO App and press the Force Stop button. If it is still having the same issue, do this again and select Clear Data. this will clear all the app data so you will need to re-pair the device to any Displays it may have been paired to.
- Try deleting and reinstalling the application by tapping and holding the application and then deleting the app as you would any other application. Once the application has been uninstalled, go into the Google Play Store or iOS app store and reinstall the application.

GET IT ON Google Play    Download on the App Store

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

**If the buttons still aren't working, try the following.**

- Close the app and open it again.
- Reboot the tablet or smart device by holding the power button, select the power off option, then power it on again. While doing this, also power off the VIZIO device.
- Unpair your VIZIO TV. Open the TV Settings menu > System > Mobile Devices > Tap the (-) icon > Confirm the Unpairing step.

Source: https://vizio.my.site.com/s/article/VIZIO-Mobile-App-FAQs?language=en_US

**2. Chromecast Built-in**

**How to Cast your VIZIO SmartCast Devices**

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

# Integrate Cast Into Your Android App

## App flow

The following steps describe the typical high-level execution flow for a sender Android app:

- The Cast framework automatically starts `MediaRouter` device discovery based on the `Activity` lifecycle.
- When the user clicks on the Cast button, the framework presents the Cast dialog with the list of discovered Cast devices.
- When the user selects a Cast device, the framework attempts to launch the Web Receiver app on the Cast device.
- The framework invokes callbacks in the sender app to confirm that the Web Receiver app was launched.
- The framework creates a communication channel between the sender and Web Receiver apps.
- The framework uses the communication channel to load and control media playback on the Web Receiver.
- The framework synchronizes the media playback state between sender and Web Receiver: when the user makes sender UI actions, the framework passes those media control requests to the Web Receiver, and when the Web Receiver sends media status updates, the framework updates the state of the sender UI.
- When the user clicks on the Cast button to disconnect from the Cast device, the framework will disconnect the sender app from the Web Receiver.

Source: https://developers.google.com/cast/docs/android_sender/integrate

**3. Via Airplay**

| | |
|---|---|
| | How to use Apple AirPlay<br>Step 1<br>Connect your device to the same Wi-Fi network as your VIZIO TV.<br>Settings<br>Wi-Fi<br>Home Wi-Fi<br>CHOOSE A NETWORK...<br>Free Public Wifi<br>Other...<br>Ask to Join Networks<br>0:25 / 1:27<br>How to use Apple AirPlay<br>Step 2<br>Choose the app you want to stream from.<br>0:28 / 1:27<br>How to use Apple AirPlay<br>Step 3<br>Tap the AirPlay icon.<br>0:32 / 1:27 |

| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |

| | |
|---|---|
| | <br>Source: https://support.apple.com/en-us/102661 |
| 9. The wireless device according to claim 8, wherein the device information, wirelessly transmitted to the mobile information apparatus, includes at least one of identification information, identity information, capability information, compatibility information, a name, service information, security information, a PIN, biometric information, or authentication information, individually or in any combination; and wherein the wireless transmitting of the device information from the wireless device to the mobile information apparatus is to facilitate, at least in part, the mobile information apparatus identifying or selecting the wireless device for making the service request or the connection request to the wireless device. | *The wireless device (e.g., VIZIO D-Series \| D24f-G1) transmits its identification information (e.g., device name, model number, etc.) to the mobile information apparatus (e.g., Android and iOS device). The device information includes identification information, identity information, a name, etc., the wireless transmitting of the device information from the wireless device to the mobile information apparatus to facilitate, at least in part, the mobile information apparatus identifying or selecting the wireless device for making the connection request (e.g., tapping on the name of the wireless device on smartphone screen for connection, etc.) to the wireless device.*<br><br>**Wireless device transmitting device information to mobile information apparatus:**<br><br>**1. Via Vizio Mobile App/SmartCast App**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source:https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

**2. Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

3. **Via Airplay**






| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |
| 11. The wireless device according to claim 8, wherein the wireless device includes one or more chips or chipsets, and the wireless communication circuitry either includes the one or more chips or chipsets, or is part of the one or more chips or chipsets; and wherein the one or more chips or chipsets are compatible, at least in part, to at least a protocol within Bluetooth specifications or within IEEE 802.11 standards, and the wireless device uses the one or more chips or chipsets for establishing the wireless communication link that is | *The wireless device (e.g., VIZIO D-Series \| D24f-G1) includes one or more chips or chipsets, and the wireless communication circuitry (e.g., Wi-Fi module, etc.) is part of the one or more chips or chipsets and wherein the one or more chips or chipsets are compatible, at least in part, with at least a protocol within IEEE 802.11 standards, and the wireless device uses the one or more chips or chipsets for establishing the wireless communication link (e.g., Wi-Fi Communication link, etc.) that is compatible with at least part of a protocol within IEEE 802.11 standards.*<br>**Wireless Device includes wireless communication chips:**<br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

<table>
<tr>
<td>compatible with at least part of a protocol within Bluetooth specifications or within IEEE 802.11 standards.</td>
<td>
Connectivity<br><br>
Protocol Wi-Fi — 802.11bgn<br>
Ethernet — 1 (rear)<br>
USB Ports — 1 (rear)<br>
TV Tuner — Yes<br><br>
Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>
<u>Wireless device establishes Wi-Fi communication link with the mobile information apparatus:</u><br><br>
1. <u>Via Vizio Mobile App/SmartCast App</u><br><br>
Pairing your Phone to the VIZIO Mobile App
</td>
</tr>
</table>

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

**2. Via Chromecast Built-in**

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

**3. Via Airplay**




How to use Apple AirPlay
Step 2
Choose the app you want to stream from.
0:28 / 1:27


How to use Apple AirPlay
Step 3
Tap the AirPlay icon.
0:32 / 1:27


How to use Apple AirPlay
Step 4
Select your VIZIO TV.
The Spoils of War
Game of Thrones
iPhone
Living Room TV
Bedroom Apple TV
Kitchen
0:37 / 1:27

<table>
<tr><td></td><td>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw</td></tr>
<tr><td>14. The wireless device according to claim 11, wherein the wireless device further includes an interface with at least one of a button, a display, a voice command interface, or other interface controls operable by a user, and</td><td>The wireless device (e.g., VIZIO D-Series | D24f-G1) includes an interface (e.g., display screen, graphical user interface on the display, on screen keyboard, power/input button, remote control) with at least one of a button, a display, a voice command interface, or other interface controls operable by a user operable by a user.<br><br><u>Wireless Device includes interfaces:</u><br><br>VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV | D24f-G1<br><br><br><br><br>Key Specs<br><br>
<table>
<tr><td>Class Size</td><td>24"</td></tr>
<tr><td>Viewable Display Size</td><td>23.50" (596.9mm)</td></tr>
<tr><td>Resolution</td><td>1920 x 1080</td></tr>
<tr><td>Aspect Ratio</td><td>16:9</td></tr>
<tr><td>Backlight Type</td><td>Full Array LED</td></tr>
<tr><td>Dynamic Contrast Ratio</td><td>5000:1</td></tr>
<tr><td>Active Pixel Tuning</td><td>No</td></tr>
<tr><td>Refresh Rate</td><td>60Hz</td></tr>
<tr><td>Display Processor</td><td>Six-Core Processor</td></tr>
</table>
</td></tr>
</table>

Source: https://www.vizio.com/en/tv/d-series/D24f-G1




## USING THE REMOTE

Note that specific buttons may vary depending on your model.

| | | | |
|---|---|---|---|
| ⏻ | **Power** Turn television on or off | V or ⌂ | **SmartCast Home℠ Button** Launch SmartCast Home/Return to SmartCast Home Screen |
| INPUT | **Input** Change the currently displayed input | | |
| | **App Launcher** Quickly launch the pictured app | CC | **Closed Caption** Open the closed caption menu *Open Accessibility menu by holding down this button for 5 seconds.* |
| MENU | **Menu** Display the settings menu | | **Mute** Turn the audio on or off |
| EXIT | **Exit** Close the on-screen menu | | **Last** Return to the channel last viewed |
| | **Arrow Buttons** Navigate the on-screen menus | 1 2 3 4 5 6 7 8 9 0 | **Number Pad** Manually enter a channel |
| | **OK/Play/Pause** Select the highlighted menu option and play or pause content | | |
| BACK | **Back** Go to the previous on-screen menu | PIC | **Pic** Cycle through the different picture setting modes *Enabled/disable talk back feature** |
| INFO | **Info** Display the info window | – | **Dash** Use with number pad to manually enter a digital sub-channel (for example, 18-4 or 18-5) |
| WatchFree | **WatchFree™** Access WatchFree channels *(not available in Canada)* | | **Wide** Change the picture display size/aspect ratio *Enable/disable zoom mode** |
| + VOL – | **Volume Up/Down** Increase or decrease the loudness of the audio | + CH – | **Channel Up/Down** Change the channel |

| | |
|---|---|
| | **Changing the TV Name**<br>Naming your TV helps differentiate it from other cast devices you may have in your home.<br>**To edit your TV name:**<br>**Menu** > **System** > **TV Name** > *Enter a Name*<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf<br><br>Source: https://www.youtube.com/watch?v=ey6iidrDpWI |
| wherein the wireless detection of the mobile information apparatus or the wireless detection by the mobile information apparatus is subsequent to having received, via the interface of the wireless device, at least an indication for initiating the wireless detection; and | *The wireless detection by the mobile information apparatus (e.g., Android/iOS device) is subsequent to having received, via the interface (e.g., graphical user interface (GUI), remote control, buttons, etc.) of the wireless device (e.g., VIZIO D-Series \| D24f-G1) at least an indication (e.g., connecting to a Wi-Fi network, etc.) for initiating the wireless detection.*<br><br>**Wireless Device receives an indication for enabling wireless detection:**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

# Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.

The first time you turn on the TV, the on-screen instructions will guide you through each of the steps necessary to get your TV ready for use:




4. Choose your Wi-Fi network and enter the password

## ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > *Choose your network* > *Enter in the password* > **Connect**




**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

## How to Connect to WiFi on Vizio D-series Smart TV



| | |
|---|---|
| | Network<br>Back<br>FREE CHANNELS<br>EXTRAS<br>LEARN<br>OFFICE<br>Wired Connection<br>Disconnected<br>Wireless Access Points<br>ATTrM9htwa<br>Satcom 17<br>valle google<br>IsaacTech66<br>More Access Points<br>Manual Setup<br>Hidden Network<br>Test Connection<br>REMEMBER WHERE YOU CAME FROM<br>ALL AMERICAN<br>CHANNEL<br>TRUMP<br>IMPEACHMENT<br>PERFECT MATCH<br>now we are going to try to connect to<br>isaac tech 66<br>NETFLIX<br>hulu<br>tv<br>tubi<br>peacock<br>0:33 / 0:59 • Connect to WiFiConnect to Access Point<br>Back<br>WPA2-PSK<br>AES<br>Enter your WPA2 passphrase.<br>*******8_<br>a b c d e f g h i<br>j k l m n o p q r<br>s t u v w x y z 0<br>1 2 3 4 5 6 7 8 9<br>.@# äêí Space<br>Connect |

| | |
|---|---|
| | <br>Source: https://www.youtube.com/watch?v=DqXllkBT8i0 |
| wherein the mobile information apparatus is at least one of a smart phone, an information pad, an Internet-Phone, a digital camera, an e-book, or an Internet appliance, individually or in any combination. | *The mobile information apparatus (e.g., Android/iOS device) can be a smart phone.*<br><br>**Mobile information Apparatus**<br>**Android device**<br><br><br><br>COMMS: WLAN – Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct; Bluetooth – 5.0, A2DP, LE, aptX HD; Positioning – GPS, GLONASS, GALILEO, QZSS, BDS; NFC – Yes; Radio – No; USB – USB Type-C 3.1<br><br>Source: https://www.gsmarena.com/google_pixel_5-10386.php |

| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

| | |
|---|---|
| | Pixel 5 phone (2020)<br><br>Pixel 5<br><br>**Operating system** Android 11<br><br>**Wireless and Location**<br>• Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®11 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>**[US]**<br>• GPS, GLONASS, Galileo, QZSS<br>**[ROW]**<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic<br><br>Source: https://support.google.com/pixelphone/answer/7158570<br><br>**iOS device**<br><br>iPhone 12 – Technical Specifications<br><br><br><br>**Cellular and Wireless**<br>▪ **Model A2172***<br>5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)<br>5G NR mmWave (Bands n260, n261)<br>FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)<br>TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>CDMA EV-DO Rev. A (800, 1900 MHz)<br>UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>GSM/EDGE (850, 900, 1800, 1900 MHz)<br>▪ **All models**<br>5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]<br>Gigabit LTE with 4x4 MIMO and LAA[6]<br>Wi-Fi 6 (802.11ax) with 2x2 MIMO<br>Bluetooth 5.0<br>Ultra Wideband chip for spatial awareness[7]<br>NFC with reader mode<br>Express Cards with power reserve<br><br>For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.<br><br>Source: https://support.apple.com/kb/SP830?locale=en_US |

| | |
|---|---|
| 15. The wireless device according to claim 8, wherein the wireless device includes an output device, and the wireless device is embodied as one or more of a display device, a projection device, a printer, a television, or a television controller device connectable to a television, individually or in any combination, and wherein the data or the information wirelessly received in (5) includes digital content for outputting or for playing at the output device. | *The wireless device (e.g., VIZIO D-Series \| D24f-G1), includes an output device (e.g., display screen, speakers, etc.), and the wireless device is embodied as one or more of a display device and a television, and wherein the data or the information wirelessly received in (5) includes digital content (e.g., videos, photos, music, etc.) for outputting or for playing at the output device.*<br><br>**<u>Wireless Output Device – Vizio D-Series TV:</u>**<br><br>VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1<br><br><br><br>Stream Everything You Love<br><br>Access your favorite apps, cast from your phone, or watch hundreds of free channels.<br><br>Built in:<br><br>SmartCast™ OS |

## Key Specs

| | |
|---|---|
| Class Size | 24" |
| Viewable Display Size | 23.50" (596.9mm) |
| Resolution | 1920 x 1080 |
| Aspect Ratio | 16:9 |
| Backlight Type | Full Array LED |
| Dynamic Contrast Ratio | 5000:1 |
| Active Pixel Tuning | No |
| Refresh Rate | 60Hz |
| Display Processor | Six-Core Processor |

## Audio

| | |
|---|---|
| Speakers | 2 watts x 2 |

## More Detail with High Definition

With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Wireless device receiving data from the mobile information apparatus:**

1. **Via Vizio Mobile App/SmartCast App**

| | |
|---|---|
| | To connect your Android phone to a VIZIO SmartCast TV, follow these steps:<br><br>1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.<br>2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.<br><br>**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.<br><br>1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.<br>2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.<br>3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.<br>4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.<br><br>Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/<br><br>**2. Via Chromecast Built-in**<br><br>**How to Cast your VIZIO SmartCast Devices**<br><br>Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br><br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon  .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br><br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |

**3. Via Airplay**









| | |
|---|---|
| | <br><br>Source: https://www.youtube.com/watch?v=WGwtY5XmNSw |