# EXHIBIT 22

# Application of U.S. Patent No. 10,140,073 to the Accused Sound Bars*†

* The term "Accused Sound Bars" refers to Vizio's sound bars, including but not limited to, Elevate, M-Series, and V-Series Sound Bars, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

<table>
<tr><th colspan="2">Application of U.S. Patent No. 10,140,073 to the Accused Sound Bars</th></tr>
<tr>
<td>8. A wireless device for establishing a wireless connection with a mobile information apparatus, the wireless device being a distinct device from the mobile information apparatus,</td>
<td>
A wireless device (e.g., Vizio P514a-H6 Sound Bar, etc.) for establishing a wireless connection (e.g., Bluetooth and/or Wi-Fi connection, etc.) with a mobile information apparatus i.e., smartphone.<br>
The wireless device (e.g., Vizio P514a-H6 Sound Bar, etc.) is a distinct device from the mobile information apparatus.<br><br>
<u>Wireless Device - Vizio P514a-H6 Sound Bar</u><br><br>


<table>
<tr><td>HDMI Inputs</td><td>2</td></tr>
<tr><td>HDMI eARC</td><td>Yes</td></tr>
<tr><td>Optical</td><td>Yes</td></tr>
<tr><td>USB</td><td>Yes, for .WAV Audio Playback</td></tr>
<tr><td>Voice Assistant Input</td><td>Yes</td></tr>
<tr><td>Analog</td><td>Yes, 3.5mm stereo mini jack</td></tr>
<tr><td>Wi-Fi</td><td>802.11n</td></tr>
<tr><td>Bluetooth</td><td>Yes</td></tr>
<tr><td>Bluetooth Version</td><td>4.1</td></tr>
</table>
Easy streaming.<br>
With built-in Bluetooth and Chromecast, it's easy to stream music, podcasts, and more from popular Chromecast-enabled apps like Spotify, Pandora, and iHeartRadio.
</td>
</tr>
</table>




Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6

**Mobile Information Apparatus - Smartphone**




| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source: https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| | |
|---|---|
| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®11 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source: https://support.google.com/pixelphone/answer/7158570

**Vizio sound bar establishing Bluetooth connection with smartphone:**

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.



Bluetooth Device

Button located on the side.

The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

**Vizio sound bar establishing Wi-Fi connection with smartphone:**

*Note: The Vizio SmartCast App was renamed as the Vizio Mobile App. It includes multiple Chromecast built-in enabled apps to transfer data to the wireless device.*




Source: https://www.manua.ls/vizio/p514a-h6/manual




Source: https://apps.apple.com/us/app/vizio-mobile/id1054033219

**Download the VIZIO SmartCast Mobile™ app.**

This free app allows you to:

- Connect your sound bar to Wi-Fi
- Enable free sofware updates
- Control with your phone/tablet
- Easily optimize audio settings
- Stream your favorite audio apps with Chromecast built-in™

GET IT ON Google Play

Download on the App Store

Source: https://cdn.vizio.com/misc/KBImages/models/p514ah6/P514-H6_QSG.pdf

# VIZIO Mobile

VIZIO

Contains ads




About this app →

We've updated our app name to VIZIO Mobile, you may have downloaded the app when it was called "VIZIO SmartCast Mobile."

With VIZIO Mobile, you can control your entire entertainment experience with your Mobile Device. Browse & discover movies, TV shows, music, live streams and more across multiple apps at once. Power on/off devices, play/pause content, modify advanced settings and more.

...

Source: https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl

<table>
<tr>
<td></td>
<td>



Source: https://www.vizio.com/en/mobile

Pairing your Phone to the VIZIO Mobile App
</td>
</tr>
</table>

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**How to Cast your VIZIO SmartCast Devices**<br><br>Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| and the wireless device includes wireless communication circuitry | *The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) includes wireless communication circuitry (e.g., Bluetooth and/or Wi-Fi module, etc.).*<br><br>**<u>Wireless Device - Vizio P514a-H6 Sound Bar</u>**<br><br> |

<table>
<tr>
<td></td>
<td>
HDMI Inputs | 2<br>
HDMI eARC | Yes<br>
Optical | Yes<br>
USB | Yes, for .WAV Audio Playback<br>
Voice Assistant Input | Yes<br>
Analog | Yes, 3.5mm stereo mini jack<br>
Wi-Fi | 802.11n<br>
Bluetooth | Yes<br>
Bluetooth Version | 4.1<br>
<br>
**Easy streaming.**<br>
With built-in Bluetooth and Chromecast, it's easy to stream music, podcasts, and more from popular Chromecast-enabled apps like Spotify, Pandora, and iHeartRadio.<br>
<br>
Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6
</td>
</tr>
<tr>
<td>and memory storing device information related to the wireless device,</td>
<td>
*The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) includes memory storing device information (e.g., device name, model number, software updates, etc.) related to the wireless device.*<br>
<br>
**Wireless Device - Vizio Sound Bar P514a-H6**<br>
<br>

<br>
Source: https://www.manua.ls/vizio/p514a-h6/manual
</td>
</tr>
</table>

| | |
|---|---|
| | "Device discovery is a scanning procedure that searches the local area for Bluetooth-enabled devices and requests some information about each one. This process is sometimes referred to as discovering, inquiring, or scanning. A nearby Bluetooth device responds to a discovery request only if it is currently accepting information requests by being discoverable. ***<u>If a device is discoverable, it responds to the discovery request by sharing some information, such as the device's name, its class, and its unique MAC address.</u>*** Using this information, the device that is performing the discovery process can then choose to initiate a connection to the discovered device."<br><br>Source:<br>https://web.archive.org/web/20210623064952/https://developer.android.com/guide/topics/connectivity/bluetooth/find-bluetooth-devices |
| wherein the wireless device: (1) uses the wireless communication circuitry of the wireless device to wirelessly detect the mobile information apparatus, the wireless detection is based, at least in part, on physical distance between the wireless device and the mobile information apparatus, and the wireless detection of the mobile information apparatus includes either one of (i) the wireless device wirelessly detecting the mobile information apparatus or (ii) the mobile information apparatus wirelessly detecting the wireless device, and the wireless detection is further based, at least in part, on short range direct wireless communication between the wireless device and the mobile information apparatus; | *The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) uses the wireless communication circuitry (e.g., Bluetooth and/or Wi-Fi module, etc.) to enable the mobile information apparatus wirelessly detecting (e.g., finding of nearby devices) the wireless device based, at least in part, on physical distance and on short range wireless communication (e.g., Bluetooth and/or Wi-Fi communication) between the wireless device and the mobile information apparatus.*<br><br>**<u>Smartphone wirelessly detecting Vizio sound bar via Bluetooth connection:</u>**<br> |

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.



**Bluetooth Device** **Button located on the side.**

The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

**Smartphone wirelessly detecting Vizio sound bar via W-Fi connection:**

*Note: Smartphone with the SmartCast app can discover the wireless device and when both the devices are on the same Wi-Fi network.*

## Pairing your Phone to the VIZIO Mobile App

| | |
|---|---|
| | Pairing your Phone to the VIZIO Mobile App is fast and simple. |

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**How to Cast your VIZIO SmartCast Devices**<br><br>Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| (2) uses the wireless communication circuitry of the wireless device to wirelessly transmit at least part of the device information that is stored in the memory of the wireless device, from the wireless device to the mobile information apparatus, the wireless transmission of the device information is based on the wireless device having wirelessly detected the mobile information apparatus in (1), and the wireless transmission of the device information is based, at least in part, on short range direct wireless communication between the wireless device and the mobile information apparatus; | *The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) uses the wireless communication circuitry (e.g., Bluetooth and/or Wi-Fi module, etc.) to transmit at least part of the device information (e.g., device name, model number, etc.) that is stored in the memory of the wireless device to the mobile information apparatus, after the wireless detection (e.g., finding nearby devices) by the mobile information apparatus.*<br>*Further, the wireless transmission of the device information is based, at least in part, on short range direct wireless communication (e.g., Bluetooth and/or Wi-Fi communication) between the wireless device and the mobile information apparatus.*<br><br>**<u>Sound Bar transmitting device information to smartphone over Bluetooth connection:</u>** |

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.



**Bluetooth Device** **Button located on the side.**

The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

**<u>Sound Bar transmitting device information to smartphone over Wi-Fi connection:</u>**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

# How to Cast your VIZIO SmartCast Devices

| | |
|---|---|
| | Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| (3) uses the wireless communication circuitry of the wireless device to wirelessly receive a service request or a connection request from the mobile information apparatus; | *The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) uses the wireless communication circuitry (e.g., Bluetooth and/or Wi-Fi module, etc.) to wirelessly receive a service request or a connection request (e.g., tapping on the name of the wireless device on smartphone screen, etc.) from the mobile information apparatus.*<br><br>**Sound Bar receiving service request from smartphone over Bluetooth connection:** |

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.



**Bluetooth Device** **Button located on the side.**

The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

**Sound Bar receiving service request from smartphone over Wi-Fi connection:**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

# How to Cast your VIZIO SmartCast Devices

| | |
|---|---|
| | Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| (4) uses the wireless communication circuitry of the wireless device to wirelessly establish a wireless communication link between the wireless device and the mobile information apparatus in response to having wirelessly received the service request or the connection request from the mobile information apparatus in (3), and the establishing of the wireless communication link being subsequent to having wirelessly transmitted at least part of the device information from the wireless device to the mobile information apparatus in (2); and | *The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) uses the wireless communication circuitry (e.g., Bluetooth and/or Wi-Fi module, etc.) to establish a wireless communication link (e.g., Bluetooth and/or Wi-Fi link, etc.) with the mobile information apparatus in response to having wirelessly received the service request or the connection request (e.g., tapping on the name of the wireless device on smartphone screen, etc.) from the mobile information apparatus in (3), and the establishing of the wireless communication link being subsequent to having wirelessly transmitted at least part of the device information (e.g., device name, etc.) from the wireless device to the mobile information apparatus in (2).*<br><br>**<u>Sound Bar establishes Bluetooth connection with smartphone:</u>** |

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.




The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

**Sound Bar establishes Wi-Fi connection with smartphone:**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.

3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

# How to Cast your VIZIO SmartCast Devices

| | |
|---|---|
| | Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| (5) uses the wireless communication circuitry of the wireless device to wirelessly receive, via the established wireless communication link in (4), data or information from the mobile information apparatus; and | *The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) uses the wireless communication circuitry (e.g., Bluetooth and/or Wi-Fi module, etc.) to receive data or information (e.g., audio, music, etc.) from the mobile information apparatus via the established wireless communication link (e.g., Bluetooth and/or Wi-Fi communication link) in (4).*<br><br>**Sound Bar receiving data from smartphone over Bluetooth connection:** |

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.



**Bluetooth Device** **Button located on the side.**

The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

1. Your sound bar supports music streaming from devices with Bluetooth capability.
(Device compatibility will vary, see your device's documentation for more information.)
2. Once you have paired your source device to the sound bar your device should remain paired (within range).
3. If the source is changed back to Bluetooth, any paired Bluetooth device will reconnect automatically.
4. If the input is changed or if Auto VA is set to off/AUX, the Bluetooth device will disconnect.

Source: https://www.manua.ls/vizio/p514a-h6/manual

**Sound Bar receiving data from smartphone over Wi-Fi connection via Casting:**

## Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

# How to Cast your VIZIO SmartCast Devices

| | |
|---|---|
| | Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| wherein, subsequent to the wireless detection in step (1) or subsequent to having wirelessly transmitted the device information, related to the wireless device, from the wireless device to the mobile information apparatus in step (2), the wireless device is operable to repeat one or more other steps that include step (3), step (4), or step (5), without the need to repeat at least part of step (1) and step (2). | *The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) is operable to repeat the step of establishing wireless communication link (e.g., Bluetooth and/or Wi-Fi communication link, etc.) and/or receiving the data (e.g., songs, music, etc.) without repeating the steps of wireless detection and transmission of information (e.g., device name, etc.).*<br>*In Bluetooth communication, the wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) stores the pairing information (e.g., name/ID/BD_ADDR of the connected device in its memory). These details are used by the sound bar to automatically reconnect to the last connected device when the Bluetooth is turned on without need to repeat at least part of the steps from (1) to (2).*<br><br>**Bluetooth connection:** |

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.



**Bluetooth Device** **Button located on the side.**

The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

1. Your sound bar supports music streaming from devices with Bluetooth capability.
(Device compatibility will vary, see your device's documentation for more information.)
2. Once you have paired your source device to the sound bar your device should remain paired (within range).
3. If the source is changed back to Bluetooth, any paired Bluetooth device will reconnect automatically.
4. If the input is changed or if Auto VA is set to off/AUX, the Bluetooth device will disconnect.

Source: https://www.manua.ls/vizio/p514a-h6/manual

For Bluetooth-enabled devices to transmit data between each other, they must first form a channel of communication using a pairing process. One device, a discoverable device, makes itself available for incoming connection requests. Another device finds the discoverable device using a service discovery process. After the discoverable device accepts the pairing request, the two devices complete a bonding process in which they exchange security keys. The devices cache these keys for later use. After the pairing and bonding processes are complete, the two devices exchange information. When the session is complete, the device that initiated the pairing request releases the channel that had linked it to the discoverable device. The two devices remain bonded, however, so they can reconnect automatically during a future session as long as they're in range of each other and neither device has removed the bond.

Source: https://developer.android.com/guide/topics/connectivity/bluetooth

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

| | |
|---|---|
| | **<u>Wi-Fi Communication:</u>**<br><br>***ReconnectionService*** *framework enables the wireless device to re-establish the wireless communication link (akin to step 4 of establishing a Cast link when interrupted) and/or continue sending data or information like playing songs (akin to step 5) without necessitating the repetition of at least part of the initial detection (step 1) and transmission of device information (step 2).*<br><br>Automatic reconnection<br><br>The framework provides a `ReconnectionService` which can be enabled by the sender app to handle reconnection in many subtle corner cases, such as:<br>• Recover from a temporary loss of WiFi<br>• Recover from device sleep<br>• Recover from backgrounding the app<br>• Recover if the app crashed<br><br>This service is turned on by default, and can be turned off in `CastOptions.Builder`.<br><br>This service can be automatically merged into your app's manifest if auto-merge is enabled in your gradle file.<br><br>The framework will start the service when there is a media session, and stop it when the media session ends.<br><br>Source: https://developers.google.com/cast/docs/android_sender/integrate<br><br>ReconnectionService<br><br>public class **ReconnectionService** extends Service<br><br>A service to run in the background when the playback of a media starts, to help with reconnection if needed. Due to various reasons, connectivity to the cast device can be lost; for example wifi radio may turn off when device goes to sleep or user may step outside of the wifi range, etc. This service helps with recovering the connectivity when circumstances are right, for example when user steps back within the wifi range, etc. In order to avoid ending up with a background service that lingers around longer than it is needed, this implementation uses certain heuristics to stop itself when needed. Using of this service is enabled by default. It can be disabled via `CastOptions.Builder.setEnableReconnectionService(boolean)`. When enabled, this service will be started only when there is an ongoing cast session.<br><br>Source:<br>https://developers.google.com/android/reference/com/google/android/gms/cast/framework/ReconnectionService |
| 9. The wireless device according to claim 8, wherein the device information, wirelessly transmitted to the mobile information apparatus, includes at least one of identification information, identity information, capability information, compatibility information, a name, service information, security information, a PIN, biometric information, or | *The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) uses the wireless communication circuitry (e.g., Bluetooth and/or Wi-Fi module) to transmit at least part of the device information (e.g., device name, model number, etc.) to the mobile information apparatus.*<br><br>**<u>Sound Bar transmitting device information to smartphone over Bluetooth connection:</u>** |

| | |
|---|---|
| authentication information, individually or in any combination; and | **Bluetooth® Pairing**<br><br>To pair the sound bar with a Bluetooth device:<br>1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.<br>2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.<br>3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.<br><br><br><br>**Bluetooth Device** **Button located on the side.**<br><br>The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.<br><br>ENG - 26<br><br>Source: https://www.manua.ls/vizio/p514a-h6/manual<br><br>**<u>Sound Bar transmitting device information to smartphone over Wi-Fi connection:</u>**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

| | |
|---|---|
| | Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br><br><br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br><br><br><br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**How to Cast your VIZIO SmartCast Devices** |

| | |
|---|---|
| | Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>• Open your favorite streaming app on your phone or tablet.<br>• Tap the Cast icon .<br>• Choose your VIZIO SmartCast device from the list that pops up.<br>• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>Having trouble getting the show on the road? No worries, let's sort it out together:<br>• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br><br>Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US |
| wherein the wireless transmitting of the device information from the wireless device to the mobile information apparatus is to facilitate, at least in part, the mobile information apparatus identifying or selecting the wireless device for making the service request or the connection request to the wireless device. | *The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) transmits the device information to the mobile information apparatus is to facilitate, at least in part, the mobile information apparatus identifying or selecting (e.g., tapping on the name of the wireless device on smartphone screen) the wireless device for making the service request or the connection request to the wireless device.*<br><br>**Sound Bar receiving service request from smartphone over Bluetooth connection:** |

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.




The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

**<u>Sound Bar receiving service request from smartphone over Wi-Fi connection:</u>**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

# How to Cast your VIZIO SmartCast Devices

<table>
<tr>
<td></td>
<td>
Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!<br><br>
Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:<br>
• Open your favorite streaming app on your phone or tablet.<br>
• Tap the Cast icon .<br>
• Choose your VIZIO SmartCast device from the list that pops up.<br>
• Start playing your video or music and it will magically appear on your TV or speaker!<br><br>
Having trouble getting the show on the road? No worries, let's sort it out together:<br>
• Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.<br>
• Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.<br>
• Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.<br>
• If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.<br>
• Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.<br>
• Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.<br><br>
If you still need help, click here to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!<br>
Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US
</td>
</tr>
<tr>
<td>11. The wireless device according to claim 8, wherein the wireless device includes one or more chips or chipsets, and the wireless communication circuitry either includes the one or more chips or chipsets, or is part of the one or more chips or chipsets; and wherein the one or more chips or chipsets are compatible, at least in part, to at least a protocol within Bluetooth specifications or within IEEE 802.11 standards,</td>
<td>
The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) includes a wireless communication circuitry (e.g., Bluetooth and/or Wi-Fi module) which is compatible with protocols under Bluetooth and/or IEEE 802.11 standards.<br><br>
<u>Wireless Device - Vizio P514a-H6 Sound Bar</u><br>


</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>
<table>
<tr><td>HDMI Inputs</td><td>2</td></tr>
<tr><td>HDMI eARC</td><td>Yes</td></tr>
<tr><td>Optical</td><td>Yes</td></tr>
<tr><td>USB</td><td>Yes, for .WAV Audio Playback</td></tr>
<tr><td>Voice Assistant Input</td><td>Yes</td></tr>
<tr><td>Analog</td><td>Yes, 3.5mm stereo mini jack</td></tr>
<tr><td>Wi-Fi</td><td>802.11n</td></tr>
<tr><td>Bluetooth</td><td>Yes</td></tr>
<tr><td>Bluetooth Version</td><td>4.1</td></tr>
</table>

Easy streaming.<br>
With built-in Bluetooth and Chromecast, it's easy to stream music, podcasts, and more from popular Chromecast-enabled apps like Spotify, Pandora, and iHeartRadio.<br><br>
Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6<br><br>
"The technical name for WiFi is IEEE 802.11 & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.<br><br>
To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants. By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."<br><br>
Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php
</td>
</tr>
<tr>
<td>and the wireless device uses the one or more chips or chipsets for establishing the wireless communication link that is compatible with at least part of a protocol within Bluetooth specifications or within IEEE 802.11 standards.</td>
<td>The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) uses the wireless communication circuitry (e.g., Bluetooth and/or Wi-Fi module) to establish a wireless communication link (e.g., Bluetooth and/or Wi-Fi communication link) with the mobile information apparatus.<br><br>
<u>Sound Bar establishes Bluetooth connection with smartphone:</u></td>
</tr>
</table>

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.



**Bluetooth Device** **Button located on the side.**

The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

**Sound Bar establishes Wi-Fi connection with smartphone:**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

# How to Cast your VIZIO SmartCast Devices

Enjoy Entertainment on Your VIZIO SmartCast TV in No Time!

Ready for a movie night or streaming your favorite playlist on your VIZIO SmartCast TV or device? It's super simple! Just follow these easy steps:

- Open your favorite streaming app on your phone or tablet.
- Tap the Cast icon .
- Choose your VIZIO SmartCast device from the list that pops up.
- Start playing your video or music and it will magically appear on your TV or speaker!

Having trouble getting the show on the road? No worries, let's sort it out together:

- Double-check that your VIZIO SmartCast device and your phone or tablet are on the same Wi-Fi network. They need to be in the same digital "room" to chat with each other.
- Update your app. Head to the Google Play Store or App Store, find your app, and hit 'Update' if it's available. Keeping things current makes for smoother streaming.
- Still no luck? Try turning everything off and on again – yes, it's the oldest trick in the book, but it works wonders! Power down your VIZIO SmartCast device and your control device (phone, tablet, computer), then switch them back on.
- If that doesn't do the trick, give your Wi-Fi network a quick refresh. Unplug your router for a few seconds, plug it back in, and after a minute or so, try casting again.
- Test another app to see if it can cast. If it can, the original app might be the party pooper. Reach out to the app's support team for help.
- Try casting with a different device. If your friend's phone can cast, but yours can't, it might be your device acting up. Take a look at the manufacturer's troubleshooting guide or contact their support.

If you still need help, **click here** to reach out to our Customer Support Team. We're here to ensure you enjoy a seamless viewing experience on your TV!

Source: https://support.vizio.com/s/article/How-to-Cast-your-VIZIO-SmartCast-Devices?language=en_US

<table>
<tr>
<td>12. The wireless device according to claim 11, wherein the wireless device is a wireless output device that is at least a Bluetooth enabled audio output device, and wherein the data or the information wirelessly received, from the mobile information apparatus in (5), includes audio data for outputting or for playing at the wireless output device that is a Bluetooth enabled audio output device.</td>
<td>

*The wireless device is a Bluetooth enabled audio output device (e.g., Vizio Sound Bar P514a-H6, etc.), and wherein the data or the information (e.g., songs, music, etc.) wirelessly received, from the mobile information apparatus in (5), includes audio data for outputting or for playing at the wireless output device that is a Bluetooth enabled audio output device.*

**<u>Wireless Device - Vizio P514a-H6 Sound Bar</u>**




| | |
|---|---|
| HDMI Inputs | 2 |
| HDMI eARC | Yes |
| Optical | Yes |
| USB | Yes, for .WAV Audio Playback |
| Voice Assistant Input | Yes |
| Analog | Yes, 3.5mm stereo mini jack |
| Wi-Fi | 802.11n |
| Bluetooth | Yes |
| Bluetooth Version | 4.1 |

Source: https://www.vizio.com/en/sound-bar/elevate/P514a-H6

**<u>Sound Bar receiving data from smartphone over Bluetooth connection:</u>**

</td>
</tr>
</table>

| | |
|---|---|
| | **Bluetooth® Pairing**<br>To pair the sound bar with a Bluetooth device:<br>1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.<br>2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.<br>3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.<br><br>The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.<br>ENG - 26<br>1. Your sound bar supports music streaming from devices with Bluetooth capability. (Device compatibility will vary, see your device's documentation for more information.)<br>2. Once you have paired your source device to the sound bar your device should remain paired (within range).<br>3. If the source is changed back to Bluetooth, any paired Bluetooth device will reconnect automatically.<br>4. If the input is changed or if Auto VA is set to off/AUX, the Bluetooth device will disconnect.<br><br>Source: https://www.manua.ls/vizio/p514a-h6/manual |
| 14. The wireless device according to claim 11, wherein the wireless device further includes an interface with at least one of a button, a display, a voice command interface, or other interface controls operable by a user, and | *The wireless device (e.g., Vizio Sound Bar P514a-H6, etc.) includes an interface (e.g., Indicator screen, buttons on the sound bar, remote control, etc.) operable by a user.*<br><br>**Interface:**<br>Controls & Connections<br><br>ENG - 8 |

<table>
<tr>
<td></td>
<td>





Source: https://www.manua.ls/vizio/p514a-h6/manual
</td>
</tr>
<tr>
<td>wherein the wireless detection of the mobile information apparatus or the wireless detection by the mobile information apparatus is subsequent to having received, via the interface of the wireless device, at least an indication for initiating the wireless detection; and</td>
<td>

*The wireless device (e.g., Vizio Sound Bar P514a-H6) uses the interface (e.g., indicator screen, buttons on the sound bar, remote control, etc.) to receive at least an indication (e.g., turning Bluetooth button ON, connecting the sound bar to the Wi-Fi network, etc.) for initiating the wireless detection.*

**<u>Bluetooth Communication:</u>**
</td>
</tr>
</table>


Controls & Connections
Side of Sound Bar
Power
Press to turn on or off.
Input
Press to change the audio source.
Bluetooth Input
Hold to pair.
(See 'Bluetooth Pairing' for more information.)
Volume
Increase or decrease the loudness of the audio.
ENG - 8


Using the Remote
Display
Displays Sound Bar Settings
Input
Change the input source.*
(Long press for Auto Input Search.)
Bluetooth
Press to go to Bluetooth Mode
(Long press for Pairing Mode)
Previous
Return to previous track.
(Changes audio settings in menu)
Up/Down
Cycle through settings and options
EQ Settings
Change equalizer settings
Level Settings
Change audio leveling settings
Mute
Mute/unmute.
(Long press to turn LED power indicator and voice notifications on/off)
Power
Turn on or off
OK
Select an option, play or pause.
(Long press for info)
Next
Skip to the next track.
(Changes audio settings in Menu)
Volume +/-
Increase and decrease volume
Setup Settings
Change setup settings
Effect Settings
Change audio effect settings
INPUT
OK
EQ
SETUP
LEVEL
EFFECT
*Press INPUT then Previous to select previous input.
Specific inputs will show a different LED color:
• AUX In: Green
• AUX VA: Violet
• Digital Optical: Red
• HDMI 1: Yellow
• HDMI 2: Aqua
• HDMI (eARC): Magenta
• Bluetooth: Blue
• USB: Orange
• Cast: Light Green
ENG - 16

## Bluetooth® Pairing

To pair the sound bar with a Bluetooth device:

1. **Press and hold** the Bluetooth button on the sound bar or remote control for five (5) seconds.
2. Search for the sound bar (*VIZIO P514a*) using your Bluetooth device. For more information, refer to the user documentation that came with the device.
3. Now you can play audio from your Bluetooth device. Volume can be controlled on both your source device and the sound bar.




The LED indicators on the display panel on the front of the sound bar will light up sequentially from bottom to top and back again. Once the device is paired, the LED indicators will stop flashing.

ENG - 26

Source: https://www.manua.ls/vizio/p514a-h6/manual

**Wi-Fi Communication:**

***"How to Connect Vizio Sound Bar to WiFi***

Connecting your Vizio Sound Bar to your WiFi connection can be complicated. These few steps can help you get connected without too much trouble.

***1. Get Vizio SmartCast***

***Vizio SmartCast is an app for your smart device, and it's crucial to the process of connecting your Vizio sound bar to your WiFi. Android users can find Vizio SmartCast on the Google Play store, whereas Apple devices can download it from the Apple App Store.***

This app will help control most of your Sound Bar features. You can also use it to access apps on your TV, do convenient searches on streaming platforms, and more. Overall, it can be used as a remote with extra features.

One of those features is helping to control your Vizio sound bar's settings. ***First, you'll have to connect your Sound Bar with the Vizio SmartCast app on your device.***

***2. Connect Your Phone to WiFi***

Before you go any further, it's important to make sure that your smart device is connected to WiFi. Tablets may already be connected to WiFi, but many cell phones won't be. It's important to toggle on the WiFi connection on your phone. Make sure that your phone is using that connection instead of cell phone data.

3. Putting Your Vizio Sound Bar into WiFi Mode

Next, you need to put your Vizio sound bar into WiFi or pairing mode. This requires that your Vizio sound bar is already connected to a TV. You'll need to be able to see the menu options during this step.

Once your Vizio sound bar is connected to the TV, both the sound bar and the TV need to be turned on. You'll also need your Vizio sound bar remote.

First, press the 'Menu' button on your Vizio sound bar remote. You'll be able to use the arrows on your remote to navigate the menu until you find the 'WiFi Setup' option. To select it, press the play button.

At this point, your Vizio sound bar should enter WiFi or Pairing mode. This mode is indicated by a flashing LED light on your sound bar, usually found near the front. Once you see this blinking LED light, it means that you can pair your Vizio sound bar with the Vizio SmartCast app.

***4. Pair your Vizio Sound Bar to your Vizio SmartCast App***

***Now, open your Vizio SmartCast app on your smart device. While you're doing this, make sure to double-check that your smart device is connected to WiFi instead of data.*** If it isn't, this may not work.

***Once you have the SmartCast app open, tap the three dots on the upper left corner of your screen. This should bring up the settings menu for Vizio SmartCast. You should choose the 'Device Settings' option.***

***Choose the 'Vizio Devices' options from here. Next, click 'Add New Device'.***

***Instructions will appear on your screen. Follow this in-app tutorial to finish connecting your Vizio sound bar to WiFi."***

Source: https://merelymusic.com/how-to-connect-vizio-sound bar-to-wifi-easy-to-follow-steps/

**Vizio SmartCast app:**



<table>
<tr>
<td></td>
<td>
<table>
<tr><td>Wi-Fi Setup<br>WiFi Setup</td><td>Single LED indicator with sound confirmation.</td><td>SETUP > WiFi Setup > Use the Next/Previous buttons to enable/disable Wi-Fi setup on your sound bar. Press the OK button to select.<br>Wi-Fi setup allows the VIZIO SmartCast Mobile™ app to reconnect the sound bar to Wi-Fi or paired Bluetooth devices in the event of a lost connection or if a new device is being paired.</td></tr>
</table>
Source: https://www.manua.ls/vizio/p514a-h6/manual
Download the VIZIO SmartCast Mobile™ app.
This free app allows you to:
<ul>
<li>Connect your sound bar to Wi-Fi</li>
<li>Enable free sofware updates</li>
<li>Control with your phone/tablet</li>
<li>Easily optimize audio settings</li>
<li>Stream your favorite audio apps with Chromecast built-in™</li>
</ul>
GET IT ON Google Play
Download on the App Store
Source: https://cdn.vizio.com/misc/KBImages/models/p514ah6/P514-H6_QSG.pdf
</td>
</tr>
<tr>
<td>wherein the mobile information apparatus is at least one of a smart phone, an information pad, an Internet-Phone, a digital camera, an e-book, or an Internet appliance, individually or in any combination.</td>
<td>
The mobile information apparatus is a smartphone, an information pad, an internet phone, an internet appliance i.e., smartphone.
<u>Smartphone:</u>
Google Pixel 5

<table>
<tr><td>COMMS</td><td>WLAN</td><td>Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct</td></tr>
<tr><td></td><td>Bluetooth</td><td>5.0, A2DP, LE, aptX HD</td></tr>
<tr><td></td><td>Positioning</td><td>GPS, GLONASS, GALILEO, QZSS, BDS</td></tr>
<tr><td></td><td>NFC</td><td>Yes</td></tr>
<tr><td></td><td>Radio</td><td>No</td></tr>
<tr><td></td><td>USB</td><td>USB Type-C 3.1</td></tr>
</table>
Source: https://www.gsmarena.com/google_pixel_5-10386.php
Pixel 5 phone (2020)
Pixel 5
</td>
</tr>
</table>

| | |
|---|---|
| | **Wireless and Location**<br>• Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®[11] 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>**[US]**<br>• GPS, GLONASS, Galileo, QZSS<br>**[ROW]**<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic<br><br>Source: https://support.google.com/pixelphone/answer/7158570 |