# EXHIBIT 23

# Application of U.S. Patent No. 8,711,408 to the Accused TVs*†

* The term "Accused TVs" refers to Vizio's smart televisions, including but not limited to, OLED, P-Series, M-Series, V-Series, D-Series, and Quantum televisions, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

<table>
<tr><th colspan="2">Application of U.S. Patent No. 8,711,408 to the Accused TVs</th></tr>
<tr>
<td>1. An output system device that includes a television for rendering digital content received from one or more servers over the Internet,</td>
<td>

*An output system device that includes a television (e.g., Vizio D24f-G1 Smart TV, etc.) for rendering digital content (e.g., movies, TV shows, etc.) received from one or more servers (e.g., Amazon Web Services (AWS), etc.) over the Internet (e.g., Wi-Fi connection).*

**<u>Vizio D24f-G1 Smart TV:</u>**

**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV | D24f-G1**




Connectivity

| | |
|---|---|
| Protocol Wi-Fi | 802.11bgn |
| Ethernet | 1 (rear) |
| USB Ports | 1 (rear) |
| TV Tuner | Yes |

**More Detail with High Definition**

<u>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution</u>

Source: <u>https://www.vizio.com/en/tv/d-series/D24f-G1</u>

**<u>Connection to a wireless local area network</u>**

</td>
</tr>
</table>

# Completing The First-Time Setup

**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.




4. Choose your Wi-Fi network and enter the password

## ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**




**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

**What is SmartCast Home?**

SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Hulu, and Amazon Prime Video, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf




Source: https://www.vizio.com/en/tv/d-series/D24f-G1

**Featured SmartCast™ apps.**




Source:
https://web.archive.org/web/20210301094552/https://www.vizio.com/en/smart-tv-apps

**<u>Vizio TV receiving digital content from Netflix:</u>**

## How to use Netflix on your Vizio TV or Blu-ray player

| | |
|---|---|
| | **Netflix Features**<br><br>Netflix is available on many Vizio devices. Streaming features on supported devices include:<br><br>**Supported Regions**<br>Netflix is available on Vizio TVs and Blu-ray players in the United States and Canada.<br><br>**Navigation**<br>On most devices, you can browse through rows of TV shows and movies, including a row dedicated to your My List selections. Each row represents a category such as comedies, dramas, or TV shows that we show you based on what you've watched.<br><br>**Resolution**<br>Most devices can stream Netflix in high definition on fast internet connections and will play Netflix in their maximum supported resolution.<br><br>**If you see the Netflix icon on-screen**<br><br>1. Select the **Netflix** icon.<br>2. Select **Sign In**.<br>◦ If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.<br>◦ If you are not yet a member, set up your membership.<br>3. Enter your Netflix email address and password.<br>4. Select **Sign In**.<br><br>Your device is now connected to your Netflix account.<br><br>To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:<br><br>• **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**<br>• Select **Sign Out**, **Start Over**, or **Deactivate**.<br><br>Source:<br>https://web.archive.org/web/20210121144913/https://help.netflix.com/en/node/23881<br><br>Netflix is a subscription-based streaming service that allows our members to watch TV shows and movies on an internet-connected device.<br><br>Depending on your plan, you can also download TV shows and movies to your iOS, Android, or Windows 10 device and watch without an internet connection.<br><br>If you're already a member and would like to learn more about using Netflix, visit Getting started with Netflix.<br>You can watch Netflix through any internet-connected device that offers the Netflix app, including smart TVs, game consoles, streaming media players, set-top boxes, smartphones, and tablets. You can also watch Netflix on your computer using an internet browser. You can review the system requirements for web browser compatibility, and check our internet speed recommendations to achieve the best performance.<br><br>Source:<br>https://web.archive.org/web/20210203111509/https://help.netflix.com/en/node/412 |

| | |
|---|---|
| | **How Netflix streams videos**<br><br>Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.<br><br>**It starts when you hit 'Play.'**<br><br>First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.<br><br>When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.<br><br><br><br>Source:<br>https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85<br><br>**AWS offers the most purpose-built services for direct-to-consumer (D2C) & streaming**<br><br>AWS helps industry leaders like Netflix, Disney+, HBO Max, Peacock, Discovery+, HULU, and Prime Video reliably deliver, monetize, and support live and on-demand media over the internet, and bring unparalleled experiences to screens everywhere. AWS has more than 15 years of media and entertainment experience, with AWS Elemental continuing to lead the industry with services such as AWS Elemental MediaLive, a broadcast-grade live video processing service, and AWS Elemental MediaConvert, a file-based video transcoding service with broadcast-grade features. More than 60 AWS Partners offer tools to support D2C and streaming workloads. |




Source:
https://web.archive.org/web/20210429214935/https://aws.amazon.com/media/direct-to-consumer-d2c-streaming/

**Streaming data from Netflix Server:**



<table>
<tr>
<td></td>
<td>



Source: https://www.youtube.com/watch?v=ey6iidrDpWI

"Netflix on AWS<br>
Netflix is the world's leading internet television network, with more than 100 million members in more than 190 countries enjoying 125 million hours of TV shows and movies each day. <u>Netflix uses AWS for nearly all its computing and storage needs, including databases, analytics, recommendation engines, video transcoding, and more—hundreds of functions that in total use more than 100,000 server instances on AWS.</u>"

Source:<br>
https://web.archive.org/web/20200306140407/https://aws.amazon.com/solutions/case-studies/netflix/
</td>
</tr>
<tr>
<td>the output system device including: an information apparatus for accessing the Internet, an output device that includes a television for rendering the digital content, the information apparatus being structurally wired and being directly connected to the output device,</td>
<td>
The output system device includes an information apparatus (e.g., Wi-Fi module of the Vizio D24f-G1 Smart TV) for accessing the Internet.<br>
An output device that includes a television for rendering the digital content, the information apparatus being structurally wired and being directly connected to the output device.

<u>Vizio D24f-G1 Smart TV:</u>

VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV | D24f-G1

Connectivity

<table>
<tr><td>Protocol Wi-Fi</td><td>802.11bgn</td></tr>
<tr><td>Ethernet</td><td>1 (rear)</td></tr>
<tr><td>USB Ports</td><td>1 (rear)</td></tr>
<tr><td>TV Tuner</td><td>Yes</td></tr>
</table>
</td>
</tr>
</table>

| | |
|---|---|
| | # More Detail with High Definition<br><br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>VIZIO<br><br>**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**<br><br>• **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.<br>• **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.<br>• **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.<br><br>Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122<br><br>**ADJUSTING THE NETWORK SETTINGS**<br><br>Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.<br><br>**How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |
| the television including:<br>a display screen, | *The television (e.g., Vizio D24f-G1 Smart TV, etc.) includes a display screen.*<br><br>**Vizio D24f-G1 Smart TV:**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

<table>
<tr>
<td></td>
<td>



Key Specs

| | |
|---|---|
| Class Size | 24" |
| Viewable Display Size | 23.50" (596.9mm) |
| Resolution | 1920 x 1080 |
| Aspect Ratio | 16:9 |
| Backlight Type | Full Array LED |
| Dynamic Contrast Ratio | 5000:1 |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1
</td>
</tr>
<tr>
<td>a user interface displayed on the display screen for providing user interface components or functionalities,</td>
<td>
The television (e.g., Vizio D24f-G1 Smart TV, etc.) includes a user interface displayed on the display screen for providing user interface components or functionalities.

<u>Vizio D24f-G1 Smart TV:</u>

VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV | D24f-G1
</td>
</tr>
</table>




Source: https://www.vizio.com/en/tv/d-series/D24f-G1

## NAVIGATING THE ON-SCREEN MENU

To open the on-screen menu:

1. Press the **MENU** button on the remote.
2. Use the **Arrow** buttons to highlight a menu option, and press the **OK** button to select that option.



<table>
<tr>
<td></td>
<td>


<br>
To enter a custom name:<br>
• Highlight the Name Input row and press OK.<br>
• Enter your custom label using the on-screen keyboard and press OK.<br>
<br>
Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf
</td>
</tr>
<tr>
<td>a wireless communication unit for enabling wireless connection to wireless local area networks, the wireless communication unit being compatible, at least partly, with at least part of a protocol within IEEE 802.11 standards,</td>
<td>
The television (e.g., Vizio D24f-G1 Smart TV, etc.) includes a wireless communication unit (e.g., Wi-Fi module, etc.) for enabling wireless connection (e.g., Wi-Fi connection, etc.) to wireless local area networks, the wireless communication unit being compatible, at least partly, with at least part of a protocol within IEEE 802.11 standards.<br>
<br>
<u>Vizio D24f-G1 Smart TV:</u><br>
<br>
VIZIO D-Series™ 24” Class (23.5" Diag.) Smart TV | D24f-G1<br>
<br>
Connectivity<br>
<br>
Protocol Wi-Fi — 802.11bgn<br>
Ethernet — 1 (rear)<br>
USB Ports — 1 (rear)<br>
TV Tuner — Yes<br>
<br>
Source: https://www.vizio.com/en/tv/d-series/D24f-G1
</td>
</tr>
</table>

**Connection to a wireless local area network:**

## Completing The First-Time Setup

**Before you begin the first-time setup:**

- Your TV should be installed and the power cord should be connected to an electrical outlet.
- If you have a wireless network, have the network password ready.
- If you are connecting to your network with an Ethernet cable, connect it to the Ethernet port on the TV.




4. Choose your Wi-Fi network and enter the password

### ADJUSTING THE NETWORK SETTINGS

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**




**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

| | |
|---|---|
| | **How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the Menu button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the device list and select your Display.<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf<br><br>"***The technical name for WiFi is IEEE 802.11*** & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.<br><br>To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. ***The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants.*** By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."<br><br>Source:https://web.archive.org/web/20200406024455/https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php |
| an output controller, included in the output device, for decoding and for image processing of at least part of the digital content, the image processing includes one or more of a color management operation and a scaling operation on at least part of the digital content, | *The television (e.g., Vizio D24f-G1 Smart TV, etc.) includes an output controller (e.g., six-core processor, etc.) for decoding and for image processing of at least part of the digital content (e.g., movies, TV shows, etc.). The image processing includes a color management operation and a scaling operation (e.g., image resolution) on at least part of the digital content.*<br><br>**Vizio D24f-G1 Smart TV:**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>**Tech Specs**<br><br>Variable Refresh Rate Support<br>Display Processor Six-Core Processor<br>Gaming Engine<br>Input Lag<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |

| | |
|---|---|
| | VIZIO<br>**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**<br>• **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.<br>• **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.<br>• **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.<br><br>Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122<br><br>To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.<br><br>"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."<br><br>Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html<br><br>**More Detail with High Definition**<br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |

| | |
|---|---|
| | **High Quality Video Encoding at Scale**<br>Netflix Technology Blog · Follow<br>Published in Netflix TechBlog · 7 min read · Dec 9, 2015<br>The figure below shows a high-level overview of our system. We ingest high quality video sources and generate video encodes of various codec profiles, at multiple quality representations per profile. The encodes are packaged and then deployed to a content delivery network for streaming. During a streaming session, the client requests the encodes it can play and adaptively switches among quality levels based on network conditions.<br><br><br>Source: https://netflixtechblog.com/high-quality-video-encoding-at-scale-d159db052746<br>**Smart TV with Ultra HD Streaming**<br>With support for HEVC decoding and the latest Wi-Fi standard 802.11ac (that's up to 3x faster than 802.11n), D-Series lets you stream Ultra HD from popular apps such as Netflix—available now.<br>Source: https://cdn.vizio.com/documents/d55ud1/qsg-d55ud1.pdf |

| | |
|---|---|
| | **To adjust the picture settings:**<br>Menu > Picture > Picture Mode<br>1. Use the **Arrow** buttons on the remote to highlight **Picture Mode,** then use the **Left/Right Arrow** buttons to change the picture mode:<br>• **Standard —** Sets the picture settings to the default settings.<br>• **Calibrated —** Sets the picture settings to values ideal for watching TV in a brightly-lit room.<br>• **Calibrated Dark —** Sets the picture settings to values ideal for watching TV in a dark room.<br>• **Vivid —** Sets the picture settings to values that produce a brighter, more vivid picture.<br>• **Game —** Reduces throughput delays and optimizes the picture settings for displaying game console output.<br>• **Computer —** Optimizes the picture settings for displaying computer output.<br>2. To manually change each of the picture settings, use the **Up/Down Arrow** buttons on the remote to highlight that picture setting, then use the **Left/Right Arrow** buttons to adjust the setting:<br>• **Backlight —** Adjusts the LED brightness to affect the overall brilliance of the picture. Backlight cannot be adjusted when starting from some picture modes.<br>• **Brightness —** Adjusts the black level of the picture. When this setting is too low, the picture may be too dark to distinguish details. When this setting is too high, the picture may appear faded or washed out.<br>• **Contrast —** Adjusts the white level of the picture. When this setting is too low, the picture may appear dark. When this setting is too high, the picture may appear faded or washed out. If the setting is too high or too low, detail may be difficult to distinguish in dark or bright areas of the picture.<br>• **Color —** Adjusts the intensity of the picture colors.<br><br><br>• **Tint —** Adjusts the hue of the picture. This setting is useful in adjusting the flesh tones in the picture. If flesh appears too orange, reduce the level of color before adjusting tint.<br>• **Sharpness —** Adjusts the edge sharpness of picture elements. It can be used to sharpen non-HD (high definition) content; however, it will not produce detail that does not otherwise exist.<br>**Adjusting More Picture Settings**<br>**To adjust more picture settings:**<br>Menu > Picture > More Picture<br>Use the **Arrow** buttons to highlight the setting you wish to adjust, then press the **Left/Right Arrow** buttons to change the setting:<br>• **Color Temperature —** Change the white balance of the picture. Refer to the section on ***Adjusting the Color Temperature on page 17.***<br><br><br>• **Black Detail —** Adjusts the average brightness of the picture to compensate for large areas of brightness.<br>• **Backlight Control —** When **ON**, it will improve the contrast ratio of the picture by adjusting backlight zones. Specific adjustments are based on content.<br>• **Reduce Noise:**<br>- **Reduce Signal Noise:** Lessens artifacts in the image caused by the digitizing of image motion content.<br>- **Reduce Block Noise:** Reduces pixelation and distortion for mpeg files.<br>• **Game Low Latency —** Reduces video delay (lag) when gaming.<br>• **Film Mode —** Optimizes the picture for watching films. Select **On** or **Off.***<br>• **Gamma —** Set the shape of the Gamma curve. Use lower Gamma values for bright room conditions, and higher values when it's dark.<br><br>**How do I know I am getting 4K resolution or HDR content such as Dolby Vision?**<br>• As you are watching content on the television, press the INFO button on the remote or VIZIO SmartCast Mobile app. You will see the current resolution being displayed along with the version of video.<br>• HDR will show as a Dolby Vision icon, HDR10 or HLG.<br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf |
| a rendering engine included in the output device for rendering at least part of the image processed digital content onto the display screen of the television, | *The output device (e.g., Vizio D24f-G1 Smart TV, etc.) includes a rendering engine (e.g., GPU, etc.) for rendering at least part of the image processed digital content (e.g., movies, music, TV shows, etc.) onto the display screen of the television.*<br><br>**<u>Vizio D24f-G1 Smart TV:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |




Key Specs

| | |
|---|---|
| Class Size | 24" |
| Viewable Display Size | 23.50" (596.9mm) |
| Resolution | 1920 x 1080 |
| Aspect Ratio | 16:9 |
| Backlight Type | Full Array LED |
| Dynamic Contrast Ratio | 5000:1 |
| Variable Refresh Rate Support | |
| Display Processor | Six-Core Processor |
| Gaming Engine | |
| Input Lag | |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

VIZIO

**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**

- **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.
- **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.
- **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.

Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122

| | |
|---|---|
| | To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.<br><br>"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."<br><br>Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html |
| a memory or storage component for storing at least part of the digital content, and for storing at least part of one or more content objects as encapsulations or references to the digital content, | *The output device (e.g., Vizio D24f-G1 Smart TV, etc.) includes a memory or storage component for storing at least part of the digital content (e.g., movies, TV shows, etc.), and for storing at least part of one or more content objects as encapsulations or references to the digital content.*<br><br>*A user's viewing history, user preferences, etc. are stored in the Vizio Smart TV memory as a 'cache' for generating the content suggestions.*<br><br>**<u>Vizio D24f-G1 Smart TV:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br> |

Source: https://support.vizio.com/s/article/D24f-G1-Model-Information-EXT?language=en_US

**Skipping Channels**

After a channel scan is completed, you may find that some channels are too weak to watch comfortably. There may also be some channels you do not want to view. You can remove these channels from the TV's memory with the Skip Channel feature.

**Your Obligations Before Service**

You must obtain pre-authorization before sending your product to a VIZIO service center. You may be required to supply a purchase receipt (or copy) to show that the product is within the warranty period. When you return a product to a VIZIO service center, you must ship the product in its original packaging or in packaging that affords an equal degree of protection. VIZIO Technical Support will provide instructions for packing and shipping the product to the VIZIO service center. ALL USER DATA AND DOWNLOADED APPLICATIONS STORED ON A PRODUCT WILL BE DELETED IN THE COURSE OF SOME IN-HOME AND ALL SHIP-IN WARRANTY SERVICE. If this occurs, your product will be restored to its original state. You will be responsible for restoring all applicable user data and downloaded applications. Recovery and reinstallation of user data and downloaded applications is not covered under this warranty. In order to protect your personal information, VIZIO recommends that you always clear all personal information from the product before it is serviced, regardless of the servicer.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

**VIZIO Support | Troubleshooting SmartCast Not Working**






| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=KZBp8fnqxTk<br><br>**How to resume videos on VIZIO SmartCast TV**<br><br>Under **My List**, you will see rows for your saved **Shows, Videos,** and **Viewing History**.<br><br>Scroll down to **Viewing History** and select one of your recently viewed videos. You will then see the video's page where you have an option to **Resume** watching the video, or to Play from beginning. Select **Resume** and the video will begin to play from your last saved point in the video.<br><br>*Note: Your Viewing History will only include videos that have been viewed for at least five minutes.*<br><br>Source: https://help.pbs.org/support/solutions/articles/12000081115-how-to-resume-videos-on-vizio-smartcast-tv# |
| the output system device being operable for: providing, security or authentication information restricted to a user, from the output system device to the one or more servers over the Internet, the security or authentication information being restricted to said user for enabling said user access of the digital content; | *The output system device (e.g., Vizio D24f-G1 Smart TV, etc.) is operable for providing, security or authentication information (e.g., login credentials such as email and password for Netflix, etc.) restricted to a user, from the output system device to the one or more servers (e.g., Amazon Web Services (AWS), etc.) over the Internet, the security or authentication information being restricted to said user for enabling said user access of the digital content (e.g., movies, TV shows, etc.).*<br><br>**Output system device providing security or authentication information to server:**<br><br>**Signing in**<br>Once you've opened the Netflix app or Netflix website, select **Sign In** to access your account and begin watching TV shows and movies. You can sign in on any Netflix-compatible device, or on multiple compatible devices. If you experience any issues, review the troubleshooting steps at Can't sign in to Netflix. If you don't have the Netflix app, visit How to download the Netflix app.<br><br>Source: https://web.archive.org/web/20210113174550/https://help.netflix.com/en/node/102377<br><br>**How to use Netflix on your Vizio TV or Blu-ray player** |

| | |
|---|---|
| | ▾ If you see the Netflix icon on-screen<br><br>1. Select the **Netflix** icon.<br>2. Select **Sign In**.<br>   ◦ If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.<br>   ◦ If you are not yet a member, set up your membership.<br>3. Enter your Netflix email address and password.<br>4. Select **Sign In**.<br><br>Your device is now connected to your Netflix account.<br><br>To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:<br><br>• **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**<br>• Select **Sign Out**, **Start Over**, or **Deactivate**.<br><br>Source:<br>https://web.archive.org/web/20210121144913/https://help.netflix.com/en/node/23881<br><br>**Collection of Information**<br><br>We receive and store information about you such as:<br><br>• **Information you provide to us:** We collect information you provide to us which includes:<br>   ◦ your name, email address, payment method(s), telephone number, and other identifiers you might use (such as an in-game name). We collect this information in a number of ways, including when you enter it while using our service, interact with our customer service, or participate in surveys or marketing promotions;<br>   ◦ information when you choose to provide ratings, taste preferences, account settings (including preferences set in the "Account" section of our website), or otherwise provide information to us through our service or elsewhere.<br><br>Source:<br>https://web.archive.org/web/20210322023504/https:/help.netflix.com/legal/privacy |
| providing, at the output system device, at least one of payment or subscription information of said user to the one or more servers over the Internet, the payment or subscription information of said user related to enabling said user access of the digital content; | *The output system device (e.g., Vizio D24f-G1 Smart TV, etc.) being operable for providing, at the output system device, at least one of payment or subscription information (e.g., subscription/membership plan, billing details, subscription ID, etc.) of said user to the one or more servers (e.g., Amazon Web Services (AWS), etc.) over the Internet, the payment or subscription information of said user related to enabling said user access of the digital content.*<br>*As the user subscribes and makes payment to any streaming service such as Netflix, etc., the corresponding subscription or payment information is sent to the server of the streaming service.*<br><br>**Output system device providing payment or subscription information to server:** |

| | |
|---|---|
| | Netflix is a subscription-based streaming service that allows our members to watch TV shows and movies on an internet-connected device.<br><br>Depending on your plan, you can also download TV shows and movies to your iOS, Android, or Windows 10 device and watch without an internet connection.<br><br>If you're already a member and would like to learn more about using Netflix, visit Getting started with Netflix.<br><br>Source: https://web.archive.org/web/20210203111509/https://help.netflix.com/en/node/412<br><br>**How to sign up for Netflix**<br><br>Join the millions of subscribers around the world who enjoy unlimited award-winning TV shows, movies, documentaries, and more.<br><br>▼ **Smart TV and Streaming Media Players**<br><br>1. Open the Netflix app.<br><br>**NOTE:** If you need help finding the app, search our Help Center for "Using Netflix on," followed by the brand name of your device (e.g. Samsung, Roku, Xbox). Some devices also have a Netflix button on their remote control.<br><br>2. On most smart TVs and streaming media players, you will need to start by providing your email address or phone number.<br>◦ Once provided, you will receive an email or SMS text message with an activation link to continue the signup flow.<br><br>3. Choose the plan that's right for you. You can downgrade or upgrade at anytime.<br>4. Create an account by entering your email address and creating a password.<br>5. Enter a payment method.<br>6. That's it. Stream on!<br><br>Source: https://help.netflix.com/en/node/112419<br><br>**Plans and Pricing**<br><br>Netflix offers a variety of plans to meet your entertainment needs.<br><br>As a Netflix member, you are charged monthly on the date you signed up. A Netflix account is for people who live together in a single household. Learn more about sharing Netflix. |

| | |
|---|---|
| | **Pricing (US Dollar)**<br><br>• **Standard with ads***: $6.99 / month<br>• **Standard:** $15.49 / month (extra member slots** can be added for $7.99 each / month)<br>• **Premium**: $22.99 / month (extra member slots** can be added for $7.99 each / month)<br><br>Source: https://help.netflix.com/en/node/24926/us |

| | Basic with ads | Basic | Standard | Premium |
|---|---|---|---|---|
| Monthly price | $6.99 | $9.99 | $15.49 | $19.99 |
| Video quality | Good | Good | Better | Best |
| Resolution | 720p | 720p | 1080p | 4K+HDR |
| Watch on your TV, computer, mobile phone and tablet | ✓ | ✓ | ✓ | ✓ |
| Downloads | — | ✓ | ✓ | ✓ |

Source: https://www.pcmag.com/news/netflixs-cheapest-plan-just-got-a-lot-more-appealing

## Plans and Pricing

Netflix offers a variety of plans to meet your needs. The plan you choose will determine the number of devices that you can watch Netflix on **at the same time**.

With all of our plans, you can download the Netflix app on all your favorite devices and watch unlimited movies and TV shows.

These prices apply for new members and will gradually take effect for all current members. Current members will be notified by email 30 days before their price change takes effect.

| | Basic | Standard | Premium |
|---|---|---|---|
| Monthly cost* (United States Dollar) | **$8.99** | **$13.99** | **$17.99** |
| Number of screens you can watch on at the same time | 1 | 2 | 4 |
| Number of phones or tablets you can have downloads on | 1 | 2 | 4 |
| Unlimited movies and TV shows | ✓ | ✓ | ✓ |
| Watch on your laptop, TV, phone and tablet | ✓ | ✓ | ✓ |
| HD available | | ✓ | ✓ |
| Ultra HD available | | | ✓ |

| | |
|---|---|
| | Sign up for Netflix today and choose from several payment options. As a Netflix member, you are charged once a month on the date you signed up. You have the freedom to change your plan or cancel online at any time.<br><br>**NOTE:** *Depending on where you live, you may be charged taxes in addition to your subscription price.<br><br>Netflix streaming plans do not include DVDs. Find out how you can sign up for a DVD plan.<br><br>Source: https://web.archive.org/web/20210615070928/https://help.netflix.com/en/node/24926/us<br><br>**Accessing and updating information associated with your account**<br><br>This article tells you how you can access and update information associated with your account.<br><br>Much of the data that we store about our members is easily accessible by logging into your account in a browser and clicking on the Account option. In nearly all cases, the information our members are looking for can be found on this page. If you cannot find the data you're looking for in this manner, please contact privacy@netflix.com.<br><br>The Account page gives you access to information such as:<br><br>• Account Information - account owner information you have provided to Netflix, such as email and phone number (available under **Membership & Billing**), as well as plan selection information (available under **Plan Details**).<br>• Notification Settings - your indicated preferences with respect to Netflix communications you wish to receive (available by profile under **Profile & Parental Controls**).<br>• Payment and Billing Information - payment details you have provided to Netflix and information about the charges we have made or attempted to make to your payment method for your subscription (available under **Membership & Billing**).<br><br>Source: https://web.archive.org/web/20210615213720/https://help.netflix.com/en/node/100627 |
| obtaining, at the output system device from the one or more servers over the Internet and in dependence of having provided the security or authentication information restricted to said user, a list of pointers or references to one or more digital content; | *The output system device (e.g., Vizio D24f-G1 Smart TV, etc.) being operable for obtaining, at the output system device from the one or more servers (e.g., Amazon Web Services (AWS), etc.) over the Internet and in dependence of having provided the security or authentication information restricted to said user, a list of pointers or references (e.g., VideoInfo, ActorInfo, GenreInfo, etc.) to one or more digital content (e.g., movies, TV shows, etc.).*<br>*As the user opens or moves the pointer over an app such as Netflix, etc., the corresponding movies, TV shows etc., are displayed on the interface of the TV in a list form.* |

| | |
|---|---|
| | **Output system device obtaining list of pointers or references to digital content from the server:** |

# How to search and browse Netflix

To search TV shows and movies, look for the Search icon in the Netflix app and then enter your search term.

> **NOTE:** To search TV shows and movies by specific subtitle and audio languages, visit Browse by Languages on the web.

| Search | Example search terms |
|---|---|
| Audio or Video Quality | Atmos, UHD |
| Genres | Comedy, Drama |
| Language | Spanish movies, French TV shows |
| Names | Jennifer Aniston, Álvaro Morte |
| TV show or movie title | *The Queen's Gambit*, *La Casa de Papel* |

**Browsing**

Your homepage shows rows of TV shows and movies we think you'll like. You can narrow these suggestions by selecting **TV Shows** or **Movies** from the menu. You can further narrow by **Genres** or **Categories**. The name of this selection, and its values, may vary between devices.

To find recently released TV shows and movies, visit **New & Popular**, **Latest,** or **New & Hot** from the menu (section name varies based on your device).

> **NOTE:** If you don't see a TV show or movie you expect, check the maturity rating and language preferences set on a profile, as these can affect what you see. If you still don't find what you're looking for, you can suggest TV shows or movies.

Source:
https://web.archive.org/web/20210615060732/https:/help.netflix.com/en/node/47765

"Browse Titles

If you don't have a specific movie in mind, ***start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category.*** In the app, tap a movie poster to see more info, and tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching."




Source: https://itstillworks.com/movies-netflix-8767565.html






Source: https://www.youtube.com/watch?v=ey6iidrDpWI

selecting, at the output system device, a pointer or a reference to the digital content from the list of pointers or references to the one of more digital content stored at the one or more servers over the Internet;

*The output system device (e.g., Vizio D24f-G1 Smart TV, etc.) being operable for selecting, at the output system device, a pointer or a reference (e.g., VideoInfo, ActorInfo, GenreInfo, etc.) to the digital content (e.g., movie, TV show, etc.) from the list of pointers or references to the one of more digital content stored at the one or more servers (e.g., Amazon Web Services (AWS), etc.) over the Internet.*
*The user may tap on any title/thumbnail of any movie/program/TV show for selecting digital content (e.g., movies, TV shows, etc.) for streaming.*

**Selecting a pointer or a reference to the digital content from the list of pointers or references to the digital content:**

# How to search and browse Netflix

To search TV shows and movies, look for the Search icon in the Netflix app and then enter your search term.

**NOTE:** To search TV shows and movies by specific subtitle and audio languages, visit Browse by Languages on the web.

| Search | Example search terms |
| --- | --- |
| Audio or Video Quality | Atmos, UHD |
| Genres | Comedy, Drama |
| Language | Spanish movies, French TV shows |
| Names | Jennifer Aniston, Álvaro Morte |
| TV show or movie title | *The Queen's Gambit, La Casa de Papel* |

**Browsing**

Your homepage shows rows of TV shows and movies we think you'll like. You can narrow these suggestions by selecting **TV Shows** or **Movies** from the menu. You can further narrow by **Genres** or **Categories**. The name of this selection, and its values, may vary between devices.

To find recently released TV shows and movies, visit **New & Popular**, **Latest,** or **New & Hot** from the menu (section name varies based on your device).

**NOTE:** If you don't see a TV show or movie you expect, check the maturity rating and language preferences set on a profile, as these can affect what you see. If you still don't find what you're looking for, you can suggest TV shows or movies.

Source:
https://web.archive.org/web/20210615060732/https:/help.netflix.com/en/node/47765

"Browse Titles

If you don't have a specific movie in mind, start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category. ***In the app, tap a movie poster to see more info, and tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching."***

| | |
|---|---|
| |  <br>"Search for a Movie<br><br>Tap or click the Search button to find a specific movie. Netflix searches not only for movie titles, but for people — actors, directors and so on — as well as keywords. As you type, movies, people and topics pop up. ***<u>Tap or click a movie to start it, or choose a person or topic to see related movies."</u>***<br> <br>Source: https://itstillworks.com/movies-netflix-8767565.html |










Source: https://www.youtube.com/watch?v=ey6iidrDpWI

<table>
<tr>
<td></td>
<td>

### How Does Open Connect Work?

We shared in a recent blog post that Netflix uses Amazon's AWS "cloud" for generic, scalable computing. Essentially everything before you hit "play" happens in AWS, including all of the logic of the application interface, the content discovery and selection experience, recommendation algorithms, transcoding, etc.; we use AWS for these applications because the need for this type of computing is not unique to Netflix and we can take advantage of the ease of use and growing commoditization of the "cloud" market.

Everything *after* you hit "play" *is* unique to Netflix, and our growing need for scale in this area presented the opportunity to create greater efficiency for our content delivery and for the internet in general.

Source: https://about.netflix.com/en/news/how-netflix-works-with-isps-around-the-globe-to-deliver-a-great-viewing-experience

The following diagram illustrates how the playback process works:




1. OCA's periodically report health, routes they have learned, and content (file) availability to the cache control services in AWS.
2. A user on a client device requests playback of a title (TV show or movie) from the Netflix application in AWS.
3. The playback application services in AWS check user authorization and licensing, then determine which specific files are required to handle the playback request - taking individual client characteristics and current network conditions into account.

Source: https://openconnect.netflix.com/Open-Connect-Overview.pdf

</td>
</tr>
<tr>
<td>providing, from the output system device to the one or more servers over the Internet, one or more content objects, the one or more content objects including at least the pointer or the reference to the selected</td>
<td>The output system device (e.g., Vizio D24f-G1 Smart TV, etc.) being operable for providing, to the one or more servers (e.g., Amazon Web Services (AWS), etc.) over the Internet, one or more content objects (e.g., content ID/identifier, title, director, VideoInfo, ActorInfo, GenreInfo, etc.) including at least a pointer or reference to the selected digital content (e.g., selected movie, selected TV show, etc.) and the one or more</td>
</tr>
</table>

| | |
|---|---|
| digital content, and the one or more content objects being in accordance to an object or software component model suitable for sending to the one or more servers over the Internet; | *content objects being in accordance to an object or software component model suitable for sending to the one or more servers over the Internet.*<br>*It is inferred that when the user taps on any title/thumbnail of any movie/program/TV show, etc. to play it, the corresponding content identifiers such as content ID, title, other content info, etc. are transmitted to the AWS, etc.*<br><br>**Output system device providing content object to the server:**<br><br>"Browse Titles<br><br>If you don't have a specific movie in mind, start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category. ***In the app, tap a movie poster to see more info, and tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching."***<br><br><br><br><br>"Search for a Movie<br><br>Tap or click the Search button to find a specific movie. Netflix searches not only for movie titles, but for people — actors, directors and so on — as well as keywords. As you type, movies, people and topics pop up. ***Tap or click a movie to start it, or choose a person or topic to see related movies."*** |




Source: https://itstillworks.com/movies-netflix-8767565.html







Source: https://www.youtube.com/watch?v=ey6iidrDpWI

"***When you select a show, your Netflix app cherry picks which of these servers will it load the video from***.

…

***when you do something that requires net access, a request is sent to your internet service provider (ISP). The ISP forwards it to the dedicated servers that handle the website, and the servers provide a response which is relayed back to your computer and forms the result. For Netflix and other top-tier sites***, where millions of hours of video content is relayed across the internet between their servers and all the users, a much larger network of servers is needed to maintain performance."

Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b

"***Netflix Movies and TV Shows***
About this Dataset: Netflix is one of the most popular media and video streaming platforms. They have over 8000 movies or tv shows available on their platform, as of mid-2021, they have over 200M Subscribers globally. ***This tabular dataset consists of listings of all the movies and tv shows available on Netflix, along with <u>details such as - cast, directors, ratings, release year, duration, etc.</u>***"

**netflix_titles.csv** (3.4 MB)

Detail Compact Column 10 of 12 columns

| show_id | type | title | director | cast |
|---|---|---|---|---|
| Unique ID for every Movie / Tv Show | Identifier - A Movie or TV Show | Title of the Movie / Tv Show | Director of the Movie | Actors involved in the movie / show |
| 8807 unique values | Movie 70%<br>TV Show 30% | 8807 unique values | [null] 30%<br>Rajiv Chilaka 0%<br>Other (6154) 70% | [null] 9%<br>David Attenborough 0%<br>Other (7963) 90% |
| s1 | Movie | Dick Johnson Is Dead | Kirsten Johnson | |
| s2 | TV Show | Blood & Water | | Ama Qamata, Khosi Ngema, Gail Mabalane, Thabang Molaba, Dillon Windvogel, Natasha Thahane, Arno Gree... |

Source: https://www.kaggle.com/datasets/shivamb/netflix-shows

| | |
|---|---|
| | **How Netflix streams videos**<br><br>Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.<br><br>**It starts when you hit 'Play.'**<br><br>First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.<br><br>When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.<br><br><br><br>Source:<br>https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85<br><br>**It starts when you press 'Play'**<br><br>When you press play, Netflix sends the video to your internet provider using the fastest way possible. Think of it like driving on a road. When Netflix sends a video, we try to avoid traffic, accidents, and construction along the way to get the video to you quickly. Shorter paths make your video quality better.<br><br>**We can't do it without help**<br><br>After Netflix sends the video to your internet provider, it goes through their network to get to your home. If their network is too slow or has issues, it can affect your video quality or cause issues with your Netflix experience.<br><br>If the road is clear, your internet provider will send the video directly to your screen. The video quality you get can be also affected by how strong your home internet connection is, and how many devices in your home are using the internet at the same time.<br><br>Source: https://help.netflix.com/en/node/85 |

| | |
|---|---|
| | The following diagram illustrates how the playback process works:<br><br>1. OCA's periodically report health, routes they have learned, and content (file) availability to the cache control services in AWS.<br>2. A user on a client device requests playback of a title (TV show or movie) from the Netflix application in AWS.<br>3. The playback application services in AWS check user authorization and licensing, then determine which specific files are required to handle the playback request - taking individual client characteristics and current network conditions into account.<br>4. The steering service in AWS uses the information stored by the cache control service to pick OCAs that the requested files should be served from, generates URLs for these OCAs, and hands the URLs over to the playback application services.<br>5. The playback application services hand over URLs of the appropriate OCAs to the client device, and the OCA begins to serve the requested files.<br><br>Source: https://openconnect.netflix.com/Open-Connect-Overview.pdf |
| receiving, via the wireless communication unit of the output system device, digital content from the one or more servers over the Internet, the received digital content corresponding to the pointer or the reference to the selected digital content included in the one or more content objects sent from the output system device to the one or more servers over the Internet, | *The output system device (e.g., Vizio D24f-G1 Smart TV, etc.) being operable for receiving, via the wireless communication unit (e.g., Wi-Fi module, etc.) of the output system device (e.g., Vizio D24f-G1 Smart TV, etc.), digital content (e.g., movies, TV shows, etc.) from the one or more servers (e.g., Amazon Web Services (AWS), etc.). The received digital content (e.g., movies, TV shows, etc.) corresponds to the pointer or the reference to the selected digital content included in the one or more content objects (e.g., content ID/identifier, title, director, VideoInfo, ActorInfo, GenreInfo, etc.) sent from the output system device to the one or more servers (e.g., Amazon Web Services (AWS), etc.) over the Internet.*<br><br>**Output system device receiving digital content (e.g., such as audio, video, movies, TV shows etc.):**<br><br>"Browse Titles<br><br>If you don't have a specific movie in mind, start by browsing the listings on the main page of Netflix's website or app. Scroll down to see various categories picked based on your previous activity. Swipe left and right in in the app — or click the left and right arrows on the Netflix website — to browse through more titles in each category. ***In the app, tap a movie poster to see more info, and tap it again to start the show. On computer, mouse over the poster for info on the title and click on it to start watching."*** |




"Search for a Movie

Tap or click the Search button to find a specific movie. Netflix searches not only for movie titles, but for people — actors, directors and so on — as well as keywords. As you type, movies, people and topics pop up. ***Tap or click a movie to start it, or choose a person or topic to see related movies."***




Source: https://itstillworks.com/movies-netflix-8767565.html







Source: https://www.youtube.com/watch?v=ey6iidrDpWI

"***When you select a show, your Netflix app cherry picks which of these servers will it load the video from***.

…

***when you do something that requires net access, a request is sent to your internet service provider (ISP). The ISP forwards it to the dedicated servers that handle the website, and the servers provide a response which is relayed back to your computer and forms the result. For Netflix and other top-tier sites***, where millions of hours of video content is relayed across the internet between their servers and all the users, a much larger network of servers is needed to maintain performance."




"***The last part about fetching is the one that is most crucial for Netflix here, because after all, that is where the Internet network delivers the video from Netflix's AWS servers to the customer's device***."

Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b

"***Netflix Movies and TV Shows***
About this Dataset: Netflix is one of the most popular media and video streaming platforms. They have over 8000 movies or tv shows available on their platform, as of mid-2021, they have over 200M Subscribers globally. ***This tabular dataset consists of listings of all the movies and tv shows available on Netflix, along with details such as - cast, directors, ratings, release year, duration, etc.***"

**netflix_titles.csv** (3.4 MB)

Detail Compact Column 10 of 12 columns

| show_id | type | title | director | cast |
|---|---|---|---|---|
| Unique ID for every Movie / Tv Show | Identifier - A Movie or TV Show | Title of the Movie / Tv Show | Director of the Movie | Actors involved in the movie / show |
| 8807 unique values | Movie 70%<br>TV Show 30% | 8807 unique values | [null] 30%<br>Rajiv Chilaka 0%<br>Other (6154) 70% | [null] 9%<br>David Attenborough 0%<br>Other (7963) 90% |
| s1 | Movie | Dick Johnson Is Dead | Kirsten Johnson | |
| s2 | TV Show | Blood & Water | | Ama Qamata, Khosi Ngema, Gail Mabalane, Thabang Molaba, Dillon Windvogel, Natasha Thahane, Arno Gree... |

Source: https://www.kaggle.com/datasets/shivamb/netflix-shows

| | |
|---|---|
| | **How Netflix streams videos**<br><br>Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.<br><br>**It starts when you hit 'Play.'**<br><br>First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.<br><br>When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.<br><br><br><br>Source:<br>https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85<br><br>**It starts when you press 'Play'**<br><br>When you press play, Netflix sends the video to your internet provider using the fastest way possible. Think of it like driving on a road. When Netflix sends a video, we try to avoid traffic, accidents, and construction along the way to get the video to you quickly. Shorter paths make your video quality better.<br><br>**We can't do it without help**<br><br>After Netflix sends the video to your internet provider, it goes through their network to get to your home. If their network is too slow or has issues, it can affect your video quality or cause issues with your Netflix experience.<br><br>If the road is clear, your internet provider will send the video directly to your screen. The video quality you get can be also affected by how strong your home internet connection is, and how many devices in your home are using the internet at the same time.<br><br>Source: https://help.netflix.com/en/node/85 |

| | |
|---|---|
| | The following diagram illustrates how the playback process works:<br><br><br>1. OCA's periodically report health, routes they have learned, and content (file) availability to the cache control services in AWS.<br>2. A user on a client device requests playback of a title (TV show or movie) from the Netflix application in AWS.<br>3. The playback application services in AWS check user authorization and licensing, then determine which specific files are required to handle the playback request - taking individual client characteristics and current network conditions into account.<br>4. The steering service in AWS uses the information stored by the cache control service to pick OCAs that the requested files should be served from, generates URLs for these OCAs, and hands the URLs over to the playback application services.<br>5. The playback application services hand over URLs of the appropriate OCAs to the client device, and the OCA begins to serve the requested files.<br><br>Source: https://openconnect.netflix.com/Open-Connect-Overview.pdf |
| and the receiving of the digital content from the one or more servers over the Internet being dependent on the security or the authentication information restricted to said user provided from the output system device to the one or more servers over the Internet, and | *The receiving of the digital content (e.g., movies, TV shows, etc.) from the one or more servers (e.g., Amazon Web Services (AWS), etc.) over the Internet being dependent on the security or the authentication information (e.g., login credentials such as email and password, etc.) restricted to said user provided from the output system device (e.g., Vizio D24f-G1 Smart TV, etc.) to the one or more servers over the Internet.*<br><br>**Output system device receiving digital content (e.g., digital content such as audio, video, movies, TV shows etc.) in response to providing the security or the authentication information to the server:**<br><br>**How to use Netflix on your Vizio TV or Blu-ray player** |

| | |
|---|---|
| | ▾ If you see the Netflix icon on-screen<br><br>1. Select the **Netflix** icon.<br>2. Select **Sign In**.<br>◦ If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.<br>◦ If you are not yet a member, set up your membership.<br>3. Enter your Netflix email address and password.<br>4. Select **Sign In**.<br><br>Your device is now connected to your Netflix account.<br><br>To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:<br><br>• **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**<br>• Select **Sign Out**, **Start Over**, or **Deactivate**.<br><br>Source:<br>https://web.archive.org/web/20210121144913/https://help.netflix.com/en/node/23881<br><br>"***Netflix on AWS***<br>Netflix is the world's leading internet television network, with more than 100 million members in more than 190 countries enjoying 125 million hours of TV shows and movies each day. ***Netflix uses AWS for nearly all its computing and storage needs, including databases, analytics, recommendation engines, video transcoding, and more—hundreds of functions that in total use more than 100,000 server instances on AWS.***"<br><br>Source:<br>https://web.archive.org/web/20200306140407/https://aws.amazon.com/solutions/case-studies/netflix/ |
| the receiving of the digital content being dependent on the payment or the subscription information provided by said user from the output system device to the one or more servers over the Internet; | *The receiving of the digital content (e.g., movies, TV shows, etc.) being dependent on the payment or the subscription information (e.g., subscription/membership plan, billing details, subscription ID, etc.) provided by said user from the output system device (e.g., Vizio D24f-G1 Smart TV, etc.) to the one or more servers over the Internet.*<br><br>**Output system device receiving digital content (e.g., digital content such as audio, video, movies, TV shows etc.) in response to providing payment or the subscription information to the server:**<br><br>**How to sign up for Netflix**<br><br>Join the millions of subscribers around the world who enjoy unlimited award-winning TV shows, movies, documentaries, and more. |

| | |
|---|---|
| | ▼ **Smart TV and Streaming Media Players**<br><br>1. Open the Netflix app.<br><br>> **NOTE:** If you need help finding the app, search our Help Center for "Using Netflix on," followed by the brand name of your device (e.g. Samsung, Roku, Xbox). Some devices also have a Netflix button on their remote control.<br><br>2. On most smart TVs and streaming media players, you will need to start by providing your email address or phone number.<br>◦ Once provided, you will receive an email or SMS text message with an activation link to continue the signup flow.<br><br>3. Choose the plan that's right for you. You can downgrade or upgrade at anytime.<br>4. Create an account by entering your email address and creating a password.<br>5. Enter a payment method.<br>6. That's it. Stream on!<br><br>Source: https://help.netflix.com/en/node/112419<br><br>**Plans and Pricing**<br><br>Netflix offers a variety of plans to meet your needs. The plan you choose will determine the number of devices that you can watch Netflix on **at the same time**.<br><br>With all of our plans, you can download the Netflix app on all your favorite devices and watch unlimited movies and TV shows.<br><br>❗ These prices apply for new members and will gradually take effect for all current members. Current members will be notified by email 30 days before their price change takes effect. |

| | Basic | Standard | Premium |
|---|---|---|---|
| Monthly cost* (United States Dollar) | **$8.99** | **$13.99** | **$17.99** |
| Number of screens you can watch on at the same time | 1 | 2 | 4 |
| Number of phones or tablets you can have downloads on | 1 | 2 | 4 |
| Unlimited movies and TV shows | ✓ | ✓ | ✓ |
| Watch on your laptop, TV, phone and tablet | ✓ | ✓ | ✓ |
| HD available | | ✓ | ✓ |
| Ultra HD available | | | ✓ |

Sign up for Netflix today and choose from several payment options. As a Netflix member, you are charged once a month on the date you signed up. You have the freedom to change your plan or cancel online at any time.

> **NOTE:** *Depending on where you live, you may be charged taxes in addition to your subscription price.

Netflix streaming plans do not include DVDs. Find out how you can sign up for a DVD plan.

Source: https://web.archive.org/web/20210615070928/https://help.netflix.com/en/node/24926/us

# Plans and Pricing

Netflix offers a variety of plans to meet your entertainment needs.

As a Netflix member, you are charged monthly on the date you signed up. A Netflix account is for people who live together in a single household. Learn more about sharing Netflix.

## Pricing (US Dollar)

- **Standard with ads***: $6.99 / month
- **Standard**: $15.49 / month (extra member slots** can be added for $7.99 each / month)
- **Premium**: $22.99 / month (extra member slots** can be added for $7.99 each / month)

Source: https://help.netflix.com/en/node/24926/us

| | Basic with ads | Basic | Standard | Premium |
|---|---|---|---|---|
| Monthly price | $6.99 | $9.99 | $15.49 | $19.99 |
| Video quality | Good | Good | Better | Best |
| Resolution | 720p | 720p | 1080p | 4K+HDR |
| Watch on your TV, computer, mobile phone and tablet | ✓ | ✓ | ✓ | ✓ |
| Downloads | — | ✓ | ✓ | ✓ |

Source: https://www.pcmag.com/news/netflixs-cheapest-plan-just-got-a-lot-more-appealing

# Accessing and updating information associated with your account

This article tells you how you can access and update information associated with your account.

Much of the data that we store about our members is easily accessible by logging into your account in a browser and clicking on the Account option. In nearly all cases, the information our members are looking for can be found on this page. If you cannot find the data you're looking for in this manner, please contact privacy@netflix.com.

| | |
|---|---|
| | The Account page gives you access to information such as:<br><br>• Account Information - account owner information you have provided to Netflix, such as email and phone number (available under **Membership & Billing**), as well as plan selection information (available under **Plan Details**).<br>• Notification Settings - your indicated preferences with respect to Netflix communications you wish to receive (available by profile under **Profile & Parental Controls**).<br>• Payment and Billing Information - payment details you have provided to Netflix and information about the charges we have made or attempted to make to your payment method for your subscription (available under **Membership & Billing**).<br><br>Source:<br>https://web.archive.org/web/20210615213720/https://help.netflix.com/en/node/100627<br><br>"***Netflix on AWS***<br>Netflix is the world's leading internet television network, with more than 100 million members in more than 190 countries enjoying 125 million hours of TV shows and movies each day. ***Netflix uses AWS for nearly all its computing and storage needs, including databases, analytics, recommendation engines, video transcoding, and more—hundreds of functions that in total use more than 100,000 server instances on AWS.***"<br><br>Source:<br>https://web.archive.org/web/20200306140407/https://aws.amazon.com/solutions/case-studies/netflix/ |
| processing at least part of the received digital content at the output controller, which includes a decoding operation and an image processing operation, the image processing operation including a color management operation and a scaling operation on at least part of the received digital content; and | *The output system device (e.g., Vizio D24f-G1 Smart TV, etc.) being operable for processing at least part of the received digital content (e.g., movies, TV shows, etc.) at the output controller (e.g., six-core processor, etc.), which includes a decoding operation and an image processing operation, the image processing operation including a color management operation and a scaling operation (e.g., adjusting the resolution, etc.) on at least part of the received digital content.*<br><br>**Vizio D24f-G1 Smart TV:**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br><br>Variable Refresh Rate Support<br>Display Processor Six-Core Processor<br>Gaming Engine<br>Input Lag<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1 |

VIZIO

**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**

- **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.
- **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.
- **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.

Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122

**Smart TV with Ultra HD Streaming**

With support for HEVC decoding and the latest Wi-Fi standard 802.11ac (that's up to 3x faster than 802.11n), D-Series lets you stream Ultra HD from popular apps such as Netflix—available now.

Source: https://cdn.vizio.com/documents/d55ud1/qsg-d55ud1.pdf

To support the excellent picture quality and Ultra HD experience in the P-Series Ultra HD collection, VIZIO engineered the V6 six-core processor. Comprised of a quad-core GPU plus dual-core CPU, the V6 six-core processor delivers maximum speed and advanced graphics processing, enabling an even faster smart TV user experience. To ensure picture quality always remains king, VIZIO also enabled VM50, a dedicated motion and picture-processing engine that beautifully renders every image, including Ultra HD content, with incredible detail.

"The North America UHD TV market is forecast to grow to more than 800k units in 2014, with a substantial portion of that growth occurring in the second half of the year," said Paul Gagnon, Director of Global TV Research for NPD DisplaySearch. "Even with the strong growth in 2014, the UHD market will more than quadruple in 2015 as prices become more accessible to mainstream consumers."

Source: https://www.prnewswire.com/news-releases/vizio-reveals-highly-anticipated-p-series-ultra-hd-full-array-led-smart-tv-collection-combining-unparalleled-picture-quality-and-advanced-performance-for-the-ultimate-entertainment-experience-276440611.html

| | |
|---|---|
| | **More Detail with High Definition**<br><br>With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution<br><br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br><br>**High Quality Video Encoding at Scale**<br><br>Netflix Technology Blog · Follow<br>Published in Netflix TechBlog · 7 min read · Dec 9, 2015<br><br>The figure below shows a high-level overview of our system. We ingest high quality video sources and generate video encodes of various codec profiles, at multiple quality representations per profile. The encodes are packaged and then deployed to a content delivery network for streaming. During a streaming session, the client requests the encodes it can play and adaptively switches among quality levels based on network conditions.<br><br><br><br><br>Source: https://netflixtechblog.com/high-quality-video-encoding-at-scale-d159db052746 |

<table>
<tr>
<td></td>
<td>

**To adjust the picture settings:**

**Menu > Picture > Picture Mode**

1. Use the **Arrow** buttons on the remote to highlight **Picture Mode,** then use the **Left/Right Arrow** buttons to change the picture mode:

- **Standard —** Sets the picture settings to the default settings.
- **Calibrated —** Sets the picture settings to values ideal for watching TV in a brightly-lit room.
- **Calibrated Dark —** Sets the picture settings to values ideal for watching TV in a dark room.
- **Vivid —** Sets the picture settings to values that produce a brighter, more vivid picture.
- **Game —** Reduces throughput delays and optimizes the picture settings for displaying game console output.
- **Computer —** Optimizes the picture settings for displaying computer output.

2. To manually change each of the picture settings, use the **Up/Down Arrow** buttons on the remote to highlight that picture setting, then use the **Left/Right Arrow** buttons to adjust the setting:

- **Backlight —** Adjusts the LED brightness to affect the overall brilliance of the picture. Backlight cannot be adjusted when starting from some picture modes.
- **Brightness —** Adjusts the black level of the picture. When this setting is too low, the picture may be too dark to distinguish details. When this setting is too high, the picture may appear faded or washed out.
- **Contrast —** Adjusts the white level of the picture. When this setting is too low, the picture may appear dark. When this setting is too high, the picture may appear faded or washed out. If the setting is too high or too low, detail may be difficult to distinguish in dark or bright areas of the picture.
- **Color —** Adjusts the intensity of the picture colors.




- **Tint —** Adjusts the hue of the picture. This setting is useful in adjusting the flesh tones in the picture. If flesh appears too orange, reduce the level of color before adjusting tint.
- **Sharpness —** Adjusts the edge sharpness of picture elements. It can be used to sharpen non-HD (high definition) content; however, it will not produce detail that does not otherwise exist.

**Adjusting More Picture Settings**

**To adjust more picture settings:**

**Menu > Picture > More Picture**

Use the **Arrow** buttons to highlight the setting you wish to adjust, then press the **Left/Right Arrow** buttons to change the setting:

- **Color Temperature —** Change the white balance of the picture. Refer to the section on ***Adjusting the Color Temperature on page 17.***
- **Black Detail —** Adjusts the average brightness of the picture to compensate for large areas of brightness.
- **Backlight Control —** When **ON**, it will improve the contrast ratio of the picture by adjusting backlight zones. Specific adjustments are based on content.
- **Reduce Noise:**
  - **Reduce Signal Noise:** Lessens artifacts in the image caused by the digitizing of image motion content.
  - **Reduce Block Noise:** Reduces pixelation and distortion for mpeg files.
- **Game Low Latency —** Reduces video delay (lag) when gaming.
- **Film Mode —** Optimizes the picture for watching films. Select **On** or **Off**.*
- **Gamma —** Set the shape of the Gamma curve. Use lower Gamma values for bright room conditions, and higher values when it's dark.




**How do I know I am getting 4K resolution or HDR content such as Dolby Vision?**

- As you are watching content on the television, press the INFO button on the remote or VIZIO SmartCast Mobile app. You will see the current resolution being displayed along with the version of video.
- HDR will show as a Dolby Vision icon, HDR10 or HLG.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

</td>
</tr>
<tr>
<td>delivering at least part of the processed digital content from the output controller to the rendering engine for rendering of at least part of the processed digital content by the rendering engine at the display screen of the television.</td>
<td>

*The output system device (e.g., Vizio D24f-G1 Smart TV, etc.) being operable for delivering at least part of the processed digital content from the output controller (e.g., six-core processor) to the rendering engine (e.g., GPU) for rendering of at least part of the processed digital content by the rendering engine at the display screen of the television.*

**Vizio D24f-G1 Smart TV:**

**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV | D24f-G1**

</td>
</tr>
</table>




## Key Specs

| | |
|---|---|
| Class Size | 24" |
| Viewable Display Size | 23.50" (596.9mm) |
| Resolution | 1920 x 1080 |
| Aspect Ratio | 16:9 |
| Backlight Type | Full Array LED |
| Dynamic Contrast Ratio | 5000:1 |
| Variable Refresh Rate Support | |
| Display Processor | Six-Core Processor |
| Gaming Engine | |
| Input Lag | |

## More Detail with High Definition

With HD and Full HD resolution, stream your favorite TV shows, movies, and videos in brilliant High Definition resolution

Source: https://www.vizio.com/en/tv/d-series/D24f-G1

VIZIO

## VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1

- **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.
- **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.
- **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.

Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122

## How Netflix streams videos

Netflix uses the internet to stream movies and TV shows from our servers to your screens, but we can't do it alone. From our servers to the world wide web to your ISP's (Internet Service Provider) network, our content travels across multiple touch points to get to your screen.

**It starts when you hit 'Play.'**

First, Netflix has to decide where to send your TV show or movie from. Netflix has servers all over the world, and will send your video stream from as close to you as possible. The shorter the route, the higher the video quality.

When you hit play, Netflix uses the most efficient path possible to carry the video through our system to your ISP. Much like when traveling on a highway, Netflix tries to route your video around any traffic, accidents, or construction on the way.



Source: https://web.archive.org/web/20210427123613/https://help.netflix.com/en/node/85

### It starts when you press 'Play'

When you press play, Netflix sends the video to your internet provider using the fastest way possible. Think of it like driving on a road. When Netflix sends a video, we try to avoid traffic, accidents, and construction along the way to get the video to you quickly. Shorter paths make your video quality better.

| | |
|---|---|
| | **We can't do it without help**<br><br>After Netflix sends the video to your internet provider, it goes through their network to get to your home. If their network is too slow or has issues, it can affect your video quality or cause issues with your Netflix experience.<br><br>If the road is clear, your internet provider will send the video directly to your screen. The video quality you get can be also affected by how strong your home internet connection is, and how many devices in your home are using the internet at the same time.<br><br>Source: https://help.netflix.com/en/node/85<br><br>The following diagram illustrates how the playback process works:<br><br><br><br><br>1. OCA's periodically report health, routes they have learned, and content (file) availability to the cache control services in AWS.<br>2. A user on a client device requests playback of a title (TV show or movie) from the Netflix application in AWS.<br>3. The playback application services in AWS check user authorization and licensing, then determine which specific files are required to handle the playback request - taking individual client characteristics and current network conditions into account.<br>4. The steering service in AWS uses the information stored by the cache control service to pick OCAs that the requested files should be served from, generates URLs for these OCAs, and hands the URLs over to the playback application services.<br>5. The playback application services hand over URLs of the appropriate OCAs to the client device, and the OCA begins to serve the requested files.<br><br>Source: https://openconnect.netflix.com/Open-Connect-Overview.pdf |

<table>
<tr>
<td></td>
<td>




<br>
Source: https://www.youtube.com/watch?v=ey6iidrDpWI
</td>
</tr>
<tr>
<td>3. The output system device of claim 1 further comprising means for providing, from the output system device to the one or more servers over the Internet, at least one of quality of service information, priority information, identification information, and preference information.</td>
<td>
The output system device providing, to the one or more servers over the Internet, identification information (e.g., device type, IP address etc.) and preference information (e.g., user's watch preferences).
<br><br>
<u>Output system device providing identification information and preference information (e.g., user's watch preferences) to the server:</u>
<br><br>
• Device and network information: We collect information about your computer or other Netflix capable devices you might use to access our service (such as smart TVs, mobile devices, set top boxes, gaming systems, and other streaming media devices), your network, and network devices.
</td>
</tr>
</table>

| | |
|---|---|
| | ◦ device IDs or other unique identifiers, including for your network devices (such as your router), and devices that are Netflix capable on your network;<br><br>◦ resettable device identifiers (also known as advertising identifiers), such as those on mobile devices, tablets, and streaming media devices that include such identifiers (see the "Cookies and Internet Advertising" section below for more information);<br><br>◦ device and software characteristics (such as type and configuration), connection information including type (wifi, cellular), statistics on page views, referring source (for example, referral URLs), IP address (which can be used to tell us your general location, such as your city, state/province, and postal code), browser and standard web server log information;<br><br>Source: https://web.archive.org/web/20210322023504/https:/help.netflix.com/legal/privacy<br><br>***"Information you provide to Netflix****: Your name, email address, address, payment method and telephone number.* ***It also stores data, such as when you give content a rating (like 4 stars) or reviews***:<br><br>**Information Netflix collects automatically**: This includes what platforms you watch Netflix on (such as a smartphone, tablet, computer, Smart TV or streaming box), your IP address (so it knows where you're logging in from), watch history and search queries, how long you've watched a show, and interactions with customer service.<br><br>Source: https://web.archive.org/web/20180418023442/https://www.usatoday.com/story/tech/columnist/saltzman/2018/04/17/you-can-see-what-netflix-knows-you-but-you-cant-download/510782002/<br><br>• The Netflix app or website determines what particular device you are using to watch, and fetches the exact file for that show meant to specially play on your particular device, with a particular video quality based on how fast your internet is at that moment.<br><br>Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b |

| | |
|---|---|
| | • Account information - account owner information you have provided to Netflix, such as email and phone number (available under **Membership & Billing**), as well as as plan selection information (available under **Plan Details**).<br>• Communication settings - your indicated preferences with respect to Netflix communications you wish to receive (available by profile under **Profile & Parental Controls**).<br>• Marketing communications - your indicated preferences with respect to Netflix promotional communications on third party services (available by profile under **Profile & Parental Controls**).<br>• Payment and Billing Information - payment details you have provided to Netflix and information about the charges we have made or attempted to make to your payment method for your subscription (available under **Membership & Billing**).<br>• Profiles - details of any profiles that have been created within your Netflix member account, including playback preferences (available by profile under **Profile & Parental Controls**).<br>• Content Interaction History - a history of your **Viewing activity** and information regarding your interactions with content titles on Netflix, such as movies and TV shows you have rated (available by profile under **Profile & Parental Controls**).<br>• IP address information - information associated with the last time a particular device was used to stream from your Netflix member account from a particular IP address (available in **Manage Access and Devices** under **Security & Privacy**).<br><br>Source: https://web.archive.org/web/20210917013845/https://help.netflix.com/en/node/100624 |
| 4. The output system device of claim 1 wherein the television further comprises: an operating system, and one or more software applications installed or installable at the output system device and managed, at least partly, by the operating system, the one or more software applications for facilitating, at least in part, access of at least part of the digital content from the one or more servers over the Internet. | *The output system device wherein the television (e.g., Vizio D24f-G1 Smart TV, etc.) comprises an operating system (e.g., SmartCast OS, etc.), and one or more software applications (e.g., Netflix, etc.) installed or installable at the output system device and managed, at least partly, by the operating system, the one or more software applications for facilitating, at least in part, access of at least part of the digital content (e.g., movies, TV shows, etc.) from the one or more servers (e.g., Amazon Web Services (AWS), etc.) over the Internet.*<br><br>**<u>Vizio D24f-G1 Smart TV:</u>**<br><br>Source: https://support.vizio.com/s/article/D24f-G1-Model-Information-EXT?language=en_US<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** |

<table>
<tr>
<td></td>
<td>

## Stream Everything You Love

Access your favorite apps, cast from your phone, or watch hundreds of free channels.

Built in:

→ **SmartCast™ OS**

**Source:** https://www.vizio.com/en/tv/d-series/D24f-G1

**What is SmartCast Home?**

SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Hulu, and Amazon Prime Video, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

## How to use Netflix on your Vizio TV or Blu-ray player

**If you see the Netflix icon on-screen**

1. Select the **Netflix** icon.
2. Select **Sign In**.
   - If you do not see **Sign In**, select **Yes** on the **Are you a member of Netflix?** screen.
   - If you are not yet a member, set up your membership.
3. Enter your Netflix email address and password.
4. Select **Sign In**.

Your device is now connected to your Netflix account.

To start over or sign in with a different email address at any point during this process, use the arrow keys on your controller to enter the following sequence:

- **Up, Up, Down, Down, Left, Right, Left, Right, Up, Up, Up, Up**
- Select **Sign Out**, **Start Over**, or **Deactivate**.

Source: https://web.archive.org/web/20210121144913/https://help.netflix.com/en/node/23881

</td>
</tr>
<tr>
<td>6. The output system device of claim 1 in which the decoding operation on at least part of the received digital content further</td>
<td>The output system device of claim 1 in which the decoding operation on at least part of the received digital content (e.g., movies, TV shows, etc.) further includes a decrypting operation on at least part of the digital content.</td>
</tr>
</table>

| | |
|---|---|
| includes a decrypting operation on at least part of the digital content. | *The Netflix app uses Widevine DRM by Google that uses different encryption algorithms to protect the data. Vizio TVs receive encrypted data from the servers. The streaming application thereafter processes the received data to decrypt into the data suitable for playback on the TV. The data encryption is based on streaming device and application such that the received data is only decodable and playable by the intended streaming device and application.*<br>**<u>Vizio D24f-G1 Smart TV:</u>**<br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br>Variable Refresh Rate Support<br>Display Processor Six-Core Processor<br>Gaming Engine<br>Input Lag<br>Source: https://www.vizio.com/en/tv/d-series/D24f-G1<br>VIZIO<br>**VIZIO 24" Class FHD LED Smart TV D-Series D24f-G1**<br>• **V6 Six-Core Processor** Quad-core GPU and Dual-core CPU for blazing fast performance and faster, smoother onscreen graphics.<br>• **Built-in WiFi** Connect with high-speed wireless for easy internet access with fast load times.<br>• **DTS Studio Sound** Advanced virtual surround sound audio from the TV's two built-in speakers.<br>Source: https://www.walmart.com/ip/VIZIO-24-Class-FHD-LED-Smart-TV-D-Series-D24f-G1/245023122 |

## Encrypted Streaming + DRM License

### Video Encoding at multiple bitrates

As mentioned in the previous section, video streaming in urban networks requires adaptive bitrate streaming. The video encoding process optimizes the video size to deliver the highest quality at the lowest bitrate. The most popular video codecs in use today are H.264 and VP9. SD resolution streams are encoded using H.264 codec, which has the widest decoder support. On the other hand, HD resolution streams are encoded using VP9. This is done for the delivery of 1080p streams to devices such as Android TV. As of February 2018, hardware-level decryption for Widevine-encrypted streams are available for Smart TVs by the following device makers: LG (WebOS), Panasonic (FirefoxOS), Philips (AndroidTV), Samsung (Tizen), Sharp Aquos (AndroidTV), Sony Bravia (AndroidTV. Different files of different bitrate and resolutions are broken down into fragmented MP4 segments of equal length.

### 8. Video player receives the video chunks from OEMCrypto Module

After the video is decrypted and decoded, it is then sent to your video player in small chunks. The viewer is able to play the video and security is also ensured. And voila, you get video playback on your device.

Now that you are aware of how Widevine DRM works, let's have a look at its implementation. Having implemented Widevine DRM for more than 2000 customers, we can claim that

Source:
https://web.archive.org/web/20210801210307/https://www.vdocipher.com/blog/widevine-drm-hollywood-video/

# High Quality Video Encoding at Scale

Netflix Technology Blog · Follow
Published in Netflix TechBlog · 7 min read · Dec 9, 2015

| | |
|---|---|
| | The figure below shows a high-level overview of our system. We ingest high quality video sources and generate video encodes of various codec profiles, at multiple quality representations per profile. The encodes are packaged and then deployed to a content delivery network for streaming. During a streaming session, the client requests the encodes it can play and adaptively switches among quality levels based on network conditions.<br><br><br>Source: https://netflixtechblog.com/high-quality-video-encoding-at-scale-d159db052746<br><br>Overview<br><br>Widevine DRM is Google's content protection system for premium media. It is used by major partners around the world such as Google Play, YouTube, Netflix, Disney+, Amazon Prime Video, HBO Max, Hulu, Peacock, Discovery+, Paramount+ and many more. The focus of Widevine is to provide the best experience for viewing premium content over digital distribution.<br><br>Widevine DRM adopts the following standards:<br>• Encrypted Media Extensions - a W3C specification.<br>• Common Encryption<br>  • ISO/IEC 23001-7 - Common encryption in ISO base media file format files<br>  • ISO/IEC 23001-9 - Common encryption of MPEG-2 transport streams |




Source: https://developers.google.com/widevine/drm/overview

***"Implementing Digital Rights Management (DRM)***
DRM is one of the three encryption options that you can use with AWS Elemental MediaConvert. You can use it in conjunction with the other two options. The following illustration shows the three options.




Protect your content from unauthorized use through encryption. ***Digital rights management (DRM) systems provide keys to AWS Elemental MediaConvert for content encryption, and licenses to supported players and other consumers for decryption.***"

Source:
https://web.archive.org/web/20210616023503/https://docs.aws.amazon.com/mediaconvert/latest/ug/implementing-digital-rights-management-drm.html

***"Netflix works on thousands of devices, and each of them play a different format of video and sound files. Another set of AWS servers take this original film file, and convert it into hundreds of files, each meant to play the entire show or film on a particular type of device and a particular screen size or video quality. One file will work exclusively on*** the iPad, ***one on a full HD Android phone,*** one on a Sony TV that can play 4K video and Dolby sound, one on a Windows computer, and so on. Even more of these files can be made with varying video qualities so that they are easier to load on a poor network connection. This is a process known as transcoding. ***A special piece of***

| | |
|---|---|
| | ***code is also added to these files to lock them with what is called digital rights management or DRM — a technological measure which prevents piracy of films.*** <br><br> ***The Netflix app or website determines what particular device you are using to watch, and fetches the exact file for that show meant to specially play on your particular device, with a particular video quality based on how fast your internet is at that moment*.”** <br><br> Source: https://medium.com/refraction-tech-everything/how-netflix-works-the-hugely-simplified-complex-stuff-that-happens-every-time-you-hit-play-3a40c9be254b |
| 7. The output system device of claim 1 in which the output system device further includes at least one of an audio output device, a projection device, and a display device, individually or in any combination. | *The output system device (e.g., Vizio D24f-G1 Smart TV, etc.) includes an audio output device (e.g., Speakers) and a display device (display screen).* <br><br> **Vizio D24f-G1 Smart TV:** <br><br> **VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1** <br><br>  <br><br> Key Specs <br><br> Class Size — 24" <br> Viewable Display Size — 23.50" (596.9mm) <br> Resolution — 1920 x 1080 <br> Aspect Ratio — 16:9 <br> Backlight Type — Full Array LED <br> Dynamic Contrast Ratio — 5000:1 |

| | |
|---|---|
| Display Processor | Six-Core Processor |
| Gaming Engine | |
| Input Lag | |

## Audio

| | |
|---|---|
| Speakers | 2 watts x 2 |

Source: https://www.vizio.com/en/tv/d-series/D24f-G1




Source: https://support.vizio.com/s/article/D24f-G1-Model-Information-EXT?language=en_US