# EXHIBIT 24

# Application of U.S. Patent No. 10,133,527 to the Accused TVs*†

* The term "Accused TVs" refers to Vizio's smart televisions, including but not limited to, OLED, P-Series, M-Series, V-Series, D-Series, and Quantum televisions, and those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

<table>
<tr><th colspan="2">Application of U.S. Patent No. 10,133,527 to the Accused TVs</th></tr>
<tr>
<td>8. A wireless device for establishing a short range wireless communication link with a client of the wireless device and for connecting to one or more servers over a network that includes the Internet,</td>
<td>A wireless device (e.g., Vizio M65Q6-J09 TV, etc.) for establishing a short range wireless communication link (e.g., Bluetooth communication link) with a client (e.g., Android, iOS device) and for connecting to one or more servers (e.g., Vizio server, YouTube server, etc.) over a network, e.g., Internet.<br><br>
<u>Wireless Device – Vizio M65Q6-J09 TV</u><br><br>
M65Q6-J09 Model Information<br>
<br>
<br>
Connectivity<br>
Wi-Fi Protocol | WiFi 5<br>
Bluetooth | 5.0 with BLE<br><br>
Source: https://support.vizio.com/s/article/M65Q6-J09-Model-Information?language=en_US<br><br>
<u>Client</u><br>
<u>Android device</u></td>
</tr>
</table>




| COMMS | | |
|---|---|---|
| | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source:
https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®11 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>**[US]**<br>• GPS, GLONASS, Galileo, QZSS<br>**[ROW]**<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |
|---|---|

Source: https://support.google.com/pixelphone/answer/16043605?sjid=5285632714289850-NC#zippy=%2Cpixel

**iOS device**

## iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source:
https://web.archive.org/web/20231016163729/https://support.apple.com/kb/SP830?locale=en_US

**Wireless device establishing wireless communication link with client using SmartCast app:**

*Note: The Vizio SmartCast App was renamed as the Vizio Mobile App. The app allows the user to configure Vizio TV.*

**Control your TV with the SmartCast Mobile™ App**

Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.

**With SmartCast Mobile, you can:**

- Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.
- Control playback and TV settings using your voice.
- Easily enter text onto your TV/display from your mobile device using a full keyboard.
- Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.
- Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.

**Scan to download.**
Scan with your phone camera or QR reader.

*vizio.com/smartcastapp*

Download on the App Store GET IT ON Google Play

**How do I download the VIZIO SmartCast Mobile™ App?**

- Make sure your phone or tablet is connected to a Wi-Fi network. Open a browser on your phone or tablet.
- Navigate to vizio.com/smartcastapp and follow the on-screen instructions to download the VIZIO SmartCast Mobile™ App.

Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

# VIZIO Mobile

VIZIO
Contains ads




About this app →

We've updated our app name to VIZIO Mobile, you may have downloaded the app when it was called "VIZIO SmartCast Mobile."

With VIZIO Mobile, you can control your entire entertainment experience with your Mobile Device. Browse & discover movies, TV shows, music, live streams and more across multiple apps at once. Power on/off devices, play/pause content, modify advanced settings and more.

...

Source: https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl

"The SmartCast app can control every function of the TV, from power-on to input switching to advanced picture adjustments, audio controls, setting timers and everything else. You'll pair your phone to the TV using it in the initial setup process, and use it to connect the TV to Wi-Fi and receive software updates. The app also offers TV and movie discovery features, but they're not very advanced."

Source: https://www.cnet.com/tech/home-entertainment/vizio-tv-smartcast-app-better-recommendations/

**Pairing your Phone to the VIZIO Mobile App**

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

| | |
|---|---|
| | **Q. I don't see my devices showing in the list of available devices?**<br>A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**Connecting the Vizio TV to the internet:**<br><br>**How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the **MENU** button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the Menu Tab > SmartCast Devices > Your TV/Device Name > Network<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.<br><br>Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf<br><br>**Wireless device connecting to servers over the internet:**<br><br>**What is SmartCast Home?**<br>SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Disney+, and Hulu, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.<br><br>**What you can do with SmartCast Home**<br>• Stream high quality entertainment.<br>• Launch top tier apps directly from the home screen.<br>• Access free channels to watch without a subscription through WatchFree+.<br>• Rearrange apps on your home screen just the way you like it.<br>• Mirror your laptop or mobile device onto your TV through Apple Airplay or Chromecast built-in™. |




Source: [https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf](https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf)




Source: [https://support.vizio.com/s/article/M65Q6-J09-Model-Information?language=en_US](https://support.vizio.com/s/article/M65Q6-J09-Model-Information?language=en_US)

**WatchFree+:**

WatchFree+ is VIZIO's free streaming service, available right out of the box with no additional devices, fees or subscriptions required. Home to 260+ free channels, providing instant access to live programming including local TV, movies, news, sports, music, kids & family, multicultural, and more. Plus, get access to a library of 6000+ On Demand movies and shows.

Source:
https://web.archive.org/web/20231231010318/https://www.vizio.com/en/watchfreeplus-explore




Source:
https://web.archive.org/web/20231228202314/https://www.vizio.com/en/watchfreeplus

AUGUST 01, 2018

VIZIO LAUNCHES ALL-NEW WATCHFREE™ SERVICE

We are excited toannounce today the rollout of WatchFree, an all-new streaming service designed with cord-cutters in mind. Now available on nearly all VIZIO SmartCast TVs, WatchFree takes the entertainment experience one step further by providing free, direct streaming access to more than 100 live and linear channels. WatchFree has all of the attributes associated with traditional cable TV minus boxes, antennas, cords, and most importantly, the cost.

Our all-new WatchFree service allows VIZIO SmartCast TV users to kick back and enjoy a wide selection of live channels. Powered by Pluto TV, a leading streaming television service, WatchFree offers access to news, sports, movies, TV shows, viral videos, concerts and more – all without the expense of a monthly subscription or transaction fees.

Some of the exciting Pluto TV channels that will be available through WatchFree include Pluto TV Movies, Action Movies, Black Cinema, News 24/7, NBC News/MSNBC, Fox Sports, Frontdoor, Cats 24/7, Crime Network, MST3K and The Surf Channel. In addition to the regular channel lineup, coming soon, Pluto TV will launch two new pop-up channels also available on WatchFree, featuring Gordon Ramsay's Kitchen Nightmares and Unsolved Mysteries.

Source: https://www.vizio.com/en/blogs/2018/aug/vizio-launches-all-new-watchfree-service-we-are

# WatchFree+™

## What is WatchFree+?

VIZIO WatchFree+ takes your cord-cutting entertainment experience one step further! With the simple press of a button, enjoy free streaming TV with hundreds of live TV channels to choose from – news, movies, sports, comedy, music and more. A built-in on-screen guide makes finding something to watch easier than ever.

**And it's all FREE—no fees, no subscriptions, or logins.**

## What you can do with WatchFree+

- Stream hundreds of live TV channels absolutely free – news, movies, sports, comedy, music and more.
- Navigate through channels, organized by genre, with an intuitive on-screen guide.
- Watch the best of internet TV.
- No logins, subscriptions or transactions fees.

## How to Launch WatchFree+

To launch and begin watching entertainment offered on WatchFree+:

- Press the **WatchFree+** (Watch Free+) button on your remote.

—or—

- Select **WatchFree+** from the list of inputs or app row.




Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

**YouTube:**

| | |
|---|---|
| | **System requirements & supported devices for YouTube**<br><br>To watch YouTube videos, make sure you have the most up-to-date browser, operating system, and a good internet connection:<br><br>• Newest version of Google Chrome, Firefox, or Safari<br>• Internet connection with 500+ Kbps<br><br>Source: https://support.google.com/youtube/answer/78358?hl=en<br><br>**YouTube has a global network.**<br><br>There are multiple copies of YouTube videos in our servers all around the world, so we can start the video stream from as close to you as possible.<br><br>**We pick the shortest, most direct route.**<br><br>When you click play, YouTube carries the video data through its system to your Internet Service Provider (ISP) via the most efficient path possible. Sometimes, exceptional circumstances mean we may need to use a less-direct path.<br><br>**We can't do it alone.**<br><br>When your ISP receives your video from YouTube, they begin the important job of carrying it across their network to your home. They must ensure there's enough capacity where they receive the data from YouTube. Otherwise, your video streaming quality will suffer.<br><br>Source: https://web.archive.org/web/20210713004905/https://www.google.com/get/videoqualityreport/#how_video_gets_to_you#how_video_gets_to_you |

| | |
|---|---|
| the wireless device comprising: an antenna for transmitting radio frequency signals; | *The wireless device (e.g., Vizio M65Q6-J09 TV, etc.) includes an antenna for transmitting radio frequency signals.*<br><br>**Wireless Device – Vizio M65Q6-J09 TV**<br><br>**M65Q6-J09 Model Information**<br><br>**Connectivity**<br>Wi-Fi Protocol: WiFi 5<br>Bluetooth: 5.0 with BLE<br><br>Source: https://support.vizio.com/s/article/M65Q6-J09-Model-Information?language=en_US<br><br>**A Wi-Fi antenna is a vital component in Wi-Fi communication systems and serves as a transmitter, receiver, or both.** It enables devices to transmit and receive radio frequency (RF) waves for internet connectivity.<br><br>Source: https://www.te.com/en/products/antennas/wi-fi-antennas/understanding-wifi-antenna-technology.html<br><br>**Wireless Connectivity for Personal Devices**<br>Bluetooth technology is a wireless communication standard used for transmitting or receiving short-range radio waves to exchange data between devices. Devices that use Bluetooth frequencies are often smaller due to the low power demands of the technology as well as the short range of transmission, usually tens of meters. Examples of Bluetooth enabled devices include smartphones, tablet, laptops, and wireless headphones. Bluetooth technology can also be used in more unusual applications such as drive-thru restaurants for meal preparation of registered users.<br><br>**Antennas compatible with Bluetooth devices can be incorporated into a device with either an internal or embedded antenna, or with custom Laser Direct Structuring (LDS) antenna technology that allows the antenna to be printed onto the frame or components within a device.** Alternatively, external antennas allow for the antenna to be brought outside of the device. This improves performance either with a larger<br><br>Source: https://www.te.com/en/products/antennas/antennas-for-bluetooth-devices.html?tab=pgp-story |
| one or more wireless communication units, each wireless communication unit of the one or more wireless communication units includes wireless communication | *The wireless device (e.g., Vizio M65Q6-J09 TV, etc.) has one or more wireless communication units (e.g., Wi-Fi/Bluetooth module, etc.) includes wireless communication circuitry for wireless communication (e.g., Wi-Fi/Bluetooth communication) and at least a wireless communication unit is compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards.* |

<table>
<tr>
<td>circuitry for wireless communication, at least a wireless communication unit of the one or more wireless communication units is compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards; and</td>
<td>
<u>Wireless Device – Vizio M65Q6-J09 TV</u>
<br><br>
M65Q6-J09 Model Information
<br><br>
Connectivity
<table>
<tr><td>Wi-Fi Protocol</td><td>WiFi 5</td></tr>
<tr><td>Bluetooth</td><td>5.0 with BLE</td></tr>
<tr><td>HDMI Input</td><td>3 (side)</td></tr>
<tr><td>HDMI Input Version</td><td>2.1</td></tr>
<tr><td>HDMI eARC</td><td>Yes</td></tr>
<tr><td>Ethernet</td><td>Yes</td></tr>
</table>
<br>
Source: https://support.vizio.com/s/article/M65Q6-J09-Model-Information?language=en_US
<br><br>
"The technical name for WiFi is IEEE 802.11 & it is key to everyday life enabling data to be transferred to devices from a router / hotspot.
<br><br>
To enable different items incorporating wireless technology like this to communicate with each other, common standards are needed. The standard for Wi-Fi is the IEEE 802.11 standard. The different variants like 802.11n or 802.11ac are different standards within the overall series and they define different variants. By releasing updated variants, the overall technology has been able to keep pace with the ever growing requirements for more data and higher speeds, etc."
<br><br>
Source: https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/what-is-wifi.php
</td>
</tr>
<tr>
<td>wherein the wireless device is configured for: (1) wirelessly receiving, by the wireless device and via the one or more wireless communication units of the wireless device, a communication request or a service request from the client of the wireless device;</td>
<td>
The wireless device (e.g., Vizio M65Q6-J09 TV) receives via the one or more wireless communication units (e.g., Bluetooth module), a communication or service request (e.g., when the user taps/clicks on the name of the wireless device to select it) from the client (e.g., Android or iOS device).
<br><br>
<u>Wireless device receives communication request from the client:</u>
<br><br>
Pairing your Phone to the VIZIO Mobile App
</td>
</tr>
</table>

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

| | |
|---|---|
| | **Q. I don't see my devices showing in the list of available devices?**<br>A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.<br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the **MENU** button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the Menu Tab > SmartCast Devices > Your TV/Device Name > Network<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.<br>Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf |
| (2) establishing, by the wireless device and via the one or more wireless communication units of the wireless device, the short range wireless communication link between the client and the wireless device, the establishing of the short range wireless communication link being subsequent to having received the communication request or the service request, and the short range wireless communication link is compatible, at least partly, with at least a protocol within Bluetooth specifications or IEEE 802.11 standards; | *The wireless device (e.g., Vizio M65Q6-J09 TV), via the one or more wireless communication units (e.g., Bluetooth module), establishes the short-range wireless communication link (e.g., Bluetooth communication link, etc.) with the client (e.g., Android or iOS device) subsequent to having received the communication request or the service request (e.g., when the user taps/clicks on the name of the wireless device to select it, etc.) and the short range wireless communication link is compatible, at least partly, with at least a protocol within Bluetooth specifications.*<br><br>**<u>Wireless device establishes Bluetooth communication link with the client:</u>**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

| | |
|---|---|
| | **Q. I don't see my devices showing in the list of available devices?**<br>A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the **MENU** button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the Menu Tab > SmartCast Devices > Your TV/Device Name > Network<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.<br><br>Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf |
| (3) wirelessly communicating with the client by the wireless device, the wireless communicating with the client is via the one or more wireless communication units of the wireless device and over the established short range wireless communication link; | *The wireless device (e.g., Vizio M65Q6-J09 TV) wirelessly communicates (e.g., via Vizio SmartCast/Mobile App, etc.) with the client (e.g., Android and/or iOS device, etc.) via the one or more wireless communication units (e.g., Bluetooth module, etc.) and over the established short range wireless communication link (e.g., Bluetooth communication link, etc.).*<br><br>**Vizio TV communicates with the client via the Vizio Mobile/SmartCast App:**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

| | |
|---|---|
| | Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br><br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US |

| | |
|---|---|
| | **Control your TV with the SmartCast Mobile™ App**<br>Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.<br>**With SmartCast Mobile, you can:**<br>• Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.<br>• Control playback and TV settings using your voice.<br>• Easily enter text onto your TV/display from your mobile device using a full keyboard.<br>• Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.<br>• Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.<br>**Scan to download.**<br>Scan with your phone camera or QR reader.<br>vizio.com/smartcastapp<br>Download on the App Store GET IT ON Google Play<br>Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf<br>**How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the **MENU** button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the Menu Tab > SmartCast Devices > Your TV/Device Name > Network<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.<br>Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf |
| (4) while the wireless device is wirelessly communicating with the client, implementing an authentication procedure, at the wireless device, for | *The wireless device (e.g., Vizio M65Q6-J09 TV), implements an authentication procedure, at the wireless device, for detecting security or authentication information (e.g., Wi-Fi ID and password).* |

| | |
|---|---|
| detecting security information or authentication information, the security information or the authentication information includes one or more of a user name, a password, identification information, an ID number, a PIN, an IP address, a security key, a biometric, a fingerprint, or a voice, individually or in any combination; and | *When the wireless device is communicating with the client, the wireless device can detect the Wi-Fi details (e.g., ID and Password) from the client via the Vizio Mobile/SmartCast App remote control acting as a keyboard for the TV.*<br><br>**<u>Wireless device implements authentication procedure for detecting security or authentication information:</u>**<br><br>**Pairing your Phone to the VIZIO Mobile App**<br><br>Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br><br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br><br> |

| | |
|---|---|
| | <br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US |

**Control your TV with the SmartCast Mobile™ App**

Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.

**With SmartCast Mobile, you can:**

- Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.
- Control playback and TV settings using your voice.
- Easily enter text onto your TV/display from your mobile device using a full keyboard.
- Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.
- Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.

**Scan to download.**
Scan with your phone camera or QR reader.

*vizio.com/smartcastapp*

Download on the App Store

GET IT ON Google Play

Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

| | |
|---|---|
| | <br><br>Source: https://web.archive.org/web/20241126180330/https://www.vizio.com/en/mobile |

<table>
<tr>
<td></td>
<td>

**ADJUSTING THE NETWORK SETTINGS**

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** ><br>
***Choose your network*** ><br>
***Enter in the password*** > **Connect**




**To forget a saved network:**

***Highlight a saved wireless access point*** > **OK** > **Forget**

**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

**How do I connect to my Wi-Fi network?**

- On your TV remote, press the **MENU** button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the Menu Tab > SmartCast Devices > Your TV/Device Name > Network
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

</td>
</tr>
<tr>
<td>(5) establishing, by the wireless device and using the at least one wireless communication unit of the wireless device,</td>
<td>The wireless device (e.g., Vizio M65Q6-J09 TV), establishes, using the at least one wireless communication unit (e.g., Wi-Fi module, etc.), a wireless local area network communication (e.g., Wi-Fi network) that is compatible with at least one protocol within IEEE 802.11 wireless</td>
</tr>
</table>

| | |
|---|---|
| wireless local area network communication, the wireless local area network communication is compatible, at least partly, with at least one protocol within IEEE 802.11 wireless standards for establishing the wireless local area network communication; | *standards for establishing the wireless local area network communication (e.g., Wi-Fi communication, etc.).*<br><br>**<u>Wireless device establishes a wireless local area network communication:</u>**<br><br>**How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the **MENU** button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the Menu Tab > SmartCast Devices > Your TV/Device Name > Network<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.<br><br>**ADJUSTING THE NETWORK SETTINGS**<br>Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.<br><br>**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.<br><br>**Connecting to a Wireless Network**<br>To connect to a wireless network whose network name (SSID) is being broadcast:<br>**Menu** > **Network** ><br>***Choose your network*** ><br>***Enter in the password*** > **Connect**<br><br>**To forget a saved network:**<br>***Highlight a saved wireless access point*** > **OK** > **Forget**<br><br>**If you do not see your wireless network displayed, click on:**<br>**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**<br><br>Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf |
| (6) wirelessly connecting, by the wireless device and using the at | *The wireless device (e.g., Vizio M65Q6-J09 TV, etc.), using the wireless communication unit (e.g., Wi-Fi module) and over the established wireless local area network communication (e.g.,* |

| | |
|---|---|
| least one wireless communication unit and over the established wireless local area network communication, to the one or more servers operated, at least partly, over the Internet, and wherein the connecting of the wireless device to the one or more servers is subsequent to having implemented the authentication procedure at the wireless device; and | *Wi-Fi network communication), connects to one or more servers (e.g., Vizio server, YouTube server, etc.) which are operated, at least partly, over the Internet, subsequent to having implemented the authentication procedure (e.g., detecting Wi-Fi ID and password from client).*<br><br>**<u>Wireless device connects to the servers over the Internet:</u>**<br><br>**How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the **MENU** button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the Menu Tab > SmartCast Devices > Your TV/Device Name > Network<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.<br><br>**ADJUSTING THE NETWORK SETTINGS**<br>Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.<br><br>**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.<br><br>**Connecting to a Wireless Network**<br>To connect to a wireless network whose network name (SSID) is being broadcast:<br>**Menu** > **Network** > ***Choose your network*** > ***Enter in the password*** > **Connect**<br><br><br><br><br>**To forget a saved network:**<br>***Highlight a saved wireless access point*** > **OK** > **Forget**<br><br>**If you do not see your wireless network displayed, click on:**<br>**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**<br><br>Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf |

### What is SmartCast Home?

SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Disney+, and Hulu, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.

### What you can do with SmartCast Home

- Stream high quality entertainment.
- Launch top tier apps directly from the home screen.
- Access free channels to watch without a subscription through WatchFree+.
- Rearrange apps on your home screen just the way you like it.
- Mirror your laptop or mobile device onto your TV through Apple Airplay or Chromecast built-in™.




Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

**WatchFree+:**

WatchFree+ is VIZIO's free streaming service, available right out of the box with no additional devices, fees or subscriptions required. Home to 260+ free channels, providing instant access to live programming including local TV, movies, news, sports, music, kids & family, multicultural, and more. Plus, get access to a library of 6000+ On Demand movies and shows.

Source: https://web.archive.org/web/20231231010318/https://www.vizio.com/en/watchfreeplus-explore

300+ LIVE CHANNELS

Free TV lives here. Easy as 1-2-3.



1. Power On

2. Select WatchFree+

3. Enjoy Live & On Demand TV

Source:
https://web.archive.org/web/20231228202314/https://www.vizio.com/en/watchfreeplus

**WatchFree+™**

**What is WatchFree+?**

VIZIO WatchFree+ takes your cord-cutting entertainment experience one step further! With the simple press of a button, enjoy free streaming TV with hundres of live TV channels to choose from – news, movies, sports, comedy, music and more. A built-in on-screen guide makes finding something to watch easier than ever.

**And it's all FREE—no fees, no subscriptions, or logins.**

**What you can do with WatchFree+**

- Stream hundreds of live TV channels absolutely free – news, movies, sports, comedy, music and more.
- Navigate through channels, organized by genre, with an intuitive on-screen guide.
- Watch the best of internet TV.
- No logins, subscriptions or transactions fees.

**How to Launch WatchFree+**

To launch and begin watching entertainment offered on WatchFree+:

- Press the **WatchFree+** Watch Free+ button on your remote.

—or—

- Select **WatchFree+** from the list of inputs or app row.




Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

**YouTube:**




Source: https://support.vizio.com/s/article/M65Q6-J09-Model-Information?language=en_US

## System requirements & supported devices for YouTube

To watch YouTube videos, make sure you have the most up-to-date browser, operating system, and a good internet connection:

- Newest version of Google Chrome, Firefox, or Safari
- Internet connection with 500+ Kbps

Source: https://support.google.com/youtube/answer/78358?hl=en

| | |
|---|---|
| | YouTube has a global network.<br>There are multiple copies of YouTube videos in our servers all around the world, so we can start the video stream from as close to you as possible.<br><br>We pick the shortest, most direct route.<br>When you click play, YouTube carries the video data through its system to your Internet Service Provider (ISP) via the most efficient path possible. Sometimes, exceptional circumstances mean we may need to use a less-direct path.<br><br>We can't do it alone.<br>When your ISP receives your video from YouTube, they begin the important job of carrying it across their network to your home. They must ensure there's enough capacity where they receive the data from YouTube. Otherwise, your video streaming quality will suffer.<br><br>Source:<br>https://web.archive.org/web/20210713004905/https://www.google.com/get/videoqualityreport/#how_video_gets_to_you#how_video_gets_to_you |
| (7) wirelessly accessing, by the wireless device and using the at least one wireless communication unit, a service provided by the one or more servers over the network, and wherein the accessing of the service is dependent on having appropriate authentication | *The wireless device (e.g., Vizio M65Q6-J09 TV, etc.) wirelessly accesses, using the at least one wireless communication unit (e.g., Wi-Fi module), a service (e.g., WatchFree+, YouTube, etc.) provided by the one or more servers (e.g., Vizio server, YouTube server, etc.) over the network, and wherein the accessing of the service (e.g., WatchFree+, YouTube) is dependent on having appropriate authentication information (e.g., receiving Wi-Fi ID and password from SmartCast app for connecting the TV to the internet and/or providing Vizio account or Google account details to the server, etc.) on the wireless device for accessing the service.*<br><br>**Connecting the Vizio TV to the internet:** |

| | |
|---|---|
| information on the wireless device for accessing the service. | **How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the **MENU** button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the Menu Tab > SmartCast Devices > Your TV/Device Name > Network<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.<br><br>**ADJUSTING THE NETWORK SETTINGS**<br>Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.<br><br>**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.<br><br>**Connecting to a Wireless Network**<br>To connect to a wireless network whose network name (SSID) is being broadcast:<br>**Menu** > **Network** ><br>***Choose your network*** ><br>***Enter in the password*** > **Connect**<br><br>**To forget a saved network:**<br>***Highlight a saved wireless access point*** > **OK** > **Forget**<br><br>**If you do not see your wireless network displayed, click on:**<br>**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**<br><br>Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf<br><br>**Wireless device accessing services provided by the server via:**<br><br>**WatchFree+** |

| | |
|---|---|
| | VIZIO ACCOUNT<br><br>Save time. Stream more.<br><br>From instant access to the apps VIZIO offers, free TV with WatchFree+, and automatic updates for your (smarter) TV, this is entertainment made easy. VIZIO Account required for Smart TV functionality and product updates.<br><br>Source: https://web.archive.org/web/20241002143800/https://www.vizio.com/en/account/login<br><br>1. **Q.** What information do I need to provide to create a VIZIO Account?<br>**A.** To create a VIZIO Account, you must enter an email address and password, first/last name, date of birth, gender and phone number.<br><br>Source: https://support.vizio.com/s/article/VIZIO-Account-FAQs?language=en_US<br><br>**Features You Get with a VIZIO Account**<br><br>Here's a **list** of what you unlock with a VIZIO Account:<br>▪ **VIZIO Home**—the smart TV interface<br>▪ **WatchFree+**—free streaming content<br>▪ **Third-party apps** (e.g., YouTube, Hulu)<br>▪ **Voice assistant integration** (Alexa, Google Home)<br>▪ **Automatic updates**<br>▪ **Exclusive deals**<br>▪ **Subscription management**<br><br>Source: https://viziotvsetup.com/why-do-i-have-to-have-a-vizio-account/<br><br>WatchFree+ is VIZIO's free streaming service, available right out of the box with no additional devices, fees or subscriptions required. Home to 260+ free channels, providing instant access to live programming including local TV, movies, news, sports, music, kids & family, multicultural, and more. Plus, get access to a library of 6000+ On Demand movies and shows.<br><br>Source:<br>https://web.archive.org/web/20231231010318/https://www.vizio.com/en/watchfreeplus-explore |

300+ LIVE CHANNELS

Free TV lives here. Easy as 1-2-3.



1. Power On

2. Select WatchFree+

3. Enjoy Live & On Demand TV

Source:
https://web.archive.org/web/20231228202314/https://www.vizio.com/en/watchfreeplus

# WatchFree+™

### What is WatchFree+?

VIZIO WatchFree+ takes your cord-cutting entertainment experience one step further! With the simple press of a button, enjoy free streaming TV with hundreds of live TV channels to choose from – news, movies, sports, comedy, music and more. A built-in on-screen guide makes finding something to watch easier than ever.

**And it's all FREE—no fees, no subscriptions, or logins.**

### What you can do with WatchFree+

- Stream hundreds of live TV channels absolutely free – news, movies, sports, comedy, music and more.
- Navigate through channels, organized by genre, with an intuitive on-screen guide.
- Watch the best of internet TV.
- No logins, subscriptions or transactions fees.

### How to Launch WatchFree+

To launch and begin watching entertainment offered on WatchFree+:

- Press the **WatchFree+** button on your remote.

—or—

- Select **WatchFree+** from the list of inputs or app row.




Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

**YouTube:**

# Sign in to the YouTube app on your smart TV or game console

Sign in to the YouTube app to use features like watch paid content, subscribe to channels, and view your Library.

Once you're signed in, you can find your way around the YouTube app on your smart TV or game console. You can also connect your device to your smart TV and use your phone or tablet as a remote.

Continue the sign in process on your TV

**Note:** If you can't sign in with your TV, try signing in with your phone or with a web browser.

1. Select **Sign in on your TV.**
2. Use the keyboard to enter your email or phone number for your Google Account.
3. Click **Next**.
4. Use the keyboard to enter the password for your Google Account.
5. Verify your account.

Source:
https://web.archive.org/web/20231212115235/https://support.google.com/youtube/answer/3015415?hl=en#zippy=%2Ccontinue-the-sign-in-process-on-your-tv

| | |
|---|---|
| | YouTube has a global network.<br>There are multiple copies of YouTube videos in our servers all around the world, so we can start the video stream from as close to you as possible.<br><br>We pick the shortest, most direct route.<br>When you click play, YouTube carries the video data through its system to your Internet Service Provider (ISP) via the most efficient path possible. Sometimes, exceptional circumstances mean we may need to use a less-direct path.<br><br>We can't do it alone.<br>When your ISP receives your video from YouTube, they begin the important job of carrying it across their network to your home. They must ensure there's enough capacity where they receive the data from YouTube. Otherwise, your video streaming quality will suffer.<br><br>Source:<br>https://web.archive.org/web/20210713004905/https://www.google.com/get/videoqualityreport/#how_video_gets_to_you#how_video_gets_to_you |
| 9. The wireless device according to claim 8, wherein the wireless device is part of a wireless product, and the wireless product further includes an attribute or identification information related to the wireless device, the attribute or identification | *The wireless device (e.g., Vizio M65Q6-J09 TV, etc.) is a part of a wireless product (e.g., Vizio M65Q6-J09 TV with Remote, HDTV, power cords, etc.) that includes attribute or identification information (e.g., device name, model details, etc.) related to the wireless device.*<br><br>**Wireless Device – Vizio M65Q6-J09 TV**<br><br>**M65Q6-J09 Model Information** |

information includes one or more of registration information, service information, security information, capability information, a code, an ID number, a brand, a model, or an address, individually or in any combination.




**What's included in the Box**

- HDTV
- Power Cord
- Quick Start Guide
- Remote

## Connectivity

| | |
|---|---|
| Wi-Fi Protocol | WiFi 5 |
| Bluetooth | 5.0 with BLE |

Source:https://support.vizio.com/s/article/M65Q6-J09-Model-Information?language=en_US

| | |
|---|---|
| | **CHANGING THE SYSTEM SETTINGS**<br>Using the System menu, you can:<br>• Change the on-screen menu language<br>• Set the time zone and local settings<br>• Name the TV<br>• Name an input<br>• Hide inputs not in use<br>• Adjust the power mode settings<br>• Set the USB power mode<br>• Turn the power indicator on or off<br>• Set up timers<br>• Set a system PIN code<br>• Adjust CEC settings<br>• Manage paired devices<br>• Manage a voice remote control<br><br>Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf |

<table>
<tr>
<td></td>
<td>



**VIZIO Support | Finding Your Serial Number**




**VIZIO Support | Finding Your Serial Number**

Source: https://www.youtube.com/watch?v=ofvAqkr_o-A
</td>
</tr>
<tr>
<td>10. The wireless device according to claim 9, wherein the wireless product provides the client with the attribute or</td>
<td>The wireless product (e.g., Vizio M65Q6-J09 TV, with Remote, HDTV, power cords, etc.) provides the client (e.g., Android or iOS device) with the attribute or identification information (e.g., device name, model details).</td>
</tr>
</table>

| | |
|---|---|
| identification information, the providing of the attribute or identification information being facilitated, at least in part, by a user, and wherein the receiving of the communication request or the service request in (1) is subsequent to having provided the attribute or identification information to the client. | *The providing of the attribute or identification information being facilitated, at least in part, by a user, and wherein the receiving of the communication request or the service request (e.g., when the user taps/clicks on the name of the wireless device to select it, etc.) in (1) is subsequent to having provided the attribute or identification information to the client.*<br><br>**Vizio TV provides identification information to the client for receiving communication request:**<br><br>**Pairing your Phone to the VIZIO Mobile App**<br><br>Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br> |

| | |
|---|---|
| | <br><br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.<br><br>Source: [https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US](https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US)<br><br>**How do I connect to my Wi-Fi network?**<br>• On your TV remote, press the **MENU** button then go to Network > Select your Wi-Fi name > Enter password.<br>• Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the Menu Tab > SmartCast Devices > Your TV/Device Name > Network<br>• Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.<br><br>Source: [https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf](https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf) |
| 11. The wireless device according to claim 8, wherein the client is a client device or a client application running at the client device, and the client device includes a touch sensitive screen interface, wherein the client device is embodied, at least in part, as a smart phone or an Internet-pad; and wherein the client device includes the client application installed for communicating with the | *The client is a client device (e.g., Android or iOS device) or client application (e.g., Vizio SmartCast/Mobile App) running at the client device, and the client device is embodied as a smartphone and includes a touch sensitive screen interface.*<br>*The client device includes the client application (e.g., Vizio SmartCast/Mobile App) installed for communicating with the wireless device (e.g., Vizio M65Q6-J09 TV). Further, the client device (e.g., Android or iOS device) is a distinct and separate device from the wireless device.*<br><br>**<u>Client device: Android device</u>** |

wireless device; and wherein the client device is a distinct and separate device from the wireless device.




| COMMS | | |
|---|---|---|
| | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Source:
https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php

| | |
|---|---|
| **Wireless and Location** | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®11 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>**[US]**<br>• GPS, GLONASS, Galileo, QZSS<br>**[ROW]**<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

| | |
|---|---|
| Display | • Full-screen 6.0-inch (151 mm) display with transmissive hole<br>• 19.5:9 aspect ratio<br>• FHD+ (1080 x 2340) Flexible OLED at 432 ppi<br>• Always-on display<br>• Now Playing<br>• Touchscreen<br>• Smooth Display (up to 90 Hz[1])<br>**Characteristics**<br>• 1,000,000:1 contrast ratio<br>• HDR support<br>• Full 24-bit depth for 16 million colors |

Source: https://support.google.com/pixelphone/answer/16043605?sjid=5285632714289850-NC#zippy=%2Cpixel

**<u>Client device: iOS device</u>**

## iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

**Display**

- Super Retina XDR display
- 6.1-inch (diagonal) all-screen OLED display
- 2532-by-1170-pixel resolution at 460 ppi
- HDR display
- True Tone
- Wide color (P3)
- Haptic Touch
- 2,000,000:1 contrast ratio (typical)
- 625 nits max brightness (typical); 1200 nits peak brightness (HDR)
- Fingerprint-resistant oleophobic coating
- Support for display of multiple languages and characters simultaneously

Source:
https://web.archive.org/web/20231016163729/https://support.apple.com/kb/SP830?locale=en_US

**Client application: Vizio SmartCast/Mobile App**

**Control your TV with the SmartCast Mobile™ App**

Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.

**With SmartCast Mobile, you can:**

- Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.
- Control playback and TV settings using your voice.
- Easily enter text onto your TV/display from your mobile device using a full keyboard.
- Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.
- Access a quick look at show ratings, synopsis, cast, crew, clips, and other details.

**Scan to download.**
Scan with your phone camera or QR reader.

vizio.com/smartcastapp

Download on the App Store

GET IT ON Google Play

| | |
|---|---|
| | **How do I download the VIZIO SmartCast Mobile™ App?**<br>• Make sure your phone or tablet is connected to a Wi-Fi network. Open a browser on your phone or tablet.<br>• Navigate to vizio.com/smartcastapp and follow the on-screen instructions to download the VIZIO SmartCast Mobile™ App.<br><br>Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf<br><br>VIZIO Mobile<br>VIZIO<br>Contains ads<br><br><br><br><br>About this app →<br>We've updated our app name to VIZIO Mobile, you may have downloaded the app when it was called "VIZIO SmartCast Mobile."<br>With VIZIO Mobile, you can control your entire entertainment experience with your Mobile Device. Browse & discover movies, TV shows, music, live streams and more across multiple apps at once. Power on/off devices, play/pause content, modify advanced settings and more.<br>...<br><br>Source: https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl |
| 12. The wireless device according to claim 8, wherein the client is at least a smart phone, and the wireless device further includes an output device for outputting or playing digital content, the smart phone being a distinct and separate device from the wireless device, and | *The client is a smart phone (e.g., Android or iOS device), and the wireless device (e.g., Vizio M65Q6-J09 TV, etc.) further includes an output device (e.g., display screen, speakers, etc.) for outputting or playing digital content (e.g., TV shows, videos, etc.), the smart phone being a distinct and separate device from the wireless device (e.g., Vizio M65Q6-J09 TV, etc.).*<br><br>**Client: Smartphone**<br><br>**Android Device** |

| | |
|---|---|
| | Google Pixel 5<br><br>(COMMS table below)<br>Source: https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php<br><br>**Client: Smartphone**<br><br>**iOS Device**<br><br>iPhone 12 - Technical Specifications |

| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | Positioning | GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | No |
| | USB | USB Type-C 3.1 |

Cellular and Wireless

- Model A2172*
  - 5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  - 5G NR mmWave (Bands n260, n261)
  - FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  - TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  - CDMA EV-DO Rev. A (800, 1900 MHz)
  - UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  - GSM/EDGE (850, 900, 1800, 1900 MHz)
- All models
  - 5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  - Gigabit LTE with 4x4 MIMO and LAA[6]
  - Wi-Fi 6 (802.11ax) with 2x2 MIMO
  - Bluetooth 5.0
  - Ultra Wideband chip for spatial awareness[7]
  - NFC with reader mode
  - Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source: https://web.archive.org/web/20231016163729/https://support.apple.com/kb/SP830?locale=en_US

**Wireless Device – Vizio M65Q6-J09 TV**

# M65Q6-J09 Model Information



<table>
<tr>
<td></td>
<td>

## Key Specs

| | |
|---|---|
| Class Size | 65" |
| Viewable Display Size | 64.50" (1638.3mm) |
| Viewable Angle (H/V) | 178°/178° |
| Resolution | 4K UHD |
| Aspect Ratio | 16:9 |
| High Dynamic Range | Dolby Vision, HDR10+ |
| Backlight Type | Full Array LED |
| Wide Color Gamut | Quantum Color |
| Active Pixel Tuning | Yes |
| UHD Upscale Engine | Spatial Scaling Engine |
| UHD Codec Support | VP9 and HEVC (H.265) |
| Display Processor | IQ Active Processor |

## Audio

| | |
|---|---|
| Speakers | 9 watts x 2 |

Source: https://support.vizio.com/s/article/M65Q6-J09-Model-Information?language=en_US
</td>
</tr>
<tr>
<td>wherein the network includes the Internet, and the one or more servers is operated, at least in part, over the Internet, and wherein the wireless device is further configured for: wirelessly providing, via the at least one wireless communication unit within the wireless device, authentication information to the one or more servers for accessing the service provided</td>
<td>

*The one or more servers (e.g., Vizio server, Youtube server) are operated, at least in part, over the Internet.*
*The wireless device (e.g., Vizio M65Q6-J09 TV, etc.) wirelessly provides, via the wireless communication unit (e.g., Wi-Fi module), authentication information (e.g., Vizio account, Google account details) to the one or more servers (e.g., Vizio server, YouTube server) for accessing the service (e.g., WatchFree+, Youtube) provided by the one or more servers over the network (i.e., Internet).*

**Wireless Device – Vizio M65Q6-J09 TV**

# M65Q6-J09 Model Information
</td>
</tr>
</table>

by the one or more servers over the network; and

## Connectivity

| | |
|---|---|
| Wi-Fi Protocol | WiFi 5 |
| Bluetooth | 5.0 with BLE |

Source: https://support.vizio.com/s/article/M65Q6-J09-Model-Information?language=en_US

**Connecting the Vizio TV to the internet:**

### How do I connect to my Wi-Fi network?

- On your TV remote, press the **MENU** button then go to Network > Select your Wi-Fi name > Enter password.
- Open the VIZIO SmartCast Mobile™ app on your phone or tablet. Tap on the Menu Tab > SmartCast Devices > Your TV/Device Name > Network
- Tap on the Settings icon > Network > Wireless Access Points. Select your Wi-Fi network from the list, enter the Wi-Fi password, and tap Connect.

**ADJUSTING THE NETWORK SETTINGS**

Your TV is Internet-ready, featuring both an Ethernet port and built-in high-speed wireless internet.

**TIP:** If your TV is connected to a network with an Ethernet cable, you will not see the wireless network connection menu. You must unplug the Ethernet cable to set a wireless network connection.

**Connecting to a Wireless Network**

To connect to a wireless network whose network name (SSID) is being broadcast:

**Menu** > **Network** >
***Choose your network*** >
***Enter in the password*** > **Connect**




**To forget a saved network:**

***Highlight a saved wireless access point*** > **OK** > **Forget**

**If you do not see your wireless network displayed, click on:**

**More Access Points** > ***Highlight your wireless network*** > ***Enter in the password*** > **Connect**

Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

| | |
|---|---|
| | **<u>Wireless device provides authentication information for accessing services provided by the server:</u>**<br><br>**<u>WatchFree+</u>**<br><br>VIZIO ACCOUNT<br><br>Save time. Stream more.<br><br>From instant access to the apps VIZIO offers, free TV with WatchFree+, and automatic updates for your (smarter) TV, this is entertainment made easy. VIZIO Account required for Smart TV functionality and product updates.<br><br>Source: https://web.archive.org/web/20241002143800/https://www.vizio.com/en/account/login<br><br>1. **Q**. What information do I need to provide to create a VIZIO Account?<br>**A.** To create a VIZIO Account, you must enter an email address and password, first/last name, date of birth, gender and phone number.<br><br>Source: https://support.vizio.com/s/article/VIZIO-Account-FAQs?language=en_US<br><br><br><br>Source:<br>https://web.archive.org/web/20231228202314/https://www.vizio.com/en/watchfreeplus |

# WatchFree+™

### What is WatchFree+?

VIZIO WatchFree+ takes your cord-cutting entertainment experience one step further! With the simple press of a button, enjoy free streaming TV with hundres of live TV channels to choose from – news, movies, sports, comedy, music and more. A built-in on-screen guide makes finding something to watch easier than ever.

**And it's all FREE—no fees, no subscriptions, or logins.**

### What you can do with WatchFree+

- Stream hundreds of live TV channels absolutely free – news, movies, sports, comedy, music and more.
- Navigate through channels, organized by genre, with an intuitive on-screen guide.
- Watch the best of internet TV.
- No logins, subscriptions or transactions fees.

### How to Launch WatchFree+

To launch and begin watching entertainment offered on WatchFree+:

- Press the **WatchFree+** [Watch Free+] button on your remote.

—or—

- Select **WatchFree+** from the list of inputs or app row.




Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

**YouTube:**

| | |
|---|---|
| | **Sign in to the YouTube app on your smart TV or game console**<br>Sign in to the YouTube app to use features like watch paid content, subscribe to channels, and view your Library.<br>Once you're signed in, you can find your way around the YouTube app on your smart TV or game console. You can also connect your device to your smart TV and use your phone or tablet as a remote.<br>Continue the sign in process on your TV<br>**Note:** If you can't sign in with your TV, try signing in with your phone or with a web browser.<br>1. Select **Sign in on your TV.**<br>2. Use the keyboard to enter your email or phone number for your Google Account.<br>3. Click **Next**.<br>4. Use the keyboard to enter the password for your Google Account.<br>5. Verify your account.<br><br>Source: https://web.archive.org/web/20231212115235/https://support.google.com/youtube/answer/3015415?hl=en#zippy=%2Ccontinue-the-sign-in-process-on-your-tv<br><br>**System requirements & supported devices for YouTube**<br>To watch YouTube videos, make sure you have the most up-to-date browser, operating system, and a good internet connection:<br>• Newest version of Google Chrome, Firefox, or Safari<br>• Internet connection with 500+ Kbps<br><br>Source: https://support.google.com/youtube/answer/78358?hl=en<br><br>**YouTube has a global network.**<br>There are multiple copies of YouTube videos in our servers all around the world, so we can start the video stream from as close to you as possible. |

| | |
|---|---|
| | We pick the shortest, most direct route.<br>When you click play, YouTube carries the video data through its system to your Internet Service Provider (ISP) via the most efficient path possible. Sometimes, exceptional circumstances mean we may need to use a less-direct path.<br><br>We can't do it alone.<br>When your ISP receives your video from YouTube, they begin the important job of carrying it across their network to your home. They must ensure there's enough capacity where they receive the data from YouTube. Otherwise, your video streaming quality will suffer.<br><br>Source:<br>https://web.archive.org/web/20210713004905/https://www.google.com/get/videoqualityreport/#how_video_gets_to_you#how_video_gets_to_you |
| wirelessly receiving, by the wireless device and via the at least one wireless communication unit, digital content from the one or more servers over the Internet, wherein the digital content is for outputting or playing at the output device of the wireless device. | *The wireless device (e.g., Vizio M65Q6-J09 TV, etc.) wirelessly receives, via the at least one wireless communication unit (e.g., Wi-Fi module, etc.), digital content (e.g., TV shows, videos, etc.) from the one or more servers (e.g., Vizio server, YouTube server, etc.) over the Internet, wherein the digital content (e.g., TV shows, videos, etc.) is for outputting or playing at the output device (e.g., display screen, speaker, etc.) of the wireless device.*<br><br>**Wireless Device – Vizio M65Q6-J09 TV**<br><br>**M65Q6-J09 Model Information** |




## Key Specs

| | |
|---|---|
| Class Size | 65" |
| Viewable Display Size | 64.50" (1638.3mm) |
| Viewable Angle (H/V) | 178°/178° |
| Resolution | 4K UHD |
| Aspect Ratio | 16:9 |
| High Dynamic Range | Dolby Vision, HDR10+ |
| Backlight Type | Full Array LED |
| Wide Color Gamut | Quantum Color |
| Active Pixel Tuning | Yes |
| UHD Upscale Engine | Spatial Scaling Engine |
| UHD Codec Support | VP9 and HEVC (H.265) |
| Display Processor | IQ Active Processor |

## Audio

| | |
|---|---|
| Speakers | 9 watts x 2 |

Source: https://support.vizio.com/s/article/M65Q6-J09-Model-Information?language=en_US-G1

**Wireless device receives digital content from digital content services:**

### What is SmartCast Home?

SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Disney+, and Hulu, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.

### What you can do with SmartCast Home

- Stream high quality entertainment.
- Launch top tier apps directly from the home screen.
- Access free channels to watch without a subscription through WatchFree+.
- Rearrange apps on your home screen just the way you like it.
- Mirror your laptop or mobile device onto your TV through Apple Airplay or Chromecast built-in™.




Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

**WatchFree+:**

WatchFree+ is VIZIO's free streaming service, available right out of the box with no additional devices, fees or subscriptions required. Home to 260+ free channels, providing instant access to live programming including local TV, movies, news, sports, music, kids & family, multicultural, and more. Plus, get access to a library of 6000+ On Demand movies and shows.

| | |
|---|---|
| | Source: https://web.archive.org/web/20231231010318/https://www.vizio.com/en/watchfreeplus-explore<br><br>AUGUST 01, 2018<br>**VIZIO LAUNCHES ALL-NEW WATCHFREE™ SERVICE**<br><br>We are excited toannounce today the rollout of WatchFree, an all-new streaming service designed with cord-cutters in mind. Now available on nearly all VIZIO SmartCast TVs, WatchFree takes the entertainment experience one step further by providing free, direct streaming access to more than 100 live and linear channels. WatchFree has all of the attributes associated with traditional cable TV minus boxes, antennas, cords, and most importantly, the cost.<br><br>Our all-new WatchFree service allows VIZIO SmartCast TV users to kick back and enjoy a wide selection of live channels. Powered by Pluto TV, a leading streaming television service, WatchFree offers access to news, sports, movies, TV shows, viral videos, concerts and more – all without the expense of a monthly subscription or transaction fees.<br><br>Some of the exciting Pluto TV channels that will be available through WatchFree include Pluto TV Movies, Action Movies, Black Cinema, News 24/7, NBC News/MSNBC, Fox Sports, Frontdoor, Cats 24/7, Crime Network, MST3K and The Surf Channel. In addition to the regular channel lineup, coming soon, Pluto TV will launch two new pop-up channels also available on WatchFree, featuring Gordon Ramsay's Kitchen Nightmares and Unsolved Mysteries.<br><br>Source: https://www.vizio.com/en/blogs/2018/aug/vizio-launches-all-new-watchfree-service-we-are<br><br>**WatchFree+™**<br><br>**What is WatchFree+?**<br>VIZIO WatchFree+ takes your cord-cutting entertainment experience one step further! With the simple press of a button, enjoy free streaming TV with hundres of live TV channels to choose from – news, movies, sports, comedy, music and more. A built-in on-screen guide makes finding something to watch easier than ever.<br><br>**And it's all FREE—no fees, no subscriptions, or logins.** |

**What you can do with WatchFree+**

- Stream hundreds of live TV channels absolutely free – news, movies, sports, comedy, music and more.
- Navigate through channels, organized by genre, with an intuitive on-screen guide.
- Watch the best of internet TV.
- No logins, subscriptions or transactions fees.

## How to Launch WatchFree+

To launch and begin watching entertainment offered on WatchFree+:

- Press the **WatchFree+** button on your remote.

—or—

- Select **WatchFree+** from the list of inputs or app row.




Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf

**YouTube:**

YouTube has a global network.

There are multiple copies of YouTube videos in our servers all around the world, so we can start the video stream from as close to you as possible.

| | |
|---|---|
| | We pick the shortest, most direct route.<br><br>When you click play, YouTube carries the video data through its system to your Internet Service Provider (ISP) via the most efficient path possible. Sometimes, exceptional circumstances mean we may need to use a less-direct path.<br><br>We can't do it alone.<br><br>When your ISP receives your video from YouTube, they begin the important job of carrying it across their network to your home. They must ensure there's enough capacity where they receive the data from YouTube. Otherwise, your video streaming quality will suffer.<br><br>Source:<br>https://web.archive.org/web/20210713004905/https://www.google.com/get/videoqualityreport/#how_video_gets_to_you#how_video_gets_to_you |
| 13. The wireless device according to claim 8, wherein the wireless device is further configured for facilitating a wireless discovery operation for the wireless device to be wirelessly discoverable by the client, and wherein the short range wireless communication link between the wireless device and the client is based on at least one of the following, individually or in any combination: (a) short range and close proximity wireless communication directly | *The wireless device (e.g., Vizio M65Q6-J09 TV, etc.) is configured for facilitating a wireless discovery operation (e.g., finding nearby devices) for the wireless device to be wirelessly discoverable by the client (e.g., Android or iOS device), and wherein the short range wireless communication link between the wireless device (e.g., Vizio M65Q6-J09 TV, etc.) and the client (e.g., Android or iOS device) is based on Bluetooth wireless communication directly between the wireless device and the client.*<br><br>**Client wirelessly discovering wireless device over Bluetooth wireless communication:**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

| | |
|---|---|
| between the wireless device and the client; or<br><br>(b) Bluetooth wireless communication directly between the wireless device and the client; or<br><br>(c) wireless local area network communication between the wireless device and the client. | Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br><br><br><br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content. |

| | |
|---|---|
| | **Q. I don't see my devices showing in the list of available devices?**<br>A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US |
| 15. The wireless device according to claim 8, wherein the wireless device is at least a wireless output device for outputting digital content, the wireless output device includes at least one of an audio device, a speaker, a projection device, a display device, a television, a controller box connected to a television, a printer, a digital imaging device, or a device with an image processor, individually or in any combination. | *The wireless device (e.g., Vizio M65Q6-J09 TV) is a wireless output device, i.e., a television for outputting digital content (e.g., TV shows and movies).*<br><br>**<u>Wireless Device – Vizio M65Q6-J09 TV</u>**<br><br>**M65Q6-J09 Model Information**<br><br><br>Source: https://support.vizio.com/s/article/M65Q6-J09-Model-Information?language=en_US<br><br>**What is SmartCast Home?**<br>SmartCast Home lets you discover, stream, and control your content like never before! Access top apps, like Netflix, Disney+, and Hulu, by using the remote to easily browse and launch content directly from the home screen. SmartCast Home makes finding something to watch easy and fun.<br><br>**What you can do with SmartCast Home**<br>• Stream high quality entertainment.<br>• Launch top tier apps directly from the home screen.<br>• Access free channels to watch without a subscription through WatchFree+.<br>• Rearrange apps on your home screen just the way you like it.<br>• Mirror your laptop or mobile device onto your TV through Apple Airplay or Chromecast built-in™. |

| | |
|---|---|
| | <br>Source: https://cdn.vizio.com/user-manual/PDF/2021/TV/2022_M6-Series-UM.pdf |