# EXHIBIT 25

# Application of U.S. Patent No. 10,162,596 to the Accused Apps*†

* The term "Accused Apps" refers to Vizio's Mobile Applications, including but not limited to, the SmartCast App and the Vizio Mobile App, and those identified herein, as well as all other applications made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| Application of U.S. Patent No. 10,162,596 to the Accused Apps | |
|---|---|
| 8. A non-transitory computer readable recording medium having recorded therein instructions executable by one or more processors at a portable electronic device, | *A non-transitory computer readable recording medium (e.g., Vizio Mobile App or SmartCast App, etc.) having recorded therein instructions executable by one or more processors (e.g., Snapdragon 765G 5G, A14 Bionic chip, etc.) at a portable electronic device (e.g., Android and/or iOS device, etc.).*<br><br>*The Vizio SmartCast App (renamed the Vizio Mobile App) available on the Google Play store/Apple store enables the user to use the smartphone as a remote for a Vizio Smart TV.*<br><br>**<u>Vizio SmartCast App/Vizio Mobile App:</u>**<br><br><br><br>Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf<br><br> |




Source: https://download.cnet.com/vizio-smartcast-mobile/3000-31711_4-77362313.html




Source: https://play.google.com/store/apps/details?id=com.vizio.vue.launcher&hl




Source:
https://web.archive.org/web/20241126180330/https://www.vizio.com/en/mobile

**Portable Electronic Device:**
**Android device**




| | | |
|---|---|---|
| COMMS | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct, hotspot |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | GPS | Yes, with A-GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | Unspecified |
| | USB | USB Type-C 3.1 |

Source:
https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| Operating system | Android 11 |
|---|---|
| Processors | • Qualcomm®5 Snapdragon™ 765G<br>• 2.4 GHz + 2.2 GHz + 1.8 GHz, 64-bit Octa-Core<br>• Adreno 620<br>• Titan™ M Security Module |

Source:
https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**iOS device**

iPhone 12 – Technical Specifications



| Chip | • A14 Bionic chip<br>• 6-core CPU with 2 performance and 4 efficiency cores<br>• 4-core GPU<br>• 16-core Neural Engine |
|---|---|

Operating System
iOS
iOS is the world's most personal and secure mobile operating system, packed with powerful features and designed to protect your privacy.
See what's new in iOS

Source:
https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US

**Vizio Mobile app on a portable electronic device (Android and/or iOS device):**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

| | |
|---|---|
| | **Q. I don't see my devices showing in the list of available devices?**<br>A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US |
| the portable electronic device including: a microphone, | *The portable electronic device (e.g., Android and/or iOS device) includes a microphone.*<br><br>**Portable Electronic Device:**<br>**Android device**<br><br>Pixel 5 phone (2020)<br>Pixel 5<br>**Operating system**: Android 11<br>**Media & audio**: • Stereo speakers • 3 microphones • Noise suppression • Spatial audio[18]<br><br>Source: https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570<br><br>**iOS device**<br><br>iPhone 12 – Technical Specifications<br><br>**External Buttons and Connectors**<br>• Volume up/down<br>• Ring/Silent<br>• Side button<br>• Built-in stereo speaker<br>• Built-in microphones<br>• Lightning connector |

| | |
|---|---|
| | Source: https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US |
| an interface that includes at least a button or other controls for interacting with a user, and | *The portable electronic device (e.g., Android and/or iOS device) has an interface that includes at least a button or other controls (e.g., touch screen display over GUI, etc.) for interacting with a user.* |

**<u>Portable Electronic Device:</u>**
**<u>Android device</u>**




Source: https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5

| Operating system | Android 11 |
|---|---|
| Display | • Full-screen 6.0-inch (151 mm) display with transmissive hole<br>• 19.5:9 aspect ratio<br>• FHD+ (1080 x 2340) Flexible OLED at 432 ppi<br>• Always-on display<br>• Now Playing<br>• Touchscreen<br>• Smooth Display (up to 90 Hz[1])<br>**Characteristics**<br>• 1,000,000:1 contrast ratio<br>• HDR support<br>• Full 24-bit depth for 16 million colors |

Source: https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

| | |
|---|---|
| | **<u>iOS device</u>**<br><br>iPhone 12 – Technical Specifications<br><br><br><br>**Display**<br>• Super Retina XDR display<br>• 6.1‑inch (diagonal) all‑screen OLED display<br>• 2532‑by‑1170‑pixel resolution at 460 ppi<br>• HDR display<br>• True Tone<br>• Wide color (P3)<br>• Haptic Touch<br>• 2,000,000:1 contrast ratio (typical)<br>• 625 nits max brightness (typical); 1200 nits peak brightness (HDR)<br>• Fingerprint‑resistant oleophobic coating<br>• Support for display of multiple languages and characters simultaneously<br><br>Source:<br>https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US |
| wireless communication circuitry for wireless communication with an output device, and | *The portable electronic device (e.g., Android and/or iOS device) includes wireless communication circuitry (e.g., Wi-Fi module) for wireless communication (e.g., Wi-Fi communication, etc.) with an output device (e.g., VIZIO D-Series \| D24f-G1, etc.).*<br><br>**<u>Portable Electronic Device:</u>**<br>**<u>Android device</u>**<br><br>Pixel 5<br>**Operating system** Android 11 |

| | |
|---|---|
| **Wireless and Location** | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth® 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>**[US]**<br>• GPS, GLONASS, Galileo, QZSS<br>**[ROW]**<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source:
https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**iOS device**

iPhone 12 – Technical Specifications



| | |
|---|---|
| | **Cellular and Wireless**<br>• **Model A2172***<br>∘ 5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)<br>∘ 5G NR mmWave (Bands n260, n261)<br>∘ FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)<br>∘ TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)<br>∘ CDMA EV-DO Rev. A (800, 1900 MHz)<br>∘ UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>∘ GSM/EDGE (850, 900, 1800, 1900 MHz)<br>• **All models**<br>∘ 5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]<br>∘ Gigabit LTE with 4x4 MIMO and LAA[6]<br>∘ Wi-Fi 6 (802.11ax) with 2x2 MIMO<br>∘ Bluetooth 5.0<br>∘ Ultra Wideband chip for spatial awareness[7]<br>∘ NFC with reader mode<br>∘ Express Cards with power reserve<br><br>Source: https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US<br><br>**<u>Output Device – Vizio D-Series TV:</u>**<br><br>**VIZIO D-Series™ 24" Class (23.5" Diag.) Smart TV \| D24f-G1**<br> |

## Key Specs

| | |
|---|---|
| Display Processor | IQ Ultra™ |
| Gaming Engine | ProGaming Engine™ |
| Variable Refresh Rate Type | HDMI VRR |
| Variable Refresh Rate Range | 40 - 120Hz |
| Wi-Fi Protocol | 802.11ac Dual Band |
| Dynamic Motion Rate | |

Source:
https://web.archive.org/web/20210728113038/https://www.vizio.com/en/tv/d-series/D24f-G1

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.



| | |
|---|---|
| | <br><br>4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.<br><br>**Q. I don't see my devices showing in the list of available devices?**<br>A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US |
| wherein upon execution of at least part of the instructions by the one or more processors, the portable electronic device performs a method for wirelessly managing or wirelessly driving the output device, | *The portable electronic device (e.g., Android and/or iOS device with Vizio SmartCast App/Vizio Mobile App), upon execution of at least part of the instructions by the one or more processors, performs a method (e.g., remote control, etc.) for wirelessly managing or driving the output device (e.g., VIZIO D-Series \| D24f-G1, etc.).*<br><br>**Portable electronic device (e.g., Android/iOS device with Vizio SmartCast App/Vizio Mobile App) controlling the output device:**<br><br>**Control your TV with the SmartCast Mobile™ App**<br>Download the VIZIO SmartCast Mobile app and turn your smartphone into a remote to control and configure your TV.<br>**Get it here, or visit www.vizio.com/smartcastapp on your device to download:**<br>Download on the App Store    GET IT ON Google Play<br><br>**With SmartCast Mobile, you can:**<br>• Power on/off devices, play/pause content, and modify advanced settings, all from the palm of your hand.<br>• Easily enter text onto your TV/display from your mobile device using a full keyboard.<br>• Browse and discover movies, TV shows, music, live streams, and more, across multiple apps at once.<br>• Access a quick look at show ratings, synopsis, cast, crew, clips, and other details. |

Source: https://cdn.vizio.com/manuals/kb/d24fg1manual.pdf

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

| | |
|---|---|
| | **Q. I don't see my devices showing in the list of available devices?**<br>A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.<br><br>Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US<br><br>**VIZIO Voice** is the company's first built-in voice capability, and it's poised to change the way people watch and interact with their TVs. VIZIO Voice uses natural language intelligence, so consumers can more quickly search and discover content within SmartCast without the need to type. In addition, VIZIO Voice can easily change TV settings including volume and picture quality enhancements, launch apps and channels by name, and build upon search results without restating the entire query. The Voice Remote is Bluetooth-enabled, giving it superior range while freeing users from line-of-sight requirements.<br><br>Additionally, the free **SmartCast Mobile™** app for iOS and Android is updated with VIZIO Voice, which allows older, paired models of SmartCast TVs be able to use VIZIO Voice.<br><br>Source: https://www.vizio.com/en/press/2021/jun/vizio-upgrades-smartcast--with-newly-available-vizio-voice |
| the method comprising: (1) wirelessly detecting, using at least part of the wireless communication circuitry, an output device based, at least in part, on physical proximity of the portable electronic device to the output device; | *The portable electronic device (e.g., Android and/or iOS device with Vizio SmartCast App/Vizio Mobile App) wirelessly detect, using at least part of the wireless communication circuitry (e.g., Wi-Fi module), an output device (e.g., VIZIO D-Series TV \| D24f-G1) based, at least in part, on physical proximity of the portable electronic device to the output device.*<br><br>**<u>Android and/or iOS device with Vizio SmartCast App/Vizio Mobile App wirelessly detects Vizio Smart TV:</u>**<br><br>**Pairing your Phone to the VIZIO Mobile App** |

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store

GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.







4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

| | |
|---|---|
| | Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US |
| (2) wirelessly connecting, using at least part of the wireless communication circuitry, to the output device that is wirelessly detected in (1); | *The portable electronic device (e.g., Android and/or iOS device with Vizio SmartCast App/Vizio Mobile App) wirelessly connects, using at least part of the wireless communication circuitry (e.g., Wi-Fi module), to the output device (e.g., VIZIO D-Series TV \| D24f-G1) that is wirelessly detected in (1).*<br><br>**Android/iOS device with Vizio SmartCast App/Vizio Mobile app connects wirelessly to the Vizio Smart TV:**<br><br>**Pairing your Phone to the VIZIO Mobile App**<br><br>Pairing your Phone to the VIZIO Mobile App is fast and simple.<br><br>1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:<br>• Android 10.0 or higher<br>• iOS 14.0 or higher<br>Download on the App Store<br>GET IT ON Google Play<br><br>2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.<br>3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.<br>• If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.<br><br> |




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

**Q. I don't see my devices showing in the list of available devices?**

A. The VIZIO Mobile App uses your home Wi-Fi network or Bluetooth to find and pair your devices. If you're not seeing the device that you're looking for, either your phone isn't connected to your network, or you haven't connected your TV or Soundbar. If you are trying to connect one of our newer Soundbars, make sure that Bluetooth is enabled on your phone.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

To connect your Android phone to a VIZIO SmartCast TV, follow these steps:

1. Open the **VIZIO SmartCast Mobile App** on your Android phone and create an account. If you already have an account, you can just login directly.
2. Next, tap the **toolbar** on the upper-left of the screen and pick the **device** you want to connect with.

**Note:** Besides your VIZIO SmartCast TV, you can also use the app to connect to other **VIZIO SmartCast products**, like soundbars, speakers, and other VIZIO devices.

1. Then, you will see a window with a set of available devices nearby. Select the **device name** of the VIZIO smart TV and tap the **Start** button.
2. You will now be asked to pair both your devices using a **four-digit PIN code** that's displayed on your VIZIO smart TV. Enter the PIN code to your phone and wait for the pairing process to finish.
3. Once both of your devices are paired, connect both of your devices to a **common Wi-Fi** and type in your desired **Display Name**.
4. Your Android phone is now connected to the VIZIO smart TV. You can now **control** your TV from your smartphone using the app. You can also cast movies, TV programs, and other media content from your phone to the TV using the **ScreenCast** feature.

Source: https://www.pcwebopaedia.com/laptops/info/mirror-android-to-vizio-tv/

| | |
|---|---|
| (3) receiving, via the interface of the portable electronic device, at least an indication from the user, the indication being related to wirelessly managing or wirelessly driving the output | *The portable electronic device (e.g., Android and/or iOS device with Vizio SmartCast App/Vizio Mobile app) receives via the interface (e.g., touch screen display over GUI) at least an indication (e.g., click/tap on an app to launch the app on TV) from the user for wirelessly managing or driving the output device (e.g., VIZIO D-Series TV \| D24f-G1) that is wirelessly connected in (2).* |

| | |
|---|---|
| device that is wirelessly connected in (2); | **<u>Android and/or iOS device with Vizio SmartCast App/Vizio Mobile app receives an indication from the user:</u>**   |

| | |
|---|---|
| | <br><br><br>Source: https://download.cnet.com/vizio-smartcast-mobile/3000-31711_4-77362313.html<br><br>What is VIZIO smartcast? SmartCast is an operating system designed and developed by VIZIO to advance the level of streaming and entertainment experiences to higher levels. If you own a TV with SmartCast configured in its operating system, then you can download and install the same app on your mobile device. Once the two devices are connected , your phone can now act as a remote control. This means that you can comfortably download and operate your favored web series, stream movies, apps, exercise demonstrations among other top notch multimedia content on your TV. The VIZIO SmartCast has certainly set new standards in the screen casting and entertainment industry. You can now use your phone to streamline content for all collective TVs.<br><br>Source: https://cast.flashget.com/blog/vizio-smartcast-mobile-review-what-is-vizio-smartcast-mobile-app |

| | |
|---|---|
| | <br>Source: https://apps.apple.com/us/app/vizio-mobile/id1054033219<br>***"How to use an iPhone as a TV remote control for VIZIO TV"***<br> |

| | |
|---|---|
| |  wi-fi connection in both your um<br>in your uh both your tv and your iphone<br>0:49 / 3:47  Select Device<br>Welcome to SmartCast™<br>Tap Select Device above to set up or control a TV, Sound Bar or other device<br>tap on the top of your device of your<br>iphone select device<br>Apps<br>Browse<br>1:48 / 3:47  Select Device<br>iphone select device<br>you will see this get started<br>1:52 / 3:47 |


Add Device
Patio TV
you will see this get started tap that
and you will see the name of your tv
Set Up New Device
Looking for devices
1:56 / 3:47


this is the name of my tv just tap that
you will your tv will generate actually
Add Device
Enter PIN
Look for the four digits
displayed on your VIZIO TV
2:03 / 3:47


you will your tv will generate actually
a code
Add Device
Enter PIN
Look for the four digits
displayed on your VIZIO TV
2:03 / 3:47


automatically or code for digit code you just enter that in your iphone
Add Device
Enter PIN
2:09 / 3:47


you will hear a sound once it's connected
Patio TV
2:14 / 3:47


okay perfect now your iphone is connected as a remote
2:18 / 3:47







Source: https://www.youtube.com/watch?v=BTrdORqUbl0

***"How to set up from your device | VIZIO TV"***




SONY
Select Device
Welcome to SmartCast
Tap Select Device above to set up
or control a TV, Sound Bar or other device
you have apps
and you have browse
1:53 / 2:55
Subscribe


SONY
Add Device
Parentale TV
get started
and you tap the name of your tv
2:05 / 2:55


DANCE-OFF
SONY
Add Device
Enter PIN
Look for the four digits
displayed on your VIZIO TV
okay once you type the name of your tv
it's gonna ask you
2:10 / 2:55


CORONAVIRUS: A PANDEMIC
Add Device
Enter PIN
Look for the four digits displayed on your VIZIO TV
the pin code that's displayed on your tv just


SECRETS OF THE SOLAR SYSTEM
four five three nine and as you can see i have the remote right now


to apps you will be able to see the same apps you have in your tv


youtube for example this is my youtube right here just press
YouTube
Newsy
Haystack TV

| | |
|---|---|
| | Source: https://www.youtube.com/watch?v=pEisZthtqLk |
| (4) wirelessly receiving, using at least part of the wireless communication circuitry, information or data from the output device, the wirelessly receiving of the information or data being subsequent to, or in response to, having received the at least an indication from the user in (3); and | *The portable electronic device (e.g., Android and/or iOS device with Vizio SmartCast App/Vizio Mobile app) wirelessly receives, using at least part of the wireless communication circuitry (e.g., Wi-Fi module), information or data (e.g., application launch notification, etc.) from the output device (e.g., VIZIO D-Series TV \| D24f-G1) in response to, having received the at least an indication (e.g., click/tap on an app to launch the app on TV, etc.) from the user in (3).*<br><br>**Portable electronic device (e.g., Android and/or iOS device with Vizio SmartCast App/Vizio Mobile app) wirelessly receiving information or data from the output device:**<br><br>***"How to use an iPhone as a TV remote control for VIZIO TV"***<br><br><br><br><br><br> |


Select Device
Welcome to SmartCast™
Tap Select Device above to set up or control a TV, Sound Bar or other device
tap on the top of your device of your
iphone select device
Apps
Browse
1:48 / 3:47


Select Device
iphone select device
you will see this get started
1:52 / 3:47


Add Device
Patio TV
you will see this get started tap that
and you will see the name of your tv
Set Up New Device
Looking for devices
1:56 / 3:47


this is the name of my tv just tap that
you will your tv will generate actually
Add Device
Enter PIN
Look for the four digits displayed on your VIZIO TV
1 2 3
4 5 6
7 8 9
0
2:03 / 3:47


you will your tv will generate actually
a code
Add Device
Enter PIN
Look for the four digits displayed on your VIZIO TV
1 2 3
4 5 6
7 8 9
0
2:03 / 3:47


automatically or code for digit code you
just enter that in your iphone
Add Device
Enter PIN
6
2:09 / 3:47


you will hear a sound once it's
connected
Patio TV
MENU
INPUT
CH
INFO
2:14 / 3:47


okay perfect now your iphone is
connected as a remote
2:18 / 3:47


this is the remote and in the remote you
have two options
7:29 AM
2:43 / 3:47

| | |
|---|---|
| | at the bottom you have also apps that are available<br>2:57 / 3:47<br>the same apps available on your tv you will see them on your phone<br>3:01 / 3:47<br>will see them on your phone for example let's open youtube you<br>YouTube-Launching<br>3:03 / 3:47 |




Source: https://www.youtube.com/watch?v=BTrdORqUbl0

***"How to set up from your device | VIZIO TV"***







SONY
Add Device
Parentals TV
get started
and you tap the name of your tv
2:05 / 2:55


DANCE-OFF
SONY
Add Device
Enter PIN
Look for the four digits displayed on your VIZIO TV
okay once you type the name of your tv
it's gonna ask you
2:10 / 2:55


CORONAVIRUS:
A PANDEMIC
SONY
Add Device
Enter PIN
Look for the four digits displayed on your VIZIO TV
the pin code that's displayed on your tv
just
2:16 / 2:55
Subscribe


SECRETS OF THE SOLAR SYSTEM
SONY
Parentals TV
four five three nine and as you can see
i have the remote right now
2:21 / 2:55
Subscribe


to apps you will be able to see the same
apps you have in your tv


apps you have in your tv let's go to
youtube for example this


youtube for example this is my youtube
right here just press
YouTube—Launching


and it will be displayed

<table>
<tr><td></td><td>Source: https://www.youtube.com/watch?v=pEisZthtqLk</td></tr>
<tr><td>(5) receiving a voice activated command, via the microphone of the portable electronic device, for controlling or managing or driving the output device that is wirelessly connected in (2).</td><td>

*The portable electronic device (e.g., Android and/or iOS device with Vizio SmartCast App/Vizio Mobile app) receives a voice activated command (e.g., Vizio voice command such as launching an app, sound control, etc.), via the microphone, for managing or driving the output device that is wirelessly connected in (2).*

**<u>Portable electronic device receiving voice commands for managing the output device:</u>**

# Pairing your Phone to the VIZIO Mobile App

Pairing your Phone to the VIZIO Mobile App is fast and simple.

1. To take advantage of our user-friendly VIZIO Mobile Application, simply download it from the Android or iOS store. You can use it on any tablet or smartphone that meets the following requirements:

- Android 10.0 or higher
- iOS 14.0 or higher

Download on the App Store
GET IT ON Google Play

2. Once downloaded, open the VIZIO Mobile App and follow the prompts to create an account.
3. To get started, tap on 'Get Started', then tap on the device you wish to pair. Enter the PIN that appears on your TV screen.

- If you're connecting to a Soundbar, you'll prompted to press a button on the Soundbar to confirm, or the screen will change to show a remote screen for your Soundbar. Try turning up the volume to confirm.




</td></tr>
</table>




4. You've now connected your VIZIO Mobile App to your TV. You can use the app as a remote, to adjust settings and to find exciting new content.

Source: https://support.vizio.com/s/article/Pairing-a-Smart-Phone-or-Tablet-to-your-VIZIO-SmartCast-Device?language=en_US

**VIZIO Voice** is the company's first built-in voice capability, and it's poised to change the way people watch and interact with their TVs. VIZIO Voice uses natural language intelligence, so consumers can more quickly search and discover content within SmartCast without the need to type. In addition, VIZIO Voice can easily change TV settings including volume and picture quality enhancements, launch apps and channels by name, and build upon search results without restating the entire query. The Voice Remote is Bluetooth-enabled, giving it superior range while freeing users from line-of-sight requirements.

Additionally, the free **SmartCast Mobile™** app for iOS and Android is updated with VIZIO Voice, which allows older, paired models of SmartCast TVs be able to use VIZIO Voice.

Source: https://www.vizio.com/en/press/2021/jun/vizio-upgrades-smartcast--with-newly-available-vizio-voice

***Voice Commands that Work with Our TVs"***

| Command | VIZIO Voice Utterances | Alexa Utterances | Google Utterances |
|---|---|---|---|
| Content Search | | | |

**Apps** (Not all commands may work with all apps)

| | | | |
|---|---|---|---|
| Launch App | Launch WatchFree+ or just WatchFree+<br>Open WatchFree+ or just WatchFree+ | Alexa, launch Hulu on <TV name>*<br>Alexa, open WatchFree+ on <TV name> | Hey Google, launch WatchFree+ |
| Launch app using content | Play Ted Lasso on Apple TV | Currently Not Available | Hey Google, play Chef's Table on Netflix on <TV name> (select apps only) |
| YouTube content | Play funny cat videos on YouTube | Currently Not Available | Currently Not Available |
| Launch WatchFree+ | Launch WatchFree+<br>WatchFree+ | Alexa, launch WatchFree+ | Hey Google, launch WatchFree+ on <TV name> |

**Power Control**

| | | | |
|---|---|---|---|
| Power On | Turn on Power on | Alexa, turn on <TV name> | Hey Google, turn on <TV name> |
| Power Off | Turn off Power off | Alexa, turn off <TV name> | Hey Google, turn off <TV name> |

**Sound Control**

| | | | |
|---|---|---|---|
| Mute | Mute | Alexa, mute on <TV name> | Hey Google, mute on <TV name> |
| Unmute | Unmute | Alexa, unmute on <TV name> | Hey Google, unmute on <TV name> |
| Volume Up | Increase volume Raise volume<br>Set volume to "x" Set volume to 20%<br>Raise volume by 20% | Alexa, increase volume on <TV name><br>Alexa, raise volume by "X" on <TV name><br>Alexa, set volume to "X" on <TV name> | Hey Google, increase volume on <TV name><br>Hey Google, raise volume by "X" on <TV name><br>Hey Google, set volume to "X" on <TV name> |
| Volume Down | Decrease volume Lower volume<br>Decrease volume by "x" | Alexa, lower volume on <TV name><br>Alexa, lower volume by "X" on <TV name> | Hey Google, decrease volume on <TV name><br>Hey Google, lower volume by "X" on <TV name> |

Source: https://support.vizio.com/s/article/Voice-Commands-that-Work-with-Our-TVs?language=en_US

| | |
|---|---|
| | **Q. Can I Use Voice Control With The Vizio SmartCast App?**<br><br>Yes, if your Vizio SmartCast TV supports voice control, you can use the app to send voice commands to your TV. Simply tap the microphone icon in the app and speak your command, such as "Open Netflix" or "Turn up the volume."<br><br>Source: https://www.techimply.com/blog/vizio-smartcast-app-what-is-it-and-how-to-use-it-2<br><br>Make your Phone more interactive<br><br>The SmartCast app is a sure way of transforming your mobile device into a more interactive device. With the help of this app, you can smoothly use VIZIO Voice to control other features of your TV through voice commands. Besies, you can connect the app with various smart home devices including Amazon Alexa or others. This gives you more control on your home appliances and TVs.<br><br>Source: https://cast.flashget.com/blog/vizio-smartcast-mobile-review-what-is-vizio-smartcast-mobile-app |
| 9. The non-transitory computer readable recording medium of claim 8 in which the portable electronic device is embodied as a digital pad or a smart phone. | *The portable electronic device (e.g., Android and/or iOS device with Vizio SmartCast App/Vizio Mobile app) can be embodied as a smartphone.*<br><br>**Portable Electronic Device:**<br>**Android device**<br><br><br><br><br>Source:<br>https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php |

Pixel 5 phone (2020)

Pixel 5

| Operating system | Android 11 |
|---|---|
| Processors | • Qualcomm®5 Snapdragon™ 765G<br>• 2.4 GHz + 2.2 GHz + 1.8 GHz, 64-bit Octa-Core<br>• Adreno 620<br>• Titan™ M Security Module |
| Wireless and Location | • Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>• Bluetooth®11 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>• NFC<br>• Google Cast<br>• Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>• GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>• GPS, GLONASS, Galileo, QZSS, BeiDou, Navic |

Source:
https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**iOS device**

iPhone 12 – Technical Specifications



| Chip | • A14 Bionic chip<br>• 6-core CPU with 2 performance and 4 efficiency cores<br>• 4-core GPU<br>• 16-core Neural Engine |
|---|---|

Operating System
iOS
iOS is the world's most personal and secure mobile operating system, packed with powerful features and designed to protect your privacy.
See what's new in iOS

Source:
https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US

11. The non-transitory computer readable recording medium of claim 8 wherein the wireless communication circuitry includes one or more chips or chipsets, the one or more chips or chipsets supporting wireless communication that is compatible with at least one of the following, individually or in any combination:

(a) at least part of a protocol within IEEE 802.11 standards, or

(b) at least part of a protocol within Bluetooth standards or Bluetooth technology.

*The portable electronic device (e.g., Android and/or iOS device with Vizio SmartCast App/Vizio Mobile App) includes the wireless communication circuitry (e.g., Wi-Fi module) including one or more chips or chipsets, the one or more chips or chipsets supporting wireless communication that is compatible with at least part of a protocol within IEEE 802.11 standards*

**Portable Electronic Device:**
**Android device**




| COMMS | | |
|---|---|---|
| | WLAN | Wi-Fi 802.11 a/b/g/n/ac, dual-band, Wi-Fi Direct, hotspot |
| | Bluetooth | 5.0, A2DP, LE, aptX HD |
| | GPS | Yes, with A-GPS, GLONASS, GALILEO, QZSS, BDS |
| | NFC | Yes |
| | Radio | Unspecified |
| | USB | USB Type-C 3.1 |

Source:
https://web.archive.org/web/20201001135244/https://www.gsmarena.com/google_pixel_5-10386.php

Pixel 5 phone (2020)

Pixel 5

| | |
|---|---|
| Operating system | Android 11 |

| Wireless and Location | - Wi-Fi 2.4 GHz + 5 GHz 802.11a/b/g/n/ac 2x2 MIMO<br>- Bluetooth[*11] 5.0 + LE, A2DP (HD codecs: AptX, AptX HD, LDAC, AAC)<br>- NFC<br>- Google Cast<br>- Dual band GNSS (L1 + L5, E1B + E5a, B1I + B2a)<br>[US]<br>- GPS, GLONASS, Galileo, QZSS<br>[ROW]<br>- GPS. GLONASS. Galileo. QZSS. BeiDou. Navic |
|---|---|

Source:
https://web.archive.org/web/20210108161614/https://support.google.com/pixelphone/answer/7158570

**iOS device**

# iPhone 12 – Technical Specifications



**Cellular and Wireless**

- **Model A2172***
  5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n20, n25, n28, n38, n40, n41, n66, n71, n77, n78, n79)
  5G NR mmWave (Bands n260, n261)
  FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)
  TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48)
  CDMA EV-DO Rev. A (800, 1900 MHz)
  UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)
  GSM/EDGE (850, 900, 1800, 1900 MHz)
- **All models**
  5G (sub-6 GHz and mmWave) with 4x4 MIMO[6]
  Gigabit LTE with 4x4 MIMO and LAA[6]
  Wi-Fi 6 (802.11ax) with 2x2 MIMO
  Bluetooth 5.0
  Ultra Wideband chip for spatial awareness[7]
  NFC with reader mode
  Express Cards with power reserve

For details on 5G and LTE support, contact your carrier and see apple.com/iphone/LTE.

Source:
https://web.archive.org/web/20210207131729/https://support.apple.com/kb/SP830?locale=en_US

| | |
|---|---|
| 12. The non-transitory computer readable recording medium of claim 11 wherein the method further comprises sending first information from the portable electronic device to the output device using the wireless communication circuitry, the first information being subsequent to having received the indication via the interface in (3); and | *The method further comprises sending first information (e.g., command to launch an app) from the portable electronic device (e.g., Android and/or iOS device with Vizio SmartCast App/Vizio Mobile App) to the output device (e.g., VIZIO D-Series TV \| D24f-G1) using the wireless communication circuitry (e.g., Wi-Fi module).*<br>*The first information being sent subsequent to having received the indication (e.g., tap/click on an app to launch the app on TV) via the interface (e.g., touch screen display over GUI) in (3).*<br><br>**Portable electronic device sending first information to the Vizio Smart TV:**<br><br>***"How to use an iPhone as a TV remote control for VIZIO TV"***<br><br><br><br><br><br> |

| | |
|---|---|
| | Select Device<br>Welcome to SmartCast™<br>Tap Select Device above to set up or control a TV, Sound Bar or other device<br>tap on the top of your device of your<br>iphone select device<br>1:48 / 3:47<br>iphone select device<br>you will see this get started<br>1:52 / 3:47<br>Add Device<br>Patio TV<br>you will see this get started tap that<br>and you will see the name of your tv<br>Set Up New Device<br>Looking for devices<br>1:56 / 3:47 |


this is the name of my tv just tap that
you will your tv will generate actually
Add Device
Enter PIN
Look for the four digits displayed on your VIZIO TV
2:03 / 3:47


you will your tv will generate actually
a code
Add Device
Enter PIN
Look for the four digits displayed on your VIZIO TV
2:03 / 3:47


automatically or code for digit code you
just enter that in your iphone
Add Device
Enter PIN
2:09 / 3:47


you will hear a sound once it's connected
2:14 / 3:47


okay perfect now your iphone is connected as a remote
2:18 / 3:47


this is the remote and in the remote you have two options
2:43 / 3:47







Source: https://www.youtube.com/watch?v=BTrdORqUbl0

***"How to set up from your device | VIZIO TV"***




SONY
Select Device
Welcome to SmartCast
Tap Select Device above to set up or control a TV, Sound Bar or other device
you have apps
and you have browse
1:53 / 2:55
Subscribe


SONY
Add Device
Parentale TV
get started
and you tap the name of your tv
2:05 / 2:55


DANCE-OFF
SONY
Add Device
Enter PIN
Look for the four digits displayed on your VIZIO TV
okay once you type the name of your tv
it's gonna ask you
2:10 / 2:55


newsy CORONAVIRUS: A PANDEMIC
SPECIAL COVERAGE & LIVE UPDATES
SONY
Add Device
Enter PIN
Look for the four digits displayed on your VIZIO TV
the pin code that's displayed on your tv
just
2:16 / 2:55
Subscribe

<table>
<tr>
<td></td>
<td>






Source: https://www.youtube.com/watch?v=pEisZthtqLk
</td>
</tr>
<tr>
<td>wherein the information or data wirelessly received from the output device in (4) is in response to having sent the first information.</td>
<td>The information or data (e.g., application launch notification, etc.) wirelessly received from the output device (e.g., VIZIO D-Series TV | D24f-G1) in (4) is in response to having sent the first information (e.g., command to launch an app).<br><br><u>Portable electronic device receiving information or data from the output device:</u><br><br>“How to use an iPhone as a TV remote control for VIZIO TV”</td>
</tr>
</table>


sure you connect to the same
wi-fi connection in both your
0:44 / 3:47


wi-fi connection in both your um
in your uh both your tv and your iphone
0:49 / 3:47


Select Device
Welcome to SmartCast™
Tap Select Device above to set up or control a TV, Sound Bar or other device
tap on the top of your device of your
iphone select device
Apps
Browse
1:48 / 3:47


Pair your
SmartCast D
Control your Vizio
or other SmartCa
from yo
iphone select device
you will see this get started
1:52 / 3:47


Add Device
Patio TV
you will see this get started tap that
and you will see the name of your tv
Set Up New Device
Looking for devices
1:56 / 3:47


this is the name of my tv just tap that
you will your tv will generate actually
Add Device
Enter PIN
Look for the four digits
displayed on your VIZIO TV
1
2
3
4
5
6
7
8
9
0
2:03 / 3:47


you will your tv will generate actually
a code
Add Device
Enter PIN
Look for the four digits
displayed on your VIZIO TV
2:03 / 3:47


automatically or code for digit code you
just enter that in your iphone
Add Device
Enter PIN
2:09 / 3:47


Patio TV
MENU
INPUT
CH
INFO
you will hear a sound once it's
connected
2:14 / 3:47


okay perfect now your iphone is
connected as a remote
2:18 / 3:47


this is the remote and in the remote you
have two options
2:43 / 3:47


at the bottom you have also apps that
are available
2:57 / 3:47










Source: [https://www.youtube.com/watch?v=BTrdORqUbl0](https://www.youtube.com/watch?v=BTrdORqUbl0)

***"How to set up from your device | VIZIO TV"***


SONY
Welcome to SmartCast
welcome to smartcast and
you have three things in there
1:49 / 2:55


SONY
Select Device
Welcome to SmartCast
Tap Select Device above to set up
or control a TV, Sound Bar or other device
you have apps
and you have browse
1:53 / 2:55
Subscribe


SONY
Add Device
Parentale TV
get started
and you tap the name of your tv
2:05 / 2:55


DANCE-OFF
SONY
Add Device
Enter PIN
Look for the four digits
displayed on your VIZIO TV
okay once you type the name of your tv
it's gonna ask you
1
2
3
2:10 / 2:55


the pin code that's displayed on your tv
just
2:16 / 2:55
Subscribe


four five three nine and as you can see
i have the remote right now
2:21 / 2:55
Subscribe


to apps you will be able to see the same
apps you have in your tv

<table>
<tr>
<td></td>
<td>







Source: https://www.youtube.com/watch?v=pEisZthtqLk
</td>
</tr>
<tr>
<td>13. The non-transitory computer readable recording medium of claim 12 wherein the method further comprises wirelessly transmitting to the output device, using at least part of the wireless communication circuitry, audio data or sound data, the audio data or the sound data is related, at least in part, to the voice</td>
<td>
The method further comprises wirelessly transmitting to the output device (e.g., VIZIO D-Series TV | D24f-G1) using at least part of the wireless communication circuitry (Wi-Fi module), audio data or sound data, the audio data, or the sound data (e.g., voice instructions, etc.) related, at least in part, to the voice activated command (e.g., Vizio voice command such as launching an app, sound control, etc.) received via the microphone in (5).

<u>Portable electronic device transmitting audio or sound data to the Vizio Smart TV:</u>
</td>
</tr>
</table>

<table>
<tr>
<td>activated command received via the microphone in (5).</td>
<td>
VIZIO Voice is the company's first built-in voice capability, and it's poised to change the way people watch and interact with their TVs. VIZIO Voice uses natural language intelligence, so consumers can more quickly search and discover content within SmartCast without the need to type. In addition, VIZIO Voice can easily change TV settings including volume and picture quality enhancements, launch apps and channels by name, and build upon search results without restating the entire query. The Voice Remote is Bluetooth-enabled, giving it superior range while freeing users from line-of-sight requirements.
Additionally, the free SmartCast Mobile™ app for iOS and Android is updated with VIZIO Voice, which allows older, paired models of SmartCast TVs be able to use VIZIO Voice.
Source: https://www.vizio.com/en/press/2021/jun/vizio-upgrades-smartcast--with-newly-available-vizio-voice
Voice Commands that Work with Our TVs"
<table>
<tr><th>Command</th><th>VIZIO Voice Utterances</th><th>Alexa Utterances</th><th>Google Utterances</th></tr>
<tr><td colspan="4">Content Search</td></tr>
<tr><td colspan="4">Apps (Not all commands may work with all apps)</td></tr>
<tr><td>Launch App</td><td>Launch WatchFree+ or just WatchFree+<br>Open WatchFree+ or just WatchFree+</td><td>Alexa, launch Hulu on <TV name>*<br>Alexa, open WatchFree+ on <TV name></td><td>Hey Google, launch WatchFree+</td></tr>
<tr><td>Launch app using content</td><td>Play Ted Lasso on Apple TV</td><td>Currently Not Available</td><td>Hey Google, play Chef's Table on Netflix on <TV name> (select apps only)</td></tr>
<tr><td>YouTube content</td><td>Play funny cat videos on YouTube</td><td>Currently Not Available</td><td>Currently Not Available</td></tr>
<tr><td>Launch WatchFree+</td><td>Launch WatchFree+<br>WatchFree+</td><td>Alexa, launch WatchFree+</td><td>Hey Google, launch WatchFree+ on <TV name></td></tr>
<tr><td colspan="4">Power Control</td></tr>
<tr><td>Power On</td><td>Turn on Power on</td><td>Alexa, turn on <TV name></td><td>Hey Google, turn on <TV name></td></tr>
<tr><td>Power Off</td><td>Turn off Power off</td><td>Alexa, turn off <TV name></td><td>Hey Google, turn off <TV name></td></tr>
</table>
</td>
</tr>
</table>

| Sound Control | | | |
|---|---|---|---|
| Mute | Mute | Alexa, mute on <TV name> | Hey Google, mute on <TV name> |
| Unmute | Unmute | Alexa, unmute on <TV name> | Hey Google, unmute on <TV name> |
| Volume Up | Increase volume Raise volume<br>Set volume to "x" Set volume to 20%<br>Raise volume by 20% | Alexa, increase volume on <TV name><br>Alexa, raise volume by "X" on <TV name><br>Alexa, set volume to "X" on <TV name> | Hey Google, increase volume on <TV name><br>Hey Google, raise volume by "X" on <TV name><br>Hey Google, set volume to "X" on <TV name> |
| Volume Down | Decrease volume Lower volume<br>Decrease volume by "x" | Alexa, lower volume on <TV name><br>Alexa, lower volume by "X" on <TV name> | Hey Google, decrease volume on <TV name><br>Hey Google, lower volume by "X" on <TV name> |

Source: https://support.vizio.com/s/article/Voice-Commands-that-Work-with-Our-TVs?language=en_US

**Q. Can I Use Voice Control With The Vizio SmartCast App?**

Yes, if your Vizio SmartCast TV supports voice control, you can use the app to send voice commands to your TV. Simply tap the microphone icon in the app and speak your command, such as "Open Netflix" or "Turn up the volume."

Source: https://www.techimply.com/blog/vizio-smartcast-app-what-is-it-and-how-to-use-it-2

### Make your Phone more interactive

The SmartCast app is a sure way of transforming your mobile device into a more interactive device. With the help of this app, you can smoothly use VIZIO Voice to control other features of your TV through voice commands. Besies, you can connect the app with various smart home devices including Amazon Alexa or others. This gives you more control on your home appliances and TVs.

Source: https://cast.flashget.com/blog/vizio-smartcast-mobile-review-what-is-vizio-smartcast-mobile-app