# EXHIBIT 26

# Application of U.S. Patent No. 10,162,596 to the Accused Remotes*†

* The term "Accused Remotes" refers to Vizio's smart remotes, including but not limited to, Vizio TV Voice Remote and SmartCast TV remotes, and those identified herein, as well as all other applications made, used, sold, offered for sale and/or imported by Defendant (as defined in the Complaint) or one of Vizio's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| **Application of U.S. Patent No. 10,162,596 to the Accused Remotes** | |
|---|---|
| 1. A portable electronic device for wirelessly managing or driving an output device, comprising: | *A portable electronic device (e.g., Vizio TV Voice Remote, etc.) wirelessly manages or drives (e.g., turning TV on and off, sending voice commands, etc. over Bluetooth communication) an output device (e.g., D-Series 24" Full HD Smart TV (D24fM-K01), etc.).*<br><br>**<u>Portable electronic device - Vizio TV Voice Remote:</u>**<br><br><br><br>Control it all with your voice<br><br>VIZIO Voice Remote makes it easy to search, stream, and switch inputs with just your voice.<br><br>**Key Specs**<br>Remote Type: <u>Bluetooth Voice Remote</u><br>Batteries Included: No<br><br>Source: https://www.vizio.com/en/accessories/remotes/XRT270R<br><br>Voice Control Compatible TV Models<br><br>**HD Models**<br>VHD24M-08, VHD32M-08<br><br>**FHD Models**<br><u>D24fM-K01</u>, D32fM-K01, D32fM-K07, D40fM-K09, D43fM-K04, VFD32M-08, VFD40M-08, VFD43M-08<br><br>Source: https://www.vizio.com/en/qr/k/accessories/remote/xrt270<br><br>**<u>Output Device - D-Series 24" Full HD Smart TV (D24fM-K01)</u>** |

D24FM-K01

# D-Series 24" Full HD Smart TV




Built smart. For easy, seamless connections.

- Smart TV
- Full HD
- Full Array Backlight
- VIZIO IQ Processor
- WiFi 5 Dual-Band
- AMD FreeSync & VRR
- Bluetooth Capable
- VIZIO Voice Remote

Source: https://www.vizio.com/en/tv/d-series/D24fM-K01

**Vizio TV voice remote manages Vizio TV via multiple commands:**






Source: https://www.vizio.com/en/accessories/remotes/XRT270R

| Button Name | Button Icon | Button Description |
|---|---|---|
| Input | INPUT | Change input on TV |
| Power | | Toggles TV's power state between on and standby |
| | | |
| App Shortcut 1 | | HBOMAX |
| App Shortcut 2 | NETFLIX | Netflix |
| App Shortcut 3 | | Amazon Prime Video |
| App Shortcut 4 | | Pluto |
| App Shortcut 5 | | iHeart |
| App Shortcut 6 | CRACKLE | CRACKLE |
| Mic | | Microphone |
| WatchFree | | WatchFree+ |
| Settings | | TV Settings/Menu |
| Directional Ring (Up) | | Navigate TV menu Up/Channel Up (if source is Tuner or App with Channel) |
| Directional Ring (Down) | | Navigate TV menu Down/Channel Down (if source is Tuner or App with Channel) |
| Directional Ring (Left) | | Navigate TV menu Left/Rewind |
| Directional Ring (Right) | | Navigate TV menu Right/Fast Forward |
| OK | OK | Confirm the selection (conditionally for Cast remotes, functions if play/pause is pressed) |
| Back | BACK | Go back one menu level |
| Home | | Launches SmartCast on TV screen |
| CC | CC | Closed Caption |
| Vol - | | TV Volume Down |
| Vol + | | TV Volume Up |
| Mute | | Mute TV Audio |

Source: https://fcc.report/FCC-ID/2A7Y5-XRT270/6036184.pdf

| | |
|---|---|
| a microphone; | *The portable electronic device (e.g., Vizio TV Voice Remote, etc.) includes a microphone.*<br><br>**Portable electronic device - Vizio TV Voice Remote:** |




Control it all with your voice

VIZIO Voice Remote makes it easy to search, stream, and switch inputs with just your voice.



Push-to-talk voice button

Quickly search for content in the Home Screen, launch apps, and more.

Source: https://www.vizio.com/en/accessories/remotes/XRT270R

| Button Name | Button Icon | Button Description |
|---|---|---|
| Input | INPUT | Change input on TV |
| Power | | Toggles TV's power state between on and standby |
| | | |
| App Shortcut 1 | | HBOMAX |
| App Shortcut 2 | NETFLIX | Netflix |
| App Shortcut 3 | | Amazon Prime Video |
| App Shortcut 4 | | Pluto |
| App Shortcut 5 | | iHeart |
| App Shortcut 6 | CRACKLE | CRACKLE |
| Mic | | Microphone |
| WatchFree | | WatchFree+ |
| Settings | | TV Settings/Menu |
| Directional Ring (Up) | | Navigate TV menu Up/Channel Up (if source is Tuner or App with Channel) |
| Directional Ring (Down) | | Navigate TV menu Down/Channel Down (if source is Tuner or App with Channel) |
| Directional Ring (Left) | | Navigate TV menu Left/Rewind |
| Directional Ring (Right) | | Navigate TV menu Right/Fast Forward |
| OK | OK | Confirm the selection (conditionally for Cast remotes, functions if play/pause is pressed) |
| Back | BACK | Go back one menu level |
| Home | | Launches SmartCast on TV screen |
| CC | CC | Closed Caption |
| Vol - | | TV Volume Down |
| Vol + | | TV Volume Up |
| Mute | | Mute TV Audio |

Source: https://fcc.report/FCC-ID/2A7Y5-XRT270/6036184.pdf

| | |
|---|---|
| an interface for interacting with a user, the interface includes at least one button or other controls; | *The portable electronic device (e.g., Vizio TV Voice Remote, etc.) has an interface which includes buttons (e.g., power button, navigation buttons, microphone button for voice commands, mute button, etc.) for user interaction.*<br><br>**Portable electronic device - Vizio TV Voice Remote:** |




Source: https://www.vizio.com/en/accessories/remotes/XRT270R

| Button Name | Button Icon | Button Description |
|---|---|---|
| Input | INPUT | Change input on TV |
| Power | | Toggles TV's power state between on and standby |
| | | |
| App Shortcut 1 | | HBOMAX |
| App Shortcut 2 | NETFLIX | Netflix |
| App Shortcut 3 | | Amazon Prime Video |
| App Shortcut 4 | | Pluto |
| App Shortcut 5 | | iHeart |
| App Shortcut 6 | CRACKLE | CRACKLE |
| Mic | | Microphone |
| WatchFree | | WatchFree+ |
| Settings | | TV Settings/Menu |
| Directional Ring (Up) | | Navigate TV menu Up/Channel Up (if source is Tuner or App with Channel) |
| Directional Ring (Down) | | Navigate TV menu Down/Channel Down (if source is Tuner or App with Channel) |
| Directional Ring (Left) | | Navigate TV menu Left/Rewind |
| Directional Ring (Right) | | Navigate TV menu Right/Fast Forward |
| OK | OK | Confirm the selection (conditionally for Cast remotes, functions if play/pause is pressed) |
| Back | BACK | Go back one menu level |
| Home | | Launches SmartCast on TV screen |
| CC | CC | Closed Caption |
| Vol - | | TV Volume Down |
| Vol + | | TV Volume Up |
| Mute | | Mute TV Audio |

Source: https://fcc.report/FCC-ID/2A7Y5-XRT270/6036184.pdf

| | |
|---|---|
| wireless communication circuitry for wireless communication with the output device; and | *The portable electronic device (e.g., Vizio TV Voice Remote, etc.) includes wireless communication circuitry (e.g., Bluetooth module, etc.) for communication (e.g., Bluetooth communication) with the output device (e.g., D-Series 24" Full HD Smart TV (D24fM-K01), etc.).*<br>**<u>Portable electronic device - Vizio TV Voice Remote:</u>** |

| | |
|---|---|
| | <br><br><br><br>Source: https://www.vizio.com/en/accessories/remotes/XRT270R |
| wherein the portable electronic device is operable to: (1) receive, via the interface of the portable electronic device, at least an indication from the user, the indication related to managing or driving the output device; | *The portable electronic device (e.g., Vizio TV Voice Remote, etc.) receives an indication (e.g., pressing MIC and MUTE keys for 5 seconds, etc.) from the user, via the interface (e.g., power button, navigation buttons, microphone button for voice commands, mute button, etc.) of the portable electronic device, to manage or drive the output device (e.g., D-Series 24" Full HD Smart TV (D24fM-K01)).*<br><br>**<u>Vizio TV voice remote receives an indication from the user:</u>** |

### Pairing the VIZIO Voice Remote

**To pair your Voice Remote:**

**Menu > System > Voice Remote**

Select **Pair New Remote**, then press and hold both the **MIC** and **MUTE** buttons for 5 seconds to launch pairing mode.

**To use your successfully paired voice remote:**

Press and hold the **MIC** button while speaking a command.

**To check for voice remote updates:**

**Menu > System > Voice Remote > Check for Update**

**To unpair a remote:**

**Menu > System > Voice Remote > Unpair Remote**

Source: https://www.vizio.com/content/dam/asset-portal/us/en/2022/tv/documentation/d-series/D-Series_UM_EN.pdf

| Button Name | Button Icon | Button Description |
|---|---|---|
| Input | INPUT | Change input on TV |
| Power | | Toggles TV's power state between on and standby |
| | | |
| App Shortcut 1 | | HBOMAX |
| App Shortcut 2 | NETFLIX | Netflix |
| App Shortcut 3 | | Amazon Prime Video |
| App Shortcut 4 | | Pluto |
| App Shortcut 5 | | iHeart |
| App Shortcut 6 | CRACKLE | CRACKLE |
| Mic | | Microphone |
| WatchFree | | WatchFree+ |
| Settings | | TV Settings/Menu |
| Directional Ring (Up) | | Navigate TV menu Up/Channel Up (if source is Tuner or App with Channel) |
| Directional Ring (Down) | | Navigate TV menu Down/Channel Down (if source is Tuner or App with Channel) |
| Directional Ring (Left) | | Navigate TV menu Left/Rewind |
| Directional Ring (Right) | | Navigate TV menu Right/Fast Forward |
| OK | OK | Confirm the selection (conditionally for Cast remotes, functions if play/pause is pressed) |
| Back | BACK | Go back one menu level |
| Home | | Launches SmartCast on TV screen |
| CC | CC | Closed Caption |
| Vol - | | TV Volume Down |
| Vol + | | TV Volume Up |
| Mute | | Mute TV Audio |

4. Press MIC and MUTE keys to relaunch pairing mode.



Figure 1 Relaunch Pairing

5. pair RCU with VIZIO TV, follow below steps to setup.
   Go to TV setting: -> Voice Remote->Unpair Remote, unpair previous RCU.




=>Pair New Remote , then TV will searching RCU.

<table>
<tr>
<td></td>
<td>





Source: https://fcc.report/FCC-ID/2A7Y5-XRT270/6036184.pdf

<ul><li>Manual Pairing (If Automatic Pairing Doesn't Work):</li></ul>

<ol>
<li>Turn on your Vizio TV.</li>
<li>On your TV, go to the Settings menu. This is usually done by pressing a "Menu" or "Settings" button on your old remote (if you have one) or on the TV itself.</li>
<li>Look for an option called "System" or "Remote Control". The exact wording might vary slightly depending on your TV model.</li>
<li>Inside the "System" or "Remote Control" menu, look for an option called "Pair Remote," "Add Remote," or "Device Discovery." Select this option.</li>
<li>On your new Vizio XRT270R remote, press and hold the Microphone button. Keep holding it down until you see a message on your TV screen saying that the remote is found or pairing is complete. Some Vizio TV require you to press and hold the Microphone and Mute buttons together.</li>
<li>Follow any further on-screen instructions to finish the pairing process.</li>
</ol>

Source: https://www.bestdealremotes.com/pages/vizio-xrt270r-voice-remote-control-users-manual?srsltid=AfmBOoo4vckyoHU2-wOjVC35heXqVU-oN8g3w4LaK0WUQDIf8y41QuYO
</td>
</tr>
<tr>
<td>(2) wirelessly send, via the wireless communication circuitry, information from the portable electronic device to the output device, the</td>
<td>The portable electronic device (e.g., Vizio TV Voice Remote, etc.) wirelessly sends, via the wireless communication circuitry (e.g., Bluetooth module, etc.), information (e.g., Bluetooth signals for pairing, etc.) from the portable electronic device to the output device, the wirelessly sending of the information being based, at least in part, on having</td>
</tr>
</table>

| | |
|---|---|
| wirelessly sending of the information being based, at least in part, on having received the indication from the user in (1); | *received the indication (e.g., pressing MIC and MUTE keys for 5 seconds, etc.) from the user in (1).* |

**<u>Vizio TV voice remote sending information to the Vizio TV:</u>**

**Pairing the VIZIO Voice Remote**

**To pair your Voice Remote:**

**Menu > System > Voice Remote**

Select **Pair New Remote**, then press and hold both the **MIC** and **MUTE** buttons for 5 seconds to launch pairing mode.

**To use your successfully paired voice remote:**

Press and hold the **MIC** button while speaking a command.

**To check for voice remote updates:**

**Menu > System > Voice Remote > Check for Update**

**To unpair a remote:**

**Menu > System > Voice Remote > Unpair Remote**

Source: https://www.vizio.com/content/dam/asset-portal/us/en/2022/tv/documentation/d-series/D-Series_UM_EN.pdf

| Button Name | Button Icon | Button Description |
|---|---|---|
| Input | INPUT | Change input on TV |
| Power | | Toggles TV's power state between on and standby |
| | | |
| App Shortcut 1 | | HBOMAX |
| App Shortcut 2 | NETFLIX | Netflix |
| App Shortcut 3 | | Amazon Prime Video |
| App Shortcut 4 | pluto | Pluto |
| App Shortcut 5 | | iHeart |
| App Shortcut 6 | CRACKLE | CRACKLE |
| Mic | | Microphone |
| WatchFree | | WatchFree+ |
| Settings | | TV Settings/Menu |
| Directional Ring (Up) | | Navigate TV menu Up/Channel Up (if source is Tuner or App with Channel) |
| Directional Ring (Down) | | Navigate TV menu Down/Channel Down (if source is Tuner or App with Channel) |
| Directional Ring (Left) | | Navigate TV menu Left/Rewind |
| Directional Ring (Right) | | Navigate TV menu Right/Fast Forward |
| OK | OK | Confirm the selection (conditionally for Cast remotes, functions if play/pause is pressed) |
| Back | BACK | Go back one menu level |
| Home | | Launches SmartCast on TV screen |
| CC | CC | Closed Caption |
| Vol - | | TV Volume Down |
| Vol + | | TV Volume Up |
| Mute | | Mute TV Audio |

4. Press MIC and MUTE keys to relaunch pairing mode.




Figure 1 Relaunch Pairing

5. pair RCU with VIZIO TV, follow below steps to setup.
   Go to TV setting: -> Voice Remote->Unpair Remote, unpair previous RCU.




=>Pair New Remote , then TV will searching RCU.

<table>
<tr>
<td></td>
<td>





Source: https://fcc.report/FCC-ID/2A7Y5-XRT270/6036184.pdf

- **Manual Pairing (If Automatic Pairing Doesn't Work):**

1. Turn on your Vizio TV.
2. On your TV, go to the Settings menu. This is usually done by pressing a "Menu" or "Settings" button on your *old* remote (if you have one) or on the TV itself.
3. Look for an option called "System" or "Remote Control". The exact wording might vary slightly depending on your TV model.
4. Inside the "System" or "Remote Control" menu, look for an option called "Pair Remote," "Add Remote," or "Device Discovery." Select this option.
5. On your *new* Vizio XRT270R remote, press and hold the **Microphone** button. Keep holding it down until you see a message on your TV screen saying that the remote is found or pairing is complete. Some Vizio TV require you to press and hold the **Microphone and Mute** buttons together.
6. Follow any further on-screen instructions to finish the pairing process.

Source: https://www.bestdealremotes.com/pages/vizio-xrt270r-voice-remote-control-users-manual?srsltid=AfmBOoo4vckyoHU2-wOjVC35heXqVU-oN8g3w4LaK0WUQDIf8y41QuYO
</td>
</tr>
<tr>
<td>(3) wirelessly receive, via the wireless communication circuitry, data or a component from the output device, the wirelessly</td>
<td>The portable electronic device (e.g., Vizio TV Voice Remote, etc.) wirelessly receives, via the wireless communication circuitry (e.g., Bluetooth module), data or a component (e.g., pairing status, etc.) from the output device, the wirelessly receiving of the data or the component from the output device being based, at least in part, on having wirelessly sent</td>
</tr>
</table>

receiving of the data or the component from the output device being based, at least in part, on having wirelessly sent the information from the portable electronic device to the output device in (2);

*the information (e.g., Bluetooth signals for pairing, etc.) from the portable electronic device to the output device in (2).*

**<u>Vizio TV voice remote receives the data or component from the output device:</u>**

| Button Name | Button Icon | Button Description |
|---|---|---|
| Input | INPUT | Change input on TV |
| Power | | Toggles TV's power state between on and standby |
| | | |
| App Shortcut 1 | | HBOMAX |
| App Shortcut 2 | NETFLIX | Netflix |
| App Shortcut 3 | | Amazon Prime Video |
| App Shortcut 4 | | Pluto |
| App Shortcut 5 | | iHeart |
| App Shortcut 6 | CRACKLE | CRACKLE |
| Mic | | Microphone |
| WatchFree | | WatchFree+ |
| Settings | | TV Settings/Menu |
| Directional Ring (Up) | | Navigate TV menu Up/Channel Up (if source is Tuner or App with Channel) |
| Directional Ring (Down) | | Navigate TV menu Down/Channel Down (if source is Tuner or App with Channel) |
| Directional Ring (Left) | | Navigate TV menu Left/Rewind |
| Directional Ring (Right) | | Navigate TV menu Right/Fast Forward |
| OK | OK | Confirm the selection (conditionally for Cast remotes, functions if play/pause is pressed) |
| Back | BACK | Go back one menu level |
| Home | | Launches SmartCast on TV screen |
| CC | CC | Closed Caption |
| Vol - | | TV Volume Down |
| Vol + | | TV Volume Up |
| Mute | | Mute TV Audio |

4. Press MIC and MUTE keys to relaunch pairing mode.




Figure 1 Relaunch Pairing

5. pair RCU with VIZIO TV, follow below steps to setup.
   Go to TV setting: -> Voice Remote->Unpair Remote, unpair previous RCU.




=>Pair New Remote , then TV will searching RCU.






| | |
|---|---|
| | Once pair successfully, the screen will shown next page.<br><br>6. BLE-HID key functional Test: All 22 keys are available at BT mode on VIZIO TV.<br>Bluetooth 2400MHz ~ 2483.5MHz Power 2.19mW PCB Antenna Gain 1.0dBi<br><br>Source: https://fcc.report/FCC-ID/2A7Y5-XRT270/6036184.pdf<br><br>• **Manual Pairing (If Automatic Pairing Doesn't Work):**<br>1. Turn on your Vizio TV.<br>2. On your TV, go to the Settings menu. This is usually done by pressing a "Menu" or "Settings" button on your *old* remote (if you have one) or on the TV itself.<br>3. Look for an option called "System" or "Remote Control". The exact wording might vary slightly depending on your TV model.<br>4. Inside the "System" or "Remote Control" menu, look for an option called "Pair Remote," "Add Remote," or "Device Discovery." Select this option.<br>5. On your *new* Vizio XRT270R remote, press and hold the **Microphone** button. Keep holding it down until you see a message on your TV screen saying that the remote is found or pairing is complete. Some Vizio TV require you to press and hold the **Microphone and Mute** buttons together.<br>6. Follow any further on-screen instructions to finish the pairing process.<br><br>Source: https://www.bestdealremotes.com/pages/vizio-xrt270r-voice-remote-control-users-manual?srsltid=AfmBOoo4vckyoHU2-wOjVC35heXqVU-oN8g3w4LaK0WUQDIf8y41QuYO |
| (4) receive, via the microphone of the portable electronic device, a voice activated command subsequent to having wirelessly received the data or the component from the output device in (3); and | *The portable electronic device (e.g., Vizio TV Voice Remote) receives via its microphone, a voice activated command (e.g., voice commands such as volume up/down, searching particular videos, songs, etc.) subsequent to having wirelessly received the data or the component (e.g., pairing status, etc.) from the output device in (3).*<br><br>**Vizio TV voice remote receives voice activated commands from the user:**<br><br>**Portable electronic device - Vizio TV Voice Remote:** |

<table>
<tr>
<td></td>
<td>



Control it all with your voice

VIZIO Voice Remote makes it easy to search, stream, and switch inputs with just your voice.

Key Specs

<table>
<tr><td>Remote Type</td><td>Bluetooth Voice Remote</td></tr>
<tr><td>Batteries Included</td><td>No</td></tr>
</table>
</td>
</tr>
</table>




Content on command

Say simple, intricate, or follow-up commands and let VIZIO Home Screen do the work for you.




Quickly find the content you love

Use your voice to launch your favorite apps or discover your next favorite movie.




Source: https://www.vizio.com/en/accessories/remotes/XRT270R



| | |
|---|---|
| | Source: https://www.vizio.com/content/dam/asset-portal/us/en/2022/tv/documentation/d-series/D-Series_UM_EN.pdf<br><br>• **Using Voice Control:**<br>1. Press and *hold* the **Microphone** button.<br>2. While holding the button, speak clearly into the microphone. You can say things like:<br>▪ "Open Netflix"<br>▪ "Watch [Movie Title]"<br>▪ "Volume Up" or "Volume Down"<br>▪ "Switch to HDMI 1"<br>▪ "Pause" or "Play"<br>▪ "Turn Off in 30 Minutes"<br>3. Release the **Microphone** button when you're finished speaking.<br>4. The TV will process your command.<br><br>• *Important Notes about Voice Control:*<br>○ You need to have a good internet connection for voice control to work.<br>○ Speak clearly and at a normal volume.<br>○ Try different ways of phrasing your command if the TV doesn't understand you at first.<br><br>Source: https://www.bestdealremotes.com/pages/vizio-xrt270r-voice-remote-control-users-manual?srsltid=AfmBOoo4vckyoHU2-wOjVC35heXqVU-oN8g3w4LaK0WUQDIf8y41QuYO<br><br>**Pairing the VIZIO Voice Remote**<br>**To pair your Voice Remote:**<br>**Menu > System > Voice Remote**<br>Select **Pair New Remote**, then press and hold both the **MIC** and **MUTE** buttons for 5 seconds to launch pairing mode.<br>**To use your successfully paired voice remote:**<br>Press and hold the **MIC** button while speaking a command.<br>**To check for voice remote updates:**<br>**Menu > System > Voice Remote > Check for Update**<br>**To unpair a remote:**<br>**Menu > System > Voice Remote > Unpair Remote**<br><br>Source: https://www.vizio.com/content/dam/asset-portal/us/en/2022/tv/documentation/d-series/D-Series_UM_EN.pdf |
| (5) wirelessly transmit, using the wireless communication circuitry, audio data or sound | *The portable electronic device (e.g., Vizio TV Voice Remote, etc.) wirelessly transmits, using the wireless communication circuitry (e.g., Bluetooth module), audio data or sound* |

<table>
<tr>
<td>data from the portable electronic device to the output device, the audio data or sound data being related, at least partly, to the voice activated command received via the microphone in (4).</td>
<td>

*data (e.g., voice command data, etc.) from the portable electronic device to the output device (e.g., D-Series 24" Full HD Smart TV (D24fM-K01)).*

*The audio data or sound data is related to the voice activated command received via the microphone in (4).*

<u>**Vizio TV voice remote sends voice activated command data to Vizio TV:**</u>







</td>
</tr>
</table>

| | |
|---|---|
| | Source: https://www.vizio.com/en/accessories/remotes/XRT270R<br><br>• **Using Voice Control:**<br><br>1. Press and *hold* the **Microphone** button.<br>2. While holding the button, speak clearly into the microphone. You can say things like:<br>▪ "Open Netflix"<br>▪ "Watch [Movie Title]"<br>▪ "Volume Up" or "Volume Down"<br>▪ "Switch to HDMI 1"<br>▪ "Pause" or "Play"<br>▪ "Turn Off in 30 Minutes"<br>3. Release the **Microphone** button when you're finished speaking.<br>4. The TV will process your command.<br><br>• *Important Notes about Voice Control:*<br><br>○ You need to have a good internet connection for voice control to work.<br>○ Speak clearly and at a normal volume.<br>○ Try different ways of phrasing your command if the TV doesn't understand you at first.<br><br>Source: https://www.bestdealremotes.com/pages/vizio-xrt270r-voice-remote-control-users-manual?srsltid=AfmBOoo4vckyoHU2-wOjVC35heXqVU-oN8g3w4LaK0WUQDIf8y41QuYO |

| | |
|---|---|
| | <br><br><br>Source: https://www.vizio.com/en/accessories/remotes/XRT270R |
| 2. The portable electronic device of claim 1 in which the portable electronic device is a Bluetooth enabled controller device for managing or driving the output device, and | *The portable electronic device (e.g., Vizio TV Voice Remote, etc.) is a Bluetooth enabled controller device for managing or driving the output device (e.g., D-Series 24" Full HD Smart TV (D24fM-K01), etc.).*<br><br>**Portable electronic device - Vizio TV Voice Remote:**<br><br> |

| | |
|---|---|
| | <br>Source: https://www.vizio.com/en/accessories/remotes/XRT270R |
| wherein the interface for interacting with the user includes at least one of a button, a soft key, a touch sensitive screen, a keypad, a push button, or other controls, individually or in any combination. | *The interface for interacting with the user includes at least one of a button (e.g., power button, navigation buttons, microphone button for voice commands, mute button, etc.).*<br><br>**<u>Portable electronic device - Vizio TV Voice Remote:</u>**<br><br><br>Source: https://www.vizio.com/en/accessories/remotes/XRT270R |

| Button Name | Button Icon | Button Description |
|---|---|---|
| Input | INPUT | Change input on TV |
| Power | | Toggles TV's power state between on and standby |
| | | |
| App Shortcut 1 | | HBOMAX |
| App Shortcut 2 | NETFLIX | Netflix |
| App Shortcut 3 | | Amazon Prime Video |
| App Shortcut 4 | pluto | Pluto |
| App Shortcut 5 | | iHeart |
| App Shortcut 6 | CRACKLE | CRACKLE |
| Mic | | Microphone |
| WatchFree | | WatchFree+ |
| Settings | | TV Settings/Menu |
| Directional Ring (Up) | | Navigate TV menu Up/Channel Up (if source is Tuner or App with Channel) |
| Directional Ring (Down) | | Navigate TV menu Down/Channel Down (if source is Tuner or App with Channel) |
| Directional Ring (Left) | | Navigate TV menu Left/Rewind |
| Directional Ring (Right) | | Navigate TV menu Right/Fast Forward |
| OK | OK | Confirm the selection (conditionally for Cast remotes, functions if play/pause is pressed) |
| Back | BACK | Go back one menu level |
| Home | | Launches SmartCast on TV screen |
| CC | CC | Closed Caption |
| Vol - | | TV Volume Down |
| Vol + | | TV Volume Up |
| Mute | | Mute TV Audio |

Source: https://fcc.report/FCC-ID/2A7Y5-XRT270/6036184.pdf

4. The portable electronic device of claim 1, wherein the output device comprises a television, or an output controller externally connected to a television, a projection device, or a sound output device, individually or in any combination.

*The output device (e.g., D-Series 24" Full HD Smart TV (D24fM-K01), etc.) is a television.*

**Output Device - D-Series 24" Full HD Smart TV (D24fM-K01)**

D24FM-K01

D-Series 24" Full HD Smart TV



| | |
|---|---|
| | <br><br>Source: https://www.vizio.com/en/tv/d-series/D24fM-K01 |